# Exhibit 48

# J.P.Morgan

```
                                              ACCOUNT NUMBER: A  3048    94599
                                              STATEMENT DATE: 11 APR 2013


   SOLO CAPITAL PARTNERS LLP
   4-6 THROGMORTON AVENUE
   LONDON
   EC2N 2DL
   REF: PROPRIETARY DEPARTMENT
        "CLIENT ACCOUNT"
                                                           OMNIBUS A/C


                                                                                  PAGE     2

   T/DATE   V/DATE  AT        BUY         SELL CONTRACT DESCRIPTION       EX TRADE PRICE  CC DEBIT(DR)/CREDIT( )
   -------  ------  --  -------------- -------------------------------    -- -----------  -- -----------------------
   11APR13          FQ         46           20 SEP 13 AP MOLLER CSHA      7T  41166.32    DK
                                            BCLEAR REGISTERED
   11APR13          FQ                   46 20 SEP 13 AP MOLLER CSHA      7T  41166.32    DK
                                            BCLEAR REGISTERED
   11APR13          FQ         44           20 SEP 13 AP MOLLER CSHA      7T  41166.33    DK
                                            BCLEAR REGISTERED
   11APR13          FQ                   44 20 SEP 13 AP MOLLER CSHA      7T  41166.33    DK       Com = 622.4
                                            BCLEAR REGISTERED
   11APR13          FQ         42           20 SEP 13 AP MOLLER CSHA      7T  41166.34    DK
                                            BCLEAR REGISTERED
   11APR13          FQ                   42 20 SEP 13 AP MOLLER CSHA      7T  41166.34    DK       execut = 4000
                                            BCLEAR REGISTERED
   11APR13          FQ         38           20 SEP 13 AP MOLLER CSHA      7T  41166.35    DK
                                            BCLEAR REGISTERED
   11APR13          FQ                   38 20 SEP 13 AP MOLLER CSHA      7T  41166.35    DK
                                            BCLEAR REGISTERED
                    M2        389*       389*                                CLEARING FEES EU           38.90DR
                    M2                      AVG LONG:     41166.31172        EXCHANGE FEES EU          116.70DR
                                                                                commission
                                            AVG SHORT:    41166.31172                                      .00

   11APR13          FQ         32           20 DEC 13 AP MOLLER CSHA      7T  41239.58    DK
                                            BCLEAR REGISTERED
   11APR13          FQ                   32 20 DEC 13 AP MOLLER CSHA      7T  41239.58    DK
                                            BCLEAR REGISTERED
   11APR13          FQ         46           20 DEC 13 AP MOLLER CSHA      7T  41239.59    DK
                                            BCLEAR REGISTERED
   11APR13          FQ                   46 20 DEC 13 AP MOLLER CSHA      7T  41239.59    DK       am = 246.4
                                            BCLEAR REGISTERED
   11APR13          FQ         40           20 DEC 13 AP MOLLER CSHA      7T  41239.60    DK
                                            BCLEAR REGISTERED
   11APR13          FQ                   40 20 DEC 13 AP MOLLER CSHA      7T  41239.60    DK       execut = 2000
                                            BCLEAR REGISTERED
   11APR13          FQ         36           20 DEC 13 AP MOLLER CSHA      7T  41239.61    DK
                                            BCLEAR REGISTERED
   11APR13          FQ                   36 20 DEC 13 AP MOLLER CSHA      7T  41239.61    DK
                                            BCLEAR REGISTERED
                    M2        154*       154*                                CLEARING FEES EU           15.40DR
                    M2                      AVG LONG:     41239.59519        EXCHANGE FEES EU           46.20DR
                                                                                commission
                                            AVG SHORT:    41239.59519                                      .00

   11APR13          FQ         89           21 JUN 13 AP MOLLER CSHB      7T  42821.28    DK
                                            BCLEAR REGISTERED
   11APR13          FQ                   89 21 JUN 13 AP MOLLER CSHB      7T  42821.28    DK
                                            BCLEAR REGISTERED
   11APR13          FQ         81           21 JUN 13 AP MOLLER CSHB      7T  42821.29    DK
                                            BCLEAR REGISTERED
   11APR13          FQ                   81 21 JUN 13 AP MOLLER CSHB      7T  42821.29    DK       execut = 2000
                                            BCLEAR REGISTERED
   11APR13          FQ        111           21 JUN 13 AP MOLLER CSHB      7T  42821.30    DK
                                            BCLEAR REGISTERED
   11APR13          FQ                  111 21 JUN 13 AP MOLLER CSHB      7T  42821.30    DK
                                            BCLEAR REGISTERED
   11APR13          FQ        104           21 JUN 13 AP MOLLER CSHB      7T  42821.31    DK
                                            BCLEAR REGISTERED
   11APR13          FQ                  104 21 JUN 13 AP MOLLER CSHB      7T  42821.31    DK
                                            BCLEAR REGISTERED
                    M2        385*       385*                                COMMISSION    EU          616.00DR
```