# Exhibit 55

| | |
|---|---|
| **From:** | Execution <execution@fgcsecurities.com> |
| **Sent:** | Thursday, April 11, 2013 12:11 PM |
| **To:** | adam@RJMCapitalp.com |
| **Subject:** | Trade Confirms |
| **Attach:** | RJMC_MAERSKA_20130411_0007_A.pdf;<br>RJMC_MAERSKB_20130411_0007_A.pdf |

Adam – please find attached confirms for today's trades.
Many thanks

Highly Confidential

MPSKAT00077415