# Exhibit 60

| | |
|---|---|
| **From:** | adam@RJMCapitalp.com |
| **Sent:** | Thursday, June 13, 2013 10:25 AM |
| **To:** | 'Alex Smith' <alex.smith@colbrooklimited.com> |
| **Subject:** | RE: MAERSKB DC BORROW |

Ok great – will seek approval now.

Best,

Adam La Rosa
Authorized Representative
RJM Capital Pension Plan
e-mail: adam@RJMCapitalp.com

---

**From:** Alex Smith [mailto:alex.smith@colbrooklimited.com]
**Sent:** Thursday, June 13, 2013 9:41 AM
**To:** adam@RJMCapitalp.com
**Subject:** RE: MAERSKB DC BORROW

Hi Adam,

Agreed, please seek approval.

Thanks,

Alex

---

**From:** adam@RJMCapitalp.com [mailto:adam@RJMCapitalp.com]
**Sent:** Thursday, June 13, 2013 4:33 PM
**To:** sbl@colbrooklimited.com; martin.smith@colbrooklimited.com
**Subject:** RE: MAERSKB DC BORROW

Hope all is well.

We would like to recall MAERSKB DC, 10,400 shares at 40,750.2863 – settle June 18.

Please confirm.

Best,

Adam La Rosa
Authorized Representative
RJM Capital Pension Plan
e-mail: adam@RJMCapitalp.com

---

**From:** adam@RJMCapitalp.com [mailto:adam@RJMCapitalp.com]
**Sent:** Tuesday, April 16, 2013 7:18 AM
**To:** 'sbl@colbrooklimited.com'

Highly Confidential                                                                                                                    MPSKAT00085264

**Subject:** RE: MAERSKB DC BORROW

Hope all is well.

Yes we are interested – please see attached terms and if acceptable we will seek approval from our Custodian.

Best,


Adam La Rosa
Authorized Representative
RJM Capital Pension Plan
e-mail: adam@RJMCapitalp.com

**From:** sbl@colbrooklimited.com [mailto:sbl@colbrooklimited.com]
**Sent:** Tuesday, April 16, 2013 6:57 AM
**To:** adam
**Subject:** MAERSKB DC BORROW

Morning Adam, hope all is well with you, we are looking to Borrow some MAERSKB DC Sett T+1 if you have any that would be a great help.

Many Thanks

Martin Smith

Highly Confidential   MPSKAT00085265