# Exhibit 70

| | |
|---|---|
| From: | DivArb Trader <trading@basaltpension.com> |
| To: | AdrianMilne@bastioncapital.co.uk <AdrianMilne@bastioncapital.co.uk>;PatrickMilne@bastioncapital.co.uk <PatrickMilne@bastioncapital.co.uk> |
| Sent: | 8/7/2014 7:00:54 AM |
| Subject: | Request for Liquidity - TDC DC |

Good Morning – hope all is well.

Pursuant to Section 3.3(a) of the Guarantee Deed among Old Park Lane PLC, **Basalt Ventures LLC Roth 401K Plan** and Bastion Capital London Limited

**Basalt Ventures LLC Roth 401K Plan- Account BVL01**– hereby seeks liquidity for the following transactions:

- **BUY CASH EQUITITES**
- **ISSUER NAME** – TDC DC
- **ISIN** – DK0060228559
- **SHARES** – 2,876,867
- **PRICE** – End of Day
- **TRADE DATE** – 07 August 2014
- **SETTLEMENT DATE/STOCK PURCHASE VALUE DATE** – 13 August 2014
- **BROKER** – Bastion Capital London Limited

Please contact us to confirm what you are seeing and if you have liquidity to offer.

Regards,

Matthew