# Exhibit 77

## Trade Confirmation

Client             Roadcraft Technologies LLC Roth 401(K) Plan
Trade Date         26/03/2015

TJM are pleased to confirm the following details of your transaction:

### Trade Details

Ticker             CARLB DC
Underlying         CARLSBERG AS-B
ISIN               DK0010181759
Market             OTC
Currency           DKK
Shares             887,986
Gross Price        571.50
Nominal            507,483,999.00
Client Buy/Sell    BUY
Settlement         31/03/2015
SEDOL              4169219

This bargain has been dealt on an execution only basis by us and as per
your standing instructions will be settled/delivered to your nominated custodian.

Yours faithfully,



**Tim Jenkins**
**Managing Partner**

The TJM Partnership PLC is authorised and regulated by the Financial Conduct Authority | FCA No. 498199
Registered office; 30 Crown Place, London, EC2A 4EB, United Kingdom | Company Registration No. 06803933

**CONFIDENTIAL**                                                    **WH_MDL_00137241**

**Trade Confirmation** E **trading@tjmpartners.com | T +44 (0)20 7965 4620**

The TJM Partnership PLC is authorised and regulated by the Financial Conduct Authority | FCA No. 498199
Registered office; 30 Crown Place, London, EC2A 4EB, United Kingdom | Company Registration No. 06803933

CONFIDENTIAL                                                                                                    WH_MDL_00137242

**Trade Confirmation**



The TJM Partnership PLC is authorised and regulated by the Financial Conduct Authority | FCA No. 498199

Registered office; 30 Crown Place, London, EC2A 4EB, United Kingdom | Company Registration No. 06803933

WH_MDL_00137243

**Trade Confirmation**

The TJM Partnership PLC is authorised and regulated by the Financial Conduct Authority | FCA No. 498199
Registered office; 30 Crown Place, London, EC2A 4EB, United Kingdom | Company Registration No. 06803933