# Exhibit 93

| | |
|---|---|
| Message | |
| **From**: | Adrian Milne [adrianmilne@bastioncapital.co.uk] |
| **Sent**: | 11/28/2014 12:28:36 AM |
| **To**: | trading@pacificindiallc.com |
| **CC**: | Patrick Milne [patrickmilne@bastioncapital.co.uk]; Adrian Milne [adrianmilne@bastioncapital.co.uk]; Custody [custody@oldplc.com] |
| **Subject**: | Bastion confirmation 271114 |
| **Attachments**: | Bastion Capital London Trade Confirmation Equities Proper Pacific 271114 CHR DC.pdf; image001.png |

Hi

Please find attached confirmation for yesterday's trade

Kind regards

Adrian

**Adrian Milne**
**BASTION CAPITAL LONDON LTD**
12 Nicholas Lane, London EC4N 7BN
M +971 (0) 56 274 3172
http://www.bastioncapital.co.uk

PROPPACIF00001326