# Exhibit 96

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re | |
| CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTERFORVALTNINGEN) TAX REFUND SCHEME LITIGATION | MASTER DOCKET 18-md-2865 (LAK) |
| This document relates to:  18-cv-09840<br>                                           18-cv-09841 | |

## DECLARATION OF STACEY KAMINER

I, Stacey Kaminer, situated in the State of Utah, hereby declare under penalty of perjury:

1.      I am a member of Acer Investment Group, LLC ("Acer").

2.      In March of 1996, I started working for my father, Dan Kaminer, and Robert Crema ("Crema").  Since then, I have worked in securities and financial markets.  Throughout my career I have structured transactions involving dividend reinvestment, dividend arbitrage, and derivative financing.  At various times during my career, I have held trading licenses administered by the Financial Industry Regulatory Authority (FINRA), including Series 4, Series 7, Series 24, Series 55, and Series 63 licenses.

3.      I first started working for Acer in 2000.

4.      From 2009 to the present, Crema and I have been the managing members of Acer. From 2009 to 2017, I held the role of head trader for Acer and was also responsible for effectuating Acer's proprietary trading.  Crema operated Acer's stock-loan business.

5.      I understood ED&F Man Capital Markets, Ltd. ("ED&F") to be a highly reputable broker and custodian based in the U.K. and regulated by the U.K.'s Financial Conduct Authority, formerly known as the Financial Services Authority.

6.      From 2013 through 2015, I was the representative of Acer who dealt with ED&F regarding Danish securities trading for certain of the pension plans in this case, including the American Investment Group of New York L.P. Pension Plan and the Riverside Associates Defined Benefit Plan (the "Pension Plans").

7.      Acer was the Pension Plans' authorized agent with respect to the Pension Plans' trading through ED&F.

8.      Part of my role with Acer was to receive, review, and analyze trading information, trade confirmations, account statements, and tax vouchers, among other things, sent by ED&F. I would also communicate with ED&F about the Pension Plans' trading, including by instructing ED&F on behalf of the Pension Plans.

9.      For the Pension Plans' Danish securities trading, I was involved in Acer's due diligence process. For each transaction I determined what the dividend per share was and what the yield would be, and I would review publicly available information about the issuing company.

10.      I communicated with ED&F by phone prior to any transaction in Danish securities to confirm the details of any transaction, including the pricing of the securities, the number of shares available, and the proposed settlement periods. It was my practice to enter into trades on behalf of the Pension Plans over the phone with ED&F and subsequently send confirmatory emails.

11.      For all but one of the Danish securities transactions for the Pension Plans, I emailed ED&F prior to the ex-date of a dividend event, instructing ED&F to purchase Danish securities for the Pension Plans. The instructions typically included the price for the securities, the number of shares, and which of the pension plans would be trading in the securities. I also instructed ED&F to hedge the transaction, typically with the sale of a single stock future. The details of my

instructions to ED&F were worked out ahead of time with ED&F to ensure that ED&F had the liquidity and financing available to it to facilitate the trades.

12.     An example of a written trade instruction is attached hereto as Exhibit A, which a is copy of email communications that I sent and received, with attachments, concerning the Riverside Plans' transaction in a Danish security, DSV DC, in March 2015.

13.     For each of the Pension Plans' trades, after communicating the trade instruction to ED&F, ED&F provided confirmations of the trade and the relevant hedging transaction. The trade confirmations from ED&F contained information concerning the relevant Pension Plans' transaction, including the name of the security purchased, the number of shares purchased, the share price, the trade date, and the settlement date.

14.     An example of trade confirmations received by Acer from ED&F is attached hereto as Exhibit A, at RIVER_00000766. I understood from this document, in conjunction with the trade request, that the Riverside Plan had purchased 850,000 shares of DSV DC on March 11, 2015.

15.     Subsequently, for each of the Pension Plans' trades, the Pension Plans' account statements, which ED&F provided daily, reflected the purchase of the relevant Danish security. An example of this can be seen on the account statement attached hereto as Exhibit B, at ACER_00010665, which is a copy of an account statement for the Riverside Plan provided to Acer by ED&F in March 2015. I understood from this document, in conjunction with the confirmation, that the Riverside Plan had purchased 850,000 shares of DSV DC on March 11, 2015, that ED&F was holding the Riverside Plan's right to these shares for the Riverside Plan as of March 11, 2015, and that the trade settled on March 13, 2015.

16.     The Pension Plans' account statements reflected that dividends were received by the Pension Plans.  On the attached account statement that is Exhibit B, at ACER_00010665, it states "CASH DIV - DSV DC - PD 17/03/15."  I understood a reference to "CASH DIV" on this account statement to mean that the Riverside Plan had received a dividend net of any withholding taxes in relation to its holding over the ex-date of 850,000 shares of DSV DC, and that ED&F was holding that dividend for the Riverside Plan in the Riverside Plan's account at ED&F.

17.     For each transaction, ED&F provided a tax voucher.  I understood the tax vouchers to be ED&F's confirmation that the pension plans received a dividend and that the relevant pension plan suffered withholding taxes.  An example of a tax voucher is attached hereto as Exhibit C, which is a copy of an email among ED&F, Goal Taxback Ltd., and Acer, attaching tax vouchers in relation to the Riverside Plan's and another pension plan's transaction in DSV DC in March 2015.

18.     Based on the trade confirmations provided by ED&F showing that the relevant trade was executed prior to the relevant ex-date, the Pension Plans' account statements reflecting receipt and ownership of a dividend designated as "CASH DIV," and the subsequent receipt of a tax voucher from ED&F, I understood that the relevant Pension Plan had received a dividend net of withholding taxes and had suffered withholding taxes.  Based on my experience in dividend arbitrage and based on all the information provided to me, including the information provided to me by ED&F, I believed that the Pension Plans were entitled to submit withholding-tax refund applications to SKAT.

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  April 29, 2022
        Oakley, Utah

Stacey Kaminer

# EXHIBIT A

## RE: DSV DC potential liquidity 1.7mm shares

| | |
|---|---|
| **From:** | "Ireland, Freddie (LDN)" <fireland@edfmancapital.com> |
| **To:** | Stacey Kaminer <sk@aigkamco.com>, "Mina, Sara (LDN)" <smina@edfmancapital.com> |
| **Cc:** | Alan Goldman <ag@aigkamco.com>, LDN-EQUITYFINANCE-TRADS-DL <ldn-equityfinance-trads-dl@edfmancapital.com> |
| **Date:** | Wed, 11 Mar 2015 16:28:44 +0000 |
| **Attachments:** | Hello Freddie, (26.62 kB); Fwd:Confirm (26.62 kB) |

Thanks Stacey, filled.
Confirms attached

From: Stacey Kaminer [mailto:sk@aigkamco.com]
Sent: 11 March 2015 15:07
To: Ireland, Freddie (LDN); Mina, Sara (LDN)
Cc: Alan Goldman; LDN-EQUITYFINANCE-TRADS-DL
Subject: RE: DSV DC potential liquidity 1.7mm shares
Thank you. The accounts are good with the terms please allocate 850,000 shares to each of RIVERS-ASSOC and
LINDEN-ADBPL
Best,
Stacey

From: Ireland, Freddie (LDN) [mailto:fireland@edfmancapital.com]
Sent: Wednesday, March 11, 2015 9:02 AM
To: Stacey Kaminer; Mina, Sara (LDN)
Cc: Alan Goldman; LDN-EQUITYFINANCE-TRADS-DL
Subject: RE: DSV DC potential liquidity 1.7mm shares
priced this using the 1w rate -0.395

From: Stacey Kaminer [mailto:sk@aigkamco.com]
Sent: 11 March 2015 14:32
To: Mina, Sara (LDN)
Cc: Alan Goldman; LDN-EQUITYFINANCE-TRADS-DL
Subject: RE: DSV DC potential liquidity 1.7mm shares
The accounts are interested. What fixing rate is pricing into the futures today?
Best,

Stacey

From: Mina, Sara (LDN) [mailto:smina@edfmancapital.com]
Sent: Wednesday, March 11, 2015 4:22 AM
To: Stacey Kaminer
Cc: Alan Goldman; LDN-EQUITYFINANCE-TRADS-DL
Subject: DSV DC potential liquidity 1.7mm shares
Morning Stacey,
We have seen decent liquidity in DSV DC vs April expiry Ice futures per below details. Details are bellow. Let me
know if these work for you and if so I will hit this.
Many thanks,
Sara
DSV DC
TD March 11th
SD March 13th
Quantity 1,700,000

RIVER_00000763

Buy Stock @ 219.2
Sell Futures @ 217.6942
**Sara Mina**
Equity Finance Trader
**ED&F Man Capital Markets Limited**
Cottons Centre, Hay's Lane, London, SE1 2QE
Direct: +44 (0)203 580 7629 | Desk: +44 (0)203 580 7625 | Mobile: +44 (0)7810867085
smina@edfmancapital.com | www.edfman.com

This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at http://www.edfmancapital.com. This document has been prepared for informational purposes only and opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is a registered company in England, number 1292851. MCM is authorised and regulated by the Financial Conduct Authority in the UK, register number 194926 at http://www.fca.org.uk. Member of the LSE. This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at http://www.edfmancapital.com. This document has been prepared for informational purposes only and opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is a registered company in England, number 1292851. MCM is authorised and regulated by the Financial

CONFIDENTIAL

Conduct Authority in the UK, register number 194926 at http://www.fca.org.uk. Member of the LSE.

