# Exhibit 103

849

**ED&F MAN**

E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN - 5532 Lillehammer Lane, Suite 103, Park City, UT 84098, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Tryg A/S |
| ISIN: | DK0060013274 |
| SEDOL: | B0LL2W7 |
| Ex Date: | 04/04/2014 |
| Record Date: | 08/04/2014 |
| Pay Date: | 09/04/2014 |
| Quantity: | 175,000.00 |
| Gross Div Rate: | 27 |
| Amount Received: | 3,449,250.00 |
| WHT Suffered: | 1,275,750.00 |
| Currency | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED  SIGNATORY

Christina MacKinnon

*C. Mackinnon*

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL

ED&F-00044891

**Charlotte Woodward**

| | |
|---|---|
| **From:** | Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> |
| **Sent:** | 03 April 2014 15:07 |
| **To:** | Stacey Kaminer; Mina, Sara (LDN) |
| **Cc:** | Foster, Victoria (LDN) |
| **Subject:** | RE: Trade Interest April 3, 2014 |
| **Attachments:** | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN- Confirm (17.3 KB); RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN- Confirm (18.9 KB); Newsong Fellowship Church 401K- Confirm (17.3 KB); Newsong Fellowship Church 401K- Confirm (18.7 KB); MOIRA ASSOCIATES LLC 401K PLAN- Confirm (17.3 KB); MOIRA ASSOCIATES LLC 401K PLAN- Confirm (18.7 KB); Linden Associates Defined Benefit Plan- Confirm (17.3 KB); Linden Associates Defined Benefit Plan- Confirm (18.7 KB) |

Hi Stacey,

Confirms attached.

Thanks,
Oliver

**From:** Stacey Kaminer [mailto:SK@acerinvest.com]
**Sent:** 02 April 2014 19:24
**To:** Bottomley, Oliver (LDN); Mina, Sara (LDN)
**Cc:** Foster, Victoria (LDN)
**Subject:** Trade Interest April 3, 2014

Hi All,

The following accounts are interested in purchasing a total of 800,000 shares of TRYG DC, ISIN DK0060013274, T+4 and hedging their purchase by selling Bclear futures in the amount of 8,000 TYF june expiry.  Can you provide clearance for these transactions?  Also, the accounts are looking for liquidity if you are able to source any please let them know.

| | | |
|---|---|---|
| LABP | LINDEN-ADBPL | 175,000 |
| MAPP | MOIRA0-ASSOC | 225,000 |
| NEWP | NSONGF-401PL | 225,000 |
| RABP | RIVERS-ASSOC | 175,000 |

Best,

Stacey

This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or

1

warrant the accuracy of, and will not be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at http://www.edfmancapital.com. This document has been prepared for informational purposes only and opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is a registered company in England, number 1292851. MCM is authorised and regulated by the Financial Conduct Authority in the UK, register number 194926 at http://www.fca.org.uk. Member of the LSE.

CONFIDENTIAL

ED&F-00044893

## Charlotte Woodward

| | |
|---|---|
| **From:** | Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> on behalf of LDN-EQUITYFINANCE-REPORTING-MB <equityfinancereporting@edfmancapital.com> |
| **Sent:** | 03 April 2014 15:00 |
| **To:** | Bottomley, Oliver (LDN) |
| **Subject:** | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN- Confirm |
| **Attachments:** | ATT00001.bin |

### Trade Reference 243637

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 03/04/2014 |
| Customer: | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN |
| Broker: | ED&F Man Capital Markets Ltd |
| Customer Trade Type: | Sell |
| Sec Desc: | TYF16APR2014BCLEAR |
| Exchange: | LIFFE |
| Price: | 533.42 |
| Quantity: | 1,750 |
| Currency: | DKK |
| Comments: | |
| Direct Commission: | (402.50) |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our Settlements Dept:  Tel: +44 (0) 20 3580 7234
Email:
secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

1

## Charlotte Woodward

| | |
|---|---|
| **From:** | Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> on behalf of LDN-EQUITYFINANCE-REPORTING-MB <equityfinancereporting@edfmancapital.com> |
| **Sent:** | 03 April 2014 15:00 |
| **To:** | Bottomley, Oliver (LDN) |
| **Subject:** | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN- Confirm |
| **Attachments:** | ATT00001.bin |

**Trade Reference 243723**

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 03/04/2014 |
| Settlement Date: | 09/04/2014 |
| Customer: | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN |
| Broker: | ED&F Man Capital Markets Ltd |
| Trade Type: | Buy |
| Sec Desc: | TRYG A/S |
| ISIN: | DK0060013274 |
| Gross Price: | 555 |
| Net Price: | 555.006940 |
| Quantity: | 175,000 |
| Settlement Method: | DNI |
| Net Cash: | 97,126,214.50 |
| Currency: | DKK |
| Comments: | External Sequence: EQ30183-109777 Execution Time: Thursday April 03,2014 12:00:00 AM Batch Id: 20140403_019108 |
| Commission: | |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy. A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our settlements Dept:         Tel: +44 (0) 20 3580 7234
Email:
secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

