# Exhibit 110



ED&F MAN

E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN - 5532 Lillehammer Lane, Suite 103, Park City, Utah, 84098, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Novo Nordisk A/S |
| ISIN: | DK0060534915 |
| SEDOL: | BHC8X90 |
| Ex Date: | 20/03/2015 |
| Record Date: | 23/03/2015 |
| Pay Date: | 24/03/2015 |
| Quantity: | 1,400,000.00 |
| Gross Div Rate: | 5 |
| Amount Received: | 5,110,000.00 |
| WHT Suffered: | 1,890,000.00 |
| Currency | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN. If you have any further concerns or issues please do not hesitate to contact us.

A U T H O R I S E D   S I G N A T O R Y

Christina MacKinnon

*Machann*

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL                                    ED&F-00049905

**Charlotte Woodward**

| | |
|---|---|
| **From:** | Mina, Sara (LDN) <smina@edfmancapital.com> |
| **Sent:** | 13 March 2015 15:43 |
| **To:** | Stacey Kaminer |
| **Cc:** | Alan Goldman; LDN-EQUITYFINANCE-TRADS-DL |
| **Subject:** | RE: NOVOB DC potential liquidity 4 million shares |
| **Attachments:** | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN stock NOVOB DC 1.4 million; Linden Associates Defined Benefit Plan Stock NOVOB DC 1.4 million; The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Sheldon and Scott Goldstein Stock NOVOB DC 1.2 million; Linden Associates Defined Benefit Plan Futures NFY 14k; RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN Futures NFY 14k; The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Sheldon and Scott Goldstein Futures NFY 12k |

Hi Stacey,

Please find your confirms attached.

Thanks,
Sara

**From:** Stacey Kaminer [mailto:sk@aigkamco.com]
**Sent:** 13 March 2015 14:11
**To:** Mina, Sara (LDN)
**Cc:** Alan Goldman; LDN-EQUITYFINANCE-TRADS-DL
**Subject:** RE: NOVOB DC potential liquidity 4 million shares

The following accounts are interested:

GOLDST-LAWGP for 1.2 mil shares
RIVERS-ASSOC for 1.4 mil shares
LINDEN-ADBPL for 1.4 mill shares

The pricing is acceptable.

Best,

Stacey

**From:** Mina, Sara (LDN) [mailto:smina@edfmancapital.com]
**Sent:** Friday, March 13, 2015 7:31 AM
**To:** Stacey Kaminer
**Cc:** Alan Goldman; LDN-EQUITYFINANCE-TRADS-DL
**Subject:** NOVOB DC potential liquidity 4 million shares

Morning Stacey,

We have seen some decent liquidity in NOVOB DC vs April expiry Ice futures per below details. Details are bellow. Let me know if these work for you and if so we will allocate to you.

Many thanks,

CONFIDENTIAL

ED&F-00049906

Sara

NOVOB DC
TD March 13th
SD March 17th
Quantity 4,000,000
Buy Stock @ 329.1
Sell Futures @ 324.5885


**Sara Mina**
Equity Finance Trader

**ED&F Man Capital Markets Limited**
Cottons Centre, Hay's Lane, London, SE1 2QE
Direct: +44 (0)203 580 7629 | Desk: +44 (0)203 580 7625 | Mobile: +44 (0)7810867085
smina@edfmancapital.com | www.edfman.com

This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at http://www.edfmancapital.com. This document has been prepared for informational purposes only and opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is a registered company in England, number 1292851. MCM is authorised and regulated by the Financial Conduct Authority in the UK, register number 194926 at http://www.fca.org.uk. Member of the LSE.

CONFIDENTIAL                                                                                                      ED&F-00049907

**Charlotte Woodward**

| | |
|---|---|
| **From:** | Mina, Sara (LDN) <smina@edfmancapital.com> |
| **Sent:** | 13 March 2015 15:33 |
| **To:** | Mina, Sara (LDN) |
| **Subject:** | Linden Associates Defined Benefit Plan Stock NOVOB DC 1.4 million |
| **Attachments:** | ATT00001.bin |

Trade Reference 422837

E D & F Man Capital Markets Limited

Cottons Centre, Hay's Lane, London, SE1 2QE

Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 13/03/2015 |
| Settlement Date: | 17/03/2015 |
| Customer: | Linden Associates Defined Benefit Plan |
| Broker: | ED&F Man Capital Markets Ltd |
| Trade Type: | Buy |
| Sec Desc: | NOVO NORDISK A/S-B |
| ISIN: | DK0060534915 |
| Gross Price: | 329.104110 |
| Net Price: | 329.104110 |
| Quantity: | 1,400,000 |
| Settlement Method: | DNI |
| Net Cash: | 460,745,754.00 |
| Currency: | DKK |
| Comments: | |
| Commission: | |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we
have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of
Business and Execution Policy.
A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for
directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered
compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be
disclosed.

Should you have any issue related to this confirm please contact our
settlements Dept:

Tel: +44 (0) 20 3580 7234
Email:
secops@edfmancapital.com

1

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority
Registered in England No. 194926

CONFIDENTIAL

ED&F-00049909

**Charlotte Woodward**

| | |
|---|---|
| **From:** | Mina, Sara (LDN) <smina@edfmancapital.com> |
| **Sent:** | 13 March 2015 15:34 |
| **To:** | Mina, Sara (LDN) |
| **Subject:** | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN stock NOVOB DC 1.4 million |
| **Attachments:** | ATT00001.bin |

Trade Reference 422838

E D & F Man Capital Markets Limited

Cottons Centre, Hay's Lane, London, SE1 2QE

Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 13/03/2015 |
| Settlement Date: | 17/03/2015 |
| Customer: | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN |
| Broker: | ED&F Man Capital Markets Ltd |
| Trade Type: | Buy |
| Sec Desc: | NOVO NORDISK A/S-B |
| ISIN: | DK0060534915 |
| Gross Price: | 329.104110 |
| Net Price: | 329.104110 |
| Quantity: | 1,400,000 |
| Settlement Method: | DNI |
| Net Cash: | 460,745,754.00 |
| Currency: | DKK |
| Comments: | |
| Commission: | |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we

have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy.

A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for

directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered

compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be

disclosed.

| | |
|---|---|
| Should you have any issue related to this confirm please contact our settlements Dept: | Tel: +44 (0) 20 3580 7234 Email: secops@edfmancapital.com |

1

CONFIDENTIAL

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority
Registered in England No. 194926

CONFIDENTIAL                                                                          ED&F-00049911

## Charlotte Woodward

| | |
|---|---|
| **From:** | Mina, Sara (LDN) <smina@edfmancapital.com> |
| **Sent:** | 13 March 2015 15:32 |
| **To:** | Mina, Sara (LDN) |
| **Subject:** | The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Sheldon and Scott Goldstein Stock NOVOB DC 1.2 million |
| **Attachments:** | ATT00001.bin |

Trade Reference 422839

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE
Tel 0207 089 8000

| | |
|---|---|
| Trade Date: | 13/03/2015 |
| Settlement Date: | 17/03/2015 |
| Customer: | The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Sheldon and Scott Goldstein |
| Broker: | ED&F Man Capital Markets Ltd |
| Trade Type: | Buy |
| Sec Desc: | NOVO NORDISK A/S-B |
| ISIN: | DK0060534915 |
| Gross Price: | 329.104110 |
| Net Price: | 329.104110 |
| Quantity: | 1,200,000 |
| Settlement Method: | DNI |
| Net Cash: | 394,924,932.00 |
| Currency: | DKK |
| Comments: | |
| Commission: | |

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we

have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy.

