# Exhibit 114

CONFIDENTIAL



| Account: | CC:RIVERS-ASSOC |
| Name: | RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN |
| Date: | 30 Mar 2015 |

## Account Statement

### OTC-OPTIONS (EUR)

| Trade Date | Expiry Date | Asset | Description | Position | Strike | Trade Price | Original Value | Market Price | Market Value | Unrealised P&L |
|---|---|---|---|---|---|---|---|---|---|---|

ED&F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London SE1 2QE
Tel. +44 (0)20 7089 8000

RIVER_00000161

CONFIDENTIAL



Account:    CC:RIVERS-ASSOC
Name:    RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN
Date:    30 Mar 2015



**TOTAL RETURN SWAPS (EUR)**

| Trade Date | Term Date | Asset | Description | Position | Trade Price | Cash Value | Market Price | Market Value | Unrealised P&L |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

ED&F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London SE1 2QE
Tel. +44 (0)20 7089 8000

RIVER_00000162

CONFIDENTIAL

ED&F MAN EST. 1783 | Capital Markets

Account: CC:RIVERS-ASSOC
Name: RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN
Date: 30 Mar 2015

[redacted]

ED&F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London SE1 2QE
Tel. +44 (0)20 7089 8000

CONFIDENTIAL

# Account Transactions (General Ledger)
### ED&F Man Capital Markets Ltd
03/01/2015 through 03/30/2015

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|------|-----------|---------------------|-----|----------------|----------|--------------------|-----------------|

