# Exhibit 119

2066



# E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN - Suite 309, 75 Claremont Road, Bernardsville, New Jersey, 07924, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Novozymes A/S |
| ISIN: | DK0060336014 |
| SEDOL: | B798FW0 |
| Ex Date: | 26/02/2015 |
| Record Date: | 27/02/2015 |
| Pay Date: | 02/03/2015 |
| Quantity: | 750,000.00 |
| Gross Div Rate: | 3.00 |
| Amount Received: | 1,642,500.00 |
| WHT Suffered: | 607,500.00 |
| Currency | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL

ED&F-00076389

## Charlotte Woodward

| | |
|---|---|
| **From:** | Bottomley, Oliver (LDN) <obottomley@edfmancapital.com> |
| **Sent:** | 25 February 2015 17:32 |
| **To:** | Stacey Kaminer |
| **Cc:** | LDN-EQUITYFINANCE-TRADS-DL |
| **Subject:** | RE: NZYMB |
| **Attachments:** | Confirm NZTMB DC T+3 (Clearing SEB); e182793_execution_seller.pdf |

Got a slightly better price for you on your hedge Stacey, 320.3213.
Confirms attached.

Thanks
Oliver

-----Original Message-----
From: Stacey Kaminer [mailto:SK@acerinvest.com]
Sent: 25 February 2015 17:10
To: Bottomley, Oliver (LDN)
Cc: LDN-EQUITYFINANCE-TRADS-DL
Subject: RE: NZYMB

That works for the following account:

AMERIC-INVGR

-----Original Message-----
From: Bottomley, Oliver (LDN) [mailto:obottomley@edfmancapital.com]
Sent: Wednesday, February 25, 2015 9:53 AM
To: Stacey Kaminer
Cc: LDN-EQUITYFINANCE-TRADS-DL
Subject: RE: NZYMB

Hi Stacey,

Liquidity found up to 750k @ DKK 322.50 T+3.
I can show hedging liquidity @ 320.3208 if that works?

Thanks
Oli

-----Original Message-----
From: Stacey Kaminer [mailto:SK@acerinvest.com]
Sent: 25 February 2015 14:25
To: Bottomley, Oliver (LDN)
Subject: NZYMB

Oil,

The accounts are looking to purchase up to 4.6 million shares of NZYMB DC. Can EDF provide financing and liquidity?
The accounts would also like to sell an SSF.

Stacey

CONFIDENTIAL                                        ED&F-00076390

Sent from my iPhone

This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at https://protect-eu.mimecast.com/s/IbaBCEq9VtADEMSNpcfs?domain=edfmancapital.com. This document has been prepared for informational purposes only and opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is a registered company in England, number 1292851. MCM is authorised and regulated by the Financial Conduct Authority in the UK, register number 194926 at https://protect-eu.mimecast.com/s/kkOrCGR5VFyMvGi7Dq1e?domain=fca.org.uk. Member of the LSE.

CONFIDENTIAL

ED&F-00076391

**Charlotte Woodward**

| | |
|---|---|
| **From:** | Goodwin, Richard (LDN) <rgoodwin@edfmancapital.com> |
| **Sent:** | 25 February 2015 16:58 |
| **To:** | Bottomley, Oliver (LDN) |
| **Cc:** | Regan, Paul (LDN); Schofield, Paul (LDN); Liddard, Ross (LDN) |
| **Subject:** | Confirm NZTMB DC T+3 (Clearing SEB) |

Oliver

To confirm,

ED&F Man Capital Markets (Clearing SEB) BUY

Trade date 25/02/15
Value date 02/03/15

NZYMB DC (DK0060336014) NOVOZYMES-B SHS
750,000 shares @ DKK 322.50 **Net DKK 322.50403**

Many thanks,

Richard Goodwin

Equity Finance Broker



Cottons Centre, Hays Lane, London, SE1 2QE
Direct: +44 203 580 7635

CONFIDENTIAL                                                    ED&F-00076392


LONDON

Powered by mBOSS™



# SUNRISE

| | | | |
|---|---|---|---|
| TRADE CONFIRMATION REFERENCE: | e182793 | | DATE: 25 February 2015 |
| TO | ED&F Man Capital Markets Ltd | | |
| TRADER | Oliver Bottomley - Email (obottomley@edfmancapital.com) | | |

