# Exhibit 121



**E D & F MAN CAPITAL MARKETS LIMITED**

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN - 75 Claremont Road, Suite 309, Bernardsville, NJ 07924, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | AP Moeller - Maersk A/S |
| ISIN: | DK0010244508 |
| SEDOL: | 4253048 |
| Ex Date: | 01/04/2014 |
| Record Date: | 03/04/2014 |
| Pay Date: | 04/04/2014 |
| Quantity: | 1,000.00 |
| Gross Div Rate: | 1400 |
| Amount Received: | 1,022,000.00 |
| WHT Suffered: | 378,000.00 |
| Currency: | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*[signature]*

Head of Securities Operations

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No 1292851

Telephone: +44 (0)20 7089 8000

CONFIDENTIAL

ED&F-00077536

# Charlotte Woodward

**From:** Bottomley, Oliver (LDN) <obottomley@edfmancapital.com>
**Sent:** 28 March 2014 15:22
**To:** Stacey Kaminer; Mina, Sara (LDN)
**Cc:** Foster, Victoria (LDN)
**Subject:** RE: Trade Interest
**Attachments:** ED&F280314MAERSKB.PDF; 1,000 MAERSKB DC - CONFIRM AMERICAN INVESTMENT GROUP (3.36 KB)

Hi Stacey,

Confirms attached.

Thanks,
Oliver

---

**From:** Stacey Kaminer [mailto:SK@acerinvest.com]
**Sent:** 28 March 2014 14:00
**To:** Bottomley, Oliver (LDN); Mina, Sara (LDN)
**Cc:** Foster, Victoria (LDN)
**Subject:** Trade Interest

Hi All,

The following accounts are interested in purchasing at total of 1000 shares of MAERSKB DC, ISIN DK0010244508, T+3 and hedging their purchase by selling Bclear futures in the amount of 10 MAZ june expiry. Can you provide clearance for these transactions? Also, the accounts are looking for liquidity if you are able to source any please let them know.

| AIGPP | AMERIC-INVGR | 1,000 |

Best,

Stacey

This electronic mail message ('email') was sent by E D & F Man Capital Markets Limited ('MCM'). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of, and will not be responsible for the consequences of reliance upon any opinion or information contained herein or for any omission therefrom. This email has been scanned for viruses, but it is your full responsibility for virus-checking. All email communications may be reviewed by MCM authorised personnel and may be provided to regulators or others with a legal right to access such information. Further information is available at http://www.edfmancapital.com. This document has been prepared for informational purposes only and opinions and conclusions expressed do not necessarily represent those of MCM. All pricing is indicative and all estimates and opinions included in this document are as of the date of the document and may be subject to change without notice. MCM does not provide legal, tax or accounting advice and you are responsible for seeking any such advice separately. E D & F Man Capital Markets Limited, Cottons Centre, Hay's Lane, London, SE1 2QE, England is a

registered company in England, number 1292851. MCM is authorised and regulated by the Financial Conduct Authority in the UK, register number 194926 at http://www.fca.org.uk. Member of the LSE.

CONFIDENTIAL

ED&F-00077538

# Charlotte Woodward

**From:** Oliver Bottomley (E D & F MAN CAPITAL) <obottomley2@bloomberg.net>
**Sent:** 28 March 2014 15:20
**Subject:** 1,000 MAERSKB DC - CONFIRM AMERICAN INVESTMENT GROUP

--- Original Sender: PAUL SCHOFIELD, E D & F MAN CAPITAL ---

----- Original Message -----
From: PAUL SCHOFIELD (E D & F MAN CAPITAL)
To: OLIVER BOTTOMLEY (E D & F MAN CAPITAL)
At: Mar 28 2014 15:11:57

Hi,

To confirm ED&F MCM (AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN) BUY the following,

1,000 MAERSKB DC (DK0010244508) @ DKK 63,400.00
                @ DKK 63,400.7925 net

Trade date 28-Mar
Value date 02-Apr

Thanks,
Paul

----------------------------------------------------------------

This electronic mail message was sent by ED&F Man Capital Markets Limited ("MCM"). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of and will not be responsible for the consequences of reliance upon any opinion or information contained herein.

