# Exhibit 123

# Account Transactions (General Ledger)
### ED&F Man Capital Markets Ltd
08/01/2014 through 08/26/2014

```
Date        Journal ID          Journal Description                      Seq  Classification  Ticket #     Transaction Amount    Running Balance
```

## Account (1-020-010-AMERIC-INVGR) is (AMERICAN INVESTMENT GROUP OF NY L.P PENS)

**Asset (DKK / DKK) Layer (C) [Danish Kroner DKK]**

```
07/31/2014                      Opening Balance                            0                      0                 0                  2,108,673.85 Cr         2,108,673.85 Cr
08/01/2014  T00031603501002     BUY 386,207.98 DKK @ .1341 EUR 51,792.03   1   CASH            316035                386,207.98 Dr         1,722,465.87 Cr
08/01/2014  T00031626801002     BUY 1,722,465.87 DKK @ .1794 USD 308,962   1   CASH            316268              1,722,465.87 Dr                 0.00 Cr
08/11/2014  321573              Reversal of SEL 3,400,000 TDC DC @ 51.80   3   PROCEED-EQUITY  317924            176,122,210.00 Cr       176,122,210.00 Cr
08/11/2014  T00031792401002     SEL 3,400,000 TDC DC @ 51.8007 DKK 176,1   2   PROCEED-EQUITY  317924            176,122,210.00 Dr                 0.00 Cr
08/11/2014  T00031819601002     SEL 3,400,000 TDC DC @ 51.8007 DKK 176,1   2   PROCEED-EQUITY  318196            176,122,210.00 Dr       176,122,210.00 Dr
08/13/2014  323117              Realized Gain/Loss Cust FUTURE             5   TR-PL-FUTURE         0              8,383,720.00 Cr       167,738,490.00 Dr
08/15/2014  323588              CASH DIV - TDC DC - PD 13/08/14            2   Unclassified         0              3,723,000.00 Cr       164,015,490.00 Dr
08/21/2014  325256              TDC DC Cutody Fee pt I                     1   Unclassified         0                 51,000.00 Dr       164,066,490.00 Dr
                                                                                                                                         164,066,490.00 Dr
```

**Asset (DKK / DKK) Layer (O) [Danish Kroner DKK]**

```
08/07/2014  321497              Unrealized Gain/Loss Cust FUTURE          134  PROCEED-FUTURE  317968              2,098,820.00 Cr         2,098,820.00 Cr
08/08/2014  321546              Reversal of Unrealized Gain/Loss Cust FU  134  PROCEED-FUTURE  317968              2,098,820.00 Dr                 0.00 Cr
08/08/2014  321937              Unrealized Gain/Loss Cust FUTURE          134  PROCEED-FUTURE  317968              4,818,820.00 Cr         4,818,820.00 Cr
08/09/2014  321976              Unrealized Gain/Loss Cust FUTURE          134  PROCEED-FUTURE  317968              4,818,820.00 Cr         9,637,640.00 Cr
08/10/2014  321990              Unrealized Gain/Loss Cust FUTURE          134  PROCEED-FUTURE  317968              4,818,820.00 Cr        14,456,460.00 Cr
08/11/2014  322003              Reversal of Unrealized Gain/Loss Cust FU  134  PROCEED-FUTURE  317968              4,818,820.00 Dr         9,637,640.00 Cr
08/11/2014  322010              Reversal of Unrealized Gain/Loss Cust FU  134  PROCEED-FUTURE  317968              4,818,820.00 Dr         4,818,820.00 Cr
08/11/2014  322011              Reversal of Unrealized Gain/Loss Cust FU  134  PROCEED-FUTURE  317968              4,818,820.00 Dr                 0.00 Cr
08/11/2014  322408              Unrealized Gain/Loss Cust FUTURE          126  PROCEED-FUTURE  317968              8,898,820.00 Cr         8,898,820.00 Cr
08/12/2014  322441              Reversal of Unrealized Gain/Loss Cust FU  126  PROCEED-FUTURE  317968              8,898,820.00 Dr                 0.00 Cr
08/12/2014  322755              Unrealized Gain/Loss Cust FUTURE          126  PROCEED-FUTURE  317968              8,048,820.00 Cr         8,048,820.00 Cr
08/13/2014  322789              Reversal of Unrealized Gain/Loss Cust FU  126  PROCEED-FUTURE  317968              8,048,820.00 Dr                 0.00 Cr
                                                                                                                                                   0.00 Cr
```

**Asset (EUR / EUR) Layer (C) [Euro]**

```
07/31/2014                      Opening Balance                            0                      0                 0                      8,716.49 Dr             8,716.49 Dr
08/01/2014  T00031603501002     BUY 386,207.98 DKK @ .1341 EUR 51,792.03   2   CASH            316035                 51,792.03 Cr            43,075.54 Cr
08/04/2014  320088              Mkt Ticket charges - June2014              1   Unclassified         0                    318.00 Dr            42,757.54 Cr
08/11/2014  322082              Futures - TKF15AUG2014 Clearing Fees Rec   1   Unclassified         0                  1,020.00 Dr            41,737.54 Cr
08/11/2014  322087              Futures - TKF15AUG2014 Exchange Fees Rec   1   Unclassified         0                    475.00 Dr            41,262.54 Cr
08/14/2014  323196              Futures - TKF15AUG2014 Clearing Fees Rec   1   Unclassified         0                  1,020.00 Dr            40,242.54 Cr
08/14/2014  323201              Futures - TKF15AUG2014 Exchange Fees Rec   1   Unclassified         0                    475.00 Dr            39,767.54 Cr
                                                                                                                                                39,767.54 Cr
```

**Asset (USD / USD) Layer (C) [US Dollar]**

```
07/31/2014                      Opening Balance                            0                      0                 0                  8,678,504.32 Dr         8,678,504.32 Dr
08/01/2014  T00031626801002     BUY 1,722,465.87 DKK @ .1794 USD 308,962   2   CASH            316268                308,962.48 Cr         8,369,541.84 Dr
```

CONFIDENTIAL

ED&F-00177423

## Account Transactions (General Ledger)
### ED&F Man Capital Markets Ltd
08/01/2014 through 08/26/2014

| Date | Journal ID | Journal Description | Seq | Classification | Ticket # | Transaction Amount | Running Balance |
|------|------------|---------------------|-----|----------------|----------|--------------------|-----------------|
|      |            |                     |     |                |          |                    | 8,369,541.84 Dr |

**Gross Debit for all Trades:**            0.00
**Gross Credit for all Trades:**           0.00

**Net Debit/Credit for all Trades:**       0.00 Cr