# Exhibit 127

CONFIDENTIAL



| | | Account: | CC:AMERIC-INVGR |
|---|---|---|---|
| | | Name: | AMERICAN INVESTMENT GROUP OF NY L.P PENSION PLAN |
| | | Date: | 31 Dec 2013 |

## Account Statement

### OTC-OPTIONS (EUR)

| Trade Date | Expiry Date | Asset | Description | Position | Strike | Trade Price | Original Value | Market Price | Market Value | Unrealised P&L |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | REDACTED |

### TOTAL RETURN SWAPS (EUR)

| Trade Date | Term Date | Asset | Description | Position | Trade Price | Cash Value | Market Price | Market Value | Unrealised P&L |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | REDACTED |

ED&F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London SE1 2QE
Tel. +44 (0)20 7089 8000

AIG_0000149

CONFIDENTIAL



Account:   CC:AMERIC-INVGR
Name:    AMERICAN INVESTMENT GROUP OF NY L.P
         PENSION PLAN
Date:    31 Dec 2013

REDACTED

ED&F Man Capital Markets Limited
Cottons Centre, Hay's Lane, London SE1 2QE
Tel. +44 (0)20 7089 8000

AIG_00000150

CONFIDENTIAL

# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd
12/01/2013 through 12/31/2013

| Date | Journal ID | Journal Description | Seq | Classification | Transaction Amount | Running Balance |
|------|-----------|---------------------|-----|----------------|--------------------|-----------------|

**Account (1-020-010-AMERIC-INVGR) is (AMERICAN INVESTMENT GROUP OF NY L.P PENS)**

**Asset (DKK / DKK) Layer (C) [Danish Kroner DKK]**

| Date | Journal ID | Journal Description | Seq | Classification | Transaction Amount | Running Balance |
|------|-----------|---------------------|-----|----------------|--------------------|-----------------|
| 12/11/2013 | 219897 | Reversal of SEL 500,000 COLOB DC @ 354.9 | 3 | PROCEED-EQUITY | 177,450,000.00 Cr | 177,450,000.00 Cr |
| 12/11/2013 | 220514 | Reversal of BUY 250,000 COLOB DC @ 350 D | 3 | PROCEED-EQUITY | 87,500,000.00 Dr | 89,950,000.00 Cr |
| 12/11/2013 | 221852 | Reversal of SEL 500,000 COLOB DC @ 354.9 | 3 | PROCEED-EQUITY | 177,452,220.00 Cr | 267,402,220.00 Cr |
| 12/11/2013 | T00018348301002 | SEL 500,000 COLOB DC @ 354.9 DKK 177,450 | 2 | PROCEED-EQUITY | 177,450,000.00 Dr | 89,952,220.00 Cr |
| 12/11/2013 | T00018382501002 | SEL 500,000 COLOB DC @ 354.9044 DKK 177, | 2 | PROCEED-EQUITY | 177,452,220.00 Dr | 87,500,000.00 Dr |
| 12/11/2013 | T00018534801002 | BUY 250,000 COLOB DC @ 350 DKK 87,500,00 | 2 | PROCEED-EQUITY | 87,500,000.00 Cr | 0.00 Cr |
| 12/11/2013 | T00018659901002 | SEL 500,000 COLOB DC @ 354.9044 DKK 177, | 2 | PROCEED-EQUITY | 177,452,220.00 Cr | 177,452,220.00 Cr |
| 12/13/2013 | 223828 | CASH DIV - COLOB DC - PD 11-12-2013 | 8 | Unclassified | 2,555,000.00 Cr | 174,897,220.00 Cr |
| 12/20/2013 | 227818 | Realized Gain/Loss Cust FUTURE | 65 | TR-PL-FUTURE | 2,290,250.00 Dr | 177,187,470.00 Cr |