CONFIDENTIAL

RIVER_00000765

# Hello Freddie,

From:     Freddie Ireland (E D & F MAN CAPITAL) <fireland@bloomberg.net>
Date:     Wed, 11 Mar 2015 16:02:48 +0000

--- Original Sender: ROSS LIDDARD, E D & F MAN CAPITAL ---

Hello Freddie,

To confirm ED&F MAN BUYS the following:

1,700,000 DSV DC (DK0060079531) @ DKK 219.20
@ DKK 219.20274 Net

SHAPES: 4 * 425,000

TRADE DATE: 11 MAR
VALUE DATE: 13-MAR

Thanks, Ross

--------------------------------------------------------------------------------
This electronic mail message was sent by ED&F Man Capital Markets Limited ("MCM"). This information is
intended solely for the personal and confidential use of the designated recipient named therein and therefore may
not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written
consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient,
you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent
or warrant the accuracy of and will not be responsible for the consequences of reliance upon any opinion or
information contained herein.

RIVER_00000766

## Fwd:Confirm

From:     Freddie Ireland (E D & F MAN CAPITAL) <fireland@bloomberg.net>
Date:     Wed, 11 Mar 2015 15:56:15 +0000

--- Original Sender: HAYLEY MUNDEN, ICAP ---


----- Original Message -----
From: HAYLEY MUNDEN (ICAP)
At: Mar 11 2015 15:52:55

Hi Freddie,

To confirm YOU SELL:

17,000 DRD (DSV DC) ICE flex cash Apr'15 @ 217.6947 (ref: 219.2)
Splits: 9,010 @ 217.69 / 7,990 @ 217.7

Thanks, Hayley


-------------------------------------------------------------------------------
This electronic mail message was sent by ED&F Man Capital Markets Limited ("MCM"). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of and will not be responsible for the consequences of reliance upon any opinion or information contained herein.

# EXHIBIT B

**ED&F MAN** Capital Markets

| Account: | CC:RIVERS-ASSOC |
| Name: | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN |
| Date: | 30 Mar 2015 |

## Account Statement

### OTC-OPTIONS (EUR)

| Trade Date | Expiry Date | Asset | Description | Position | Strike | Trade Price | Original Value | Market Price | Market Value | Unrealised P&L |
|---|---|---|---|---|---|---|---|---|---|---|
| 12 Mar 2015 | 15 Apr 2015 | ALV GY | ALLIANZ SE-REG | -13,695.00 | 0.01 | 153.84 | 2,106,838.80 | 162.34 | -2,223,246.30 | -116,407.50 |
| 12 Mar 2015 | 15 Apr 2015 | BAYN GY | BAYER AG-REG | -14,932.00 | 0.01 | 141.09 | 2,106,755.88 | 142.34 | -2,125,420.88 | -18,665.00 |
| 12 Mar 2015 | 15 Apr 2015 | BMW GY | BAYERISCHE MOTOREN WERKE AG | -17,654.00 | 0.01 | 119.34 | 2,106,828.36 | 117.99 | -2,082,995.46 | 23,832.90 |
| 12 Mar 2015 | 15 Apr 2015 | DBK GY | DEUTSCHE BANK AG-REGISTERED | -70,373.00 | 0.01 | 29.93 | 2,106,263.89 | 32.38 | -2,278,325.88 | -172,061.99 |
| 12 Mar 2015 | 15 Apr 2015 | DTE GY | DEUTSCHE TELEKOM AG-REG | -125,415.00 | 0.01 | 16.79 | 2,105,717.85 | 17.31 | -2,170,933.65 | -65,215.80 |
| 12 Mar 2015 | 15 Apr 2015 | LIN GY | LINDE AG | -11,133.00 | 0.01 | 189.24 | 2,106,808.92 | 192.49 | -2,142,991.17 | -36,182.25 |
| 12 Mar 2015 | 15 Apr 2015 | SAP GY | SAP AG | -33,051.00 | 0.01 | 63.74 | 2,106,670.74 | 67.35 | -2,225,984.85 | -119,314.11 |
| 12 Mar 2015 | 15 Apr 2015 | SIE GY | SIEMENS AG- REG | -20,636.00 | 0.01 | 102.09 | 2,106,729.24 | 101.34 | -2,091,252.24 | 15,477.00 |
| 12 Mar 2015 | 15 Apr 2015 | VOW3 GY | VOLKSWAGEN AG-PFD | -8,698.00 | 0.01 | 242.24 | 2,107,003.52 | 249.89 | -2,173,543.22 | -66,539.70 |
| 13 Mar 2015 | 15 Apr 2015 | ALV GY | ALLIANZ SE-REG | -13,525.00 | 0.01 | 154.49 | 2,089,477.25 | 162.34 | -2,195,648.50 | -106,171.25 |
| 13 Mar 2015 | 15 Apr 2015 | BAYN GY | BAYER AG-REG | -14,899.00 | 0.01 | 140.24 | 2,089,435.76 | 142.34 | -2,120,723.66 | -31,287.90 |
| 13 Mar 2015 | 15 Apr 2015 | BMW GY | BAYERISCHE MOTOREN WERKE AG | -17,626.00 | 0.01 | 118.54 | 2,089,386.04 | 117.99 | -2,079,691.74 | 9,694.30 |
| 13 Mar 2015 | 15 Apr 2015 | DBK GY | DEUTSCHE BANK AG-REGISTERED | -70,367.00 | 0.01 | 29.69 | 2,088,844.40 | 32.38 | -2,278,131.63 | -189,287.23 |
| 13 Mar 2015 | 15 Apr 2015 | DTE GY | DEUTSCHE TELEKOM AG-REG | -122,052.00 | 0.01 | 17.11 | 2,088,309.72 | 17.31 | -2,112,720.12 | -24,410.40 |
| 13 Mar 2015 | 15 Apr 2015 | LIN GY | LINDE AG | -11,047.00 | 0.01 | 189.14 | 2,089,429.58 | 192.49 | -2,126,437.03 | -37,007.45 |
| 13 Mar 2015 | 15 Apr 2015 | SAP GY | SAP AG | -32,751.00 | 0.01 | 63.79 | 2,089,186.29 | 67.35 | -2,205,779.85 | -116,593.56 |
| 13 Mar 2015 | 15 Apr 2015 | SIE GY | SIEMENS AG-REG | -20,446.00 | 0.01 | 102.19 | 2,089,376.74 | 101.34 | -2,071,997.64 | 17,379.10 |
| 13 Mar 2015 | 15 Apr 2015 | VOW3 GY | VOLKSWAGEN AG-PFD | -8,656.00 | 0.01 | 241.39 | 2,089,471.84 | 249.89 | -2,163,047.84 | -73,576.00 |
| 17 Mar 2015 | 15 Apr 2015 | ALV GY | ALLIANZ SE-REG | -13,147.00 | 0.01 | 159.94 | 2,102,731.18 | 162.34 | -2,134,283.98 | -31,552.80 |
| 17 Mar 2015 | 15 Apr 2015 | BAYN GY | BAYER AG-REG | -14,477.00 | 0.01 | 145.24 | 2,102,639.48 | 142.34 | -2,060,656.18 | 41,983.30 |

ED&F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London SE1 2QE
Tel. +44 (0)20 7089 8000