CONFIDENTIAL                                                                                          ED&F-00044895

**Charlotte Woodward**

| | |
|---|---|
| **From:** | GOODWIN, Richard (CH Volcafe) <RGOODWIN@volcafe.ch> |
| **Sent:** | 03 April 2014 10:13 |
| **To:** | BOTTOMLEY, Oliver (Capital Markets) |
| **Subject:** | Confirm TRYG DC 2 x 400,000 Shares |
| **Attachments:** | 03042014TRYGDC(MCM1).pdf |

Oliver:

### Volcafe Cash Equity Confirmation

| | |
|---|---|
| **Trade Date** | 03-Apr |
| **Value Date** | 09-Apr |
| | |
| **ED&F Man Capital Markets** | **BUYS** |
| **Trader** | OLIVER BOTTOMLEY |
| | |
| **Stock** | **TRYG A/S** |
| | TRYG DC Equity |
| **ISIN** | DK0060013274 |
| | |
| **Number Shares** | **800,000** |
| | |
| **Splits** | 2 x 400,000 |
| | 0 |
| | |
| **CCY** | DKK |
| **Gross Price** | 555.00000 |
| | |
| **Total Notional** | 444,000,000.00 |
| | |
| **Net Price** | **555.00694** |
| | |
| **Total Net Notional** | 444,005,552.00 |
| | |
| **Invoice at month End** | **NA** |
| **Brokerage** | 5,552.00   DKK |
| | |
| | |
| **Additional information:** | **Clearing BNP #1** |
| | |
| | |
| **Volcafe Clearing** | ICBC |

Best regards,

Richard Goodwin.

CONFIDENTIAL                                                    ED&F-00044896



Volcafe Ltd,
Technoparkstrasse 7, CH8406, Winterthur, Switzerland
Office:  +41 52 264 94 56, Mobile: +41 79 961 04 69
**rgoodwin@volcafe.ch | www.volcafe.com**

CONFIDENTIAL                                      ED&F-00044897

**Volcafe Cash Equity Confirmation**

| | | |
|---|---|---|
| **Trade Date** | 03-Apr | **Trade Time** |
| **Value Date** | 09-Apr | 10:09:20 |
| | | C.E.T |

**ED&F Man Capital Markets** **BUYS**
**Trader** OLIVER BOTTOMLEY

**Stock** **TRYG A/S**
TRYG DC Equity
**ISIN** DK0060013274

**Number Shares** **800,000**

**Splits** 2 x 400,000

0

**CCY** DKK
**Gross Price** 555.00000

**Total Notional** 444,000,000.00

**Net Price** **555.00694**

**Total Net Notional** 444,005,552.00

**Invoice at month End** **NA**
**Brokerage** 5,552.00  DKK

**Additional information:** **Clearing BNP #1**

**Volcafe Clearing** ICBC

Best regards,

Richard Goodwin.

Volcafe Ltd: Technoparkstrasse 7, CH-8406 Winterthur, Switzerland
rgoodwin@volcafe.ch  +41 52 264 94 94
ED&F-00044898

## Charlotte Woodward

**From:** GOODWIN, Richard (Volcafe) <rgoodwin@volcafe.ch>
**Sent:** 03 April 2014 10:15
**To:** Henstock, Chris (DUB)
**Cc:** Mina, Sara (LDN); Foster, Victoria (LDN)
**Subject:** Confirm TRYG DC 2 x 400,000 T+4
**Attachments:** 03042014TRYGDC(EDFDubai1).pdf

Chris:

### Volcafe Cash Equity Confirmation

| | |
|---|---|
| **Trade Date** | 03-Apr |
| **Value Date** | 09-Apr |

| | |
|---|---|
| **ED&F MCM obo ED&F Man Professional Trading Dubai** | **SELLS** |
| **Trader** | CHRIS HENSTOCK |

| | |
|---|---|
| **Stock** | **TRYG A/S** |
| | TRYG DC Equity |
| **ISIN** | DK0060013274 |

| | |
|---|---|
| **Number Shares** | 800,000 |

| | |
|---|---|
| **Splits** | 2 x 400,000 |
| | 0 |

| | |
|---|---|
| **CCY** | DKK |
| **Gross Price** | 555.00000 |

| | |
|---|---|
| **Notional** | 444,000,000.00 |

| | |
|---|---|
| **Net Price** | 555.00000 |

| | |
|---|---|
| **Net Notional** | 444,000,000.00 |

| | |
|---|---|
| **Invoice at month End** | NA |

| | |
|---|---|
| **Additional information:** | **Clearing JP Morgan** |

| | |
|---|---|
| **Volcafe Clearing** | ICBC |

Best regards,

CONFIDENTIAL                                                                                                ED&F-00044899

Richard Goodwin.