A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for

directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered

compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be

disclosed.

1

Should you have any issue related to this confirm please contact our settlements Dept:

Tel: +44 (0) 20 3580 7234
Email:
secops@edfmancapital.com

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority
Registered in England No. 194926

2

CONFIDENTIAL

ED&F-00049913

**Charlotte Woodward**

---

**From:**       Schofield, Paul (LDN)
**Sent:**        13 March 2015 14:06
**To:**          Mina, Sara (LDN)
**Cc:**          Liddard, Ross (LDN); Schofield, Paul (LDN)
**Subject:**     DANSKE + NOVOB CONFIRM (SEB Settlement please)


Hi,

To confirm ED&F MCM BUY the following,

4,500,000 DANSKE DC (DK0010274414) @ DKK 176.00 (DKK 176.0022 net)
4,000,000 NOVOB DC (DK0060534915) @ DKK 329.10 (DKK 329.10411 net)

Trade date 13-Mar
Value date 17-Mar

DANSKE SHAPES: 2 x 1,000,000 / 1 x 2,500,000
NOVOB SHAPES: 4 x 1,000,000

Thanks,
P

Paul Schofield
Senior Equity Finance Broker



ED&F Man Capital Markets
Cottons Centre, Hays Lane, London, SE1 2QE
Direct: +44 (0)20 3580 7637
Mob: +44 (0)7810 543272

CONFIDENTIAL                                                 ED&F-00049914

## Charlotte Woodward

**From:**      PAUL SCHOFIELD <pschofield@edfmancapital.com>
**Sent:**      13 March 2015 14:01
**Subject:**   Bloomberg: DANSKE + NOVOB CONFIRM

**Greeting**: Equity Finance Office: 0203 580 7637 Mobile: 07810 543272

```
Hi,

To confirm CGML SELL the following,

1,000,000 DANSKE DC (DK0010274414) @ DKK 176.00
2,500,000 DANSKE DC (DK0010274414) @ DKK 176.00
3,000,000 NOVOB DC  (DK0060534915) @ DKK 329.10 (3 x 1,000,000)

Trade date 13-Mar
Value date 17-Mar

Thanks,
P
```

**Sent By** :

B **PAUL SCHOFIELD**, pschofield@edfmancapital.com, PSCHOFIELD9@Bloomberg.net, E D & F MAN CAPITAL

**Recipients** :

B **CHRIS BEARDSELL**, CBEARDSELL2@Bloomberg.net, CITIGROUP GLOBAL MAR

**Disclaimers** :

**E D & F MAN CAPITAL**

This electronic mail message was sent by ED&F Man Capital Markets Limited ("MCM"). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of and will not be responsible for the consequences of reliance upon any opinion or information contained herein.

Processed by **Global Relay Message Converter for Bloomberg** | V2.0.0 | File (BMAIL) Message 9120 | 2015-03-14 02:24:45 AM (EDT)

CONFIDENTIAL           ED&F-00049915

## Charlotte Woodward

| | |
|---|---|
| **From:** | amartinezbar@bloomberg.net on behalf of Angel Martinez Barenys (BOFA MERRILL LYNCH) <amartinezbar@bloomberg.net> |
| **Sent:** | 13 March 2015 13:49 |
| **To:** | undisclosed-recipients: |
| **Subject:** | Hi,    **DANSKE + NOVOB** |

Hi,    **DANSKE + NOVOB**

I am a BUYER of the following today T+2:

4,500,000 DANSKE DC @ DKK 176.00 (2 x 1,000,000/1 x 2,500,000)
4,000,000 NOVOB DC @ DKK 329.10 (1 x 3,000,000/1 x 1,000,000)

Any interest here please?

Thanks,
P
Reply:
I CAN SELL YOU 1m ON BOTH. PLEASE SEND CONFIRM. THX

---------------------------------------------------------------------------------
This electronic mail message was sent by ED&F Man Capital Markets Limited ("MCM"). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited.  If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of and will not be responsible for the consequences of reliance upon any opinion or information contained herein.

CONFIDENTIAL    ED&F-00049916

## Charlotte Woodward

| | |
|---|---|
| **From:** | Mina, Sara (LDN) <smina@edfmancapital.com> |
| **Sent:** | 13 March 2015 16:37 |
| **To:** | Stacey Kaminer |
| **Cc:** | Alan Goldman; LDN-EQUITYFINANCE-TRADS-DL |
| **Subject:** | RE: NOVOB DC potential liquidity 4 million shares |
| **Attachments:** | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN NFY 14K (17.4 KB); Linden Associates Defined Benefit Plan NFY 14K (17.4 KB); The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Sheldon and Sc... (17.5 KB) |

As discussed seeing the futures at a slightly better level:

NOVOB DC
TD March 13th
SD March 17th
Quantity 4,000,000
Buy Stock @ 329.1
Sell Futures @ 324.5961

Amended confirms attached

**From:** Mina, Sara (LDN)
**Sent:** 13 March 2015 15:43
**To:** Stacey Kaminer
**Cc:** Alan Goldman; LDN-EQUITYFINANCE-TRADS-DL
**Subject:** RE: NOVOB DC potential liquidity 4 million shares

Hi Stacey,

Please find your confirms attached.

Thanks,
Sara

**From:** Stacey Kaminer [mailto:sk@aigkamco.com]
**Sent:** 13 March 2015 14:11
**To:** Mina, Sara (LDN)
**Cc:** Alan Goldman; LDN-EQUITYFINANCE-TRADS-DL
**Subject:** RE: NOVOB DC potential liquidity 4 million shares

The following accounts are interested:

GOLDST-LAWGP for 1.2 mil shares
RIVERS-ASSOC for 1.4 mil shares
LINDEN-ADBPL for 1.4 mill shares

The pricing is acceptable.

Best,

CONFIDENTIAL

ED&F-00049917

Stacey

---

**From:** Mina, Sara (LDN) [mailto:smina@edfmancapital.com]
**Sent:** Friday, March 13, 2015 7:31 AM
**To:** Stacey Kaminer
**Cc:** Alan Goldman; LDN-EQUITYFINANCE-TRADS-DL
**Subject:** NOVOB DC potential liquidity 4 million shares

Morning Stacey,

We have seen some decent liquidity in NOVOB DC vs April expiry Ice futures per below details.  Details are bellow.  Let me know if these work for you and if so we will allocate to you.

Many thanks,
Sara

NOVOB DC
TD March 13th
SD March 17th
Quantity 4,000,000
Buy Stock @ 329.1
Sell Futures @ 324.5885

**Sara Mina**
Equity Finance Trader

**ED&F Man Capital Markets Limited**
Cottons Centre, Hay's Lane, London, SE1 2QE
Direct: +44 (0)203 580 7629 | Desk: +44 (0)203 580 7625 | Mobile: +44 (0)7810867085
smina@edfmancapital.com | www.edfman.com

This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at http://www.edfmancapital.com. This document has been prepared for informational purposes only and opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is a registered company in England, number 1292851. MCM is authorised and regulated by the Financial Conduct Authority in the UK, register number 194926 at http://www.fca.org.uk. Member of the LSE.