**Account (1-020-010-RIVERS-ASSOC) is (RIVERSIDE ASSOCIATES DEFINED BENEFIT PLA)**

**Asset (DKK / DKK) Layer (C) [Danish Kroner DKK]**

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|------|-----------|---------------------|-----|----------------|----------|--------------------|-----------------|
| 02/28/2015 | | Opening Balance | 0 | | 0 | 2,470.16 Dr | 2,470.16 Dr |
| 03/06/2015 | 393352 | Reversal of SEL 2,000,000 TDC DC @ 52.84 | 3 | PROCEED-EQUITY | 414895 | 105,694,520.00 Cr | 105,692,049.84 Cr |
| 03/06/2015 | 393355 | Reversal of SEL 1,000,000 TDC DC @ 52.84 | 3 | PROCEED-EQUITY | 415499 | 52,847,260.00 Cr | 158,539,309.84 Cr |
| 03/06/2015 | 393356 | Reversal of SEL 1,000,000 TDC DC @ 52.84 | 3 | PROCEED-EQUITY | 415501 | 52,847,260.00 Cr | 211,386,569.84 Cr |
| 03/06/2015 | T0004148950100 2 | SEL 2,000,000 TDC DC @ 52.8473 DKK 105,6 | 2 | PROCEED-EQUITY | 414895 | 105,694,520.00 Dr | 105,692,049.84 Dr |
| 03/06/2015 | T0004154990100 2 | SEL 1,000,000 TDC DC @ 52.8473 DKK 52,84 | 2 | PROCEED-EQUITY | 415499 | 52,847,260.00 Dr | 52,844,789.84 Cr |
| 03/06/2015 | T0004155010100 2 | SEL 1,000,000 TDC DC @ 52.8473 DKK 52,84 | 2 | PROCEED-EQUITY | 415501 | 52,847,260.00 Dr | 2,470.16 Dr |
| 03/06/2015 | T0004155100100 2 | SEL 1,000,000 DK0060228559 @ 52.8473 DKK | 2 | PROCEED-EQUITY | 415510 | 52,847,260.00 Cr | 52,849,730.16 Dr |
| 03/06/2015 | T0004155120100 2 | SEL 1,000,000 DK0060228559 @ 52.8473 DKK | 2 | PROCEED-EQUITY | 415512 | 52,847,260.00 Cr | 105,696,990.16 Dr |
| 03/11/2015 | 394894 | CASH DIV - TDC DC - PD 10/03/15 | 2 | Unclassified | 0 | 1,460,000.00 Cr | 104,236,990.16 Dr |
| 03/11/2015 | 395231 | Realized Gain/Loss Cust FUTURE | 51 | TR-PL-FUTURE | 0 | 1,620,000.00 Cr | 102,616,990.16 Dr |
| 03/13/2015 | 395305 | Reversal of SEL 425,000 DSV DC @ 219.207 | 3 | PROCEED-EQUITY | 421230 | 93,163,145.00 Cr | 9,453,845.16 Dr |
| 03/13/2015 | 395308 | Reversal of SEL 425,000 DSV DC @ 219.207 | 3 | PROCEED-EQUITY | 421231 | 93,163,145.00 Cr | 83,709,299.84 Cr |
| 03/13/2015 | 396086 | Realized Gain/Loss Cust FUTURE | 9 | TR-PL-FUTURE | 0 | 1,548,275.00 Dr | 82,161,024.84 Cr |
| 03/13/2015 | T0004211480100 2 | BUY 2,000,000 TDC DC @ 51.1571 DKK 102,3 | 2 | PROCEED-EQUITY | 421148 | 102,314,200.00 Cr | 184,475,224.84 Cr |
| 03/13/2015 | T0004212300100 2 | SEL 425,000 DSV DC @ 219.2074 DKK 93,163 | 2 | PROCEED-EQUITY | 421230 | 93,163,145.00 Dr | 91,312,079.84 Cr |
| 03/13/2015 | T0004212310100 2 | SEL 425,000 DSV DC @ 219.2074 DKK 93,163 | 2 | PROCEED-EQUITY | 421231 | 93,163,145.00 Dr | 1,851,065.16 Dr |
| 03/13/2015 | T0004212180100 2 | SEL 425,000 DSV DC @ 219.2027 DKK 93,161 | 2 | PROCEED-EQUITY | 422186 | 93,161,164.50 Dr | 95,012,229.66 Dr |
| 03/13/2015 | T0004212870100 2 | SEL 425,000 DSV DC @ 219.2027 DKK 93,161 | 2 | PROCEED-EQUITY | 422187 | 93,161,164.50 Dr | 188,173,394.16 Dr |
| 03/17/2015 | T0004225650100 2 | BUY 850,000 DSV DC @ 219.6 DKK 186,660,0 | 2 | PROCEED-EQUITY | 422565 | 186,660,000.00 Cr | 1,513,394.16 Dr |