## Equity Finance - Futures

| | | | |
|---|---|---|---|
| Equity | Novozyme | Bloomberg Ticker: | NZYMB DC |
| Futures Contract Code | Ice Contract: NJD Mar 2015 | | |
| Multiplier | 100 | | |
| Number of Futures | 7,500 | | |
| Expiry of the futures | 20 Mar 15 | | |
| Cross Level | 320.3213 | | |
| Currency | DKK | | |
| Obligations: | ED&F Man Capital Markets Ltd sells 7,500 NZYMB DC Cash Ice Futures | | |
| Trade Date | 25/02/2015 | | |
| Settlement Date | 27/02/2015 | | |

SUNRISE BROKERS LONDON BROKERAGE FEE          Pounds Sterling 0

SUNRISE BROKERS LONDON PAYMENT DETAILS FOR BANK TRANSFERS

SUNRISE BROKERS LONDON, Barclays Bank, Level 11, 1 Churchill Place, London, UK E14 5HP
SORT CODE: 20-19-90, ACCOUNT NO: 90808458, SWIFT CODE: BARCGB22

Authorised & regulated by the Financial Conduct Authority: FRN No. 208265
Please verify all details for accuracy, and immediately inform Sunrise Brokers of any errors. Sunrise Brokers cannot be held responsible for errors not brought to our attention immediately. The Purchaser and the Seller acknowledge receipt of this confirmation, that the terms contained herein and any and all actions and / or disputes arising therefrom are the sole and exclusive responsibility of the purchaser and the seller, and further agree to hold Brokers, and its agents and / or representatives harmless from any dispute and / or action that may arise as a consequence of the above transaction.
**www.sunrisebrokers.com**

ED&F-00076393

**Charlotte Woodward**

| | |
|---|---|
| **From:** | Foster, Victoria (LDN) <vfoster@edfmancapital.com> |
| **Sent:** | 25 February 2015 17:27 |
| **To:** | Henstock, Chris (DUB); Ireland, Freddie (LDN) |
| **Subject:** | RE: Trade for execution |
| **Attachments:** | Confirm NZTMB DC T+3 (Clearing SEB) (18.6 KB); e182793_execution_buyer.pdf |

HI Chris,

Confirms attached.

Thanks, Vic.

---

**From:** Henstock, Chris (DUB)
**Sent:** 25 February 2015 16:26
**To:** Foster, Victoria (LDN); Ireland, Freddie (LDN)
**Subject:** Trade for execution

Hi Vic/ Freddie,

I am looking for liquidity in the following today, can you help?

Looking to SELL up to 750,000shs NZYMB DC, can you try and get me to Dkk 322.50

Looking to BUY up to 7,500 lots NJD 20 March 2015 ICE Clear Futures, based off a ref of Dkk 322.50 can you try and get me to Dkk 320.3213

Can you help here?

Regards,

Chris.

**Chris Henstock**
Equity Finance Trader

E D & F Man Professional Trading (Dubai) Limited

Dubai International Financial Centre
Office 14, Level 15, The Gate, P.O. Box 121208, Dubai, UAE
Direct: +971 4 401 9676 | Mobile: +971 (0) 527 275463

chenstock@edfmpt.ae | www.edfman.com

CONFIDENTIAL    ED&F-00076394

**Charlotte Woodward**

| | |
|---|---|
| **From:** | Goodwin, Richard (LDN) <rgoodwin@edfmancapital.com> |
| **Sent:** | 25 February 2015 16:58 |
| **To:** | Foster, Victoria (LDN) |
| **Cc:** | Regan, Paul (LDN); Schofield, Paul (LDN); Liddard, Ross (LDN) |
| **Subject:** | Confirm NZTMB DC T+3 (Clearing SEB) |