Marex Financial Limited
155 Bishopsgate
London EC2M 3TQ
Tel: +44 207 655 6000
www.marexspectron.com



## Futures Confirmation

| | |
|---|---|
| Trade Reference: | ED&F280314MAERSKB |
| Client: | ED&F Man Capital Markets |
| Futures Account: | BPS MCMEQT |
| Trader: | Oliver Bottomley |
| Trade Date: | 28 March 2014 |

| CONTRACT | EXCHANGE | CONTRACT TYPE | EXPIRY | BUY/SELL | NO. OF LOTS | UNDERLYING | FUTURES PRICE |
|---|---|---|---|---|---|---|---|
| MAY | Bclear | Cash | Jun-14 | SELL | 10 | MAERSKB DC | DKK 62,135.61 |

Brokerage: DKK 0.00

**ADDITIONAL NOTES:**

This confirmation shall, in the absence of manifest error, be conclusive and binding on you, unless we receive from you, an objection in writing within 24 hours to efs@marexspectron.com or by calling us on (+44) 207 650 4496, failing which your trade confirmation shall be deemed correct and conforming with your own records. Times of trades and venue of execution are available on request.

Marex Financial Limited is a wholly owned subsidiary of Marex Spectron Group Limited, and is authorized and regulated by the Financial Services Authority (FSA number 442767 ) with its registered address at 155 Bishopsgate, London, EC2M 3TQ (registered number 5613061 and VAT registration no. GB 872 8106 13 ).

To read our full terms and conditions, please visit www.marexspectron.com.

## Charlotte Woodward

**From:** PAUL SCHOFIELD <pschofield@edfmancapital.com>
**Sent:** 28 March 2014 15:13
**Subject:** Bloomberg: 1,000 MAERSKB DC CONFIRM

**Greeting:** Equity Finance Desk: 0203 580 7637 Mob: 07810 543272

Hi,

To confirm HSBC SELL the following,

1,000 MAERSKB DC (DK0010244508) @ DKK 63,400.00

Trade date 28-Mar
Value date 02-Apr

Thanks,
Paul

**Sent By :**

PAUL SCHOFIELD, pschofield@edfmancapital.com, PSCHOFIELD9@Bloomberg.net, E D & F MAN CAPITAL

**Recipients :**

JONATHAN WARD, JONWARD@Bloomberg.net, HSBC BANK PLC

**Disclaimers :**

**E D & F MAN CAPITAL**

This electronic mail message was sent by ED&F Man Capital Markets Limited ("MCM"). This information is intended solely for the personal and confidential use of the designated recipient named therein and therefore may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the written consent of MCM and any unauthorized use or disclosure is prohibited. If you are not the designated recipient, you are requested to return this email to the sender immediately and to delete all copies. MCM does not represent or warrant the accuracy of and will not be responsible for the consequences of reliance upon any opinion or information contained herein.

Processed by **Global Relay Message Converter for Bloomberg** | V2.0.0 | File (BMAIL) Message 4813 | 2014-03-29 02:51:20 AM (EDT)

Rosenblatt work product: extracts of shadow data

| Firm | Date Basis | Ticket Sequence | ExtRefID | Trade Date | Entry Date | Settlement Date | Trade Account | Product Type | AssetAlias1 | Trade Currency | Ticket State | Trade Transaction | Quantity | Trade Proceeds | FinalPrice | Asset Alias4 | MasterAccount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E1 | TRD | 238706 | EQ29684-108142 | 28/03/2014 | 2014-03-28 00:00:00.000 | 02/04/2014 | 1020005RISKPRICBC0 | EQUITY | DK0010244508 | DKK | ORG | BUY | 1,000 | 63400792.50 | 63400.7925000000 | MAERSKB 1020005RISKPRICBC0 |
| E1 | TRD | 238706 | EQ29684-108142 | 28/03/2014 | 2014-03-28 00:00:00.000 | 02/04/2014 | 1020010AMERICINVGR | EQUITY | DK0010244508 | DKK | ORG | SEL | 1,000 | 63400792.50 | 63400.7925000000 | MAERSKB 1020010AMERICINVGR |