177,187,470.00 Cr

**Asset (DKK / DKK) Layer (O) [Danish Kroner DKK]**

| Date | Journal ID | Journal Description | Seq | Classification | Transaction Amount | Running Balance |
|------|-----------|---------------------|-----|----------------|--------------------|-----------------|
| 12/05/2013 | 220263 | Unrealized Gain/Loss Cust FUTURE | 466 | PROCEED-FUTURE | 242,500.00 Dr | 242,500.00 Dr |
| 12/05/2013 | 220263 | Unrealized Gain/Loss Cust FUTURE | 468 | PROCEED-FUTURE | 4,602,750.00 Dr | 4,845,250.00 Dr |
| 12/06/2013 | 220397 | Reversal of Unrealized Gain/Loss Cust FU | 468 | PROCEED-FUTURE | 4,602,750.00 Cr | 242,500.00 Dr |
| 12/06/2013 | 220397 | Reversal of Unrealized Gain/Loss Cust FU | 466 | PROCEED-FUTURE | 242,500.00 Cr | 0.00 Cr |
| 12/06/2013 | 220862 | Unrealized Gain/Loss Cust FUTURE | 458 | PROCEED-FUTURE | 57,500.00 Dr | 57,500.00 Dr |
| 12/06/2013 | 220862 | Unrealized Gain/Loss Cust FUTURE | 456 | PROCEED-FUTURE | 1,087,750.00 Dr | 1,145,250.00 Dr |
| 12/09/2013 | 221529 | Reversal of Unrealized Gain/Loss Cust FU | 456 | PROCEED-FUTURE | 1,087,750.00 Cr | 57,500.00 Dr |
| 12/09/2013 | 221529 | Reversal of Unrealized Gain/Loss Cust FU | 458 | PROCEED-FUTURE | 57,500.00 Cr | 0.00 Cr |
| 12/09/2013 | 221621 | Unrealized Gain/Loss Cust FUTURE | 472 | PROCEED-FUTURE | 1,135,250.00 Dr | 1,135,250.00 Dr |
| 12/09/2013 | 221621 | Unrealized Gain/Loss Cust FUTURE | 470 | PROCEED-FUTURE | 60,000.00 Dr | 1,195,250.00 Dr |
| 12/10/2013 | 221740 | Reversal of Unrealized Gain/Loss Cust FU | 472 | PROCEED-FUTURE | 1,135,250.00 Cr | 60,000.00 Dr |
| 12/10/2013 | 221740 | Reversal of Unrealized Gain/Loss Cust FU | 470 | PROCEED-FUTURE | 60,000.00 Cr | 0.00 Cr |
| 12/10/2013 | 222203 | Unrealized Gain/Loss Cust FUTURE | 474 | PROCEED-FUTURE | 2,500.00 Dr | 2,500.00 Cr |
| 12/10/2013 | 222203 | Unrealized Gain/Loss Cust FUTURE | 472 | PROCEED-FUTURE | 52,250.00 Cr | 54,750.00 Cr |
| 12/11/2013 | 222326 | Reversal of Unrealized Gain/Loss Cust FU | 474 | PROCEED-FUTURE | 2,500.00 Dr | 52,250.00 Cr |
| 12/11/2013 | 222326 | Reversal of Unrealized Gain/Loss Cust FU | 472 | PROCEED-FUTURE | 52,250.00 Dr | 0.00 Cr |