CONFIDENTIAL

ACER_00010662

**ED&F MAN Capital Markets**

| | | Account Name: | CC:RIVERS-ASSOC |
| | | | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN |
| | | Date: | 30 Mar 2015 |

| Trade Date | Asset | Description | Position | Trade Price | Cash Value | Market Price | Market Value | Unrealised P&L |
|---|---|---|---|---|---|---|---|---|
| 17 Mar 2015 | BMW GY | BAYERISCHE MOTOREN WERKE AG | -17,152.00 | 0.01 | 122.59 | 117.99 | -2,023,764.48 | 78,899.20 |
| 17 Mar 2015 | DBK GY | DEUTSCHE BANK AG-REGISTERED | -68,018.00 | 0.01 | 30.91 | 32.38 | -2,202,082.75 | -99,986.46 |
| 17 Mar 2015 | DTE GY | DEUTSCHE TELEKOM AG-REG | -122,362.00 | 0.01 | 17.18 | 17.31 | -2,118,096.22 | -16,518.87 |
| 17 Mar 2015 | LIN GY | LINDE AG | -10,850.00 | 0.01 | 193.79 | 192.49 | -2,088,516.50 | 14,105.00 |
| 17 Mar 2015 | SAP GY | SAP AG | -32,108.00 | 0.01 | 65.48 | 67.35 | -2,162,473.80 | -60,041.96 |
| 17 Mar 2015 | SIE GY | SIEMENS AG-REG | -19,856.00 | 0.01 | 105.89 | 101.34 | -2,012,207.04 | 90,344.80 |
| 17 Mar 2015 | VOW3 GY | VOLKSWAGEN AG-PFD | -8,240.00 | 0.01 | 255.19 | 249.89 | -2,059,093.60 | 43,672.00 |
| | | Option Value | 56,684,603.58 | | | | | -1,045,432.63 |

## TOTAL RETURN SWAPS (EUR)

| Trade Date | Term Date | Asset | Description | Position | Trade Price | Cash Value | Market Price | Market Value | Unrealised P&L |
|---|---|---|---|---|---|---|---|---|---|
| 12 Mar 2015 | 15 Apr 2015 | ALV GY | ALLIANZ SE-REG | 13,695.00 | 153.85 | -2,106,975.75 | 162.35 | 2,223,383.25 | 116,407.50 |
| 12 Mar 2015 | 15 Apr 2015 | BAYN GY | BAYER AG-REG | 14,932.00 | 141.10 | -2,106,905.20 | 142.35 | 2,125,570.20 | 18,665.00 |
| 12 Mar 2015 | 15 Apr 2015 | BMW GY | BAYERISCHE MOTOREN WERKE AG | 17,654.00 | 119.35 | -2,107,004.90 | 118.00 | 2,083,172.00 | -23,832.90 |
| 12 Mar 2015 | 15 Apr 2015 | DBK GY | DEUTSCHE BANK AG-REGISTERED | 70,373.00 | 29.94 | -2,106,967.62 | 32.39 | 2,279,029.61 | 172,061.99 |
| 12 Mar 2015 | 15 Apr 2015 | DTE GY | DEUTSCHE TELEKOM AG-REG | 125,415.00 | 16.80 | -2,106,972.00 | 17.32 | 2,172,187.80 | 65,215.80 |
| 12 Mar 2015 | 15 Apr 2015 | LIN GY | LINDE AG | 11,133.00 | 189.25 | -2,106,920.25 | 192.50 | 2,143,102.50 | 36,182.25 |
| 12 Mar 2015 | 15 Apr 2015 | SAP GY | SAP AG | 33,051.00 | 63.75 | -2,107,001.25 | 67.36 | 2,226,315.36 | 119,314.11 |
| 12 Mar 2015 | 15 Apr 2015 | SIE GY | SIEMENS AG- REG | 20,636.00 | 102.10 | -2,106,935.60 | 101.35 | 2,091,458.60 | -15,477.00 |
| 12 Mar 2015 | 15 Apr 2015 | VOW3 GY | VOLKSWAGEN AG-PFD | 8,698.00 | 242.25 | -2,107,090.50 | 249.90 | 2,173,630.20 | 66,539.70 |
| 13 Mar 2015 | 15 Apr 2015 | ALV GY | ALLIANZ SE-REG | 13,525.00 | 154.50 | -2,089,612.50 | 162.35 | 2,195,783.75 | 106,171.25 |
| 13 Mar 2015 | 15 Apr 2015 | BAYN GY | BAYER AG-REG | 14,899.00 | 140.25 | -2,089,584.75 | 142.35 | 2,120,872.65 | 31,287.90 |
| 13 Mar 2015 | 15 Apr 2015 | BMW GY | BAYERISCHE MOTOREN WERKE AG | 17,626.00 | 118.55 | -2,089,562.30 | 118.00 | 2,079,868.00 | -9,694.30 |

ED&F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London SE1 2QE
Tel. +44 (0)20 7089 8000

CONFIDENTIAL

ACER_00010663

**ED&F MAN Capital Markets**

| | | | Account: | | | |
|---|---|---|---|---|---|---|
| | | | Name: | CC:RIVERS-ASSOC | | |
| | | | | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN | | |
| | | | Date: | 30 Mar 2015 | | |

| Date 1 | Date 2 | Ticker | Security | Quantity | Price | Value | Price | Value | Gain/Loss |
|---|---|---|---|---|---|---|---|---|---|
| 13 Mar 2015 | 15 Apr 2015 | DBK GY | DEUTSCHE BANK AG-REGISTERED | 70,367.00 | 29.70 | -2,089,548.07 | 32.39 | 2,278,835.30 | 189,287.23 |
| 13 Mar 2015 | 15 Apr 2015 | DTE GY | DEUTSCHE TELEKOM AG-REG | 122,052.00 | 17.12 | -2,089,530.24 | 17.32 | 2,113,940.64 | 24,410.40 |
| 13 Mar 2015 | 15 Apr 2015 | LIN GY | LINDE AG | 11,047.00 | 189.15 | -2,089,540.05 | 192.50 | 2,126,547.50 | 37,007.45 |
| 13 Mar 2015 | 15 Apr 2015 | SAP GY | SAP AG | 32,751.00 | 63.80 | -2,089,513.80 | 67.36 | 2,206,107.36 | 116,593.56 |
| 13 Mar 2015 | 15 Apr 2015 | SIE GY | SIEMENS AG-REG | 20,446.00 | 102.20 | -2,089,581.20 | 101.35 | 2,072,202.10 | -17,379.10 |
| 13 Mar 2015 | 15 Apr 2015 | VOW3 GY | VOLKSWAGEN AG-PFD | 8,656.00 | 241.40 | -2,089,558.40 | 249.90 | 2,163,134.40 | 73,576.00 |
| 17 Mar 2015 | 15 Apr 2015 | ALV GY | ALLIANZ SE-REG | 13,147.00 | 159.95 | -2,102,862.65 | 162.35 | 2,134,415.45 | 31,552.80 |
| 17 Mar 2015 | 15 Apr 2015 | BAYN GY | BAYER AG-REG | 14,477.00 | 145.25 | -2,102,784.25 | 142.35 | 2,060,800.95 | -41,983.30 |
| 17 Mar 2015 | 15 Apr 2015 | BMW GY | BAYERISCHE MOTOREN WERKE AG | 17,152.00 | 122.60 | -2,102,835.20 | 118.00 | 2,023,936.00 | -78,899.20 |
| 17 Mar 2015 | 15 Apr 2015 | DBK GY | DEUTSCHE BANK AG-REGISTERED | 68,018.00 | 30.92 | -2,102,776.47 | 32.39 | 2,202,762.93 | 99,986.46 |
| 17 Mar 2015 | 15 Apr 2015 | DTE GY | DEUTSCHE TELEKOM AG-REG | 122,362.00 | 17.19 | -2,102,790.97 | 17.32 | 2,119,309.84 | 16,518.87 |
| 17 Mar 2015 | 15 Apr 2015 | LIN GY | LINDE AG | 10,850.00 | 193.80 | -2,102,730.00 | 192.50 | 2,088,625.00 | -14,105.00 |
| 17 Mar 2015 | 15 Apr 2015 | SAP GY | SAP AG | 32,108.00 | 65.49 | -2,102,752.92 | 67.36 | 2,162,794.88 | 60,041.96 |
| 17 Mar 2015 | 15 Apr 2015 | SIE GY | SIEMENS AG-REG | 19,856.00 | 105.90 | -2,102,540.40 | 101.35 | 2,012,405.60 | -90,344.80 |
| 17 Mar 2015 | 15 Apr 2015 | VOW3 GY | VOLKSWAGEN AG-PFD | 8,240.00 | 255.20 | -2,102,848.00 | 249.90 | 2,059,176.00 | -43,672.00 |
| | | | | | Option Value | -56,693,935.24 | | | 1,045,432.63 |