Volcafe Ltd,
Technoparkstrasse 7, CH8406, Winterthur, Switzerland
Office:  +41 52 264 94 56, Mobile: +41 79 961 04 69
**rgoodwin@volcafe.ch I www.volcafe.com**

2

ED&F-00044900

**Volcafe Cash Equity Confirmation**



| | | |
|---|---|---|
| **Trade Date** | 03-Apr | **Trade Time** |
| **Value Date** | 09-Apr | 10:09:20 |
| | | C.E.T |

**ED&F MCM obo ED&F Man Professional Trading Dubai**  **SELLS**
**Trader**                                           CHRIS HENSTOCK

**Stock**                **TRYG A/S**
                         TRYG DC Equity
**ISIN**                 DK0060013274

**Number Shares**        800,000

**Splits**               2 x 400,000
                         0

**CCY**                  DKK
**Gross Price**          555.00000

**Notional**                            444,000,000.00

**Net Price**            555.00000

**Net Notional**                        444,000,000.00

**Invoice at month End**      NA


**Additional information:**      **Clearing JP Morgan**


**Volcafe Clearing**             ICBC

Best regards,

Richard Goodwin.

CONFIDENTIAL

Volcafe Ltd: Technoparkstrasse 7, CH-8406 Winterthur, Switzerland
rgoodwin@volcafe.ch  +41 52 264 94 94

ED&F-00044901

**Charlotte Woodward**

| | |
|---|---|
| **From:** | Schofield, Paul (LDN) <pschofield@edfmancapital.com> |
| **Sent:** | 03 April 2014 10:20 |
| **To:** | Bottomley, Oliver (LDN); Foster, Victoria (LDN) |
| **Cc:** | Regan, Paul (LDN); Liddard, Ross (LDN); Schofield, Paul (LDN) |
| **Subject:** | 8,000 TYF 16Apr2014 Bclear confirm - ED&F MCM |

Hi,

To confirm ED&F MCM (ECM LEQ HI002) SELL the following,

8,000 TYF 16Apr2014 Bclear futs @ 533.42 (Ref: DKK 555.00)

Shapes: 2 x 1,750 / 2 x 2,250

Thanks,
Paul

Paul Schofield
Senior Equity Finance Broker



ED&F Man Capital Markets
Cottons Centre, Hays Lane, London, SE1 2QE
Direct: +44 (0)20 3580 7637
Mob: +44 (0)7810 543272

CONFIDENTIAL                                                                 ED&F-00044902

**Charlotte Woodward**

| | |
|---|---|
| **From:** | Schofield, Paul (LDN) <pschofield@edfmancapital.com> |
| **Sent:** | 03 April 2014 10:21 |
| **To:** | Henstock, Chris (DUB) |
| **Cc:** | Mina, Sara (LDN); Regan, Paul (LDN); Liddard, Ross (LDN); Schofield, Paul (LDN) |
| **Subject:** | 8,000 TYF 16Apr2014 Bclear confirm - ED&F Dubai |

Hi,

To confirm ED&F DUBAI (ECM LEQ HI002) BUYS the following,

8,000 TYF 16Apr2014 Bclear futs @ 533.42 (Ref: DKK 555.00)