CONFIDENTIAL                                                                 ED&F-00049918

**Charlotte Woodward**

| | |
|---|---|
| **From:** | Mina, Sara (LDN) <smina@edfmancapital.com> |
| **Sent:** | 13 March 2015 16:33 |
| **To:** | Mina, Sara (LDN) |
| **Subject:** | Linden Associates Defined Benefit Plan NFY 14K |
| **Attachments:** | ATT00001.bin |

Trade Reference 423331

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE Tel 0207 089 8000

Trade Date:

13/03/2015

Customer:

Linden Associates Defined Benefit Plan

Broker:

ED&F Man Capital Markets Ltd

Customer Trade Type:

Sell

Sec Desc:

NFY17APR2015BCLEAR

Exchange:

LIFFE

Price:

324.60

Quantity:

14,000

Currency:

DKK

CONFIDENTIAL                                                                 ED&F-00049919

Comments:


Direct Commission:

0.00



All trades are conducted off-exchange. Information regarding the type of order given by you and whether we

have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT


This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business
and Execution Policy.
A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary
remuneration for directing order flow to particular broker/dealer or market centres for execution. When such
remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The
source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our Settlements Dept:

Tel: +44 (0) 20 3580 7234
Email: secops@edfmancapital.com <mailto:secops@edfmancapital.com>



E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in
England No. 194926

CONFIDENTIAL                                                                                      ED&F-00049920

**Charlotte Woodward**

| | |
|---|---|
| **From:** | Mina, Sara (LDN) <smina@edfmancapital.com> |
| **Sent:** | 13 March 2015 16:33 |
| **To:** | Mina, Sara (LDN) |
| **Subject:** | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN NFY 14K |
| **Attachments:** | ATT00001.bin |

Trade Reference 423330

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE Tel 0207 089 8000

Trade Date:

13/03/2015

Customer:

RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN

Broker:

ED&F Man Capital Markets Ltd

Customer Trade Type:

Sell

Sec Desc:

NFY17APR2015BCLEAR

Exchange:

LIFFE

Price:

324.60

Quantity:

14,000

Currency:

DKK

CONFIDENTIAL

ED&F-00049921

Comments:


Direct Commission:

0.00



All trades are conducted off-exchange. Information regarding the type of order given by you and whether we

have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT


This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business
and Execution Policy.
A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary
remuneration for directing order flow to particular broker/dealer or market centres for execution. When such
remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The
source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our Settlements Dept:

Tel: +44 (0) 20 3580 7234
Email: secops@edfmancapital.com <mailto:secops@edfmancapital.com>



E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in
England No. 194926

CONFIDENTIAL                                                                                  ED&F-00049922

**Charlotte Woodward**

| | |
|---|---|
| **From:** | Mina, Sara (LDN) <smina@edfmancapital.com> |
| **Sent:** | 13 March 2015 16:33 |
| **To:** | Mina, Sara (LDN) |
| **Subject:** | The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Sheldon and Scott Goldstein 12K |
| **Attachments:** | ATT00001.bin |

Trade Reference 423332

E D & F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London, SE1 2QE Tel 0207 089 8000

Trade Date:

13/03/2015

Customer:

The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Sheldon and Scott Goldstein

Broker:

ED&F Man Capital Markets Ltd

Customer Trade Type:

Sell

Sec Desc:

NFY17APR2015BCLEAR

Exchange:

LIFFE

Price:

324.60

Quantity:

12,000

Currency:

DKK

CONFIDENTIAL                                                          ED&F-00049923

Comments:

Direct Commission:

0.00

All trades are conducted off-exchange. Information regarding the type of order given by you and whether we

have used an affiliate to facilitate execution and/or settlement are available on request. Time Stamps are GMT

This transaction has been undertaken in accordance with E D & F Man Capital Markets Limited Terms of Business and Execution Policy.
A copy of this policy is available from E D & F Man Capital Markets Limited and its affiliates, may receive monetary remuneration for directing order flow to particular broker/dealer or market centres for execution. When such remuneration is received, it is considered compensation to E D & F Man Capital Markets Limited or its affiliates. The source and amount of any compensation received will be disclosed.

Should you have any issue related to this confirm please contact our Settlements Dept:

Tel: +44 (0) 20 3580 7234
Email: secops@edfmancapital.com <mailto:secops@edfmancapital.com>

E D & F Man Capital Markets Limited is authorised and regulated by the Financial Services Authority Registered in England No. 194926

CONFIDENTIAL                                    ED&F-00049924

## Charlotte Woodward

| | |
|---|---|
| **From:** | Dan Lacey <Dan.Lacey@sunrisebrokers.com> |
| **Sent:** | 13 March 2015 14:46 |
| **To:** | Freddie Ireland. |
| **Cc:** | LDN-EQUITYFINANCE-TRADS-DL@edfmancapital.com |
| **Subject:** | SUNRISE BROKERS LONDON: Confirmation for Trade e180488 - Novo Nordisk B - Equity Finance - Futures |
| **Attachments:** | 115031314455601639.gif; e180488_execution_seller.pdf |

SUNRISE BROKERS LONDON: Confirmation for Trade e180488 - Novo Nordisk B - Equity Finance - Futures Attached.

Dan Lacey


4 Triton Square / Regent's Place / London / NW1 3HG / UK
T: / F: +44 20 7612 8313
www.sunrisebrokers.com <http://www.sunrisebrokers.com>




All prices are indicative only. All prices and fills are subject to formal confirmation by phone and subject to confirmation of the eligibility of the counter party. Please verify all details for accuracy, and immediately inform Sunrise Brokers of any errors. Sunrise Brokers cannot be held responsible for errors not brought to our attention immediately. The Purchaser and the Seller acknowledge receipt of this confirmation, that the terms contained herein and any and all actions and / or disputes arising therefrom are the sole and exclusive responsibility of the purchaser and the seller, and further agree to hold Sunrise Brokers, and its agents and / or representatives harmless from any dispute and / or action that may arise as a consequence of the above transaction.

This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as investment advice, or as an official statement of Sunrise. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice.

This email message has been swept by MailMarshal and Mimecast for the presence of computer viruses and other undesirable content.

Authorised and Regulated by the Financial Conduct Authority.

T: +44 (0) 207 0349800

CONFIDENTIAL                                                                 ED&F-00049925

LONDON

*Powered by mBOSStm*



# SUNRISE

| TRADE CONFIRMATION REFERENCE: | e180488 | DATE: 13 March 2015 |
|---|---|---|
| TO | ED&F Man Capital Markets Ltd | |
| TRADER | Freddie Ireland. - Email (fireland@edfmancapital.com) | |

## Equity Finance - Futures

| | | | |
|---|---|---|---|
| Equity | Novo Nordisk B | Bloomberg Ticker: | NOVOB DC |
| Futures Contract Code | Ice Contract: NFY / NOO Apr 2015 | | |
| Multiplier | 100 | | |
| Number of Futures | 30,000 | | |
| Expiry of the futures | 17 Apr 15 | | |
| Cross Level | 324.5945 | | |
| Currency | DKK | | |
| Obligations: | ED&F Man Capital Markets Ltd sells 30,000 NOVOB DC Cash Ice Futures | | |
| Trade Date | 13/03/2015 | | |
| Settlement Date | 17/03/2015 | | |

SUNRISE BROKERS LONDON BROKERAGE FEE          Danish Krone 37,500

SUNRISE BROKERS LONDON PAYMENT DETAILS FOR BANK TRANSFERS

SUNRISE BROKERS LONDON, Barclays Bank, Level 11, 1 Churchill Place, London, UK E14 5HP
SORT CODE: 20-19-90, ACCOUNT NO: 90808458, SWIFT CODE: BARCGB22