| 03/17/2015 | T0004228380100 2 | SEL 1,400,000 NOVOB DC @ 329.1041 DKK 46 | 2 | PROCEED-EQUITY | 422838 | 460,745,754.00 Dr | 462,259,148.16 Dr |
| 03/17/2015 | T0004229470100 2 | BUY 1,200,000 DANSKE DC @ 176.0022 DKK 2 | 3 | PROCEED-EQUITY | 422947 | 211,202,640.00 Dr | 673,461,788.16 Dr |
| 03/18/2015 | 397187 | CASH DIV - DSV DC - PD 17/03/15 | 2 | Unclassified | 0 | 992,800.00 Cr | 672,468,988.16 Dr |
| 03/19/2015 | 397577 | TDC DC custody fee Pt I | 1 | Unclassified | 0 | 20,000.00 Dr | 672,488,988.16 Dr |
| 03/19/2015 | 397579 | TDC DC funding Mar | 1 | Unclassified | 0 | 65,361.13 Dr | 672,554,349.29 Dr |
| 03/19/2015 | T0004238700100 2 | SEL 150,000 PNDORA DC @ 635.0079 DKK 95, | 2 | PROCEED-EQUITY | 423870 | 95,251,191.00 Cr | 767,805,540.29 Dr |
| 03/19/2015 | T0004238780100 2 | SEL 75,000 PNDORA DC @ 635.0079 DKK 47,6 | 2 | PROCEED-EQUITY | 423878 | 47,625,595.50 Dr | 815,431,135.79 Dr |
| 03/19/2015 | T0004238790100 2 | SEL 75,000 PNDORA DC @ 635.0079 DKK 47,6 | 2 | PROCEED-EQUITY | 423879 | 47,625,595.50 Dr | 863,056,731.29 Dr |
| 03/20/2015 | 398310 | DSV DC custody fee Pt I | 1 | Unclassified | 0 | 13,600.00 Dr | 863,070,331.29 Dr |
| 03/20/2015 | 398312 | DSV DC funding Mar | 1 | Unclassified | 0 | 83,528.87 Dr | 863,153,860.16 Dr |
| 03/20/2015 | 398665 | Realized Gain/Loss Cust FUTURE | 27 | TR-PL-FUTURE | 0 | 2,939,640.00 Dr | 866,093,500.16 Dr |
| 03/20/2015 | 398665 | Realized Gain/Loss Cust FUTURE | 17 | TR-PL-FUTURE | 0 | 23,379,720.00 Dr | 889,473,220.16 Dr |
| 03/24/2015 | 399373 | CASH DIV - PNDORA DC - PD 23/03/15 | 2 | Unclassified | 0 | 1,971,000.00 Cr | 887,502,220.16 Dr |
| 03/24/2015 | 399392 | CASH DIV - DANSKE DC - PD 23/03/15 | 2 | Unclassified | 0 | 4,818,000.00 Cr | 882,684,220.16 Dr |
| 03/24/2015 | 399812 | Realized Gain/Loss Cust FUTURE | 7 | TR-PL-FUTURE | 0 | 5,394,300.00 Cr | 877,289,920.16 Dr |
| 03/24/2015 | T0004272260100 2 | BUY 1,200,000 DANSKE DC @ 173.6 DKK 208, | 3 | PROCEED-EQUITY | 427226 | 208,320,000.00 Cr | 668,969,920.16 Dr |
| 03/24/2015 | T0004272310100 2 | BUY 1,400,000 NOVOB DC @ 341.4 DKK 477,9 | 3 | PROCEED-EQUITY | 427231 | 477,960,000.00 Cr | 191,009,920.16 Dr |
| 03/25/2015 | 399950 | CASH DIV - NOVOB DC - PD 24/03/15 | 2 | Unclassified | 0 | 5,810,000.00 Cr | 185,899,920.16 Dr |
| 03/26/2015 | 400615 | DANSKE DC custody fee Pt I | 1 | Unclassified | 0 | 66,000.00 Dr | 185,965,920.16 Dr |
| 03/26/2015 | 400618 | DANSKE DC funding Mar | 1 | Unclassified | 0 | 168,551.06 Dr | 186,134,471.22 Dr |
| 03/26/2015 | T0004299660100 2 | BUY 150,000 PNDORA DC @ 609 DKK 91,350,0 | 2 | PROCEED-EQUITY | 429966 | 91,350,000.00 Cr | 94,784,471.22 Dr |
| 03/26/2015 | T0004299690100 2 | BUY 150,000 PNDORA DC @ 609 DKK 91,350,0 | 2 | PROCEED-EQUITY | 429969 | 91,350,000.00 Cr | 3,434,471.22 Dr |
| 03/30/2015 | 406796 | PNDORA DC custody fee Pt I | 1 | Unclassified | 0 | 27,000.00 Dr | 3,461,471.22 Dr |
| 03/30/2015 | 406798 | PNDORA DC funding Mar | 1 | Unclassified | 0 | 97,417.39 Dr | 3,558,888.61 Dr |