Victoria,

To confirm,

ED&F Man Capital Markets (Clearing JPM) SELL

Trade date      25/02/15
Value date      02/03/15

NZYMB DC (DK0060336014) NOVOZYMES-B SHS
750,000 shares @ DKK 322.50

Many thanks,


Richard Goodwin

Equity Finance Broker



Cottons Centre, Hays Lane, London, SE1 2QE
Direct: +44 203 580 7635

CONFIDENTIAL

ED&F-00076395



LONDON

Powered by mBOSS™



# SUNRISE

| | | |
|---|---|---|
| TRADE CONFIRMATION REFERENCE: | e182793 | DATE: 25 February 2015 |
| TO | ED&F Man Capital Markets Ltd | |
| TRADER | Victoria Foster - Email (vfoster@edfmancapital.com) | |

## Equity Finance - Futures

| | | | |
|---|---|---|---|
| Equity | Novozyme | Bloomberg Ticker: | NZYMB DC |
| Futures Contract Code | Ice Contract: NJD Mar 2015 | | |
| Multiplier | 100 | | |
| Number of Futures | 7,500 | | |
| Expiry of the futures | 20 Mar 15 | | |
| Cross Level | 320.3213 | | |
| Currency | DKK | | |
| Obligations: | ED&F Man Capital Markets Ltd buys 7,500 NZYMB DC Cash Ice Futures | | |
| Trade Date | 25/02/2015 | | |
| Settlement Date | 27/02/2015 | | |

SUNRISE BROKERS LONDON BROKERAGE FEE        Pounds Sterling 280

SUNRISE BROKERS LONDON PAYMENT DETAILS FOR BANK TRANSFERS

SUNRISE BROKERS LONDON, Barclays Bank, Level 11, 1 Churchill Place, London, UK E14 5HP
SORT CODE: 20-19-90, ACCOUNT NO: 90808456, SWIFT CODE: BARCGB22

Authorised & regulated by the Financial Conduct Authority: FRN No. 208265
Please verify all details for accuracy, and immediately inform Sunrise Brokers of any errors. Sunrise Brokers cannot be held responsible for errors not brought to our attention immediately. The Purchaser and the Seller acknowledge receipt of this confirmation, that the terms contained herein and any and all actions and / or disputes arising therefrom are the sole and exclusive responsibility of the purchaser and the seller, and further agree to hold Brokers, and its agents and / or representatives harmless from any dispute and / or action that may arise as a consequence of the above transaction.
**www.sunrisebrokers.com**

ED&F-00076396

Rosenblatt work product: extracts of shadow data

| Firm | Date Basis | Ticket Sequence | ExtRefID | Trade Date | Entry Date | Settlement Date | Trade Account | Product Type | AssetAlias1 | Trade Currency | Ticket State | Trade Transaction | Quantity | TradeProceeds | FinalPrice | Asset Alias4 | MasterAccount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E1 | TRD | 410694 | EQ50758-180947 | 25/02/2015 | 2015-02-25 00:00:00.000 | 02/03/2015 | 1020035IDBSEBIDBE1 | EQUITY | DK0060336014 | DKK | ORG | SEL | 750,000 | 241675000.00 | 322.5000000000 | NZYMB DC | 1020035IDBSEBIDBE1 |
| E1 | TRD | 410694 | EQ50758-180947 | 25/02/2015 | 2015-02-25 00:00:00.000 | 02/03/2015 | 1020010EDFDUBEDFDU | EQUITY | DK0060336014 | DKK | ORG | BUY | 750,000 | 241675000.00 | 322.5000000000 | NZYMB DC | 1020010EDFDUBEDFDU |
| E1 | TRD | 410695 | EQ50758-180966 | 25/02/2015 | 2015-02-25 00:00:00.000 | 02/03/2015 | 1020010AMERICINVGR | EQUITY | DK0060336014 | DKK | ORG | SEL | 750,000 | 241878022.50 | 322.5040300000 | NZYMB DC | 1020010AMERICINVGR |
| E1 | TRD | 410695 | EQ50758-180966 | 25/02/2015 | 2015-02-25 00:00:00.000 | 02/03/2015 | 1020035IDBSEBIDBE1 | EQUITY | DK0060336014 | DKK | ORG | BUY | 750,000 | 241878022.50 | 322.5040300000 | NZYMB DC | 1020035IDBSEBIDBE1 |