ED&F-00077543

# Account Equity

ED&F Man Capital Markets Ltd  
3 London Bridge Street  
London SE1 9SG  
United Kingdom  

Account Number: CC:AMERIC-INVGR  
Account Name  : American Investment Group of NY  
Date          : 01-04-2014  
Currency      : USD  

## Cash Summary

| Cur Layer | Trade Date Amount | Conv Rate | TD Reporting Amt (USD) | Settle Date Amount | Conv Rate | SD Reporting Amt (USD) |
|---|---|---|---|---|---|---|
| DKK Cash        | 2,488,681,585.00 Dr | 0.18477458 | 459,845,094.63 Dr | 2,425,280,792.50 Dr | 0.18477458 | 448,130,239.82 Dr |
| DKK Var Margin  | 93,447,440.00 Dr    | 0.18477458 | 17,266,711.48 Dr  | 93,447,440.00 Dr    | 0.18477458 | 17,266,711.48 Dr  |
| EUR Cash        | 43,923.01 Dr        | 1.37930000 | 60,583.01 Dr      | 43,923.01 Dr        | 1.37930000 | 60,583.01 Dr      |
| EUR SEG CASH A  | 109,684.84 Cr       | 1.37930000 | 151,288.30 Cr     | 109,684.84 Cr       | 1.37930000 | 151,288.30 Cr     |
| USD Cash        | 8,879,581.50 Dr     | 1.00000000 | 8,879,581.50 Dr   | 8,879,581.50 Dr     | 1.00000000 | 8,879,581.50 Dr   |
| USD SEG CASH A  | 199,238.41 Cr       | 1.00000000 | 199,238.41 Cr     | 199,238.41 Cr       | 1.00000000 | 199,238.41 Cr     |
|                 |                     |            | 485,701,443.91 Dr |                     |            | 473,986,589.10 Dr |

## Trade Date Positions (Equity) (DKK)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L Cur |
|---|---|---|---|---|---|---|---|---|
| COLOB DC  | COLOPLAST-B          | C | 500,000.00 Lg   | 354.9044  | 445.0000  | 177,452,220.00 Dr   | 222,500,000.00 Cr   | 45,047,780.00 Cr DKK |
| DANSKE DC | DANSKE BANK A/S      | C | 7,750,000.00 Lg | 143.5905  | 153.2000  | 1,112,826,210.00 Dr | 1,187,300,000.00 Cr | 74,473,790.00 Cr DKK |
| MAERSKB DC| AP MOELLER-MAERSK A/S-B | C | 1,000.00 Lg | 63400.7925 | 64000.0000 | 63,400,792.50 Dr | 64,000,000.00 Cr | 599,207.50 Cr DKK |
| NOVOB DC  | NOVO NORDISK A/S-B   | C | 3,500,000.00 Lg | 246.7031  | 244.5000  | 863,460,780.00 Dr   | 855,750,000.00 Cr   | 7,710,780.00 Dr DKK |
| TDC DC    | TDC A/S              | C | 5,000,000.00 Lg | 52.5607   | 50.0500   | 262,803,300.00 Dr   | 250,250,000.00 Cr   | 12,553,300.00 Dr DKK |
|           |                      |   |                 | Totals:   |           | 2,479,943,302.50 Dr | 2,579,800,000.00 Cr | 99,856,697.50 Cr |

## Trade Date Positions (Equity) (EUR)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L Cur |
|---|---|---|---|---|---|---|---|---|
| SOLB BB | SOLVAY SA | C | 800,000.00 Lg | 108.4014 | 114.5000 | 86,721,088.00 Dr | 91,600,000.00 Cr | 4,878,912.00 Cr EUR |
|         |           |   |               | Totals:  |          | 86,721,088.00 Dr | 91,600,000.00 Cr | 4,878,912.00 Cr |