| 12/11/2013 | 222787 | Unrealized Gain/Loss Cust FUTURE | 470 | PROCEED-FUTURE | 122,750.00 Cr | 122,750.00 Cr |
| 12/11/2013 | 222787 | Unrealized Gain/Loss Cust FUTURE | 468 | PROCEED-FUTURE | 2,337,000.00 Cr | 2,459,750.00 Cr |
| 12/12/2013 | 222916 | Reversal of Unrealized Gain/Loss Cust FU | 468 | PROCEED-FUTURE | 2,337,000.00 Dr | 122,750.00 Cr |
| 12/12/2013 | 222916 | Reversal of Unrealized Gain/Loss Cust FU | 470 | PROCEED-FUTURE | 122,750.00 Dr | 0.00 Cr |
| 12/12/2013 | 223488 | Unrealized Gain/Loss Cust FUTURE | 464 | PROCEED-FUTURE | 4,522,000.00 Cr | 4,522,000.00 Cr |
| 12/12/2013 | 223488 | Unrealized Gain/Loss Cust FUTURE | 466 | PROCEED-FUTURE | 237,750.00 Cr | 4,759,750.00 Cr |
| 12/13/2013 | 223603 | Reversal of Unrealized Gain/Loss Cust FU | 466 | PROCEED-FUTURE | 237,750.00 Dr | 4,522,000.00 Cr |
| 12/13/2013 | 223603 | Reversal of Unrealized Gain/Loss Cust FU | 464 | PROCEED-FUTURE | 4,522,000.00 Dr | 0.00 Cr |
| 12/13/2013 | 224079 | Unrealized Gain/Loss Cust FUTURE | 488 | PROCEED-FUTURE | 3,952,000.00 Cr | 3,952,000.00 Cr |
| 12/13/2013 | 224079 | Unrealized Gain/Loss Cust FUTURE | 490 | PROCEED-FUTURE | 207,750.00 Cr | 4,159,750.00 Cr |
| 12/16/2013 | 224742 | Reversal of Unrealized Gain/Loss Cust FU | 490 | PROCEED-FUTURE | 207,750.00 Dr | 3,952,000.00 Cr |
| 12/16/2013 | 224742 | Reversal of Unrealized Gain/Loss Cust FU | 488 | PROCEED-FUTURE | 3,952,000.00 Dr | 0.00 Cr |
| 12/16/2013 | 224829 | Unrealized Gain/Loss Cust FUTURE | 478 | PROCEED-FUTURE | 1,862,000.00 Cr | 1,862,000.00 Cr |
| 12/16/2013 | 224829 | Unrealized Gain/Loss Cust FUTURE | 476 | PROCEED-FUTURE | 97,750.00 Cr | 1,959,750.00 Cr |
| 12/17/2013 | 224946 | Reversal of Unrealized Gain/Loss Cust FU | 478 | PROCEED-FUTURE | 1,862,000.00 Dr | 97,750.00 Cr |
| 12/17/2013 | 224946 | Reversal of Unrealized Gain/Loss Cust FU | 476 | PROCEED-FUTURE | 97,750.00 Dr | 0.00 Cr |
| 12/17/2013 | 225440 | Unrealized Gain/Loss Cust FUTURE | 394 | PROCEED-FUTURE | 187,750.00 Cr | 187,750.00 Cr |
| 12/17/2013 | 225440 | Unrealized Gain/Loss Cust FUTURE | 392 | PROCEED-FUTURE | 3,572,000.00 Cr | 3,759,750.00 Cr |
| 12/18/2013 | 225565 | Reversal of Unrealized Gain/Loss Cust FU | 394 | PROCEED-FUTURE | 187,750.00 Dr | 3,572,000.00 Cr |