ED&F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London SE1 2QE
Tel. +44 (0)20 7089 8000

CONFIDENTIAL

ACER_00010664

# Account Transactions (General Ledger)

## ED&F Man Capital Markets Ltd
### 03/01/2015 through 03/30/2015

**Account (1-020-010-RIVERS-ASSOC) is (RIVERSIDE ASSOCIATES DEFINED BENEFIT PLA)**

Asset (DKK / DKK) Layer (C) [Danish Kroner DKK]

| Date | Journal ID | Journal Description | Seg | Classification | Ticket # | Transaction Amount | Running Balance |
|---|---|---|---|---|---|---|---|
| 02/28/2015 | | Opening Balance | 0 | | | | 2,470.16 Dr |
| 03/06/2015 | 393352 | Reversal of SEL 2,000,000 TDC DC @ 52.84 | 3 | PROCEED-EQUITY | 414895 | 105,694,520.00 Dr | 105,692,049.84 Cr |
| 03/06/2015 | 393355 | Reversal of SEL 1,000,000 TDC DC @ 52.84 | 3 | PROCEED-EQUITY | 415499 | 52,847,260.00 Cr | 158,539,309.84 Cr |
| 03/06/2015 | 393356 | Reversal of SEL 1,000,000 TDC DC @ 52.84 | 3 | PROCEED-EQUITY | 415501 | 52,847,260.00 Cr | 211,386,569.84 Cr |
| 03/06/2015 | T00041489501001002 | SEL 2,000,000 TDC DC @ 52.8473 DKK 105.6 | 2 | PROCEED-EQUITY | 414899 | 52,847,260.00 Dr | 105,692,049.84 Cr |
| 03/06/2015 | T00041499501001002 | SEL 1,000,000 TDC DC @ 52.8473 DKK 52.84 | 2 | PROCEED-EQUITY | 415499 | 52,847,260.00 Dr | 52,844,789.84 Cr |
| 03/06/2015 | T00041550101001002 | SEL 1,000,000 TDC DC @ 52.8473 DKK 52.84 | 2 | PROCEED-EQUITY | 415501 | 52,847,260.00 Dr | 2,470.16 Dr |
| 03/06/2015 | T00041551001001002 | SEL 1,000,000 DKK06022855@ 52.8473 DKK | 2 | PROCEED-EQUITY | 415510 | 52,847,260.00 Dr | 52,849,990.16 Dr |
| 03/06/2015 | T00041551201001002 | SEL 1,000,000 DKK06022859@ 52.8473 DKK | 2 | PROCEED-EQUITY | 415512 | 52,847,260.00 Dr | 105,696,990.16 Dr |
| 03/11/2015 | 395231 | CASH DIV - TDC DC - PD 03/03/15 | 51 | Unclassified | | 1,460,000.00 Cr | 104,236,990.16 Dr |
| 03/13/2015 | 395305 | Realized Gain/Loss Cust FUTURE | 2 | TR-FL-FUTURE | | 1,620,000.00 Dr | 102,616,990.16 Dr |
| 03/13/2015 | 395308 | Reversal of SEL 425,000 DSV DC @ 219.207 | 3 | PROCEED-EQUITY | 421230 | 93,163,145.00 Cr | 9,453,845.16 Dr |
| 03/13/2015 | 396086 | Reversal of SEL 425,000 DSV DC @ 219.207 | 3 | PROCEED-EQUITY | 421231 | 93,163,145.00 Cr | 83,709,399.16 Dr |
| 03/13/2015 | T00042112300100102 | Realized Gain/Loss Cust FUTURE | 2 | TR-FL-FUTURE | 421148 | 1,548,275.00 Dr | 82,161,024.84 Dr |
| 03/13/2015 | T00042113100100102 | BUY 1,000,000 TDC DC @ 51.1571 DKK 102.3 | 2 | PROCEED-EQUITY | 421230 | 102,314,200.00 Dr | 184,475,224.84 Dr |
| 03/13/2015 | T00042116100100102 | SEL 425,000 DSV DC @ 219.2074 DKK 93.163 | 2 | PROCEED-EQUITY | 421231 | 93,163,145.00 Dr | 91,312,079.84 Dr |
| 03/13/2015 | T00042218001001002 | SEL 425,000 DSV DC @ 219.2074 DKK 93.163 | 2 | PROCEED-EQUITY | 421231 | 93,163,145.00 Dr | 1,851,065.16 Dr |
| 03/13/2015 | T00042256100100102 | BUY 425,000 DSV DC @ 219.2027 DKK 93.161 | 2 | PROCEED-EQUITY | 422187 | 93,161,164.50 Dr | 95,012,229.66 Dr |
| 03/17/2015 | T00042283801001002 | BUY 425,000 DSV DC @ 219.2027 DKK 93.161 | 2 | PROCEED-EQUITY | 422565 | 93,161,164.50 Dr | 188,173,394.16 Dr |
| 03/17/2015 | T00042294701001002 | BUY 950,000 DSV DC @ 219.6 DKK 186,660.0 | 2 | PROCEED-EQUITY | 422838 | 186,600,000.00 Dr | 1,513,394.16 Dr |
| 03/17/2015 | | SEL 1,400,000 NOVOB DC @ 329.1041 DKK 46 | 2 | PROCEED-EQUITY | 422947 | 460,745,754.00 Dr | 461,259,148.16 Dr |
| 03/17/2015 | | SEL 1,200,000 DANSKE DC @ 176.0022 DKK 2. | 2 | PROCEED-EQUITY | | 211,202,640.00 Cr | 673,461,788.16 Dr |
| 03/18/2015 | 397018 | CASH DIV - DSV DC - PD 17/03/15 | 1 | Unclassified | | 992,800.00 Cr | 672,468,988.16 Dr |
| 03/19/2015 | 397577 | TDC DC custody fee Pt I | 1 | Unclassified | | 20,000.00 Dr | 672,488,988.16 Dr |
| 03/19/2015 | 397579 | TDC DC funding Mar | 1 | Unclassified | | 65,161.03 Dr | 767,904,549.29 Dr |
| 03/19/2015 | T00042387601001002 | SEL 150,000 PNDORA DC @ 635.0079 DKK 95 | 2 | PROCEED-EQUITY | 423870 | 95,251,131.00 Cr | 815,431,135.79 Dr |
| 03/19/2015 | T00042387801001002 | SEL 200,000 PNDORA DC @ 635.0079 DKK 47.6 | 2 | PROCEED-EQUITY | 423878 | 47,625,595.50 Cr | 863,056,731.29 Dr |
| 03/19/2015 | T00042387901001002 | SEL 75,000 PNDORA DC @ 635.0079 DKK 47.6 | 2 | PROCEED-EQUITY | 423879 | 47,625,595.50 Cr | 863,070,231.29 Dr |
| 03/20/2015 | 398310 | DSV DC custody fee Pt I | 1 | Unclassified | | 13,500.00 Dr | 866,093,500.16 Dr |
| 03/20/2015 | 398312 | DSV DC funding Mar | 27 | Unclassified | | 81,238.87 Dr | 889,473,220.16 Dr |
| 03/20/2015 | 398313 | Realized Gain/Loss Cust FUTURE | 17 | TR-FL-FUTURE | | 2,939,640.00 Dr | 887,502,220.16 Dr |
| 03/20/2015 | 398665 | Realized Gain/Loss Cust FUTURE | 0 | TR-FL-FUTURE | | 3,379,720.00 Cr | 883,123,220.16 Dr |
| 03/24/2015 | 399392 | CASH DIV - PNDORA DC - PD 23/03/15 | 0 | Unclassified | | 1,971,000.00 Cr | 877,289,920.16 Dr |
| 03/24/2015 | 399393 | CASH DIV - DANSKE DC - PD 23/03/15 | 0 | Unclassified | | 4,454,000.00 Cr | 668,969,920.16 Dr |
| 03/24/2015 | 399394 | Realized Gain/Loss Cust FUTURE | 0 | Unclassified | | 5,394,300.00 Dr | 193,009,920.16 Dr |
| 03/24/2015 | T00042722601001002 | BUY 1,200,000 DANSKE DC @ 173.6 DKK 208, | 3 | PROCEED-EQUITY | 427226 | 208,320,000.00 Dr | 191,009,920.16 Dr |
| 03/24/2015 | T00042723101001002 | BUY 1,400,000 NOVOB DC @ 341.4 DKK 477.9 | 3 | PROCEED-EQUITY | 427231 | 477,960,000.00 Dr | 185,965,920.16 Dr |
| 03/25/2015 | 398019 | CASH DIV - NOVOB DC - PD 24/03/15 | 0 | Unclassified | | 5,110,000.00 Cr | 186,134,471.22 Dr |
| 03/26/2015 | 400618 | DANSKE DC custody fee Pt I | 1 | Unclassified | | 168,551.06 Dr | 94,784,471.22 Dr |
| 03/26/2015 | | DANSKE DC funding Mar | 2 | Unclassified | | | 3,461,471.22 Dr |
| 03/26/2015 | T00042996601001002 | BUY 150,000 PNDORA DC @ 609 DKK 91,350.0 | 1 | PROCEED-EQUITY | 429966 | 91,350,000.00 Dr | 3,461,471.22 Dr |
| 03/26/2015 | T00042996901001002 | BUY 150,000 PNDORA DC @ 609 DKK 91,350,0 | 1 | PROCEED-EQUITY | 429969 | 91,350,000.00 Dr | 3,556,888.61 Dr |
| 03/30/2015 | 406796 | PNDORA DC custody fee Pt I | 1 | Unclassified | | | |
| 03/30/2015 | 406798 | PNDORA DC funding Mar | 1 | Unclassified | | 97,417.39 Dr | |