Shapes: 2 x 1,750 / 2 x 2,250

Commission: DKK 5,334


Thanks,
Paul


Paul Schofield

Senior Equity Finance Broker


<http://www.derivatives-broker.com/>

ED&F Man Capital Markets

Cottons Centre, Hays Lane, London, SE1 2QE

Direct: +44 (0)20 3580 7637

Mob: +44 (0)7810 543272

CONFIDENTIAL                    ED&F-00044903

Rosenblatt work product: extracts of shadow data

| Firm | DateBasis | Sequence | ExtRefID | TradeDate | EntryDate | SettlementDate | TradeAccount | Product | AssetAlias1 | Currency | Ticket | Transaction | Quantity | Proceeds | FinalPrice | Asset | MasterAccount |
|------|-----------|----------|----------|-----------|-----------|----------------|--------------|---------|-------------|----------|--------|-------------|----------|----------|------------|-------|---------------|
| E1 | TRD | 243712 | EQ30183-109766 | 03/04/2014 | 2014-04-03 00:00:00.000 | 09/04/2014 | 1020010EDFDUBEDFDU | EQUITY | DK0060013274 | DKK | ORG | BUY | 400,000 | 222000000.00 | 555.0000000000 | TRYG DC | 1020010EDFDUBEDFDU |
| E1 | TRD | 243712 | EQ30183-109766 | 03/04/2014 | 2014-04-03 00:00:00.000 | 09/04/2014 | 1020035VOLCAFICBC0 | EQUITY | DK0060013274 | DKK | ORG | SEL | 400,000 | 222000000.00 | 555.0000000000 | TRYG DC | 1020035VOLCAFICBC0 |
| E1 | TRD | 243713 | EQ30183-109767 | 03/04/2014 | 2014-04-03 00:00:00.000 | 09/04/2014 | 1020010EDFDUBEDFDU | EQUITY | DK0060013274 | DKK | ORG | BUY | 400,000 | 222000000.00 | 555.0000000000 | TRYG DC | 1020010EDFDUBEDFDU |
| E1 | TRD | 243713 | EQ30183-109767 | 03/04/2014 | 2014-04-03 00:00:00.000 | 09/04/2014 | 1020035VOLCAFICBC0 | EQUITY | DK0060013274 | DKK | ORG | SEL | 400,000 | 222000000.00 | 555.0000000000 | TRYG DC | 1020035VOLCAFICBC0 |
| E1 | TRD | 243718 | EQ30183-109772 | 03/04/2014 | 2014-04-03 00:00:00.000 | 09/04/2014 | 1020035VOLCAFICBC0 | EQUITY | DK0060013274 | DKK | ORG | BUY | 400,000 | 222002776.00 | 555.0069400000 | TRYG DC | 1020035VOLCAFICBC0 |
| E1 | TRD | 243719 | EQ30183-109773 | 03/04/2014 | 2014-04-03 00:00:00.000 | 09/04/2014 | 1020035VOLCAFICBC0 | EQUITY | DK0060013274 | DKK | ORG | BUY | 400,000 | 222002776.00 | 555.0069400000 | TRYG DC | 1020035VOLCAFICBC0 |
| E1 | TRD | 243720 | EQ30183-109774 | 03/04/2014 | 2014-04-03 00:00:00.000 | 09/04/2014 | 1020010LINDENADBPL | EQUITY | DK0060013274 | DKK | ORG | SEL | 175,000 | 97126214.50 | 555.0069400000 | TRYG DC | 1020010LINDENADBPL |
| E1 | TRD | 243721 | EQ30183-109775 | 03/04/2014 | 2014-04-03 00:00:00.000 | 09/04/2014 | 1020010MOIRA0ASSOC | EQUITY | DK0060013274 | DKK | ORG | SEL | 225,000 | 124876561.50 | 555.0069400000 | TRYG DC | 1020010MOIRA0ASSOC |
| E1 | TRD | 243722 | EQ30183-109776 | 03/04/2014 | 2014-04-03 00:00:00.000 | 09/04/2014 | 1020010NSONGF401PL | EQUITY | DK0060013274 | DKK | ORG | SEL | 225,000 | 124876561.50 | 555.0069400000 | TRYG DC | 1020010NSONGF401PL |
| E1 | TRD | 243723 | EQ30183-109777 | 03/04/2014 | 2014-04-03 00:00:00.000 | 09/04/2014 | 1020010RIVERSASSOC | EQUITY | DK0060013274 | DKK | ORG | SEL | 175,000 | 97126214.50 | 555.0069400000 | TRYG DC | 1020010RIVERSASSOC |

# SWIFT Message Detail

**Message ID** 2872628

Retr

## SWIFT Information

| | | |
|---|---|---|
| **Msg Type** | **Direction** | |
| 545 | From Swift | |
| **Status** | **Loc ID** | |
| Closed | N/A | |
| **Related Ref** | **Loc SWIFT ID** | |
| N/A | N/A | |
| **Transaction Ref** | **Purpose** | |
| PG408BEL2A001 | N/A | |
| **Asset Series** | **Curr Series** | |
| 284314 | 284313 | |
| **Reason Code** | **External ID** | |
| N/A | N/A | |
| **Trailer Hdr** | **User Hdr** | |
| {MAC:00000000}{CHK:B944CDB6FC99} | {108:ISI41909902FS000} | |
| **Basic Hdr** | **App Hdr** | |
| F01MACVGB22AXXX0636155844 | O5450140140409PARBFRPPAXXX04075545371404090040N | |
| **Load User** | **Load Date** | |
| SHSYSTEM | 09-04-2014 01:00:48 | |
| **Load Port** | **Proc User** | |
| S608207NJ3Vw07 | N/A | |
| **Proc Date** | **Proc Port** | |
| [NULL] | N/A | |
| **Duration** | **Instruction Date** | |
| N/A | N/A | |
| **ACK Date** | OATS ☐ | |
| [NULL] | OATS Sent ☐ | |
| **File Name** | | |
| 06849057.TXT | | |
| **Memo** | | |

CONFIDENTIAL

## Details (38)

Show Groups                    System Default

| | Index | Tag | Value |
|---|---|---|---|
| 1 | 1 | 16R | GENL |
| 2 | 2 | 20C | :SEME//PG408BEL2A001 |
| 3 | 3 | 23G | NEWM |
| 4 | 4 | 98C | :PREP//20140409013754 |
| 5 | 5 | 16R | LINK |
| 6 | 6 | 13A | :LINK//541 |
| 7 | 7 | 20C | :RELA//E1000028431401 |
| 8 | 8 | 16S | LINK |
| 9 | 9 | 16S | GENL |
| 10 | 10 | 16R | TRADDET |
| 11 | 11 | 98A | :TRAD//20140403 |
| 12 | 12 | 98A | :ESET//20140409 |
| 13 | 13 | 35B | ISIN DK0060013274 |
| 14 | 14 | 000 | TRYG A/S |
| 15 | 15 | 16S | TRADDET |
| 16 | 16 | 16R | FIAC |
| 17 | 17 | 36B | :ESTT//UNIT/400,000, |
| 18 | 18 | 97A | :SAFE//4132900001000778523F |
| 19 | 19 | 97A | :CASH//4132900001000724796K |
| 20 | 20 | 94F | :SAFE//CUST/NDEADKKKOXXX |
| 21 | 21 | 16S | FIAC |
| 22 | 22 | 16R | SETDET |
| 23 | 23 | 22F | :SETR//TRAD |
| 24 | 24 | 16R | SETPRTY |
| 25 | 25 | 95P | :DEAG//ESSEDKKKOXXX |
| 26 | 26 | 16S | SETPRTY |
| 27 | 27 | 16R | SETPRTY |
| 28 | 28 | 95P | :SELL//IRVTBEBBXXX |
| 29 | 29 | 97A | :SAFE//05295114373 |
| 30 | 30 | 16S | SETPRTY |
| 31 | 31 | 16R | SETPRTY |
| 32 | 32 | 95P | :PSET//VPDKDKKKOXXX |
| 33 | 33 | 16S | SETPRTY |
| 34 | 34 | 16R | AMT |
| 35 | 35 | 19A | :ESTT//DKK222002776, |
| 36 | 36 | 98A | :VALU//20140409 |
| 37 | 37 | 16S | AMT |
| 38 | 38 | 16S | SETDET |