Authorised & regulated by the Financial Conduct Authority: FRN No. 208265
Please verify all details for accuracy, and immediately inform Sunrise Brokers of any errors. Sunrise Brokers cannot be held responsible for errors not brought to our attention immediately. The Purchaser and the Seller acknowledge receipt of this confirmation, that the terms contained herein and any and all actions and / or disputes arising therefrom are the sole and exclusive responsibility of the purchaser and the seller, and further agree to hold Brokers, and its agents and / or representatives harmless from any dispute and / or action that may arise as a consequence of the above transaction.
**www.sunrisebrokers.com**

ED&F-00049926

## Charlotte Woodward

| | |
|---|---|
| **From:** | Dan Lacey <Dan.Lacey@sunrisebrokers.com> |
| **Sent:** | 13 March 2015 14:50 |
| **To:** | Freddie Ireland. |
| **Cc:** | LDN-EQUITYFINANCE-TRADS-DL@edfmancapital.com |
| **Subject:** | SUNRISE BROKERS LONDON: Confirmation for Trade e180484 - Novo Nordisk B - Equity Finance - Futures |
| **Attachments:** | 115031314503105786.gif; e180484_execution_seller.pdf |

SUNRISE BROKERS LONDON: Confirmation for Trade e180484 - Novo Nordisk B - Equity Finance - Futures Attached.

Dan Lacey


4 Triton Square / Regent's Place / London / NW1 3HG / UK
T: / F: +44 20 7612 8313
www.sunrisebrokers.com <http://www.sunrisebrokers.com>




All prices are indicative only. All prices and fills are subject to formal confirmation by phone and subject to confirmation of the eligibility of the counter party. Please verify all details for accuracy, and immediately inform Sunrise Brokers of any errors. Sunrise Brokers cannot be held responsible for errors not brought to our attention immediately. The Purchaser and the Seller acknowledge receipt of this confirmation, that the terms contained herein and any and all actions and / or disputes arising therefrom are the sole and exclusive responsibility of the purchaser and the seller, and further agree to hold Sunrise Brokers, and its agents and / or representatives harmless from any dispute and / or action that may arise as a consequence of the above transaction.

This message is intended only for the personal and confidential use of the designated recipient(s) named above. If you are not the intended recipient of this message you are hereby notified that any review, dissemination, distribution or copying of this message is strictly prohibited. This communication is for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any financial product, an official confirmation of any transaction, or as investment advice, or as an official statement of Sunrise. Email transmission cannot be guaranteed to be secure or error-free. Therefore, we do not represent that this information is complete or accurate and it should not be relied upon as such. All information is subject to change without notice.

This email message has been swept by MailMarshal and Mimecast for the presence of computer viruses and other undesirable content.

Authorised and Regulated by the Financial Conduct Authority.

T: +44 (0) 207 0349800

CONFIDENTIAL                                                  ED&F-00049927

LONDON



*Powered by mBOSStm*

# SUNRISE

| | | |
|---|---|---|
| TRADE CONFIRMATION REFERENCE: | e180484 | DATE: 13 March 2015 |
| TO | ED&F Man Capital Markets Ltd | |
| TRADER | Freddie Ireland. - Email (fireland@edfmancapital.com) | |

## Equity Finance - Futures

| | | | |
|---|---|---|---|
| Equity | Novo Nordisk B | Bloomberg Ticker: | NOVOB DC |
| Futures Contract Code | Ice Contract: NFY / NOO Apr 2015 | | |
| Multiplier | 100 | | |
| Number of Futures | 10,000 | | |
| Expiry of the futures | 17 Apr 15 | | |
| Cross Level | 324.6008 | | |
| Currency | DKK | | |
| Obligations: | ED&F Man Capital Markets Ltd sells 10,000 NOVOB DC Cash Ice Futures | | |
| Trade Date | 13/03/2015 | | |
| Settlement Date | 17/03/2015 | | |

SUNRISE BROKERS LONDON BROKERAGE FEE          Danish Krone 12,500

SUNRISE BROKERS LONDON PAYMENT DETAILS FOR BANK TRANSFERS

SUNRISE BROKERS LONDON, Barclays Bank, Level 11, 1 Churchill Place, London, UK E14 5HP
SORT CODE: 20-19-90, ACCOUNT NO: 90808458, SWIFT CODE: BARCGB22

Authorised & regulated by the Financial Conduct Authority: FRN No. 208265
Please verify all details for accuracy, and immediately inform Sunrise Brokers of any errors. Sunrise Brokers cannot be held responsible for errors not brought to our attention immediately. The Purchaser and the Seller acknowledge receipt of this confirmation, that the terms contained herein and any and all actions and / or disputes arising therefrom are the sole and exclusive responsibility of the purchaser and the seller, and further agree to hold Brokers, and its agents and / or representatives harmless from any dispute and / or action that may arise as a consequence of the above transaction.
**www.sunrisebrokers.com**

CONFIDENTIAL

ED&F-00049928

Rosenblatt work product: extracts of shadow data

| Firm | DateBasis | Sequence | ExtRefID | TradeDate | EntryDate | SettlementDate | TradeAccount | Product | AssetAlias1 | Currency | Ticket | Transaction | Quantity | Proceeds | FinalPrice | Asset | MasterAccount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E1 | TRD | 422752 | EQS2023-187003 | 13/03/2015 | 2015-03-13 00:00:00.000 | 17/03/2015 | 1020035IDBSEBIDBE1 | EQUITY | DK0060534915 | DKK | ORG | BUY | 1,000,000 | 329104110.00 | 329.1041100000 | NOVOB DC | 1020035IDBSEBIDBE1 |
| E1 | TRD | 422753 | EQS2023-187004 | 13/03/2015 | 2015-03-13 00:00:00.000 | 17/03/2015 | 1020035IDBSEBIDBE1 | EQUITY | DK0060534915 | DKK | ORG | BUY | 1,000,000 | 329104110.00 | 329.1041100000 | NOVOB DC | 1020035IDBSEBIDBE1 |
| E1 | TRD | 422754 | EQS2023-187005 | 13/03/2015 | 2015-03-13 00:00:00.000 | 17/03/2015 | 1020035IDBSEBIDBE1 | EQUITY | DK0060534915 | DKK | ORG | BUY | 1,000,000 | 329104110.00 | 329.1041100000 | NOVOB DC | 1020035IDBSEBIDBE1 |
| E1 | TRD | 422755 | EQS2023-187006 | 13/03/2015 | 2015-03-13 00:00:00.000 | 17/03/2015 | 1020035IDBSEBIDBE1 | EQUITY | DK0060534915 | DKK | ORG | BUY | 1,000,000 | 329104110.00 | 329.1041100000 | NOVOB DC | 1020035IDBSEBIDBE1 |
| E1 | TRD | 422837 | EQS2023-187009 | 13/03/2015 | 2015-03-13 00:00:00.000 | 17/03/2015 | 1020010LINDENADBPL | EQUITY | DK0060534915 | DKK | NEW | SEL | 1,400,000 | 460745754.00 | 329.1041100000 | NOVOB DC | 1020010LINDENADBPL |
| E1 | TRD | 422838 | EQS2023-187008 | 13/03/2015 | 2015-03-13 00:00:00.000 | 17/03/2015 | 1020010RIVERSASSOC | EQUITY | DK0060534915 | DKK | NEW | SEL | 1,400,000 | 460745754.00 | 329.1041100000 | NOVOB DC | 1020010RIVERSASSOC |
| E1 | TRD | 422839 | EQS2023-187007 | 13/03/2015 | 2015-03-13 00:00:00.000 | 17/03/2015 | 1020010GOLDSTLAWGP | EQUITY | DK0060534915 | DKK | NEW | SEL | 1,200,000 | 394924932.00 | 329.1041100000 | NOVOB DC | 1020010GOLDSTLAWGP |