Copyright Shadow Financial Services Corp. 1998-2015. All Rights Reserved.    Page 1 of 4    Produced on 03/30/2015

RIVER_0000164

CONFIDENTIAL

# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd
03/01/2015 through 03/30/2015

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|------|-----------|---------------------|-----|----------------|----------|--------------------|-----------------|
| | | | | | | | 3,558,888.61 Dr |
| **Asset (DKK / DKK) Layer (0) [Danish Kroner DKK]** | | | | | | | |
| 03/04/2015 | 392869 | Unrealized Gain/Loss Cust FUTURE | 1022 | PROCEED-FUTURE | 414886 | 860,000.00 Dr | 860,000.00 Dr |
| 03/05/2015 | 392907 | Reversal of Unrealized Gain/Loss Cust FU | 1022 | PROCEED-FUTURE | 414886 | 860,000.00 Cr | 0.00 Dr |
| 03/05/2015 | 393283 | Unrealized Gain/Loss Cust FUTURE | 1002 | PROCEED-FUTURE | 414886 | 2,060,000.00 Dr | 2,060,000.00 Dr |
| 03/06/2015 | 393329 | Reversal of Unrealized Gain/Loss Cust FU | 1002 | PROCEED-FUTURE | 414886 | 2,060,000.00 Cr | 0.00 Cr |
| 03/06/2015 | 393704 | Unrealized Gain/Loss Cust FUTURE | 978 | PROCEED-FUTURE | 414886 | 2,060,000.00 Dr | 2,060,000.00 Dr |
| 03/07/2015 | 393760 | Unrealized Gain/Loss Cust FUTURE | 978 | PROCEED-FUTURE | 414886 | 2,060,000.00 Dr | 4,120,000.00 Dr |
| 03/08/2015 | 393778 | Unrealized Gain/Loss Cust FUTURE | 978 | PROCEED-FUTURE | 414886 | 2,060,000.00 Dr | 6,180,000.00 Dr |
| 03/09/2015 | 393792 | Reversal of Unrealized Gain/Loss Cust FU | 978 | PROCEED-FUTURE | 414886 | 2,060,000.00 Cr | 4,120,000.00 Dr |
| 03/09/2015 | 393799 | Reversal of Unrealized Gain/Loss Cust FU | 978 | PROCEED-FUTURE | 414886 | 2,060,000.00 Cr | 2,060,000.00 Dr |
| 03/09/2015 | 393800 | Reversal of Unrealized Gain/Loss Cust FU | 978 | PROCEED-FUTURE | 414886 | 2,060,000.00 Cr | 0.00 Dr |
| 03/09/2015 | 394399 | Unrealized Gain/Loss Cust FUTURE | 970 | PROCEED-FUTURE | 414886 | 460,000.00 Cr | 460,000.00 Cr |
| 03/10/2015 | 394432 | Reversal of Unrealized Gain/Loss Cust FU | 970 | PROCEED-FUTURE | 414886 | 460,000.00 Dr | 0.00 Cr |
| 03/10/2015 | 394809 | Unrealized Gain/Loss Cust FUTURE | 930 | PROCEED-FUTURE | 414886 | 2,040,000.00 Cr | 2,040,000.00 Cr |
| 03/11/2015 | 394842 | Reversal of Unrealized Gain/Loss Cust FU | 930 | PROCEED-FUTURE | 414886 | 2,040,000.00 Dr | 0.00 Cr |