EDSP-00005897



SWIFT Message Detail

Message ID 7255640                                                                    Retr

SWIFT Information

| | | | | Details (32) | | | |
|---|---|---|---|---|---|---|---|
| **Msg Type** | | **Direction** | | Show Groups | | | System Default |
| 545 | | From Swift | | Index | Tag | Value | |
| **Status** | | **Loc ID** | 1 | 1 16R | GENL | |
| Closed | | N/A | 2 | 2 20C | :SEME//C5176586 | |
| **Related Ref** | | **Loc SWIFT ID** | 3 | 3 23G | NEWM | |
| N/A | | N/A | 4 | 4 16R | LINK | |
| **Transaction Ref** | | **Purpose** | 5 | 5 20C | :RELA//E1000043728601 | |
| C5176586 | | N/A | 6 | 6 16S | LINK | |
| **Asset Series** | | **Curr Series** | 7 | 7 16S | GENL | |
| 437286 | | 437285 | 8 | 8 16R | TRADDET | |
| **Reason Code** | | **External ID** | 9 | 9 98A | :ESET//20150303 | |
| N/A | | N/A | 10 | 10 98A | :TRAD//20150225 | |
| **Trailer Hdr** | | **User Hdr** | 11 | 11 35B | ISIN DK0060396014 | |
| {MAC:00000000}{CHK:1801D93A7B40} | | {108:0303060118717432} | 12 | 12 000 | NOVOZYMES 2011 | |
| **Basic Hdr** | | **App Hdr** | 13 | 13 16S | TRADDET | |
| F01MACVGRZ2AXXX0566770519 | | O5450601150303ESSEDKKKEXXX55495962101503030502N | 14 | 14 16R | FIAC | |
| **Load User** | | **Load Date** | 15 | 15 36B | :ESTT//UNIT/750000, | |
| SHSYSTEM | | 03-03-2015 01:01:59 | 16 | 16 87A | :SAFE//05296142806 | |
| **Load Port** | | **Proc User** | 17 | 17 16S | FIAC | |
| SG08207NJ3VW07 | | N/A | 18 | 18 16R | SETOET | |
| **Proc Date** | | **Proc Port** | 19 | 19 22F | :SETR//TRAD | |
| [NULL] | | N/A | 20 | 20 16R | SETPRTY | |
| **Duration** | | **Instruction Date** | 21 | 21 95P | :DEAG//ESSEDKX0000X | |
| N/A | | N/A | 22 | 22 16S | SETPRTY | |
| **ACK Date** | | OATS □ | 23 | 23 16R | SETPRTY | |
| [NULL] | | | 24 | 24 95P | :SELL//MACVG822 | |
| | | OATS Sent □ | 25 | 25 16S | SETPRTY | |
| **File Name** | | | 26 | 26 16R | SETPRTY | |
| 06842415.TXT | | | 27 | 27 95P | :PSET//VPDKDXX000XX | |
| **CONFIDENTIAL** | | | 28 | 28 16S | SETPRTY | |
| **Memo** | | | 29 | 29 16R | AMT | |
| | | | 30 | 30 19A | :ESTT//DKX241878022,50 | |
| | | | 31 | 31 16S | AMT | |
| | | | 32 | 32 16S | SETDET ED&F-00076398 | |

# Account Equity

**ED&F Man Capital Markets Ltd**
3 London Bridge Street
London SE1 9SG
United Kingdom

**Account Number:** CC:AMERIC-INVGR
**Account Name** : American Investment Group of NY
**Date** : 26-02-2015
**Currency** : USD