## Trade Date Positions (Equity) (USD)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L Cur |
|---|---|---|---|---|---|---|---|---|
| VEON US | VEON LTD | C | 684,000.00 Lg | 12.9902 | 9.0500 | 8,885,269.44 Dr | 6,190,200.00 Cr | 2,695,069.44 Dr USD |
|         |          |   |               | Totals: |        | 8,885,269.44 Dr | 6,190,200.00 Cr | 2,695,069.44 Dr |

## Trade Date Positions (OTC-OPTIONS) (EUR)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L Cur |
|---|---|---|---|---|---|---|---|---|
| SOLB BB | SOLVAY SA | C | 8,000.00 Sh | 103.3500 | 114.4900 | 82,680,000.00 Cr | 91,592,000.00 Dr | 8,912,000.00 Dr EUR |
|         |           |   |             | Totals:  |          | 82,680,000.00 Cr | 91,592,000.00 Dr | 8,912,000.00 Dr |

CONFIDENTIAL                                                                                           ED&F-00077544

Page 1 of 3

# Account Equity

ED&F Man Capital Markets Ltd　　　　　　　　　　　　　　　　　Account Number: CC:AMERIC-INVGR
3 London Bridge Street　　　　　　　　　　　　　　　　　　　　Account Name　: American Investment Group of NY
London SE1 9SG　　　　　　　　　　　　　　　　　　　　　　　　Date　　　　　: 01-04-2014
United Kingdom　　　　　　　　　　　　　　　　　　　　　　　　Currency　　　: USD

## Trade Date Futures Positions (DKK)

| Asset | Description | Position | Trd Price | Market Price | Orig Notional | Market Value | Open Trd Equity | Cur |
|---|---|---|---|---|---|---|---|---|
| MAY20JUN2014 | MAY20JUN2014BCLEAR | 10.00 Sh | 62135.6100 | 64023.4500 | 62,135,610.00 Cr | 64,023,450.00 Dr | 1,887,840.00 Dr | DKK |
| NFY16APR2014 | NFY16APR2014BCLEAR | 35,000.00 Sh | 243.1300 | 244.5100 | 850,955,000.00 Cr | 855,785,000.00 Dr | 4,830,000.00 Dr | DKK |
| OGY16APR2014 | OGY16APR2014BCLEAR | 47,500.00 Sh | 142.6300 | 153.2100 | 677,492,500.00 Cr | 727,747,500.00 Dr | 50,255,000.00 Dr | DKK |
| OGY20JUN2014 | OGY20JUN2014BCLEAR | 30,000.00 Sh | 140.8500 | 153.2600 | 422,550,000.00 Cr | 459,780,000.00 Dr | 37,230,000.00 Dr | DKK |
| TKF18JUL2014 | TKF18JUL2014BCLEAR | 20,000.00 Sh | 49.3836 | 50.0800 | 98,767,200.00 Cr | 100,160,000.00 Dr | 1,392,800.00 Dr | DKK |
| TKF20JUN2014 | TKF20JUN2014BCLEAR | 30,000.00 Sh | 50.7861 | 50.0700 | 152,358,200.00 Cr | 150,210,000.00 Dr | 2,148,200.00 Cr | DKK |
|  |  |  |  |  | 2,264,258,510.00 Cr | 2,357,705,950.00 Dr | 93,447,440.00 Dr | DKK |

## Pending Trades (DKK)

| Trade Dt | Settl Dt | Type | Trn | Quantity | Asset | Trd Price | Proceeds | Cur |
|---|---|---|---|---|---|---|---|---|
| 28-03-14 | 02-04-14 | Normal | BUY | 1,000.00 | MAERSKB DC | 63400.7925 | 63,400,792.50 Dr | DKK |