AIG_0000151

CONFIDENTIAL

# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd
### 12/01/2013 through 12/31/2013

| Date | Journal ID | Journal Description | Seq | Classification | Transaction Amount | Running Balance |
|------|-----------|---------------------|-----|----------------|--------------------|-----------------|

**Account (1-020-010-AMERIC-INVGR) is (AMERICAN INVESTMENT GROUP OF NY L.P PENS) (Continued)**

**Asset (DKK / DKK) Layer (O) (Continued)**

| Date | Journal ID | Journal Description | Seq | Classification | Transaction Amount | Running Balance |
|------|-----------|---------------------|-----|----------------|--------------------|-----------------|
| 12/18/2013 | 225565 | Reversal of Unrealized Gain/Loss Cust FU | 392 | PROCEED-FUTURE | 3,572,000.00 Dr | 0.00 Cr |
| 12/18/2013 | 226080 | Unrealized Gain/Loss Cust FUTURE | 394 | PROCEED-FUTURE | 165,250.00 Cr | 165,250.00 Cr |
| 12/18/2013 | 226080 | Unrealized Gain/Loss Cust FUTURE | 392 | PROCEED-FUTURE | 3,144,500.00 Cr | 3,309,750.00 Cr |
| 12/19/2013 | 226199 | Reversal of Unrealized Gain/Loss Cust FU | 394 | PROCEED-FUTURE | 165,250.00 Dr | 3,144,500.00 Cr |
| 12/19/2013 | 226199 | Reversal of Unrealized Gain/Loss Cust FU | 392 | PROCEED-FUTURE | 3,144,500.00 Dr | 0.00 Cr |
| 12/19/2013 | 226830 | Unrealized Gain/Loss Cust FUTURE | 382 | PROCEED-FUTURE | 39,750.00 Dr | 39,750.00 Dr |
| 12/19/2013 | 226830 | Unrealized Gain/Loss Cust FUTURE | 380 | PROCEED-FUTURE | 750,500.00 Dr | 790,250.00 Dr |
| 12/20/2013 | 226951 | Reversal of Unrealized Gain/Loss Cust FU | 380 | PROCEED-FUTURE | 750,500.00 Cr | 39,750.00 Dr |
| 12/20/2013 | 226951 | Reversal of Unrealized Gain/Loss Cust FU | 382 | PROCEED-FUTURE | 39,750.00 Cr | 0.00 Cr |

0.00 Cr

**Asset (EUR / EUR) Layer (C) [Euro]**

REDACTED

**Asset (EUR / EUR) Layer (O) [Euro]**

REDACTED

**Asset (EUR / EUR) Layer (S) [Euro]**

REDACTED

AIG_00000152

CONFIDENTIAL

# Account Transactions (General Ledger)
## ED&F Man Capital Markets Ltd
### 12/01/2013 through 12/31/2013

| Date | Journal ID | Journal Description | Seq | Classification | Transaction Amount | Running Balance |
|------|-----------|---------------------|-----|----------------|--------------------|-----------------|

**Asset (USD / USD) Layer (C) [US Dollar]**

REDACTED

**Asset (USD / USD) Layer (S) [US Dollar]**

REDACTED

**Gross Debit for all Trades:**
**Gross Credit for all Trades:**

**Net Debit/Credit for all Trades:**

REDACTED

Copyright Shadow Financial Services Corp. 1998-2013. All Rights Reserved.    Page 3 of 3    Produced on 12/31/2013

AIG_00000153

# Account Equity

ED&F Man Capital Markets Ltd
Cottons Centre, Hay's Lane
London, SE1 2QE
United Kingdom

Account Number: CC:AMERIC-INVGR
Account Name  : AMERICAN INVESTMENT GROUP OF NY
Date          : 12/31/2013
Page          : 1  Curr (USD)

## Cash Summary

| Cur Layer | Trade Date Amount | Conv Rate | TD Reporting Amt (USD) | Settle Date Amount | Conv Rate | SD Reporting Amt (USD) |
|---|---|---|---|---|---|---|
| DKK Cash | 177,187,470.00 Dr | 0.1842 | 32,641,429.65 Dr | 177,187,470.00 Dr | 0.1842 | 32,641,429.65 Dr |
| EUR Cash | ▓REDACTED▓ | 1.3743 | ▓REDACTED▓ | ▓REDACTED▓ | 1.3743 | ▓REDACTED▓ |
| EUR SEG CASH A | | 1.3743 | | | 1.3743 | |
| USD Cash | | 1.0000 | | | 1.0000 | |
| USD SEG CASH A | | 1.0000 | | | 1.0000 | |

## Trade Date Positions (Equity) (DKK)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L Cur |
|---|---|---|---|---|---|---|---|---|
| COLOB DC | COLOPLAST-B | C | 500,000.00 Lg | 354.9044 | 359.0000 | 177,452,220.00 Dr | 179,500,000.00 Cr | 2,047,780.00 Cr DKK |
| | | | | | Totals: | 177,452,220.00 Dr | 179,500,000.00 Cr | 2,047,780.00 Cr |