CONFIDENTIAL

# Account Transactions (General Ledger)

**ED&F Man Capital Markets Ltd**

03/01/2015 through 03/30/2015

| Date (DKK) | Journal ID | Layer | Journal Description | Seg | Classification | Ticket # | Transaction Amount | Running Balance |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 3,558,888.61 Dr |
| **Asset (DKK)** | | **(O)** | **[Danish Kroner DKK]** | | | | | |
| 03/04/2015 | 392869 | | Unrealized Gain/Loss Cust FUTURE | 1022 | PROCEED-FUTURE | 414886 | 860,000.00 Dr | 860,000.00 Dr |
| 03/05/2015 | 392907 | | Reversal of Unrealized Gain/Loss Cust FU | 1022 | PROCEED-FUTURE | 414886 | 860,000.00 Cr | 0.00 Cr |
| 03/05/2015 | 393283 | | Unrealized Gain/Loss Cust FUTURE | 1002 | PROCEED-FUTURE | 414886 | 2,060,000.00 Dr | 2,060,000.00 Dr |
| 03/06/2015 | 393704 | | Reversal of Unrealized Gain/Loss Cust FU | 1007 | PROCEED-FUTURE | 414886 | 2,060,000.00 Cr | 0.00 Cr |
| 03/07/2015 | 393760 | | Unrealized Gain/Loss Cust FUTURE | 978 | PROCEED-FUTURE | 414886 | 2,060,000.00 Dr | 2,060,000.00 Dr |
| 03/07/2015 | 393778 | | Unrealized Gain/Loss Cust FUTURE | 978 | PROCEED-FUTURE | 414886 | 2,060,000.00 Dr | 4,120,000.00 Dr |
| 03/09/2015 | 393792 | | Reversal of Unrealized Gain/Loss Cust FU | 978 | PROCEED-FUTURE | 414886 | 2,060,000.00 Cr | 2,060,000.00 Dr |
| 03/09/2015 | 393799 | | Reversal of Unrealized Gain/Loss Cust FU | 978 | PROCEED-FUTURE | 414886 | 2,060,000.00 Cr | 0.00 Cr |
| 03/09/2015 | 393808 | | Reversal of Unrealized Gain/Loss Cust FU | 978 | PROCEED-FUTURE | 414886 | 2,060,000.00 Cr | 2,060,000.00 Cr |
| 03/09/2015 | 394399 | | Unrealized Gain/Loss Cust FUTURE | 970 | PROCEED-FUTURE | 414886 | 460,000.00 Dr | 460,000.00 Cr |
| 03/10/2015 | 394412 | | Reversal of Unrealized Gain/Loss Cust FU | 970 | PROCEED-FUTURE | 414886 | 460,000.00 Cr | 0.00 Cr |
| 03/11/2015 | 394809 | | Unrealized Gain/Loss Cust FUTURE | 930 | PROCEED-FUTURE | 414886 | 2,040,000.00 Dr | 2,040,000.00 Cr |
| 03/11/2015 | 394842 | | Reversal of Unrealized Gain/Loss Cust FU | 930 | PROCEED-FUTURE | 414886 | 2,040,000.00 Cr | 0.00 Cr |
| 03/11/2015 | 395227 | | Unrealized Gain/Loss Cust FUTURE | 360 | PROCEED-FUTURE | 421222 | 225,930.00 Dr | 225,930.00 Dr |
| 03/12/2015 | 395262 | | Reversal of Unrealized Gain/Loss Cust FU | 360 | PROCEED-FUTURE | 421222 | 225,930.00 Cr | 0.00 Cr |
| 03/12/2015 | 395600 | | Unrealized Gain/Loss Cust FUTURE | 360 | PROCEED-FUTURE | 421222 | 369,070.00 Dr | 369,070.00 Dr |
| 03/13/2015 | 396083 | | Reversal of Unrealized Gain/Loss Cust FU | 360 | PROCEED-FUTURE | 421222 | 369,070.00 Cr | 0.00 Cr |
| 03/13/2015 | 396083 | | Unrealized Gain/Loss Cust FUTURE | 390 | PROCEED-FUTURE | 423083 | 224,760.00 Dr | 224,760.00 Dr |
| 03/13/2015 | 396125 | | Unrealized Gain/Loss Cust FUTURE | 362 | PROCEED-FUTURE | 423330 | 11,534,760.00 Dr | 11,288,700.00 Cr |
| 03/14/2015 | 396125 | | Unrealized Gain/Loss Cust FUTURE | 362 | PROCEED-FUTURE | 423330 | 11,063,940.00 Dr | 11,063,940.00 Dr |
| 03/15/2015 | 396143 | | Unrealized Gain/Loss Cust FUTURE | 390 | PROCEED-FUTURE | 423083 | 11,513,460.00 Dr | 22,577,400.00 Cr |
| 03/15/2015 | 396143 | | Reversal of Unrealized Gain/Loss Cust FU | 362 | PROCEED-FUTURE | 423330 | 224,760.00 Cr | 22,352,640.00 Dr |
| 03/16/2015 | 396157 | | Reversal of Unrealized Gain/Loss Cust FU | 362 | PROCEED-FUTURE | 423330 | 11,513,460.00 Cr | 11,866,100.00 Cr |
| 03/16/2015 | 396164 | | Unrealized Gain/Loss Cust FUTURE | 362 | PROCEED-FUTURE | 423330 | 11,513,460.00 Dr | 34,090,860.00 Cr |
| 03/16/2015 | 396164 | | Reversal of Unrealized Gain/Loss Cust FU | 362 | PROCEED-FUTURE | 423330 | 11,513,460.00 Cr | 22,577,400.00 Cr |
| 03/16/2015 | 396165 | | Reversal of Unrealized Gain/Loss Cust FU | 362 | PROCEED-FUTURE | 423330 | 11,513,460.00 Cr | 11,063,940.00 Cr |
| 03/16/2015 | 396165 | | Unrealized Gain/Loss Cust FUTURE | 362 | PROCEED-FUTURE | 423330 | 11,513,460.00 Dr | 11,513,460.00 Cr |
| 03/16/2015 | 396674 | | Unrealized Gain/Loss Cust FUTURE | 390 | PROCEED-FUTURE | 423083 | 11,513,460.00 Cr | 0.00 Cr |
| 03/17/2015 | 396674 | | Reversal of Unrealized Gain/Loss Cust FU | 390 | PROCEED-FUTURE | 423083 | 22,153,460.00 Cr | 22,153,460.00 Cr |
| 03/17/2015 | 396712 | | Reversal of Unrealized Gain/Loss Cust FU | 362 | PROCEED-FUTURE | 423330 | 375,240.00 Cr | 22,528,700.00 Cr |
| 03/17/2015 | 397100 | | Unrealized Gain/Loss Cust FUTURE | 430 | PROCEED-FUTURE | 423841 | 375,240.00 Cr | 375,240.00 Cr |
| 03/17/2015 | 397100 | | Unrealized Gain/Loss Cust FUTURE | 362 | PROCEED-FUTURE | 423330 | 1,949,400.00 Cr | 1,949,400.00 Cr |
| 03/17/2015 | 397100 | | Unrealized Gain/Loss Cust FUTURE | 392 | PROCEED-FUTURE | 423842 | 13,767,460.00 Cr | 11,818,060.00 Cr |
| 03/18/2015 | 397160 | | Unrealized Gain/Loss Cust FUTURE | 392 | PROCEED-FUTURE | 423842 | 3,182,460.00 Dr | 3,182,460.00 Dr |
| 03/18/2015 | 397160 | | Reversal of Unrealized Gain/Loss Cust FU | 430 | PROCEED-FUTURE | 423841 | 3,182,460.00 Cr | 6,862,840.00 Cr |
| 03/18/2015 | 397160 | | Reversal of Unrealized Gain/Loss Cust FU | 362 | PROCEED-FUTURE | 423330 | 1,949,400.00 Cr | 10,045,300.00 Cr |
| 03/18/2015 | 397460 | | Unrealized Gain/Loss Cust FUTURE | 436 | PROCEED-FUTURE | 423842 | 1,949,400.00 Cr | 1,994,700.00 Cr |
| 03/18/2015 | 397460 | | Reversal of Unrealized Gain/Loss Cust FU | 438 | PROCEED-FUTURE | 423841 | 1,772,760.00 Cr | 1,772,760.00 Cr |
| 03/18/2015 | 397460 | | Unrealized Gain/Loss Cust FUTURE | 400 | PROCEED-FUTURE | 423083 | 3,740,460.00 Cr | 3,740,460.00 Cr |
| 03/18/2015 | 397460 | | Reversal of Unrealized Gain/Loss Cust FU | 436 | PROCEED-FUTURE | 423842 | 2,291,400.00 Cr | 6,031,860.00 Cr |
| 03/18/2015 | 397460 | | Unrealized Gain/Loss Cust FUTURE | 400 | PROCEED-FUTURE | 423083 | 453,760.00 Dr | 6,485,620.00 Cr |
| 03/19/2015 | 397505 | | Reversal of Unrealized Gain/Loss Cust FU | 436 | PROCEED-FUTURE | 423842 | 3,740,460.00 Cr | 7,296,840.00 Cr |
| 03/19/2015 | 397505 | | Reversal of Unrealized Gain/Loss Cust FU | 400 | PROCEED-FUTURE | 423330 | 452,760.00 Cr | 11,037,300.00 Cr |
| | | | | | | | 13,781,460.00 Cr | 11,490,060.00 Cr |
| | | | | | | | | 2,291,400.00 Cr |