ED&F-00044905

# SWIFT Message Detail

**Message ID** 2872608

## SWIFT Information

| | |
|---|---|
| **Msg Type** 545 | **Direction** From Swift |
| **Status** Closed | **Loc ID** N/A |
| **Related Ref** N/A | **Loc SWIFT ID** N/A |
| **Transaction Ref** PG408BEK9A001 | **Purpose** N/A |
| **Asset Series** 284316 | **Curr Series** 284315 |
| **Reason Code** N/A | **External ID** N/A |
| **Trailer Hdr** {MAC:00000000}{CHK:B140CDB2EA9D} | **User Hdr** {108:ISI41909902FN000} |
| **Basic Hdr** F01MACVGB22AXXX0636155834 | **App Hdr** O5450140140409PARBFRPPJXXX83524329801404090040N |
| **Load User** SHSYSTEM | **Load Date** 09-04-2014 01:00:46 |
| **Load Port** S608207NJ3VW07 | **Proc User** N/A |
| **Proc Date** [NULL] | **Proc Port** N/A |
| **Duration** N/A | **Instruction Date** N/A |
| **ACK Date** [NULL] | **OATS** ☐ |
| | **OATS Sent** ☐ |
| **File Name** 06849057.TXT | |
| **Memo** | |

## Details (38)

Show Groups

| | Index | Tag | Value |
|---|---|---|---|
| 1 | 1 | 16R | GENL |
| 2 | 2 | 20C | :SEME//PG408BEK9A001 |
| 3 | 3 | 23G | NEWM |
| 4 | 4 | 98C | :PREP//20140409013746 |
| 5 | 5 | 16R | LINK |
| 6 | 6 | 13A | :LINK//541 |
| 7 | 7 | 20C | :RELA//E1000028431601 |
| 8 | 8 | 16S | LINK |
| 9 | 9 | 16S | GENL |
| 10 | 10 | 16R | TRADDET |
| 11 | 11 | 98A | :TRAD//20140403 |
| 12 | 12 | 98A | :ESET//20140409 |
| 13 | 13 | 35B | ISIN DK0060013274 |
| 14 | 14 | 000 | TRYG A/S |
| 15 | 15 | 16S | TRADDET |
| 16 | 16 | 16R | FIAC |
| 17 | 17 | 36B | :ESTT//UNIT/400000, |
| 18 | 18 | 97A | :SAFE//41329000010000778523F |
| 19 | 19 | 97A | :CASH//41329000010000724796K |
| 20 | 20 | 94F | :SAFE//CUST/NDEADKKKXXX |
| 21 | 21 | 16S | FIAC |
| 22 | 22 | 16R | SETDET |
| 23 | 23 | 22F | :SETR//TRAD |
| 24 | 24 | 16R | SETPRTY |
| 25 | 25 | 95P | :DEAG//ESSEDKKKXXX |
| 26 | 26 | 16S | SETPRTY |
| 27 | 27 | 16R | SETPRTY |
| 28 | 28 | 95P | :SELL//IRVTBEBBXXX |
| 29 | 29 | 97A | :SAFE//05295114373 |
| 30 | 30 | 16S | SETPRTY |
| 31 | 31 | 16R | SETPRTY |
| 32 | 32 | 95P | :PSET//VPDKDKKKXXX |
| 33 | 33 | 16S | SETPRTY |
| 34 | 34 | 16R | AMT |
| 35 | 35 | 19A | :ESTT//DKK222002776, |
| 36 | 36 | 98A | :VALU//20140409 |
| 37 | 37 | 16S | AMT |
| 38 | 38 | 16S | SETDET |

CONFIDENTIAL

ED&F-00044906

# Account Equity

**ED&F Man Capital Markets Ltd**
3 London Bridge Street
London SE1 9SG
United Kingdom

Account Number: CC:RIVERS-ASSOC
Account Name  : RIVERSIDE ASSOCIATES DEFINED BE
Date          : 04-04-2014
Currency      : USD