ED&F-00049929



SWIFT Message Detail

Message ID  7415538

Retrie

SWIFT Information

| Field | Value |
|---|---|
| Msg Type | 545 |
| Direction | From Swift |
| Status | Closed |
| Loc ID | N/A |
| elated ef | N/A |
| Loc SWIFT ID | N/A |
| Transaction ef | C5383710 |
| Purpose | N/A |
| Asset Series | 451593 |
| Curr Series | 451592 |
| eason Code | N/A |
| External ID | N/A |
| Trailer Hdr | {MAC:00000000}{CHK:DF84E1B05BD8} |
| User Hdr | {108:031B0G0330085480} |
| Basic Hdr | F01MACVG8Z2AXXX0970285817 |
| App Hdr | O5450605150318ESSEDKKKDXXXZ20811963150318O505N |
| Load User | SHSYSTEM |
| Load Date | 18-03-2015 01:07:52 |
| Load Port | S608207NJ3VW07 |
| Proc User | N/A |
| Proc Date | [NULL] |
| Proc Port | N/A |
| Duration | N/A |
| Instruction Date | N/A |
| ACK Date | [NULL] |
| OATS | ☐ |
| | OATS Sent ☐ |
| File Name | 06345929.TXT |
| Memo | |

CONFIDENTIAL

Details (32)

Show Groups                                    System Default

| Index | Tag | Value |
|---|---|---|
| 1 | 16R | GENL |
| 2 | 20C | :SEME//C5383710 |
| 3 | 23G | NEWM |
| 4 | 16R | LINK |
| 5 | 20C | :RELA//E1000045158301 |
| 6 | 16S | LINK |
| 7 | 16S | GENL |
| 8 | 16R | TRADDET |
| 9 | 98A | :ESET//20150318 |
| 10 | 98A | :TRAD//20150313 |
| 11 | 35B | ISIN DK0060534915 |
| 12 | 000 | NOVO NORDISK/REG SH DKK0.2 |
| 13 | 16S | TRADDET |
| 14 | 16R | FIAC |
| 15 | 36B | :ESTT//UNIT/1000000, |
| 16 | 97A | :SAFE//09299142806 |
| 17 | 16S | FIAC |
| 18 | 16R | SETDET |
| 19 | 22F | :SETR//TRAD |
| 20 | 16R | SETPRTY |
| 21 | 95P | :DEAG//ESSEDKKKXXX |
| 22 | 16S | SETPRTY |
| 23 | 16R | SETPRTY |
| 24 | 95P | :SELU//MACVG8Z2 |
| 25 | 16S | SETPRTY |
| 26 | 16R | SETPRTY |
| 27 | 95P | :PSET//VPDKDKKXXXXX |
| 28 | 16S | SETPRTY |
| 29 | 16R | AMT |
| 30 | 19A | :ESTT//DKK328104110, |
| 31 | 16S | AMT |
| 32 | 16S | SETDET |

ED&F-00049930



SWIFT Message Detail

Message ID  7404596                                                    Retrieve

**SWIFT Information**

| | |
|---|---|
| **Msg Type** | **Direction** |
| 545 | From Swift |
| **Status** | **Loc ID** |
| Closed | N/A |
| **Related Ref** | **Loc SWIFT ID** |
| N/A | N/A |
| **Transaction Ref** | **Purpose** |
| C5383712 | N/A |
| **Asset Series** | **Curr Series** |
| 451595 | 451594 |
| **Reason Code** | **External ID** |
| N/A | N/A |
| **Trailer Hdr** | **User Hdr** |
| {MAC:00000000}{CHK:DD82E27058D9} | {108:0317060404768520} |
| **Basic Hdr** | **App Hdr** |
| F01MACVGB22AXXX0969280462 | O5450608150317ESSEDKKKDXXX26830061541503170509N |
| **Load User** | **Load Date** |
| SHSYSTEM | 17-03-2015 01:11:13 |
| **Load Port** | **Proc User** |
| S608207NJ3VW07 | N/A |
| **ProcDate** | **Proc Port** |
| [NULL] | N/A |
| **Duration** | **Instruction Date** |
| N/A | N/A |
| **ACK Date** | OATS ☐ |
| [NULL] | OATS Sent ☐ |
| **File Name** | |
| 06845617.TXT | |
| **Memo** | CONFIDENTIAL |

**Details (32)**     Show Groups                          System Default

| | Index | Tag | Value |
|---|---|---|---|
| 1 | 1 | 16R | GENL |
| 2 | 2 | 20C | :SEME//C5383712 |
| 3 | 3 | 23G | NEWM |
| 4 | 4 | 16R | LINK |
| 5 | 5 | 20C | :RELA//E1000045155501 |
| 6 | 6 | 16S | LINK |
| 7 | 7 | 16S | GENL |
| 8 | 8 | 16R | TRADDET |
| 9 | 9 | 98A | :ESET//20150317 |
| 10 | 10 | 98A | :TRAD//20150313 |
| 11 | 11 | 36B | ISIN DK0060534915 |
| 12 | 12 | 000 | NOVO NORDISK'REG SH DKK0.2 |
| 13 | 13 | 16S | TRADDET |
| 14 | 14 | 16R | FIAC |
| 15 | 15 | 36B | :ESTT//UNIT/1000000, |
| 16 | 16 | 97A | :SAFE//05095142806 |
| 17 | 17 | 16S | FIAC |
| 18 | 18 | 16R | SETDET |
| 19 | 19 | 22F | :SETR//TRAD |
| 20 | 20 | 16R | SETPRTY |
| 21 | 21 | 95P | :DEAG//ESSEDKKKXXX |
| 22 | 22 | 16S | SETPRTY |
| 23 | 23 | 16R | SETPRTY |
| 24 | 24 | 95P | :SELL//MACVGB22 |
| 25 | 25 | 16S | SETPRTY |
| 26 | 26 | 16R | SETPRTY |
| 27 | 27 | 95P | :PSET//VPDKDKKKXXX |
| 28 | 28 | 16S | SETPRTY |
| 29 | 29 | 16R | AMT |
| 30 | 30 | 19A | :ESTT//DKK825101110, |
| 31 | 31 | 16S | AMT |
| 32 | 32 | 16S | SETDET |

ED&F-00049931



SWIFT Message Detail

Message ID  7404600                                                                                     Retri