| 03/11/2015 | 395227 | Unrealized Gain/Loss Cust FUTURE | 360 | PROCEED-FUTURE | 421222 | 225,930.00 Cr | 225,930.00 Cr |
| 03/12/2015 | 395262 | Reversal of Unrealized Gain/Loss Cust FU | 360 | PROCEED-FUTURE | 421222 | 225,930.00 Dr | 0.00 Cr |
| 03/12/2015 | 395600 | Unrealized Gain/Loss Cust FUTURE | 360 | PROCEED-FUTURE | 421222 | 369,070.00 Cr | 369,070.00 Cr |
| 03/13/2015 | 395660 | Reversal of Unrealized Gain/Loss Cust FU | 360 | PROCEED-FUTURE | 421222 | 369,070.00 Dr | 0.00 Cr |
| 03/13/2015 | 396083 | Unrealized Gain/Loss Cust FUTURE | 390 | PROCEED-FUTURE | 423083 | 224,760.00 Cr | 224,760.00 Cr |
| 03/13/2015 | 396083 | Unrealized Gain/Loss Cust FUTURE | 362 | PROCEED-FUTURE | 423330 | 11,513,460.00 Dr | 11,288,700.00 Dr |
| 03/14/2015 | 396125 | Unrealized Gain/Loss Cust FUTURE | 390 | PROCEED-FUTURE | 423083 | 224,760.00 Dr | 11,063,940.00 Dr |
| 03/14/2015 | 396125 | Unrealized Gain/Loss Cust FUTURE | 362 | PROCEED-FUTURE | 423330 | 11,513,460.00 Dr | 22,577,400.00 Dr |
| 03/15/2015 | 396143 | Unrealized Gain/Loss Cust FUTURE | 390 | PROCEED-FUTURE | 423083 | 224,760.00 Cr | 22,352,640.00 Dr |
| 03/15/2015 | 396143 | Unrealized Gain/Loss Cust FUTURE | 362 | PROCEED-FUTURE | 423330 | 11,513,460.00 Dr | 33,866,100.00 Dr |
| 03/16/2015 | 396157 | Unrealized Gain/Loss Cust FUTURE | 390 | PROCEED-FUTURE | 423083 | 224,760.00 Dr | 34,090,860.00 Dr |
| 03/16/2015 | 396157 | Reversal of Unrealized Gain/Loss Cust FU | 362 | PROCEED-FUTURE | 423330 | 11,513,460.00 Cr | 22,577,400.00 Dr |
| 03/16/2015 | 396164 | Reversal of Unrealized Gain/Loss Cust FU | 362 | PROCEED-FUTURE | 423330 | 11,513,460.00 Cr | 11,063,940.00 Dr |
| 03/16/2015 | 396164 | Reversal of Unrealized Gain/Loss Cust FU | 390 | PROCEED-FUTURE | 423083 | 224,760.00 Dr | 11,288,700.00 Dr |
| 03/16/2015 | 396165 | Reversal of Unrealized Gain/Loss Cust FU | 390 | PROCEED-FUTURE | 423083 | 224,760.00 Dr | 11,513,460.00 Dr |
| 03/16/2015 | 396165 | Reversal of Unrealized Gain/Loss Cust FU | 362 | PROCEED-FUTURE | 423330 | 11,513,460.00 Cr | 0.00 Cr |
| 03/16/2015 | 396674 | Unrealized Gain/Loss Cust FUTURE | 362 | PROCEED-FUTURE | 423330 | 22,153,460.00 Dr | 22,153,460.00 Dr |
| 03/16/2015 | 396674 | Unrealized Gain/Loss Cust FUTURE | 390 | PROCEED-FUTURE | 423083 | 375,240.00 Dr | 22,528,700.00 Dr |