## Cash Summary

| Cur Layer | Trade Date Amount | Conv Rate | TD Reporting Amt (USD) | Settle Date Amount | Conv Rate | SD Reporting Amt (USD) |
|---|---|---|---|---|---|---|
| DKK Cash | 164,666,459.71 Dr | 0.15008255 | 24,713,562.18 Dr | 164,063,511.22 Dr | 0.15008255 | 24,623,059.02 Dr |
| EUR Cash | 36,235,012.04 Dr | 1.11980000 | 40,575,966.48 Dr | 36,235,012.04 Dr | 1.11980000 | 40,575,966.48 Dr |
| USD Cash | 234,801,321.84 Dr | 1.00000000 | 234,801,321.84 Dr | 234,801,321.84 Dr | 1.00000000 | 234,801,321.84 Dr |
| | | | 300,090,850.50 Dr | | | 300,000,347.34 Dr |

## Trade Date Positions (Equity) (DKK)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| TDC DC | TDC A/S | C | 3,400,000.00 Lg | 51.8007 | 52.6600 | 176,122,210.00 Dr | 178,840,000.00 Cr | 2,717,790.00 | DKK |
| | | | | | Totals: | 176,122,210.00 Dr | 178,840,000.00 Cr | 2,717,790.00 Cr | |

## Trade Date Positions (Equity) (EUR)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| UMI BB | UMICORE | C | 997,600.00 Lg | 37.1205 | 38.6800 | 37,031,370.90 Dr | 38,587,168.00 Cr | 1,555,797.10 | EUR |
| | | | | | Totals: | 37,031,370.90 Dr | 38,587,168.00 Cr | 1,555,797.10 Cr | |

## Trade Date Positions (Equity) (USD)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L | Cur |
|---|---|---|---|---|---|---|---|---|---|
| RDS/A US | ROYAL DUTCH SHELL PLC-ADR | C | 2,400,000.00 Lg | 65.6608 | 64.8200 | 157,585,968.00 Dr | 155,568,000.00 Cr | 2,017,968.00 Dr | USD |
| UN US | UNILEVER N V -NY SHARES | C | 1,800,000.00 Lg | 43.1005 | 43.2500 | 77,580,972.00 Dr | 77,850,000.00 Cr | 269,028.00 Cr | USD |
| | | | | | Totals: | 235,166,940.00 Dr | 233,418,000.00 Cr | 1,748,940.00 Dr | |

## Pending Trades (DKK)

| Trade Dt | Settl Dt | Type | Trn | Quantity | Asset | Trd Price | Proceeds | Cur |
|---|---|---|---|---|---|---|---|---|
| 25-02-15 | 02-03-15 | Normal | BUY | 750,000.00 | NZYMB DC | 322.5040 | 241,878,022.50 Dr | DKK |
| 26-02-15 | 02-03-15 | Normal | SEL | 750,000.00 | NZYMB DC | 321.7000 | 241,275,000.00 Cr | DKK |

## Equity Swaps

| Tick | Seq | Trade Dt Set Dt | Term Dt | Asset Description | Quantity | D | Open Price | Notional | Cur | Market Price | MTM Valuation | Next Reset | Rate Description | Rate | Accrued Financing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 321173 | 13-08-14 14-08-14 | 18-03-15 | TDC DC TDC A/S | 3,400,000 | S | 48.0015 | 163,205,100 | DKK | 52.6000 | -15,634,900 | | Fixed | 0.0000 | 0.00 |

CONFIDENTIAL

ED&F-00076399

# Account Equity

ED&F Man Capital Markets Ltd
3 London Bridge Street
London SE1 9SG
United Kingdom

Account Number: CC:AMERIC-INVGR
Account Name  : American Investment Group of NY
Date          : 26-02-2015
Currency      : USD

## Equity Swaps (Con't)

| Tick Seq | Trade Dt Set Dt | Term Dt | Asset Description | Quantity D | Open Price | Notional Cur | Market Price | MTM Valuation | Next Reset | Rate Description | Rate | Accrued Financing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 324624 | 01-09-14 04-09-14 | 16-09-15 | UMI BB UMICORE | 997,600 S | 36.3310 | 36,243,806 EUR | 38.6800 | -2,343,362 | | Fixed | 0.0000 | 0.00 |
| 378429 | 10-02-15 12-02-15 | 21-05-15 | RDS/A US ROYAL DUTCH SHELL PLC-ADR | 2,400,000 S | 65.5907 | 157,417,680 USD | 64.8200 | 1,849,680 | | Fixed | 0.0000 | 0.00 |
| 375827 | 03-02-15 06-02-15 | 30-04-15 | UN US UNILEVER N V -NY SHARES | 1,800,000 S | 42.8060 | 77,050,800 USD | 43.2500 | -799,200 | | Fixed | 0.0000 | 0.00 |