## Equity Swaps

| Tick Seq | Trade Dt Set Dt | Term Dt | Asset Description | Quantity | D | Open Price | Notional | Cur | Market Price | MTM Next Valuation Reset | Rate Description | Rate | Accrued Financing |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 238724 | 21-03-14 26-03-14 | 26-06-14 | COLOB DC COLOPLAST-B | 500,000 | S | 439.2000 | 219,600,000 | DKK | 445.0000 | -2,900,000 | Fixed | 0.0000 | 0.00 |
| 172560 | 12-11-13 15-11-13 | 12-11-14 | VEON US VEON LTD | 684,000 | S | 12.9900 | 8,885,160 | USD | 9.0500 | 2,694,960 | Fixed | 0.0000 | 0.00 |

## Account Summary

| Item | Amount (USD) |
|---|---|
| Value of opening currency balance | 472,431,895.82 Dr |
| Value of trades settling today | 0.00 Cr |
| Value of Rec/Del today | 0.00 Cr |
| Value of Deposits/Withdrawls today | 1,554,693.27 Dr |
| **Value of closing currency balance(s)** | **473,986,589.10 Dr** |
| Cash Collateral Pending Settlement | 0.00 Cr |
| Financed Cash Pending Settlement | 0.00 Cr |
| NonFX Proceeds Pending Settlement | 11,714,854.81 Dr |
| **Trade Date Cash Balance** | **485,701,443.91 Dr** |
| Market Value of Positions | 482,882,695.89 Cr |
| Mkt Val of Unsettled Fin Positions | 0.00 Cr |
| Mkt Val of Settled Fin Positions | 0.00 Cr |
| Mkt Val of Unsettled Fin Collateral | 0.00 Cr |
| Mkt Val of Settled Fin Collateral | 0.00 Cr |
| Net Value of Financing Interest | 0.00 Cr |
| Open Trade Equity on FX Deals | 0.00 Cr |
| Accrued Interest on Fixed Income | 0.00 Cr |
| Value of Open Swap Positions | 2,159,113.72 Cr |
| **Preliminary Account Value** | **659,634.30 Dr** |

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ED&F-00077545
Page 2 of 3

## Account Equity

ED&F Man Capital Markets Ltd
3 London Bridge Street
London SE1 9SG
United Kingdom

Account Number: CC:AMERIC-INVGR
Account Name  : American Investment Group of NY
Date          : 01-04-2014
Currency      : USD

### Margin Summary

```
Margin Req (Reg-T: Initial)                              0.00 Cr
Margin Req (Reg-T: Maintenance)                          0.00 Cr
Margin Req (Future Initial)                     30,304,191.50 Dr
Margin Req (FOREX)                                       0.00 Cr
Margin Req (Minimum Equity)                              0.00 Cr
Margin Req (Total)                              30,304,191.50 Dr
```

### Futures Initial Requirement

| Cur | Requirement | Requirement (USD) | Conv Rate |
|---|---|---|---|
| DKK | 164,006,280.00 Dr | 30,304,191.50 Dr | 0.18477 |
|     |                   | 30,304,191.50 Dr |         |

**Total Account Value**                          30,963,825.80 Dr

### Financing Summary

```
Unsettled Value of collateral at close                   0.00 Cr
Unsettled Financing Valuation                            0.00 Cr
Unsettled Financing Excess at close                      0.00

Settled Value of collateral at close                     0.00 Cr
Settled Financing Valuation                              0.00 Cr
Settled Financing Excess at close                        0.00

Total Financing Excess at close                          0.00
```

CONFIDENTIAL                                                                 ED&F-00077546
Page 3 of 3

# AP Moeller - Maersk A/S B shs — MAERSKB DC

ISIN: DK0010244508  SEDOL: 4253048  COUNTRY: DK
EX DATE: 01/04/2014  REC DATE: 03/04/2014  PAY DATE: 04/04/2014
CCY: DKK  GROSS RATE: 1400.00  FEE: 0.00