## Trade Date Positions (Equity) (USD)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L Cur |
|---|---|---|---|---|---|---|---|---|
| ▓REDACTED▓ | | | | | | | | |

## Trade Date Positions (OTC-OPTIONS) (USD)

| Asset | Description | L | Position | Trd Price | Market Price | Original Value | Market Value | Unrealized G/L Cur |
|---|---|---|---|---|---|---|---|---|
| ▓REDACTED▓ | | | | | | | | |

## Pending Trades (DKK)

| Trade Dt | Settl Dt | Type | Trn | Quantity | Asset | Trd Price | Proceeds | Cur |
|---|---|---|---|---|---|---|---|---|
| 12/20/13 | 03/26/14 | Normal | BUY | 0.00 | SHPERF1M | 0.0000 | 0.00 Cr | DKK |

## Total Return Swaps

----------------------- Asset Leg ----------------------------- --------------------- Cash Leg ---------------------

CONFIDENTIAL

AIG_0000154

CONFIDENTIAL

# Account Equity

ED&F Man Capital Markets Ltd
Cottons Centre, Hay's Lane
London, SE1 2QE
United Kingdom

Account Number: **CC:AMERIC-INVGR**
Account Name   : **AMERICAN INVESTMENT GROUP OF NY**
Date           : 12/31/2013
Page           : 2   Curr (USD)

| Tick Seq | Begin Dt | End Dt | Valuation | Cur | Start | D | Quantity | Asset | Description | Price | Start | D | Notional | Fixed | Var Rate | +/- | Cur |
|----------|----------|--------|-----------|-----|-------|---|----------|-------|------------|-------|-------|---|----------|-------|----------|-----|-----|
| 203304 | 12/27/13 | 03/26/14 | 2,900,000 Dr | DKK | 12/27/13 | P | 500,000 | COLOB DC | COLOPLAST-B | 353.2000 | 12/27/13 | R | 176,600,000 | 0.00 | | | DKK |
| | | | 2,900,000 Dr | | | | | | | | | | | | | | |

## Total Return Swaps

| Tick Seq | Begin Dt | End Dt | Valuation | Cur | Start | D | Quantity | Asset | Description | Price | Start | D | Notional | Fixed | Var Rate | +/- | Cur |
|----------|----------|--------|-----------|-----|-------|---|----------|-------|------------|-------|-------|---|----------|-------|----------|-----|-----|

REDACTED

## Account Summary

| Item | Amount (USD) |
|------|--------------|
| Value of opening currency balance | |
| Value of trades settling today | |
| Value of Rec/Del today | |
| Value of Deposits/Withdrawls today | |
| **Value of closing currency balance(s)** | |
| NonFX Proceeds Pending Settlement | |
| **Trade Date Cash Balance** | |
| Market Value of Positions | |
| Net Value of Financing Interest | |
| Open Trade Equity on FX Deals | |
| Accrued Interest on Fixed Income | |
| Swap Exposure | |
| **Preliminary Account Value** | |

## Financing Summary

| | |
|------|--------------|
| Value of collateral | |
| Financing Valuation | |
| **Total Financing Excess** | |

REDACTED

AIG_00000155

CONFIDENTIAL

# Account Equity

ED&F Man Capital Markets Ltd
Cottons Centre, Hay's Lane
London, SE1 2QE
United Kingdom

Account Number: CC:AMERIC-INVGR
Account Name  : AMERICAN INVESTMENT GROUP OF NY
Date          : 12/31/2013
Page          : 3    Curr (USD)

**Margin Summary**

**Total Account Value**                           REDACTED

**Missing Market Prices**

| Asset | Cur Product | Description |
|-------|-------------|-------------|
|       |             | REDACTED    |

AIG_00000156