Copyright Shadow Financial Services Corp. 1998-2015. All Rights Reserved.    Page 2 of 4    Produced on 03/30/2015

CONFIDENTIAL

ACER_00010666

# Account Transactions (General Ledger)

## ED&F Man Capital Markets Ltd
### 03/01/2015 through 03/30/2015

| Date | Journal ID | Journal Description | Seg | Classification | Ticket # BENEFIT PLA | Transaction Amount | Running Balance |
|---|---|---|---|---|---|---|---|

**Account (DKK / DKK) Layer (O) (Continued)**

**Account (1-020-010-RIVERS-ASSOC) is (RIVERSIDE ASSOCIATES DEFINED BENEFIT PLA) (Continued)**

| Date | Journal ID | Journal Description | Seg | Classification | Ticket # | Transaction Amount | | Running Balance | |
|---|---|---|---|---|---|---|---|---|---|
| 03/19/2015 | 397505 | Reversal of Unrealized Gain/Loss Cust FU | 438 | PROCEED-FUTURE | 423841 | 2,291,400.00 | Dr | 0.00 | Cr |
| 03/19/2015 | 397880 | Unrealized Gain/Loss Cust FUTURE | 400 | PROCEED-FUTURE | 423083 | 1,371,240.00 | Dr | 1,371,240.00 | Cr |
| 03/19/2015 | 397880 | Unrealized Gain/Loss Cust FUTURE | 370 | PROCEED-FUTURE | 423330 | 17,043,460.00 | Dr | 18,414,700.00 | Cr |
| 03/19/2015 | 397880 | Unrealized Gain/Loss Cust FUTURE | 430 | PROCEED-FUTURE | 423842 | 3,262,440.00 | Dr | 15,152,260.00 | Cr |
| 03/19/2015 | 397880 | Unrealized Gain/Loss Cust FUTURE | 430 | PROCEED-FUTURE | 423842 | 1,998,420.00 | Dr | 13,153,840.00 | Cr |
| 03/20/2015 | 397940 | Reversal of Unrealized Gain/Loss Cust FU | 400 | PROCEED-FUTURE | 423083 | 1,371,240.00 | Cr | 16,416,280.00 | Cr |
| 03/20/2015 | 397940 | Reversal of Unrealized Gain/Loss Cust FU | 370 | PROCEED-FUTURE | 423330 | 15,045,040.00 | Cr | 15,045,040.00 | Cr |
| 03/20/2015 | 397940 | Reversal of Unrealized Gain/Loss Cust FU | 430 | PROCEED-FUTURE | 423841 | 1,998,420.00 | Cr | 1,998,420.00 | Cr |
| 03/20/2015 | 398649 | Unrealized Gain/Loss Cust FUTURE | 430 | PROCEED-FUTURE | 423842 | 1,720,260.00 | Cr | 1,720,260.00 | Cr |
| 03/20/2015 | 398649 | Unrealized Gain/Loss Cust FUTURE | 428 | PROCEED-FUTURE | 423842 | 2,808,600.00 | Cr | 4,528,860.00 | Cr |
| 03/21/2015 | 398695 | Unrealized Gain/Loss Cust FUTURE | 430 | PROCEED-FUTURE | 423842 | 2,808,600.00 | Cr | 7,337,460.00 | Cr |
| 03/21/2015 | 398695 | Unrealized Gain/Loss Cust FUTURE | 430 | PROCEED-FUTURE | 423842 | 1,720,260.00 | Cr | 9,057,720.00 | Cr |
| 03/21/2015 | 398708 | Unrealized Gain/Loss Cust FUTURE | 428 | PROCEED-FUTURE | 423841 | 2,808,600.00 | Cr | 11,866,320.00 | Cr |
| 03/21/2015 | 398708 | Unrealized Gain/Loss Cust FUTURE | 428 | PROCEED-FUTURE | 423841 | 1,720,260.00 | Cr | 13,586,580.00 | Cr |
| 03/23/2015 | 398722 | Reversal of Unrealized Gain/Loss Cust FU | 430 | PROCEED-FUTURE | 423842 | 2,808,600.00 | Dr | 10,777,980.00 | Cr |
| 03/23/2015 | 398722 | Reversal of Unrealized Gain/Loss Cust FU | 428 | PROCEED-FUTURE | 423841 | 1,720,260.00 | Dr | 9,057,720.00 | Cr |
| 03/23/2015 | 398730 | Reversal of Unrealized Gain/Loss Cust FU | 430 | PROCEED-FUTURE | 423841 | 2,808,600.00 | Dr | 6,249,120.00 | Cr |
| 03/23/2015 | 398730 | Reversal of Unrealized Gain/Loss Cust FU | 428 | PROCEED-FUTURE | 423841 | 1,720,260.00 | Dr | 4,528,860.00 | Cr |
| 03/23/2015 | 398731 | Reversal of Unrealized Gain/Loss Cust FU | 430 | PROCEED-FUTURE | 423841 | 1,720,260.00 | Dr | 2,808,600.00 | Cr |
| 03/23/2015 | 398731 | Reversal of Unrealized Gain/Loss Cust FU | 374 | PROCEED-FUTURE | 423841 | 2,608,640.00 | Dr | 2,674,440.00 | Cr |
| 03/24/2015 | 399209 | Unrealized Gain/Loss Cust FUTURE | 376 | PROCEED-FUTURE | 423841 | 2,674,440.00 | Cr | 7,039,860.00 | Cr |
| 03/24/2015 | 399260 | Reversal of Unrealized Gain/Loss Cust FU | 374 | PROCEED-FUTURE | 423841 | 4,365,420.00 | Dr | 4,365,420.00 | Cr |
| 03/24/2015 | 399260 | Reversal of Unrealized Gain/Loss Cust FU | 376 | PROCEED-FUTURE | 423842 | 4,365,420.00 | Dr | 0.00 | Cr |