## Cash Summary

| Cur Layer | Trade Date Amount | Conv Rate | TD Reporting Amt (USD) | Settle Date Amount | Conv Rate | SD Reporting Amt (USD) |
|---|---|---|---|---|---|---|
| DKK Cash | 976,020,033.50 Dr | 0.18357382 | 179,171,725.95 Dr | 878,893,819.00 Dr | 0.18357382 | 161,341,895.73 Dr |
| DKK Var Margin | 23,885,010.00 Dr | 0.18357382 | 4,384,662.53 Dr | 23,885,010.00 Dr | 0.18357382 | 4,384,662.53 Dr |
| EUR Cash | 2,846.45 Dr | 1.37050000 | 3,901.06 Dr | 2,846.45 Dr | 1.37050000 | 3,901.06 Dr |
| EUR SEG CASH A | 26,719.00 Cr | 1.37050000 | 36,618.39 Cr | 26,719.00 Cr | 1.37050000 | 36,618.39 Cr |
| USD Cash | 143,655,471.00 Dr | 1.00000000 | 143,655,471.00 Dr | 143,655,471.00 Dr | 1.00000000 | 143,655,471.00 Dr |
| USD SEG CASH A | 146,095.65 Cr | 1.00000000 | 146,095.65 Cr | 146,095.65 Cr | 1.00000000 | 146,095.65 Cr |
| | | | 327,033,046.50 Dr | | | 309,203,216.28 Dr |

## Trade Date Positions (Equity) (DKK)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| DANSKE DC | DANSKE BANK A/S | C | 2,000,000.00 Lg | 144.2149 | 154.8000 | 288,429,840.00 Dr | 309,600,000.00 Cr | 21,170,160.00 Cr | DKK |
| NOVOB DC | NOVO NORDISK A/S-B | C | 2,000,000.00 Lg | 246.7031 | 243.6000 | 493,406,160.00 Dr | 487,200,000.00 Cr | 6,206,160.00 Dr | DKK |
| TDC DC | TDC A/S | C | 2,150,000.00 Lg | 52.4007 | 49.4300 | 112,661,419.00 Dr | 106,274,500.00 Cr | 6,386,919.00 Dr | DKK |
| TRYG DC | TRYG A/S | C | 175,000.00 Lg | 555.0069 | 524.5000 | 97,126,214.50 Dr | 91,787,500.00 Cr | 5,338,714.50 Dr | DKK |
| | | | | | Totals: | 991,623,633.50 Dr | 994,862,000.00 Cr | 3,238,366.50 Cr | |

## Trade Date Positions (Equity) (USD)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| UN US | UNILEVER N V  -NY SHARES | C | 3,644,600.00 Lg | 42.2374 | 40.5700 | 153,938,309.64 Dr | 147,861,422.00 Cr | 6,076,887.64 Dr | USD |
| | | | | | Totals: | 153,938,309.64 Dr | 147,861,422.00 Cr | 6,076,887.64 Dr | |

## Trade Date Futures Positions (DKK)

| Asset | Description | Position | Trd Price | Market Price | Orig Notional | Market Value | Open Trd Equity | Cur |
|---|---|---|---|---|---|---|---|---|
| NFY16APR2014 | NFY16APR2014BCLEAR | 20,000.00 Sh | 243.1300 | 243.6000 | 486,260,000.00 Cr | 487,200,000.00 Dr | 940,000.00 Dr | DKK |
| OGY16APR2014 | OGY16APR2014BCLEAR | 20,000.00 Sh | 142.6300 | 154.8000 | 285,260,000.00 Cr | 309,600,000.00 Dr | 24,340,000.00 Dr | DKK |
| TKF18JUL2014 | TKF18JUL2014BCLEAR | 21,500.00 Sh | 49.3836 | 49.4600 | 106,174,740.00 Cr | 106,339,000.00 Dr | 164,260.00 Dr | DKK |
| TYF16APR2014 | TYF16APR2014BCLEAR | 1,750.00 Sh | 533.4200 | 524.5100 | 93,348,500.00 Cr | 91,789,250.00 Dr | 1,559,250.00 Cr | DKK |
| | | | | | 971,043,240.00 Cr | 994,928,250.00 Dr | 23,885,010.00 Dr | DKK |

## Pending Trades (DKK)

| Trade Dt | Settl Dt | Type | Trn | Quantity Asset | Trd Price | Proceeds | Cur |
|---|---|---|---|---|---|---|---|
| 03-04-14 | 09-04-14 | Normal | BUY | 175,000.00 TRYG DC | 555.0069 | 97,126,214.50 Dr | DKK |

CONFIDENTIAL

ED&F-00044907

# Account Equity

**ED&F Man Capital Markets Ltd**
3 London Bridge Street
London SE1 9SG
United Kingdom

Account Number: CC:RIVERS-ASSOC
Account Name  : RIVERSIDE ASSOCIATES DEFINED BE
Date          : 04-04-2014
Currency      : USD