**SWIFT Information**

| | | | | Details (32) |
|---|---|---|---|---|
| | | | | Show Groups          System Default |

| MsgType | Direction |
|---|---|
| 545 | From Swift |

| Status | Loc ID |
|---|---|
| Closed | N/A |

| Related Ref | Loc SWIFT ID |
|---|---|
| N/A | N/A |

| Transaction Ref | Purpose |
|---|---|
| C5383714 | N/A |

| Asset Series | Curr Series |
|---|---|
| 451597 | 451596 |

| Reason Code | External ID |
|---|---|
| N/A | N/A |

| Trailer Hdr | User Hdr |
|---|---|
| {MAC:00000000}{CHK:DB80E2705BD8} | {108:0317060404825824} |

| Basic Hdr | App Hdr |
|---|---|
| F01MACVGB22AXXX0969280464 | O5450608150317ESSEDKKKBXXX2623006157150317 0509N |

| Load User | Load Date |
|---|---|
| SHSYSTEM | 17-03-2015 01:11:13 |

| Load Port | Proc User |
|---|---|
| S608207NJ3Vw07 | N/A |

| Proc Date | Proc Port |
|---|---|
| [NULL] | N/A |

| Duration | Instruction Date |
|---|---|
| N/A | N/A |

| ACK Date | OATS ☐ |
|---|---|
| [NULL] | OATSSent ☐ |

| File Name |
|---|
| 0S845617.TXT |

Memo

CONFIDENTIAL

| Index | Tag | Value |
|---|---|---|
| 1 | 16R | GENL |
| 2 | 20C | :SEME//C5383714 |
| 3 | 23G | NEWM |
| 4 | 16R | LINK |
| 5 | 20C | :RELA//E1000046155701 |
| 6 | 16S | LINK |
| 7 | 16S | GENL |
| 8 | 16R | TRADDET |
| 9 | 98A | :ESET//20150317 |
| 10 | 98A | :TRAD//20150313 |
| 11 | 36B | ISIN DK0060594915 |
| 12 | 00O | NOVO NORDISK/REG SH OHK0.2 |
| 13 | 16S | TRADDET |
| 14 | 16R | FIAC |
| 15 | 36B | :ESTT//UNIT/1000000, |
| 16 | 97A | :SAFE//00005142806 |
| 17 | 16S | FIAC |
| 18 | 16R | SETDET |
| 19 | 22F | :SETR//TRAD |
| 20 | 16R | SETPRTY |
| 21 | 95P | :DEAG//ESSEDKKKXXX |
| 22 | 16S | SETPRTY |
| 23 | 16R | SETPRTY |
| 24 | 95P | :SELL//MACVGB22 |
| 25 | 16S | SETPRTY |
| 26 | 16R | SETPRTY |
| 27 | 95P | :PSET//VPDKDKKKXXX |
| 28 | 16S | SETPRTY |
| 29 | 16R | AMT |
| 30 | 19A | :ESTT//DKK4029101110, |
| 31 | 16S | AMT |
| 32 | 16S | SETDET |

ED&F-00049932



SWIFT Message Detail

Message ID 7404606

Ret

**SWIFT Information**

| | |
|---|---|
| **Msg Type** | **Direction** |
| 545 | From Swift |
| **Status** | **Loc ID** |
| Closed | N/A |
| **Related Ref** | **Loc SWIFT ID** |
| N/A | N/A |
| **Transaction Ref** | **Purpose** |
| 06383716 | N/A |
| **Asset Series** | **Curr Series** |
| 451599 | 451598 |
| **Reason Code** | **External ID** |
| N/A | N/A |
| **Trailer Hdr** | **User Hdr** |
| {MAC:00000000}{CHK:D98E1270580B} | {108:0317060404960376} |
| **Basic Hdr** | **App Hdr** |
| F01MACVGR22AXXX09682280467 | O5450608150317ESSEDKKHCXXX2820806262150317050 9N |
| **Load User** | **Load Date** |
| SHSYSTEM | 17-03-2015 01:11:14 |
| **Load Port** | **Proc User** |
| S608207NJ3VW07 | N/A |
| **Proc Date** | **Proc Port** |
| [NULL] | N/A |
| **Duration** | **Instruction Date** |
| N/A | N/A |
| **ACK Date** | OATS ☐ |
| [NULL] | OATS Sent ☐ |
| **File Name** | |
| 06345617.TXT | |
| **Memo** | |

**Details (32)**

Show Groups                    System Default

| Index | Tag | Value |
|---|---|---|
| 1 | 1 16R | GENL |
| 2 | 2 20C | :SEME//CS383716 |
| 3 | 3 23G | NEWM |
| 4 | 4 16R | LINK |
| 5 | 5 20C | :RELA//E1000045159901 |
| 6 | 6 16S | LINK |
| 7 | 7 16S | GENL |
| 8 | 8 16R | TRADDET |
| 9 | 9 98A | :ESET//20150817 |
| 10 | 10 98A | :TRAD//20150313 |
| 11 | 11 35B | ISIN DK0080534915 |
| 12 | 12 000 | NOVO NORDISK//REG SH DKK0.2 |
| 13 | 13 16S | TRADDET |
| 14 | 14 16R | FIAC |
| 15 | 15 36B | :ESTT//UNIT/1000000, |
| 16 | 16 97A | :SAFE//05295142806 |
| 17 | 17 16S | FIAC |
| 18 | 18 16R | SETDET |
| 19 | 19 22F | :SETR//TRAD |
| 20 | 20 16R | SETPRTY |
| 21 | 21 95P | :DEAG//ESSEDKK0XXX |
| 22 | 22 16S | SETPRTY |
| 23 | 23 16R | SETPRTY |
| 24 | 24 95P | :SELL//MACVGB22 |
| 25 | 25 16S | SETPRTY |
| 26 | 26 16R | SETPRTY |
| 27 | 27 95P | :PSET//VPDKDKKXXXX |
| 28 | 28 16S | SETPRTY |
| 29 | 29 16R | AMT |
| 30 | 30 19A | :ESTT//DKK329104110, |
| 31 | 31 16S | AMT |
| 32 | 32 16S | SETDET |

CONFIDENTIAL

ED&F-00049933

# Account Equity

**ED&F Man Capital Markets Ltd**
3 London Bridge Street
London SE1 9SG
United Kingdom

| | |
|---|---|
| Account Number: | CC:RIVERS-ASSOC |
| Account Name   : | RIVERSIDE ASSOCIATES DEFINED BE |
| Date           : | 20-03-2015 |
| Currency       : | USD |

## Cash Summary

| Cur Layer | Trade Date Amount | Conv Rate | TD Reporting Amt (USD) | Settle Date Amount | Conv Rate | SD Reporting Amt (USD) |
|---|---|---|---|---|---|---|
| DKK Cash | 203,193,220.16 Dr | 0.14520000 | 29,503,655.57 Dr | 889,473,220.16 Dr | 0.14520000 | 129,151,511.57 Dr |
| DKK Var Margin | 4,528,860.00 Cr | 0.14520000 | 657,590.47 Cr | 4,528,860.00 Cr | 0.14520000 | 657,590.47 Cr |
| EUR Cash | 51,493.53 Cr | 1.08210000 | 55,721.15 Cr | 51,493.53 Cr | 1.08210000 | 55,721.15 Cr |
| GBP Cash | 100.63 Dr | 1.49490000 | 150.43 Dr | 100.63 Dr | 1.49490000 | 150.43 Dr |
| USD Cash | 61,816,836.65 Dr | 1.00000000 | 61,816,836.65 Dr | 61,816,836.65 Dr | 1.00000000 | 61,816,836.65 Dr |
| USD SEG CASH A | 146,095.65 Cr | 1.00000000 | 146,095.65 Cr | 146,095.65 Cr | 1.00000000 | 146,095.65 Cr |
| | | | 90,461,235.38 Dr | | | 190,109,091.38 Dr |

## Trade Date Positions (Equity) (DKK)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| PNDORA DC | PANDORA A/S | C | 300,000.00 Lg | 635.0079 | 619.5000 | 190,502,382.00 Dr | 185,850,000.00 Cr | 4,652,382.00 Dr | DKK |
| | | | | | Totals: | 190,502,382.00 Dr | 185,850,000.00 Cr | 4,652,382.00 Dr | |