| 03/17/2015 | 396712 | Reversal of Unrealized Gain/Loss Cust FU | 362 | PROCEED-FUTURE | 423330 | 22,153,460.00 Cr | 375,240.00 Dr |
| 03/17/2015 | 396712 | Reversal of Unrealized Gain/Loss Cust FU | 390 | PROCEED-FUTURE | 423083 | 375,240.00 Cr | 0.00 Cr |
| 03/17/2015 | 397100 | Unrealized Gain/Loss Cust FUTURE | 430 | PROCEED-FUTURE | 423841 | 1,949,400.00 Cr | 1,949,400.00 Cr |
| 03/17/2015 | 397100 | Unrealized Gain/Loss Cust FUTURE | 362 | PROCEED-FUTURE | 423330 | 13,767,460.00 Dr | 11,818,060.00 Dr |
| 03/17/2015 | 397100 | Unrealized Gain/Loss Cust FUTURE | 392 | PROCEED-FUTURE | 423083 | 1,772,760.00 Cr | 10,045,300.00 Dr |
| 03/17/2015 | 397100 | Unrealized Gain/Loss Cust FUTURE | 428 | PROCEED-FUTURE | 423842 | 3,182,460.00 Dr | 6,862,840.00 Dr |
| 03/18/2015 | 397160 | Reversal of Unrealized Gain/Loss Cust FU | 428 | PROCEED-FUTURE | 423842 | 3,182,460.00 Dr | 10,045,300.00 Dr |
| 03/18/2015 | 397160 | Reversal of Unrealized Gain/Loss Cust FU | 430 | PROCEED-FUTURE | 423841 | 1,949,400.00 Dr | 11,994,700.00 Dr |
| 03/18/2015 | 397160 | Reversal of Unrealized Gain/Loss Cust FU | 362 | PROCEED-FUTURE | 423330 | 13,767,460.00 Cr | 1,772,760.00 Cr |
| 03/18/2015 | 397160 | Reversal of Unrealized Gain/Loss Cust FU | 392 | PROCEED-FUTURE | 423083 | 1,772,760.00 Dr | 0.00 Cr |
| 03/18/2015 | 397460 | Unrealized Gain/Loss Cust FUTURE | 436 | PROCEED-FUTURE | 423842 | 3,740,460.00 Dr | 3,740,460.00 Dr |
| 03/18/2015 | 397460 | Unrealized Gain/Loss Cust FUTURE | 438 | PROCEED-FUTURE | 423841 | 2,291,400.00 Cr | 6,031,860.00 Dr |
| 03/18/2015 | 397460 | Unrealized Gain/Loss Cust FUTURE | 400 | PROCEED-FUTURE | 423083 | 452,760.00 Cr | 6,484,620.00 Dr |
| 03/18/2015 | 397460 | Unrealized Gain/Loss Cust FUTURE | 370 | PROCEED-FUTURE | 423330 | 13,781,460.00 Dr | 7,296,840.00 Dr |
| 03/19/2015 | 397505 | Reversal of Unrealized Gain/Loss Cust FU | 436 | PROCEED-FUTURE | 423842 | 3,740,460.00 Dr | 11,037,300.00 Dr |
| 03/19/2015 | 397505 | Reversal of Unrealized Gain/Loss Cust FU | 400 | PROCEED-FUTURE | 423083 | 452,760.00 Dr | 11,490,060.00 Dr |
| 03/19/2015 | 397505 | Reversal of Unrealized Gain/Loss Cust FU | 370 | PROCEED-FUTURE | 423330 | 13,781,460.00 Cr | 2,291,400.00 Cr |