## Account Summary

| Item | Amount (USD) |
|---|---|
| Value of opening currency balance | 299,765,070.01 Dr |
| Value of trades settling today | 1,002.22 Dr |
| Value of Rec/Del today | 0.00 Cr |
| Value of Deposits/Withdrawls today | 234,275.11 Dr |
| **Value of closing currency balance(s)** | **300,000,347.34 Dr** |
| Cash Collateral Pending Settlement | 0.00 Cr |
| Financed Cash Pending Settlement | 0.00 Cr |
| NonFX Proceeds Pending Settlement | 90,503.16 Dr |
| **Trade Date Cash Balance** | **300,090,850.50 Dr** |
| Market Value of Positions | 303,468,673.97 Cr |
| Mkt Val of Unsettled Fin Positions | 0.00 Cr |
| Mkt Val of Settled Fin Positions | 0.00 Cr |
| Mkt Val of Unsettled Fin Collateral | 0.00 Cr |
| Mkt Val of Settled Fin Collateral | 0.00 Cr |
| Net Value of Financing Interest | 0.00 Cr |
| Open Trade Equity on FX Deals | 0.00 Cr |
| Accrued Interest on Fixed Income | 0.00 Cr |
| Value of Open Swap Positions | 3,920,142.88 Dr |
| **Preliminary Account Value** | **542,319.41 Dr** |

## Margin Summary

| | |
|---|---|
| Margin Req (Reg-T: Initial) | 0.00 Cr |
| Margin Req (Reg-T: Maintenance) | 0.00 Cr |
| Margin Req (Future Initial) | 0.00 Cr |
| Margin Req (FOREX) | 0.00 Cr |
| Margin Req (Minimum Equity) | 0.00 Cr |
| **Margin Req (Total)** | **0.00 Cr** |

CONFIDENTIAL

ED&F-00076400

## Account Equity

ED&F Man Capital Markets Ltd
3 London Bridge Street
London SE1 9SG
United Kingdom

Account Number: CC:AMERIC-INVGR
Account Name  : American Investment Group of NY
Date          : 26-02-2015
Currency      : USD

**Outstanding Calls**

| Key | Type of Call | Status | Issue Date | Entry Date | Due Date | Amount (Original) | Amount (Open) | Cur |
|-----|--------------|--------|------------|------------|----------|-------------------|---------------|-----|
| 268804 | Money due call | Issued | 19-02-2015 | 19-02-2015 | 26-02-2015 | 1,064,724.53 | 1,064,724.53 | USD |
| | | | | | | 1,064,724.53 | 1,064,724.53 | |

## Total Account Value                     542,319.41 Dr

**Financing Summary**

| | |
|---|---|
| Unsettled Value of collateral at close | 0.00 Cr |
| Unsettled Financing Valuation | 0.00 Cr |
| **Unsettled Financing Excess at close** | **0.00** |
| Settled Value of collateral at close | 0.00 Cr |
| Settled Financing Valuation | 0.00 Cr |
| **Settled Financing Excess at close** | **0.00** |
| **Total Financing Excess at close** | **0.00** |

CONFIDENTIAL

ED&F-00076401



## Novozymes A/S

NZYMB DC

ISIN: DK0060336014    SEDOL: B798FW0    COUNTRY: DK

| | | | |
|---|---|---|---|
| EX DATE: | 26/02/2015 | REC DATE: | 27/02/2015 | PAY DATE: | 02/03/2015 |
| CCY: DKK | | GROSS RATE: | 3.00 | FEE: 0.00 |