## AGENT POSITIONS

| CLIENT ACCOUNT | CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVEABLE | CLAIM? | NOTES |
|---|---|---|---|---|---|---|---|---|
| CC:ACORN0-CAPST | ACORN CAPITAL STRATEGIES LLC EMPLOYEE PENSION PROFIT S | 73% | 20,000 | | 20,440,000.00 | | | |
| CC:AMERIC-INVGR | AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN | 73% | 1,000 | | 1,022,000.00 | | | |
| CC:AUTOPA-AUTOP | Autoparts Pensions Group Trust | 73% | 2,700 | | 2,759,400.00 | | | |
| CC:BLUEGR-BLUEG | Bluegrass Retirement Group Trust | 73% | 2,200 | | 2,248,400.00 | | | |
| CC:BLUEGR-BLUEG | Bluegrass Retirement Group Trust | 73% | 3,000 | | 3,066,000.00 | | | |
| CC:CAMBRI-401KP | Cambridge Way LLC 401K Profit Sharing Plan | 73% | 20,000 | | 20,440,000.00 | | | |
| CC:CASTPE-GRPTR | Casting Pensions Group Trust | 73% | 2,500 | | 2,555,000.00 | | | |
| CC:CTECH0-00000 | Central Technologies Pensions Group Trust | 73% | 1,400 | | 1,430,800.00 | | | |
| CC:CTECH0-00000 | Central Technologies Pensions Group Trust | 73% | 3,800 | | 3,883,600.00 | | | |
| CC:DW0000-CONST | DW CONSTRUCTION INC RETIREMENT PLAN | 73% | 5,000 | | 5,110,000.00 | | | |
| CC:FEDLOG-FEDLO | FEDERATED LOGISTICS 401(K) PLAN | 73% | 18,000 | | 18,396,000.00 | | | |
| CC:HAMLYN-LLP00 | HAMLYN LP | 73% | 12,000 | | 12,264,000.00 | | | |
| CC:INDUST-PENGP | Industrial Pension Group Trust | 73% | 2,200 | | 2,248,400.00 | | | |
| CC:INDUST-PENGP | Industrial Pension Group Trust | 73% | 3,100 | | 3,168,200.00 | | | |
| CC:KAMCO0-LPPRO | KAMCO LP PROFIT SHARING PLAN FBO | 73% | 5,000 | | 5,110,000.00 | | | |
| CC:MOIRA0-ASSOC | MOIRA ASSOCIATES LLC 401K PLAN | 73% | 5,000 | | 5,110,000.00 | | | |
| CC:SVHOLD-SVHOL | SV Holdings LLC Retirement Plan | 73% | 500 | | 511,000.00 | | | |
| CC:TVETER-TVETE | Tveter LLC Pension Plan | 73% | 800 | | 817,600.00 | | | |
| CC:EDFDUB-EDFDU | ED&F Man Professional Trading (Dubai) Limited | 73% | | -85,800 | | -87,687,600.00 | | DI 277320 |
| LC:GLOBAL-EQY01 | BNP Paribas Depot 778523F | 73% | | -12,500 | | -12,775,000.00 | | received 4/4 |
| SB:IDBEDF-IDBED | Equity Finance Vs IDB (BNP) | 73% | Kitazato | -10,900 | | -11,139,800.00 | YES | val 7/4 |
| SB:IDBEDF-IDBED | Equity Finance Vs IDB (BNP) | 73% | Lefa... | -4,800 | | -4,905,600.00 | YES | val 8/4 |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | 85,800 | | 87,687,600.00 | | YES | |
| SB:VOLCAF-ICBC0 | Volcafe Limited - ICBC | 73% | | -85,800 | | -87,687,600.00 | YES | |
| TOTALS | | | 199,800 | -199,800 | TOTALS 204,195,600.00 | -204,195,600.00 | | |