**Asset (EUR / EUR) Layer (C) (Euro)**

| Date | Journal ID | Journal Description | Seg | Classification | Ticket # | Transaction Amount | | Running Balance | |
|---|---|---|---|---|---|---|---|---|---|
| 02/28/2015 | | Opening Balance | | | | | | 55,793.53 | Cr |
| 03/04/2015 | T0004148601001 | BUY 20,000 TKF20MAR2015 @ 51.96 | 0 | CASH | 414886 | 55,793.53 | Cr | 55,793.53 | Cr |
| 03/04/2015 | T0004148601001 | BUY 20,000 TKF20MAR2015 @ 51.96 | 3 | CASH | 414886 | 600.00 | Dr | 55,193.53 | Cr |
| 03/11/2015 | T0004223301001 | SEL 20,000 TKF20MAR2015 @ 51.15 | 5 | CASH | 421232 | 475.00 | Dr | 54,718.53 | Cr |
| 03/11/2015 | T0004223301001 | SEL 20,000 TKF20MAR2015 @ 51.15 | 5 | CASH | 421232 | 475.00 | Dr | 54,243.53 | Cr |
| 03/17/2015 | T0004238410101 | BUY 1,140 PADI7APR2015 @ 626.8 | 5 | CASH | 423841 | 600.00 | Dr | 53,643.53 | Cr |
| 03/17/2015 | T0004238410101 | BUY 1,140 PADI7APR2015 @ 626.8 | 5 | CASH | 423841 | 228.00 | Dr | 53,415.53 | Cr |
| 03/17/2015 | T0004238410101 | BUY 1,860 PADI7APR2015 @ 626.81 | 5 | CASH | 423841 | 34.20 | Dr | 53,381.33 | Cr |
| 03/17/2015 | T0004238420101 | BUY 1,860 PADI7APR2015 @ 626.81 | 5 | CASH | 423842 | 55.80 | Dr | 53,325.53 | Cr |
| 03/20/2015 | 398306 | SEL DRD17APR2015 @ 217.6942 Futures - C1 | 1 | Unclassified | 0 | 255.00 | Dr | 52,953.53 | Cr |
| 03/20/2015 | 398306 | SEL DRD17APR2015 @ 217.6942 Futures - Ex | 1 | Unclassified | 0 | 255.00 | Dr | 52,698.53 | Cr |
| 03/20/2015 | 398307 | BUY DRD17APR2015 @ 219.5157 Futures - C1 | 1 | Unclassified | 0 | 475.00 | Dr | 52,223.53 | Cr |
| 03/20/2015 | 398307 | BUY DRD17APR2015 @ 219.5157 Futures - Ex | 1 | Unclassified | 0 | 475.00 | Dr | 51,493.53 | Cr |
| 03/23/2015 | 398786 | BUY OGY17APR2015 @ 171.097 Fu | 1 | Unclassified | 0 | 360.00 | Dr | 51,133.53 | Cr |
| 03/23/2015 | 398786 | BUY OGY17APR2015 @ 171.097 Fu | 1 | Unclassified | 0 | 475.00 | Dr | 50,658.53 | Cr |
| 03/23/2015 | 398791 | SEL OGY17APR2015 @ 171.547 Fu | 1 | Unclassified | 0 | 360.00 | Dr | 50,228.53 | Cr |
| 03/23/2015 | 398795 | SEL OGY17APR2015 @ 171.547 Fu | 1 | Unclassified | 0 | 475.00 | Dr | 49,428.53 | Cr |
| 03/24/2015 | 399295 | BUY NFY17APR2015 @ 324.5961 F | 1 | Unclassified | 0 | 420.00 | Dr | 49,403.53 | Cr |
| 03/24/2015 | 399328 | SEL NFY17APR2015 @ 324.5961 F | 1 | Unclassified | 0 | 475.00 | Dr | 48,928.53 | Cr |

Copyright Shadow Financial Services Corp. 1998-2015. All Rights Reserved.

CONFIDENTIAL

ACER_00010667

# Account Transactions (General Ledger)

**ED&F Man Capital Markets Ltd**
03/01/2015 through 03/30/2015

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|---|---|---|---|---|---|---|---|

**Account (1-020-010-RIVERS-ASSOC) is (RIVERSIDE ASSOCIATES DEFINED BENEFIT PLA) (Continued)**

**Asset (EUR / EUR) Layer (C) (Continued)**

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|---|---|---|---|---|---|---|---|
| 03/24/2015 | 399331 | 20.03.2015 SEL NFYI7APR2015 @ 341.2959 F | 1 | Unclassified | 0 | 420.00 Dr | 48,508.53 Cr |
| 03/24/2015 | 399334 | 20.03.2015 SEL NFYI7APR2015 @ 341.2959 F | 1 | Unclassified | 0 | 475.00 Dr | 48,033.53 Cr |
| 03/24/2015 | T0004299560100L | SEL 1.560 PAD17APR2015 @ 608.83 | 3 | CASH | 429955 | 46.80 Dr | 47,986.73 Cr |
| 03/24/2015 | T0004299560100L | SEL 1.560 PAD17APR2015 @ 608.83 | 5 | CASH | 429955 | 312.00 Dr | 47,674.73 Cr |
| 03/24/2015 | T0004299560100L | SEL 1.440 PAD17APR2015 @ 608.82 | 5 | CASH | 429956 | 288.00 Dr | 47,386.73 Cr |
| 03/24/2015 | T0004299560100L | SEL 1.440 PAD17APR2015 @ 608.82 | 3 | CASH | 429956 | 43.20 Dr | 47,343.53 Cr |

47,343.53 Cr

**Asset (GBP / GBP) Layer (C) [British Pound]**

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|---|---|---|---|---|---|---|---|
| 02/28/2015 | | Opening Balance | 0 | | | 100.63 Dr | 100.63 Dr |

100.63 Dr

**Asset (USD / USD) Layer (C) [US Dollar]**

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|---|---|---|---|---|---|---|---|
| 02/28/2015 | 396201 | Opening Balance | 0 | | | 62,241,814.04 Dr | 62,241,814.04 Dr |
| 03/16/2015 | 396362 | CASH DIV UN US - PD 11/03/15 | 1 | Unclassified | 0 | 466,316.88 Cr | 61,775,497.16 Dr |
| 03/16/2015 | | UN US clearance charge | 1 | Unclassified | 0 | 41,339.49 Dr | 61,816,836.65 Dr |
| 03/26/2015 | 402679 | SEG TO NON SEG MOVE | 2 | Unclassified | 0 | 146,095.65 Dr | 61,670,741.00 Dr |
| 03/27/2015 | 403264 | USD RECEIPT | 2 | Unclassified | 0 | 64,965.00 Cr | 61,605,776.00 Dr |

61,605,776.00 Dr

**Asset (USD / USD) Layer ($) [US Dollar]**

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|---|---|---|---|---|---|---|---|
| 02/28/2015 | | Opening Balance | 0 | | | 146,095.65 Cr | 146,095.65 Cr |
| 03/26/2015 | 402679 | SEG TO NON SEG MOVE | 1 | Unclassified | 0 | 146,095.65 Dr | 0.00 Cr |

0.00 Cr

Gross Debit for all Trades:     0.00
Gross Credit for all Trades:    0.00

Net Debit/Credit for all Trades:     0.00 Cr

Copyright Shadow Financial Services Corp. 1998-2015. All Rights Reserved.    Page 4 of 4    Produced on 03/30/2015

CONFIDENTIAL

ACER_00010668

# Account Equity

ED&F Man Capital Markets Ltd
Cottons Centre, Hay's Lane
London, SE1 2QE
United Kingdom

Account Number: CC:RIVERS-ASSOC
Account Name  : RIVERSIDE ASSOCIATES DEFINED BE
Date          : 03/30/2015
Currency      : USD

## Cash Summary

| Cur Layer | Trade Date Amount | Conv Rate | TD Reporting Amt (USD) | Settle Date Amount | SD Reporting Amt (USD) |
|---|---|---|---|---|---|
| DKK Cash | 3,558,888.61 Dr | 0.14500740 | 516,065.18 Dr | 3,558,888.61 Dr | 516,065.18 Dr |
| EUR Cash | 47,343.53 Cr | 1.08330000 | 51,287.25 Cr | 47,343.53 Cr | 51,287.25 Cr |
| GBP Cash | 100.63 Dr | 1.48100000 | 149.03 Dr | 100.63 Dr | 149.03 Dr |
| USD Cash | 61,605,776.00 Dr | 1.00000000 | 61,605,776.00 Dr | 61,605,776.00 Dr | 61,605,776.00 Dr |
| | | | 62,070,702.96 Dr | | 62,070,702.96 Dr |