## Equity Swaps

| Tick Seq | Trade Dt Set Dt | Term Dt | Asset Description | Quantity D | Open Price | Notional Cur | Market Price | MTM Valuation | Next Reset | Rate Description | Rate | Accrued Financing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 203930 | 27-12-13 27-12-13 | 19-12-14 | UN US UNILEVER N V | 1,444,600 S -NY SHARES | 39.4600 | 57,003,916 USD | 40.5700 | -1,603,506 | 21-04-14 | Fixed | 0.0000 | 0.00 |
| 203931 | 27-12-13 27-12-13 | 19-12-14 | UN US UNILEVER N V | 2,200,000 S -NY SHARES | 39.4600 | 86,812,000 USD | 40.5700 | -2,442,000 | 21-04-14 | Fixed | 0.0000 | 0.00 |

## Account Summary

| Item | Amount (USD) |
|---|---|
| Value of opening currency balance | 308,895,970.97 Dr |
| Value of trades settling today | 0.00 Cr |
| Value of Rec/Del today | 0.00 Cr |
| Value of Deposits/Withdrawls today | 307,245.31 Dr |
| **Value of closing currency balance(s)** | **309,203,216.28 Dr** |
| Cash Collateral Pending Settlement | 0.00 Cr |
| Financed Cash Pending Settlement | 0.00 Cr |
| NonFX Proceeds Pending Settlement | 17,829,830.22 Dr |
| **Trade Date Cash Balance** | **327,033,046.50 Dr** |
| Market Value of Positions | 330,492,039.70 Cr |
| Mkt Val of Unsettled Fin Positions | 0.00 Cr |
| Mkt Val of Settled Fin Positions | 0.00 Cr |
| Mkt Val of Unsettled Fin Collateral | 0.00 Cr |
| Mkt Val of Settled Fin Collateral | 0.00 Cr |
| Net Value of Financing Interest | 0.00 Cr |
| Open Trade Equity on FX Deals | 0.00 Cr |
| Accrued Interest on Fixed Income | 0.00 Cr |
| Value of Open Swap Positions | 4,045,506.00 Dr |
| **Preliminary Account Value** | **586,512.80 Dr** |

## Margin Summary

| | |
|---|---|
| Margin Req (Reg-T: Initial) | 0.00 Cr |
| Margin Req (Reg-T: Maintenance) | 0.00 Cr |
| Margin Req (Future Initial) | 12,438,319.53 Dr |
| Margin Req (FOREX) | 0.00 Cr |
| Margin Req (Minimum Equity) | 0.00 Cr |
| **Margin Req (Total)** | **12,438,319.53 Dr** |

## Futures Initial Requirement

| Cur | Requirement | Requirement (USD) | Conv Rate |
|---|---|---|---|
| DKK | 67,756,500.00 Dr | 12,438,319.53 Dr | 0.18357 |
| | | 12,438,319.53 Dr | |

CONFIDENTIAL

ED&F-00044908

# Account Equity

**ED&F Man Capital Markets Ltd**
3 London Bridge Street
London SE1 9SG
United Kingdom

Account Number: CC:RIVERS-ASSOC
Account Name  : RIVERSIDE ASSOCIATES DEFINED BE
Date          : 04-04-2014
Currency      : USD

---

## Outstanding Calls

| Key | Type of Call | Status | Issue Date | Entry Date | Due Date | Amount (Original) | Amount (Open) | Cur |
|-----|--------------|--------|-----------|-----------|----------|-------------------|---------------|-----|
| 102343 | Futures call | Issued | 04-04-2014 | 04-04-2014 | 04-04-2014 | 4,594,663.80 | 4,594,663.80 | USD |
| | | | | | | 4,594,663.80 | 4,594,663.80 | |

## Total Account Value                          13,024,832.33 Dr

## Financing Summary

| | | |
|---|---|---|
| Unsettled Value of collateral at close | 0.00 Cr | |
| Unsettled Financing Valuation | 0.00 Cr | |
| **Unsettled Financing Excess at close** | **0.00** | |
| Settled Value of collateral at close | 0.00 Cr | |
| Settled Financing Valuation | 0.00 Cr | |
| **Settled Financing Excess at close** | **0.00** | |
| **Total Financing Excess at close** | **0.00** | |