## Trade Date Positions (Equity) (USD)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| UN US | UNILEVER N V  -NY SHARES | C | 1,444,600.00 Lg | 42.1105 | 43.0000 | 60,832,871.64 Dr | 62,117,800.00 Cr | 1,284,928.36 Cr | USD |
| | | | | | Totals: | 60,832,871.64 Dr | 62,117,800.00 Cr | 1,284,928.36 Cr | |

## Trade Date Futures Positions (DKK)

| Asset | Description | Position | Trd Price | Market Price | Orig Notional | Market Value | Open Trd Equity | Cur |
|---|---|---|---|---|---|---|---|---|
| PAD17APR2015 | PAD17APR2015BCLEAR | 3,000.00 Sh | 626.8062 | 611.7100 | 188,041,860.00 Cr | 183,513,000.00 Dr | 4,528,860.00 Cr | DKK |
| | | | | | 188,041,860.00 Cr | 183,513,000.00 Dr | 4,528,860.00 Cr | DKK |

## Pending Trades (DKK)

| Trade Dt | Settl Dt | Type | Trn | Quantity | Asset | Trd Price | Proceeds | Cur |
|---|---|---|---|---|---|---|---|---|
| 20-03-15 | 24-03-15 | Normal | SEL | 1,200,000.00 | DANSKE DC | 173.6000 | 208,320,000.00 Cr | DKK |
| 20-03-15 | 24-03-15 | Normal | SEL | 1,400,000.00 | NOVOB DC | 341.4000 | 477,960,000.00 Cr | DKK |

CONFIDENTIAL

ED&F-00049934

# Account Equity

**ED&F Man Capital Markets Ltd**
3 London Bridge Street
London SE1 9SG
United Kingdom

Account Number: CC:RIVERS-ASSOC
Account Name  : RIVERSIDE ASSOCIATES DEFINED BE
Date          : 20-03-2015
Currency      : USD

## Equity Swaps

| Tick Seq | Trade Dt Set Dt | Term Dt | Asset Description | Quantity D | Open Price | Notional Cur | Market Price | MTM Next Valuation Reset | Rate Description | Rate | Accrued Financing |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 375276 | 27-01-15 30-01-15 | 30-04-15 | UN US UNILEVER N V -NY SHARES | 1,444,600 S | 42.8060 | 61,837,548 USD | 43.0000 | -280,252 | Fixed | 0.0000 | 0.00 |

## Account Summary

| Item | Amount (USD) |
|---|---|
| Value of opening currency balance | 188,839,365.37 Dr |
| Value of trades settling today | 0.00 Cr |
| Value of Rec/Del today | 0.00 Cr |
| Value of Deposits/Withdrawls today | 1,269,726.02 Dr |
| **Value of closing currency balance(s)** | **190,109,091.38 Dr** |
| Cash Collateral Pending Settlement | 0.00 Cr |
| Financed Cash Pending Settlement | 0.00 Cr |
| NonFX Proceeds Pending Settlement | 99,647,856.00 Cr |
| **Trade Date Cash Balance** | **90,461,235.38 Dr** |
| Market Value of Positions | 89,103,220.00 Cr |
| Mkt Val of Unsettled Fin Positions | 0.00 Cr |
| Mkt Val of Settled Fin Positions | 0.00 Cr |
| Mkt Val of Unsettled Fin Collateral | 0.00 Cr |
| Mkt Val of Settled Fin Collateral | 0.00 Cr |
| Net Value of Financing Interest | 0.00 Cr |
| Open Trade Equity on FX Deals | 0.00 Cr |
| Accrued Interest on Fixed Income | 0.00 Cr |
| Value of Open Swap Positions | 280,252.40 Dr |
| **Preliminary Account Value** | **1,638,267.78 Dr** |

## Margin Summary

| | |
|---|---|
| Margin Req (Reg-T: Initial) | 0.00 Cr |
| Margin Req (Reg-T: Maintenance) | 0.00 Cr |
| Margin Req (Future Initial) | 912,246.59 Dr |
| Margin Req (FOREX) | 0.00 Cr |
| Margin Req (Minimum Equity) | 0.00 Cr |
| **Margin Req (Total)** | **912,246.59 Dr** |

## Futures Initial Requirement

| Cur | Requirement | Requirement (USD) | Conv Rate |
|---|---|---|---|
| DKK | 6,282,690.00 Dr | 912,246.59 Dr | 0.14520 |
| | | 912,246.59 Dr | |

CONFIDENTIAL

E&DF-00049935

# Account Equity

**ED&F Man Capital Markets Ltd**
3 London Bridge Street
London SE1 9SG
United Kingdom

Account Number: CC:RIVERS-ASSOC
Account Name  : RIVERSIDE ASSOCIATES DEFINED BE
Date          : 20-03-2015
Currency      : USD

---

**Outstanding Calls**

| Key | Type of Call | Status | Issue Date | Entry Date | Due Date | Amount (Original) | Amount (Open) | Cur |
|-----|-------------|--------|-----------|-----------|----------|------------------|---------------|-----|
| 284037 | Futures call | Issued | 20-03-2015 | 20-03-2015 | 20-03-2015 | 2,927,852.44 | 2,927,852.44 | USD |
| | | | | | | 2,927,852.44 | 2,927,852.44 | |

**Total Account Value**                    2,550,514.37 Dr

## Financing Summary

| | |
|---|---|
| Unsettled Value of collateral at close | 0.00 Cr |
| Unsettled Financing Valuation | 0.00 Cr |
| **Unsettled Financing Excess at close** | **0.00** |
| Settled Value of collateral at close | 0.00 Cr |
| Settled Financing Valuation | 0.00 Cr |
| **Settled Financing Excess at close** | **0.00** |
| **Total Financing Excess at close** | **0.00** |

CONFIDENTIAL

ED&F-00049936

# Novo Nordisk A/S

# NOVOB DC

ISIN: DK0060534915

SEDOL: BHC8X90

COUNTRY: DK

| EX DATE: | 20/03/2015 | REC DATE: | 23/03/2015 | PAY DATE: | 24/03/2015 |
| CCY: DKK | | GROSS RATE: | 5.00 | FEE: | 0.00 |

## AGENT POSITIONS

BOD BREAKDOWN TO BE SENT TO AGENT FOR: DATE: N/A
CZ / FI / NO / PL / SE

| CLIENT ACCOUNT | CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVEABLE | CLAIM? | NOTES |
|---|---|---|---|---|---|---|---|---|
| CC:AUTOPA-AUTOP | Autoparts Pensions Group Trust | 73% | 125,000 | | 456,250.00 | | | |
| CC:CASTPE-GRPTR | Casting Pensions Group Trust | 73% | 125,000 | | 456,250.00 | | | |
| CC:CTECH0-00000 | Central Technologies Pensions Group Trust | 73% | 125,000 | | 456,250.00 | | | |
| CC:GOLDST-LAWGP | The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO Shel | 73% | 1,200,000 | | 4,380,000.00 | | | |
| CC:INDUST-PENGP | Industrial Pension Group Trust | 73% | 125,000 | | 456,250.00 | | | |
| CC:KOUTRO-PENPL | Koutroulakis & Co Corporate Pension Plan | 73% | 1,100,000 | | 4,015,000.00 | | | |
| CC:LINDEN-ADBPL | Linden Associates Defined Benefit Plan | 73% | 1,400,000 | | 5,110,000.00 | | | |
| CC:RIVERS-ASSOC | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN | 73% | 1,400,000 | | 5,110,000.00 | | | |
| LC:DENDKK-DIVDK | SEB Depot 05295142806 | 73% | | -5,600,000 | | -20,440,000.00 | | |
| | TOTALS | | 5,600,000 | -5,600,000 | TOTALS 20,440,000.00 | -20,440,000.00 | | |