RIVER_00000165

CONFIDENTIAL

# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd
03/01/2015 through 03/30/2015

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|------|-----------|--------------------|----|----------------|----------|--------------------|-----------------|

**Account (1-020-010-RIVERS-ASSOC) is (RIVERSIDE ASSOCIATES DEFINED BENEFIT PLA) (Continued)**

**Asset (DKK / DKK) Layer (O) (Continued)**

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|------|-----------|--------------------|----|----------------|----------|--------------------|-----------------|
| 03/19/2015 | 397505 | Reversal of Unrealized Gain/Loss Cust FU | 438 | PROCEED-FUTURE | 423841 | 2,291,400.00 Dr | 0.00 Cr |
| 03/19/2015 | 397880 | Unrealized Gain/Loss Cust FUTURE | 400 | PROCEED-FUTURE | 423083 | 1,371,240.00 Dr | 1,371,240.00 Dr |
| 03/19/2015 | 397880 | Unrealized Gain/Loss Cust FUTURE | 370 | PROCEED-FUTURE | 423330 | 17,043,460.00 Dr | 18,414,700.00 Dr |
| 03/19/2015 | 397880 | Unrealized Gain/Loss Cust FUTURE | 430 | PROCEED-FUTURE | 423842 | 3,262,440.00 Cr | 15,152,260.00 Dr |
| 03/19/2015 | 397880 | Unrealized Gain/Loss Cust FUTURE | 428 | PROCEED-FUTURE | 423841 | 1,998,420.00 Cr | 13,153,840.00 Dr |
| 03/20/2015 | 397940 | Reversal of Unrealized Gain/Loss Cust FU | 430 | PROCEED-FUTURE | 423842 | 3,262,440.00 Dr | 16,416,280.00 Dr |
| 03/20/2015 | 397940 | Reversal of Unrealized Gain/Loss Cust FU | 400 | PROCEED-FUTURE | 423083 | 1,371,240.00 Cr | 15,045,040.00 Dr |
| 03/20/2015 | 397940 | Reversal of Unrealized Gain/Loss Cust FU | 370 | PROCEED-FUTURE | 423330 | 17,043,460.00 Cr | 1,998,420.00 Dr |
| 03/20/2015 | 397940 | Reversal of Unrealized Gain/Loss Cust FU | 428 | PROCEED-FUTURE | 423841 | 1,998,420.00 Cr | 0.00 Cr |
| 03/20/2015 | 398649 | Unrealized Gain/Loss Cust FUTURE | 428 | PROCEED-FUTURE | 423841 | 1,720,260.00 Cr | 1,720,260.00 Cr |
| 03/20/2015 | 398649 | Unrealized Gain/Loss Cust FUTURE | 430 | PROCEED-FUTURE | 423842 | 2,808,600.00 Cr | 4,528,860.00 Cr |
| 03/21/2015 | 398695 | Unrealized Gain/Loss Cust FUTURE | 430 | PROCEED-FUTURE | 423842 | 2,808,600.00 Cr | 7,337,460.00 Cr |
| 03/21/2015 | 398695 | Unrealized Gain/Loss Cust FUTURE | 428 | PROCEED-FUTURE | 423841 | 1,720,260.00 Cr | 9,057,720.00 Cr |
| 03/22/2015 | 398708 | Unrealized Gain/Loss Cust FUTURE | 430 | PROCEED-FUTURE | 423842 | 2,808,600.00 Cr | 11,866,320.00 Cr |
| 03/22/2015 | 398708 | Unrealized Gain/Loss Cust FUTURE | 428 | PROCEED-FUTURE | 423841 | 1,720,260.00 Cr | 13,586,580.00 Cr |
| 03/23/2015 | 398722 | Reversal of Unrealized Gain/Loss Cust FU | 430 | PROCEED-FUTURE | 423842 | 2,808,600.00 Dr | 10,777,980.00 Cr |
| 03/23/2015 | 398722 | Reversal of Unrealized Gain/Loss Cust FU | 428 | PROCEED-FUTURE | 423841 | 1,720,260.00 Dr | 9,057,720.00 Cr |
| 03/23/2015 | 398730 | Unrealized Gain/Loss Cust FUTURE | 430 | PROCEED-FUTURE | 423842 | 2,808,600.00 Cr | 6,249,120.00 Cr |
| 03/23/2015 | 398730 | Unrealized Gain/Loss Cust FUTURE | 428 | PROCEED-FUTURE | 423841 | 1,720,260.00 Cr | 4,528,860.00 Cr |
| 03/23/2015 | 398731 | Reversal of Unrealized Gain/Loss Cust FU | 428 | PROCEED-FUTURE | 423841 | 1,720,260.00 Dr | 2,808,600.00 Cr |
| 03/23/2015 | 398731 | Reversal of Unrealized Gain/Loss Cust FU | 430 | PROCEED-FUTURE | 423842 | 2,808,600.00 Dr | 0.00 Cr |
| 03/23/2015 | 399209 | Unrealized Gain/Loss Cust FUTURE | 374 | PROCEED-FUTURE | 423841 | 2,674,440.00 Cr | 2,674,440.00 Cr |
| 03/23/2015 | 399209 | Unrealized Gain/Loss Cust FUTURE | 376 | PROCEED-FUTURE | 423842 | 4,365,420.00 Cr | 7,039,860.00 Cr |
| 03/24/2015 | 399260 | Reversal of Unrealized Gain/Loss Cust FU | 374 | PROCEED-FUTURE | 423841 | 2,674,440.00 Dr | 4,365,420.00 Cr |
| 03/24/2015 | 399260 | Reversal of Unrealized Gain/Loss Cust FU | 376 | PROCEED-FUTURE | 423842 | 4,365,420.00 Dr | 0.00 Cr |

0.00 Cr

**Asset (EUR / EUR) Layer (C) [Euro]**



Copyright Shadow Financial Services Corp. 1998-2015. All Rights Reserved.    Page 3 of 4    Produced on 03/30/2015

RIVER_00000166

CONFIDENTIAL

# Account Transactions (General Ledger)
### ED&F Man Capital Markets Ltd
03/01/2015 through 03/30/2015

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|------|-----------|---------------------|-----|---------------|----------|--------------------|-----------------|