### AGENT POSITIONS

BOD BREAKDOWN TO BE SENT TO AGENT FOR: CZ / FI / NO / PL / SE    DATE: N/A

| CLIENT ACCOUNT | CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | | PAYABLE | RECEIVEABLE | CLAIM? | NOTES |
|---|---|---|---|---|---|---|---|---|---|
| CC:AMERIC-INVGR | AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN | 73% | 750,000 | | | 1,642,500.00 | | | |
| CC:GOLDST-LAWGP | The Goldstein Law Group PC 401(K) Profit Sharing Plan FBO She | 73% | 558,000 | | | 1,222,020.00 | | | |
| CC:LINDEN-ADBPL | Linden Associates Defined Benefit Plan | 73% | 557,000 | | | 1,219,830.00 | | | |
| BK:000004-00000 | Equity Finance Vs IDB (SEB) | 73% | 750,000 | | | 1,642,500.00 | | | |
| | | | | | | | | | |
| CC:EDFDUB-EDFDU | ED&F Man Professional Trading (Dubai) Limited | 73% | | -750,000 | | | -1,642,500.00 | | |
| BK:000004-00000 | Equity Finance Vs IDB (SEB) | 73% | | -750,000 | | | -1,642,500.00 | | |
| LC:DENDKK-DIVDK | SEB Depot 05295142806 | 73% | | -1,115,000 | | | -2,441,850.00 | | |
| | | | | | | | | | |
| | | TOTALS | 2,615,000 | -2,615,000 | TOTALS | 5,726,850.00 | -5,726,850.00 | | |

### SECURITIES LENDING POSITIONS

| SL CLIENT ACCOUNT | SL CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | | PAYABLE | RECEIVEABLE | CLAIM? | NET STK LOAN AMNT | PYMNT V/D | PYMNT JRNL NO |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BR:MACQUA-MACQU | MACQUARIE BANK LIMITED | 85% | 1,125,000 | | | 2,868,750.00 | | | | | |
| BR:MACQUA-MACQU | MACQUARIE BANK LIMITED | 73% | | -10,000 | | | -21,900.00 | YES | 2,846,850.00 | 6/3 | 393353 |
| | | | | | | | | | | | |
| CC:POLLEN-FUNDO | POLLEN FUND LIMITED | 73% | 10,327,636 | | | 22,617,522.84 | | | | | |
| CC:CLIENT-HEDGE | Client Hedges | 73% | 10,000 | | | 21,900.00 | | | | | |
| | | | | | | | | | | | |
| CC:AUTOPA-AUTOP | Autoparts Pensions Group Trust | 73% | | -2,534,434 | | | -5,550,410.46 | | | | |
| CC:CASTPE-GRPTR | Casting Pensions Group Trust | 73% | | -2,577,034 | | | -5,643,704.46 | | | | |
| CC:CLIENT-HEDGE | Client Hedges | 85% | | -1,125,000 | | | -2,868,750.00 | | | | |
| CC:CTECHO-00000 | Central Technologies Pensions Group Trust | 73% | | -2,557,784 | | | -5,601,546.96 | | | | |
| CC:INDUST-PENGP | Industrial Pension Group Trust | 73% | | -2,658,384 | | | -5,821,860.96 | | | | |
| | | | | | | | | | | | |
| | | SL TOTALS | 11,462,636 | -11,462,636 | TOTALS | 25,508,172.84 | -25,508,172.84 | | | | |

### SWAP POSITIONS

| SWP CLIENT ACCOUNT | SWP CLIENT NAME | DIV % | SWAP LONG | SWAP SHORT | | PAYABLE | RECEIVEABLE |
|---|---|---|---|---|---|---|---|
| | | SWP TOTALS | 0 | 0 | TOTALS | 0.00 | 0.00 |

| | | |
|---|---|---|
| PREPARED: | DESK SIGN OFF: | OPS MANAGER SIGN OFF: Ooluna |

| | | | | | |
|---|---|---|---|---|---|
| AGENT CASH RECEIVED | CLAIMS PAID | D1 JOURNAL POSTED | JOURNAL NUMBERS UPDATED | DATE: 06/03/15 | FILE CLOSED CLOSER: |

CONFIDENTIAL    ED&F-00076402



CONFIDENTIAL

ED&F-00076403