## SECURITIES LENDING POSITIONS

| SL CLIENT ACCOUNT | SL CLIENT NAME | DIV % | LONG HLDNG | SHORT HLDNG | PAYABLE | RECEIVEABLE | CLAIM? | NET STK LOAN AMNT | PYMNT V/D | PYMNT JRNL NO |
|---|---|---|---|---|---|---|---|---|---|---|
| BR:MAPLE0-UKLTD | Maple Securities UK Ltd | 85% | 1,200 | | 1,428,000.00 | | YES | | | |
| CC:POLLEN-FUND0 | POLLEN FUND LIMITED | 85% | | -1,200 | | -1,428,000.00 | | | 4/4 | 277314 |
| CC:BLUELL-BLUEL | BlueGrass Investment Management LLC Retirement Plan | 100% | 3,700 | | 5,180,000.00 | | | | | |
| CC:SVHOLD-SVHOL | SV Holdings LLC Retirement Plan | 100% | 3,000 | | 4,200,000.00 | | | | | |

CONFIDENTIAL  ED&F-00077547



| SL ACCOUNT | CLIENT NAME | DIV % | LONG | SHORT | | PAYABLE | RECEIVABLE |
|---|---|---|---|---|---|---|---|
| CC:TEWLLC-TEW00 | Tew Enterprises LLC Retirement Plan | 100% | 4,000 | | | 5,600,000.00 | |
| CC:TEWLP0-TEWLP | Tew LP Retirement Plan | 100% | 4,300 | | | 6,020,000.00 | |
| CC:POLLEN-FUND0 | POLLEN FUND LIMITED | 100% | | -15,000 | | | -21,000,000.00 |
| | | SL TOTALS | 16,200 | -16,200 | TOTALS | 22,428,000.00 | -22,428,000.00 |

## SWAP POSITIONS

| SWP CLIENT ACCOUNT | SWP CLIENT NAME | DIV % | SWAP LONG | SWAP SHORT | | PAYABLE | RECEIVABLE |
|---|---|---|---|---|---|---|---|
| | | SWP TOTALS | 0 | 0 | TOTALS | 0.00 | 0.00 |

PREPARED: [signature]     DESK SIGN OFF: [signature]     OPS MANAGER SIGN OFF: mackenna

AGENT CASH RECEIVED [signature]     CLAIMS PAID [signature]     JOURNAL NUMBERS UPDATED [signature]     DATE: 08/04/14     FILE CLOSED CLOSER: [signature]