## Trade Date Positions (Equity) (USD)

| Asset | Description | L | Position | Trd Price | Market Price | Notional Cur | Original Value | Market Value | Unrealized G/L Cur |
|---|---|---|---|---|---|---|---|---|---|
| UN US | UNILEVER N V -NY SHARES | C | 1,444,600.00 Lg | 42.1105 | 42.9600 | 61,837,548 USD | 60,832,871.64 Dr | 62,060,016.00 Cr | 1,227,144.36 Cr USD |
| | Totals: | | | | | | 60,832,871.64 Dr | 62,060,016.00 Cr | 1,227,144.36 Cr USD |

## Equity Swaps

| Tick Seq | Trade Dt Term Dt Set Dt | Asset Description | Quantity D | Open Price | Notional Cur | Market Price | MTM Next Valuation Reset | Market Value | Rate Description | Rate | Accrued Financing |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 375276 | 01/27/15 04/30/15 01/30/15 | UN US UNILEVER N V -NY SHARES | 1,444,600 S | 42.8060 | 61,837,548 USD | 42.9600 | -222,468 | 62,060,016.00 Cr | Fixed | 0.0000 | 0.00 |

## Account Summary

| Item | Amount (USD) |
|---|---|
| Value of Opening Currency balance | 62,052,661.52 Dr |
| Value of Trades settling today | 0.00 Cr |
| Value of Rec/Del today | 0.00 Cr |
| Value of Deposits/Withdrawls today | 18,041.44 Dr |
| Value of closing currency balance(s) | 62,070,702.96 Dr |
| NonFX Proceeds Pending Settlement | 0.00 Cr |
| Trade Date Cash Balance | 62,070,702.96 Dr |
| Market Value of Positions | 62,060,016.00 Cr |
| Net Value of Financing Interest | 0.00 Cr |
| Open Trade Equity FX Deals | 0.00 Cr |
| Accrued Interest on Fixed Income | 0.00 Cr |
| Value of Open Swap Positions | 222,468.40 Dr |
| Preliminary Account Value | 233,155.36 Dr |

CONFIDENTIAL

ACER_00010669

# Account Equity

ED&F Man Capital Markets Ltd
Cottons Centre, Hay's Lane
London, SE1 2QE
United Kingdom

Account Number : CC:RIVERS-ASSOC
Account Name   : RIVERSIDE ASSOCIATES DEFINED BE
Date           : 03/30/2015
Currency       : USD

## Financing Summary

| | |
|---|---|
| Value of collateral | 0.00 Cr |
| Financing Valuation | 0.00 Cr |
| Total Financing Excess | 0.00 |

## Margin Summary

| | |
|---|---|
| Margin Req (Reg-T: Initial) | 0.00 Cr |
| Margin Req (Reg-T: Maintenance) | 0.00 Cr |
| Margin Req (Future Initial) | 0.00 Cr |
| Margin Req (FOREX) | 0.00 Cr |
| Margin Req (Minimum Equity) | 0.00 Cr |
| Margin Req (Total) | 0.00 Cr |

## Outstanding Calls

| Key | Type of Call | Status | Issue Date | Entry Date | Due Date | Amount (Original) | Amount (Open) | Cur |
|---|---|---|---|---|---|---|---|---|
| 285552 | Money due call | Issued | 03/24/2015 | 03/24/2015 | 03/31/2015 | 457,792.21 | 457,792.21 | USD |
| 286297 | Money due call | Issued | 03/25/2015 | 03/25/2015 | 04/01/2015 | 91,205.48 | 91,205.48 | USD |
| 287026 | Money due call | Issued | 03/26/2015 | 03/26/2015 | 04/02/2015 | 507,620.60 | 507,620.60 | USD |
| | | | | | | 1,056,618.29 | 1,056,618.29 | |

**Total Account Value**                233,155.36 Dr

CONFIDENTIAL

ACER_00010670

EXHIBIT C

# RE: Linden & Riversisde Tax Vouchers - DSV DC

| | |
|---|---|
| **From:** | Helin Salman <hsalman@goalgroup.com> |
| **To:** | "Howard, Marcus (LDN)" <mhoward@edfmancapital.com>,  sk@acerinvest.com, "Alan Goldman (AG@acerinvest.com)"  <ag@acerinvest.com> |
| **Cc:** | Client Services (SG) <clientservices@goalgroup.com> |
| **Date:** | Wed, 18 Mar 2015 10:49:13 +0000 |
| **Attachments:** | 201503180927.pdf  (334.91 kB) |

Good morning Marcus,

Many thanks for the attached tax vouchers, we have  begun processing these reclaims.

We shall confirm  receipt of the originals once received.

Kind regards,

Helin Salman
Operations Analyst
Goal Group of Companies
Tel. +44 (0)208 760 7130
www.goalgroup.com
"Reclaims, Recoveries,  Results"

**From:** Howard, Marcus (LDN) [mailto:mhoward@edfmancapital.com]
**Sent:** 18 March 2015 10:23
**To:** Helin Salman; 'SK@acerinvest.com'; Alan Goldman (AG@acerinvest.com)
**Cc:** Client Services (SG); Howard, Marcus (LDN)
**Subject:** Linden & Riversisde Tax Vouchers - DSV DC

Hi Helin,
Please find attached vouchers for DSV DC,
Originals are en route.
Kind regards
Marcus

**Marcus Howard**
Equity Finance Trader

**ED&F Man Capital Markets Limited**
Cottons Centre, Hay's Lane, London, SE1 2QE
Direct: +44 (0)203 580 7630  | Desk: +44 (0)203 580 7625  | Mobile: +44 (0)7889821409
mhoward@edfmancapital.com  | www.edfman.com

Please consider the environment before printing this e-mail

CONFIDENTIAL

This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at http://www.edfmancapital.com . This document has been prepared for informational purposes only and opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is a registered company in England, number 1292851. MCM is authorised and regulated by the Financial Conduct Authority in the UK, register number 194926 at http://www.fca.org.uk. Member of the LSE.

This e-mail, its content and any files transmitted with it are intended solely for the addressee(s), is confidential and may be legally privileged. If you have received this e-mail in error please delete it and contact the sender via the Goal Group Limited (GOAL) switchboard on +44 (0)20 8760 7130, fax on +44 (0)20 8681 2854 or via return e-mail. You should not copy or forward it on or otherwise use the contents, attachments or information in any way. Any such unauthorised use or disclosure may be unlawful

Goal Group Limited gives no warranty whether express or implied as to the security, accuracy or completeness of this e-mail after it is sent. Goal Group Limited accepts no responsibility for changes made to this e-mail after it was sent. Any liability for viruses is excluded whether arising by statute, common law or otherwise. While Goal Group Limited has made every reasonable effort possible to ensure all documents are virus checked before they are transmitted you should carry out your own virus checks before opening any attachment.

The terms GOAL, GQI, and GTRS are registered trademarks of Goal Group Limited. All rights reserved.

Goal Group Limited (Co. No. 2438530) Registered Office: 69 Park Lane, Croydon CR9 1BG.

CONFIDENTIAL



**E D & F MAN CAPITAL MARKETS LIMITED**

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN - 5532 Lillehammer Lane, Suite 103, Park City, Utah, 84098, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | DSV A/S |
| ISIN: | DK0060079531 |
| SEDOL: | B1WT5G2 |
| Ex Date: | 13/03/2015 |
| Record Date: | 16/03/2015 |
| Pay Date: | 17/03/2015 |
| Quantity: | 850,000.00 |
| Gross Div Rate: | 1.60 |
| Amount Received: | 992,800.00 |
| WHT Suffered: | 367,200.00 |
| Currency | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN. If you have any further concerns or issues please do not hesitate to contact us.

A U T H O R I S E D   S I G N A T O R Y

Christina MacKinnon

Maclean

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL



**E D & F MAN CAPITAL MARKETS LIMITED**

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, Linden Associates Defined Benefit Plan - 5532 Lillehammer Lane, Suite 103, Park City, Utah, 84098, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | DSV A/S |
| ISIN: | DK0060079531 |
| SEDOL: | B1WT5G2 |
| Ex Date: | 13/03/2015 |
| Record Date: | 16/03/2015 |
| Pay Date: | 17/03/2015 |
| Quantity: | 850,000.00 |
| Gross Div Rate: | 1.60 |
| Amount Received: | 992,800.00 |
| WHT Suffered: | 367,200.00 |
| Currency | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Linden Associates Defined Benefit Plan. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED  SIGNATORY

Christina MacKinnon

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL

ACER_00003155