CONFIDENTIAL

ED&F-00044909

# Tryg A/S

## TRYG DC

ISIN: DK0060013274          SEDOL: B0LL2W7                    COUNTRY: DK

EX DATE: 04/04/2014        REC DATE: 08/04/2014        PAY DATE: 09/04/2014

CCY: DKK        GROSS RATE: 27.00        FEE: 0.00

## AGENT POSITIONS

| CLIENT ACCOUNT | CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVEABLE | CLAIM? | NOTES |
|---|---|---|---|---|---|---|---|---|
| CC:AMERIC-INVGR | AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN | 73% | 50,000 | | 985,500.00 | | | 16/04/14 - Rate on Maple borrow amended from 85% as per agreement from desk & client - MPM |
| CC:AUTOPA-AUTOP | Autoparts Pensions Group Trust | 73% | 136,000 | | 2,680,560.00 | | | |
| CC:BLUEGR-BLUEG | Bluegrass Retirement Group Trust | 73% | 113,000 | | 2,227,230.00 | | | |
| CC:BLUELL-BLUEL | BlueGrass Investment Management LLC Retirement Plan | 73% | 23,000 | | 453,330.00 | | | |
| CC:BLUELL-BLUEL | BlueGrass Investment Management LLC Retirement Plan | 73% | 128,000 | | 2,522,880.00 | | | |
| CC:CAMBRI-401KP | Cambridge Way LLC 401K Profit Sharing Plan | 73% | 612,500 | | 12,072,375.00 | | | |
| CC:CASTPE-GRPTR | Casting Pensions Group Trust | 73% | 128,000 | | 2,522,880.00 | | | |
| CC:CTECH0-00000 | Central Technologies Pensions Group Trust | 73% | 106,000 | | 2,089,260.00 | | | |
| CC:FEDLOG-FEDLO | FEDERATED LOGISTICS 401(K) PLAN | 73% | 300,000 | | 5,913,000.00 | | | |
| CC:HAMLYN-LLP00 | HAMLYN LP | 73% | 350,000 | | 6,898,500.00 | | | |
| CC:INDUST-PENGP | Industrial Pension Group Trust | 73% | 116,000 | | 2,286,360.00 | | | |
| CC:LINDEN-ADBPL | Linden Associates Defined Benefit Plan | 73% | 175,000 | | 3,449,250.00 | | | |
| CC:MOIRA0-ASSOC | MOIRA ASSOCIATES LLC 401K PLAN | 73% | 225,000 | | 4,434,750.00 | | | |
| CC:NSONGF-401PL | Newsong Fellowship Church 401K | 73% | 225,000 | | 4,434,750.00 | | | |
| CC:RIVERS-ASSOC | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN | 73% | 175,000 | | 3,449,250.00 | | | |
| CC:SVHOLD-SVHOL | SV Holdings LLC Retirement Plan | 73% | 113,000 | | 2,227,230.00 | | | |
| CC:TVETER-TVETE | Tveter LLC Pension Plan | 73% | 100,000 | | 1,971,000.00 | | | |
| CC:EDFDUB-EDFDU | ED&F Man Professional Trading (Dubai) Limited | 73% | | -2,162,500 | | -42,622,875.00 | | |
| LC:GLOBAL-EQY01 | BNP Paribas Depot 778523F | 73% | | -73,000 | | -1,438,830.00 | | |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | 2,162,500 | | 42,622,875.00 | | YES | |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | | -2,162,500 | | -42,622,875.00 | YES | |
| SB:IDBEDF-IDBED | Equity Finance Vs IDB (BNP) | 73% | | -540,000 | | -10,643,400.00 | YES | |
| SB:IDBEDF-IDBED | Equity Finance Vs IDB (BNP) | 73% | | -300,000 | | -5,913,000.00 | YES | |
| | | TOTALS | 5,238,000 | -5,238,000 | TOTALS 103,240,980.00 | -103,240,980.00 | | |

## SECURITIES LENDING POSITIONS

| SL CLIENT ACCOUNT | SL CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVEABLE | CLAIM? | NET STK LOAN AMNT | PYMNT V/D | PYMNT JRNL NO |
|---|---|---|---|---|---|---|---|---|---|---|
| BR:MAPLE0-UKLTD | Maple Securities UK Ltd | 73% | 23,000 | | 453,330.00 | | YES | | 22/04 | 280849 |
| CC:POLLEN-FUND0 | POLLEN FUND LIMITED | 73% | | -23,000 | | -453,330.00 | | | | |
| CC:BLUEGR-BLUEG | Bluegrass Retirement Group Trust | 100% | 12,000 | | 324,000.00 | | | | | |
| CC:BLUELL-BLUEL | BlueGrass Investment Management LLC Retirement Plan | 100% | 5,000 | | 135,000.00 | | | | | |
| CC:CTECH0-00000 | Central Technologies Pensions Group Trust | 100% | 14,000 | | 378,000.00 | | | | | |
| CC:TEWLLC-TEW00 | Tew Enterprises LLC Retirement Plan | 100% | 130,500 | | 3,523,500.00 | | | | | |

CONFIDENTIAL

ED&F-00044910

| CC:TEWLP0-TEWLP | Tew LP Retirement Plan | 100% | 115,500 | | 3,118,500.00 | |
| CC:POLLEN-FUND0 | POLLEN FUND LIMITED | 100% | | -277,000 | | -7,479,000.00 |
| | | SL TOTALS | 300,000 | -300,000 | TOTALS 7,932,330.00 | -7,932,330.00 |

## SWAP POSITIONS

| SWP CLIENT ACCOUNT | SWP CLIENT NAME | DIV % | SWAP LONG | SWAP SHORT | PAYABLE | RECEIVEABLE |
|---|---|---|---|---|---|---|
| | | SWP TOTALS | 0 | 0 | TOTALS 0.00 | 0.00 |

| PREPARED: | | DESK SIGN OFF: | | OPS MANAGER SIGN OFF |
|---|---|---|---|---|

| AGENT CASH RECEIVED | CLAIMS PAID | JOURNAL NUMBERS UPDATED | DATE: 22/04/14 | FILE CLOSED CLOSER: |
|---|---|---|---|---|

CONFIDENTIAL

ED&F-00044911



ED&F-00044912