## SECURITIES LENDING POSITIONS

| SL CLIENT ACCOUNT | SL CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVEABLE | CLAIM? | NET STK LOAN AMNT | PYMNT V/D | PYMNT JRNL NO |
|---|---|---|---|---|---|---|---|---|---|---|
| BR:MAPLE0-UKLTD | Maple Securities UK Ltd | 85% | 1,100,000 | | 4,675,000.00 | | YES | | 25/3 | 399488 |
| CC:AUTOPA-AUTOP | Autoparts Pensions Group Trust | 100% | 2,426,750 | | 12,133,750.00 | | | | | |
| CC:CASTPE-GRPTR | Casting Pensions Group Trust | 100% | 2,438,500 | | 12,192,500.00 | | | | | |
| CC:CTECH0-00000 | Central Technologies Pensions Group Trust | 100% | 1,274,500 | | 6,372,500.00 | | | | | |
| CC:INDUST-PENGP | Industrial Pension Group Trust | 100% | 2,424,500 | | 12,122,500.00 | | | | | |
| CC:GSA-DE-GMBH0 | GSA Germany GmbH | 85% | | -1,100,000 | | -4,675,000.00 | | | | |
| CC:POLLEN-FUND0 | POLLEN FUND LIMITED | 100% | | -8,564,250 | | -42,821,250.00 | | | | |
| | SL TOTALS | | 9,664,250 | -9,664,250 | TOTALS 47,496,250.00 | -47,496,250.00 | | | | |

## SWAP POSITIONS

| SWAP CLIENT ACCOUNT | SWAP CLIENT NAME | DIV % | SWAP LONG | SWAP SHORT | PAYABLE | RECEIVEABLE |
|---|---|---|---|---|---|---|
| | | SWP TOTALS | 0 | 0 | TOTALS 0.00 | 0.00 |

| PREPARED: | | DESK SIGN OFF: Sam M | OPS MANAGER SIGN: |
|---|---|---|---|

| AGENT CASH RECEIVED | CLAIMS PAID | D1 JOURNAL POSTED N/A | JOURNAL NUMBERS UPDATED | DATE: 25/3/15 | FILE CLOSED |
|---|---|---|---|---|---|
| | | | | | CLOSER: |

CONFIDENTIAL

ED&F-00049937

| MESSAGE_ID | Tag Sequence | Tag Name | Tag Value |
|---|---|---|---|
| OESSEDKKKXXX566C150324000300662 150324 | 1 | Tag 16R | GENL |
| OESSEDKKKXXX566C150324000300662 150324 | 2 | Tag 20C | :CORP//150209DVCA161181 |
| OESSEDKKKXXX566C150324000300662 150324 | 3 | Tag 20C | :SEME//C150324000300662 |
| OESSEDKKKXXX566C150324000300662 150324 | 4 | Tag 23G | NEWM |
| OESSEDKKKXXX566C150324000300662 150324 | 5 | Tag 22F | :CAEV//DVCA |
| OESSEDKKKXXX566C150324000300662 150324 | 6 | Tag 16R | LINK |
| OESSEDKKKXXX566C150324000300662 150324 | 7 | Tag 13A | :LINK//564 |
| OESSEDKKKXXX566C150324000300662 150324 | 8 | Tag 20C | :PREV//C150323000299073 |
| OESSEDKKKXXX566C150324000300662 150324 | 9 | Tag 16S | LINK |
| OESSEDKKKXXX566C150324000300662 150324 | 10 | Tag 16S | GENL |
| OESSEDKKKXXX566C150324000300662 150324 | 11 | Tag 16R | USECU |
| OESSEDKKKXXX566C150324000300662 150324 | 12 | Tag 97A | :SAFE//05295142806 |
| OESSEDKKKXXX566C150324000300662 150324 | 13 | Tag 35B | ISIN DK0060534915<br>NOVO NORDISK/REG SH DKK0.2 |
| OESSEDKKKXXX566C150324000300662 150324 | 14 | Tag 93B | :CONB//UNIT/5600000, |
| OESSEDKKKXXX566C150324000300662 150324 | 15 | Tag 16S | USECU |
| OESSEDKKKXXX566C150324000300662 150324 | 16 | Tag 16R | CADETL |
| OESSEDKKKXXX566C150324000300662 150324 | 17 | Tag 98A | :XDTE//20150320 |
| OESSEDKKKXXX566C150324000300662 150324 | 18 | Tag 98A | :RDTE//20150323 |
| OESSEDKKKXXX566C150324000300662 150324 | 19 | Tag 16S | CADETL |
| OESSEDKKKXXX566C150324000300662 150324 | 20 | Tag 16R | CACONF |
| OESSEDKKKXXX566C150324000300662 150324 | 21 | Tag 13A | :CAON//001 |
| OESSEDKKKXXX566C150324000300662 150324 | 22 | Tag 22F | :CAOP//CASH |
| OESSEDKKKXXX566C150324000300662 150324 | 23 | Tag 16R | CASHMOVE |
| OESSEDKKKXXX566C150324000300662 150324 | 24 | Tag 22H | :CRDB//CRED |
| OESSEDKKKXXX566C150324000300662 150324 | 25 | Tag 97A | :CASH//52950017004263 |
| OESSEDKKKXXX566C150324000300662 150324 | 26 | Tag 19B | :PSTA//DKK20440000, |
| OESSEDKKKXXX566C150324000300662 150324 | 27 | Tag 19B | :GRSS//DKK28000000, |
| OESSEDKKKXXX566C150324000300662 150324 | 28 | Tag 19B | :NETT//DKK20440000, |
| OESSEDKKKXXX566C150324000300662 150324 | 29 | Tag 19B | :WITL//DKK7560000, |
| OESSEDKKKXXX566C150324000300662 150324 | 30 | Tag 98A | :POST//20150324 |
| OESSEDKKKXXX566C150324000300662 150324 | 31 | Tag 98A | :VALU//20150324 |
| OESSEDKKKXXX566C150324000300662 150324 | 32 | Tag 98A | :PAYD//20150324 |
| OESSEDKKKXXX566C150324000300662 150324 | 33 | Tag 92F | :GRSS//DKK5, |
| OESSEDKKKXXX566C150324000300662 150324 | 34 | Tag 92A | :TAXR//27, |
| OESSEDKKKXXX566C150324000300662 150324 | 35 | Tag 16S | CASHMOVE |
| OESSEDKKKXXX566C150324000300662 150324 | 36 | Tag 16S | CACONF |
| OESSEDKKKXXX566C150324000300662 150324 | 37 | Tag 16R | ADDINFO |
| OESSEDKKKXXX566C150324000300662 150324 | 38 | Tag 70E | :PACO//SEB MERCHANT BANKING<br>CUSTODY SERVICES DENMARK<br>CORPORATE ACTIONS<br>PHONE +371 677 57262 |
| OESSEDKKKXXX566C150324000300662 150324 | 39 | Tag 16S | ADDINFO |

CONFIDENTIAL



CONFIDENTIAL

ED&F-00049939