**Account  (1-020-010-RIVERS-ASSOC) is (RIVERSIDE ASSOCIATES DEFINED BENEFIT PLA) (Continued)**

Asset (EUR / EUR) Layer (C) (Continued)

Asset (GBP / GBP) Layer (C) [British Pound]

Asset (USD / USD) Layer (C) [US Dollar]

Asset (USD / USD) Layer (S) [US Dollar]

Gross Debit for all Trades:
Gross Credit for all Trades:

Net Debit/Credit for all Trades:

Copyright Shadow Financial Services Corp. 1998-2015. All Rights Reserved.    Page 4 of 4    Produced on 03/30/2015

RIVER_00000167

CONFIDENTIAL

# Account Equity

ED&F Man Capital Markets Ltd
Cottons Centre, Hay's Lane
London, SE1 2QE
United Kingdom

```
Account Number: CC:RIVERS-ASSOC
Account Name  : RIVERSIDE ASSOCIATES DEFINED BE
Date          : 03/30/2015
Currency      : USD
```

## Cash Summary

| Cur Layer | Trade Date Amount | Conv Rate | TD Reporting Amt (USD) | Settle Date Amount | Conv Rate | SD Reporting Amt (USD) |
|-----------|-------------------|-----------|------------------------|--------------------|-----------|------------------------|
| DKK Cash | 3,558,888.61 Dr | 0.14500740 | 516,065.18 Dr | 3,558,888.61 Dr | 0.14500740 | 516,065.18 Dr |
| EUR Cash | | 1.08330000 | | | 1.08330000 | |
| GBP Cash | | 1.48100000 | | | 1.48100000 | |
| USD Cash | | 1.00000000 | | | 1.00000000 | |

## Trade Date Positions (Equity) (USD)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L Cur |
|-------|-------------|---|----------|-----------|--------------|----------------|--------------|---------------------|

## Equity Swaps

| Tick Seq | Trade Dt Set Dt | Term Dt | Asset Description | Quantity D | Open Price | Notional Cur | Market Price | MTM Valuation | Next Reset | Rate Description | Rate | Accrued Financing |
|----------|-----------------|---------|-------------------|------------|------------|--------------|--------------|---------------|------------|------------------|------|-------------------|

## Account Summary

| Item | Amount (USD) |
|------|--------------|
| Value of opening currency balance | |
| Value of trades settling today | |
| Value of Rec/Del today | |
| Value of Deposits/Withdrawls today | |
| **Value of closing currency balance(s)** | |
| NonFX Proceeds Pending Settlement | |
| **Trade Date Cash Balance** | |
| Market Value of Positions | |
| Net Value of Financing Interest | |
| Open Trade Equity on FX Deals | |
| Accrued Interest on Fixed Income | |
| Value of Open Swap Positions | |
| **Preliminary Account Value** | |

Page 1 of 2

RIVER_0000168

CONFIDENTIAL

# Account Equity

ED&F Man Capital Markets Ltd
Cottons Centre, Hay's Lane
London, SE1 2QE
United Kingdom

Account Number: CC:RIVERS-ASSOC
Account Name  : RIVERSIDE ASSOCIATES DEFINED BE
Date          : 03/30/2015
Currency      : USD

## Financing Summary

```
------------------------------------- ======
Value of collateral
Financing Valuation
------------------------------------- ======
Total Financing Excess
```

## Margin Summary

```
------------------------------------- ======
Margin Req (Reg-T: Initial)
Margin Req (Reg-T: Maintenance)
Margin Req (Future Initial)
Margin Req (FOREX)
Margin Req (Minimum Equity)
------------------------------------- ======
Margin Req (Total)
```

### Outstanding Calls

| Key | Type of Call | Status | Issue Date | Entry Date | Due Date | Amount (Original) | Amount (Open) | Cur |
|-----|-------------|--------|-----------|-----------|----------|------------------|---------------|-----|

**Total Account Value**

RIVER_00000169