CONFIDENTIAL

ED&F-00077548

| MESSAGE_ID | Tag Sequence | Tag Name | Tag Value |
|---|---|---|---|
| OPARBFRPPXXX5661403162710101DKK 140404 | 1 | Tag 16R | GENL |
| OPARBFRPPXXX5661403162710101DKK 140404 | 2 | Tag 20C | :CORP//2014650716 |
| OPARBFRPPXXX5661403162710101DKK 140404 | 3 | Tag 20C | :SEME//1403162710101DKK |
| OPARBFRPPXXX5661403162710101DKK 140404 | 4 | Tag 23G | NEWM |
| OPARBFRPPXXX5661403162710101DKK 140404 | 5 | Tag 22F | :CAEV//DVCA |
| OPARBFRPPXXX5661403162710101DKK 140404 | 6 | Tag 16R | LINK |
| OPARBFRPPXXX5661403162710101DKK 140404 | 7 | Tag 22F | :LINK//INFO |
| OPARBFRPPXXX5661403162710101DKK 140404 | 8 | Tag 13A | :LINK//564 |
| OPARBFRPPXXX5661403162710101DKK 140404 | 9 | Tag 20C | :PREV//2014650716000292 |
| OPARBFRPPXXX5661403162710101DKK 140404 | 10 | Tag 16S | LINK |
| OPARBFRPPXXX5661403162710101DKK 140404 | 11 | Tag 16S | GENL |
| OPARBFRPPXXX5661403162710101DKK 140404 | 12 | Tag 16R | USECU |
| OPARBFRPPXXX5661403162710101DKK 140404 | 13 | Tag 97A | :SAFE//41329000010000778523F |
| OPARBFRPPXXX5661403162710101DKK 140404 | 14 | Tag 94F | :SAFE//CUST/NDEADKKKXXX |
| OPARBFRPPXXX5661403162710101DKK 140404 | 15 | Tag 35B | ISIN DK0010244508<br>AP MOELLER MAERSK A/S |
| OPARBFRPPXXX5661403162710101DKK 140404 | 16 | Tag 93B | :CONB//UNIT/12500, |
| OPARBFRPPXXX5661403162710101DKK 140404 | 17 | Tag 16S | USECU |
| OPARBFRPPXXX5661403162710101DKK 140404 | 18 | Tag 16R | CADETL |
| OPARBFRPPXXX5661403162710101DKK 140404 | 19 | Tag 98A | :XDTE//20140401 |
| OPARBFRPPXXX5661403162710101DKK 140404 | 20 | Tag 98A | :RDTE//20140403 |
| OPARBFRPPXXX5661403162710101DKK 140404 | 21 | Tag 22F | :DIVI//REGR |
| OPARBFRPPXXX5661403162710101DKK 140404 | 22 | Tag 16S | CADETL |
| OPARBFRPPXXX5661403162710101DKK 140404 | 23 | Tag 16R | CACONF |
| OPARBFRPPXXX5661403162710101DKK 140404 | 24 | Tag 13A | :CAON//001 |
| OPARBFRPPXXX5661403162710101DKK 140404 | 25 | Tag 22F | :CAOP//CASH |
| OPARBFRPPXXX5661403162710101DKK 140404 | 26 | Tag 16R | CASHMOVE |
| OPARBFRPPXXX5661403162710101DKK 140404 | 27 | Tag 22H | :CRDB//CRED |
| OPARBFRPPXXX5661403162710101DKK 140404 | 28 | Tag 97A | :CASH//41329000010000724864B |
| OPARBFRPPXXX5661403162710101DKK 140404 | 29 | Tag 19B | :PSTA//DKK12775000, |
| OPARBFRPPXXX5661403162710101DKK 140404 | 30 | Tag 19B | :GRSS//DKK17500000, |
| OPARBFRPPXXX5661403162710101DKK 140404 | 31 | Tag 19B | :NETT//DKK12775000, |
| OPARBFRPPXXX5661403162710101DKK 140404 | 32 | Tag 19B | :WITF//DKK4725000, |
| OPARBFRPPXXX5661403162710101DKK 140404 | 33 | Tag 98A | :POST//20140404 |
| OPARBFRPPXXX5661403162710101DKK 140404 | 34 | Tag 98A | :VALU//20140404 |
| OPARBFRPPXXX5661403162710101DKK 140404 | 35 | Tag 98A | :PAYD//20140404 |
| OPARBFRPPXXX5661403162710101DKK 140404 | 36 | Tag 92F | :NETT//DKK1022, |
| OPARBFRPPXXX5661403162710101DKK 140404 | 37 | Tag 92F | :GRSS//DKK1400, |
| OPARBFRPPXXX5661403162710101DKK 140404 | 38 | Tag 92A | :WITF//27, |
| OPARBFRPPXXX5661403162710101DKK 140404 | 39 | Tag 16S | CASHMOVE |
| OPARBFRPPXXX5661403162710101DKK 140404 | 40 | Tag 16S | CACONF |
| OPARBFRPPXXX5661403162710101DKK 140404 | 41 | Tag 16R | ADDINFO |
| OPARBFRPPXXX5661403162710101DKK 140404 | 42 | Tag 70E | :TAXE// half-base taxation for foreign securities |
| OPARBFRPPXXX5661403162710101DKK 140404 | 43 | Tag 95Q | :MERE//ASSET SERVICES |
| OPARBFRPPXXX5661403162710101DKK 140404 | 44 | Tag 16S | ADDINFO |

CONFIDENTIAL
ED&F-00077549



CONFIDENTIAL

ED&F-00077550