# Exhibit 145




goal group
accelerating investor returns

SKAT
P.O. Box 60
2630 Taastrup
DENMARK

**Our Ref:** BACEDK000011
**Tax Ref:** 13-3865149

26 March 2014

Dear Sir or Madam,

### RE: A/C RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN  RIVERS-ASSOC

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

*NatWest Bank*
*High Street Branch Croydon Surrey*
*BIC  NWBKGB2L*
*IBAN GB88 NWBK 6073 0134 0151 59*

Please quote reference **BACEDK000011.**

Would you please confirm safe receipt of this reclaim by sending an email to clientservices@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.

Yours faithfully,

Charlotte Benge
Tax Operations Manager

SKAT Fredensborg

Bilag nr. 130 - 16 - 1

GOAL TAXBACK LIMITED    7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG    Registered in England & Wales Reg No. 3701795
t +44 (0)208 760 7130  f +44 (0)208 681 2854    Registered Office: 7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG, UK
e info@goalgroup.com    Registered for VAT under number: 764 1757 24

Philadelphia    London    Hong Kong    Melbourne

Confidential Pursuant to Protective Order    SKAT_MDL_001_00082179

## Acknowledgement Copy



SKAT
P.O. Box 60
2630 Taastrup
DENMARK

**Our Ref:** BACEDK000011
**Tax Ref:** 13-3865149

26 March 2014

Dear Sir or Madam,

### RE: A/C RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN RIVERS-ASSOC

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

*NatWest Bank*
*High Street Branch Croydon Surrey*
*BIC NWBKGB2L*
*IBAN GB88 NWBK 6073 0134 0151 59*

Please quote reference **BACEDK000011**.

Would you please confirm safe receipt of this reclaim by sending an email to clientservices@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.

Yours faithfully,

Charlotte Benge
Tax Operations Manager

## Please sign below and return to acknowledge receipt

**Signed**                              **Dated**

SKAT Fredensborg

Bilag nr. 130 - 16 - 2

---

GOAL TAXBACK LIMITED    7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG    Registered in England & Wales Reg No. 3701795
t +44 (0)208 760 7130   f +44 (0)208 681 2854    Registered Office: 7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG, UK
e info@goalgroup.com    Registered for VAT under number: 744 1757 24

Philadelphia          London          Hong Kong          Melbourne

Confidential Pursuant to Protective Order



**SKAT**

Claim to Relief from Danish Dividend Tax

|  | ⋮⋮ In my capacity as beneficial owner | ✕ On behalf of the beneficial owner |
|---|---|---|

Claim is made for refund of Danish dividend tax, in total DKK:    1277100.00

**Beneficial Owner**

Full name
RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN

Full address
5532 LILLEHAMMER LANE,  SUITE 103
PARK CITY
UT 84098
USA

E-mail
clientservices@goalgroup.com

Signature
Beneficial owner/applicant

*If the claim is made on behalf of the beneficial owner the applicant's power of attorney shall be enclosed*

As documentation is enclosed dividend advice(s), number:    1

*(This documentation is obligatory)*

**Financial Institution**

The amount is requested to be paid to:

Name and address
Goal TaxBack Ltd
NatWest Bank
High Street BranchCroydon

34015159

| Reg. no | Account no | |
|---|---|---|
| | NWBKGB2L | IBAN GB88NWBK60730134015159 |
| SWIFT | BLZ | IBAN |

On reclaim please quote:-ACE DK 11

**Certification of the competent authority**

It is hereby certified that the beneficial owner is covered by the Double Taxation Convention concluded between Denmark and                U.S.A.

Date        Official stamp and signature

When signed to be forwarded to:        **Skattecenter Høje-Taastrup**
Postboks 60
DK-2630 Taastrup

20/0.07 (gl.nr. U 20cj)

06.003 ENG

SKAT Fredensborg

Bilag nr. 130 - 16 - 3



**E D & F MAN CAPITAL MARKETS LIMITED**

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom -- confirm, Riverside Associates Defined Benefit Plan – 5532 Lillehammer Lane, Park City, Utah, 84098, United States of America, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | TDC A/S |
| ISIN: | DK0060228559 |
| SEDOL: | 5698790 |
| Ex Date: | 07th March 2014 |
| Record Date: | 11th March 2014 |
| Pay Date: | 12th March 2014 |
| Quantity: | 2,150,000 Shares |
| Gross Div Rate: | DKK 2.20 |
| Amount Received: | DKK 3,452,900.00 |
| WHT Suffered: | DKK 1,277,100.00 |
| WHT %: | 27% |

*4,73*

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to Riverside Associates Defined Benefit Plan. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*Mackinnon*

Head of Securities Operations

SKAT Fredensborg

Bilag nr. 130 - 16 - 4

Telephone: +44 (0)20 7089 8000

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No.1292851

Confidential Pursuant to Protective Order

**RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN**
5532 LILLEHAMMER LANE – SUITE 103
PARK CITY, UT 84098

*Power of Attorney*

THIS POWER OF ATTORNEY, made this 25 day of February 2014 by RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN ("the Company") WITNESSETH AS FOLLOWS:-

1.  The Company hereby appoints Goal TaxBack,  ("GTB") to be the attorney of the Company and in the Company's name and otherwise on the Company's behalf and as the Company's act and deed to sign, seal, execute, deliver, perfect and do all deeds, instruments, acts and things which may be required (or which GTB shall consider requisite) for or in connection with the provision of any tax services provided to the Company from time to time, including  the reclaiming from any taxation authority in any jurisdiction (as appropriate) amounts in respect of payments made to the Company, or through GTB on behalf of the Company. The company also authorises GTB to set the procedure to collect the amounts claimed.

2.  The Company shall ratify and confirm all transactions entered into, documents executed and things done by GTB or its delegates by virtue of the Power Of Attorney given by Clause 1 of this deed unless it is proved that GTB or its delegates have acted with negligence, willful default or fraud.

3.  The Company agrees to indemnify GTB against all costs, liabilities and expenses including (without limitation) any reasonable legal fees and disbursements arising directly or indirectly out of the exercise or purported exercise of GTB's powers under this deed PROVIDED THAT GTB shall not be indemnified against any such liabilities, costs and expenses arising out of GTB or any nominee's or agent's or delegates own willful default, negligence or fraud.

4.  The Company declares that any person dealing with GTB shall not be concerned to see or enquire as to the proprietary or expediency of any act, deed, matter or thing which GTB may do or perform in the Company's name by virtue of this deed.

SKAT Fredensborg

Bilag nr. 130-16-5

Confidential Pursuant to Protective Order

5. This deed shall be revocable on the unilateral act of the Company, provided that GTB is given at least 5 working days notice of such revocation. The provisions of Clauses 2 and 3 shall survive termination of this deed.

6. This deed shall be governed by and construed in accordance with English law, and the Company hereby irrevocable submits to the non-exclusive jurisdiction of the English courts.

IN WITNESS whereof this deed has been executed by the Company and is intended to be and is hereby delivered on the date above written.

*Executed as a deed by –*

*Name of company:*

RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN

*Acting by name(s) of:*

DAVID SCHULMAN, Trustee

*Duly authorised signatory(ies):*

SKAT Fredensborg

Bilag nr. 130 - 16 - 6

Confidential Pursuant to Protective Order

SKAT_MDL_001_00082184



CERTIFICATION
PROGRAM

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255

Date: March 3, 2014



000127

Taxpayer: RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN
     TIN: 13-3865149
Tax Year: 2014

I certify that, to the best of our knowledge, the above-named entity is
a trust forming part of a pension, profit sharing, or stock bonus plan
qualified under section 401(a) of the U.S. Internal Revenue Code, which
is exempt from U.S. taxation under section 501(a), and is a resident of
the United States of America for purposes of U.S. taxation.

Nancy J. Aiello
Field Director, Accounts Management

SKAT Fredensborg

Bilag nr. 130-16-7

Form 6166 (Rev. 6-2008)
Catalog Number 43134V

Confidential Pursuant to Protective Order

SKAT_MDL_001_00082185



SKAT
P.O. Box 60
2630 Taastrup
DENMARK

**Our Ref:** BACEDK000020
**Tax Ref:** 13-3865149

04 April 2014

Dear Sir or Madam,

### RE: A/C RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN  RIVERS-ASSOC

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

*NatWest Bank*
*High Street Branch Croydon Surrey*
*BIC  NWBKGB2L*
*IBAN GB88 NWBK 6073 0134 0151 59*

Please quote reference **BACEDK000020**.

Would you please confirm safe receipt of this reclaim by sending an email to clientservices@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.

Yours faithfully,

**Charlotte Benge**
**Tax Operations Manager**

SKAT Fredensborg

Bilag nr. 130 - 16 - 8

GOAL TAXBACK LIMITED    7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG    Registered in England & Wales Reg No. 3701795
t +44 (0)208 760 7130   f +44 (0)208 681 2854    Registered Office: 7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG, UK
e info@goalgroup.com    Registered for VAT under number: 744 1757 24

Philadelphia         London         Hong Kong         Melbourne

Confidential Pursuant to Protective Order


SKAT

## Claim to Relief from Danish Dividend Tax

⸬ In my capacity as beneficial owner    ✗ On behalf of the beneficial owner

Claim is made for refund of Danish dividend tax, in total DKK:    3510000.00

**Beneficial Owner**

Full name
RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN

Full address
5532 LILLEHAMMER LANE, SUITE 103
PARK CITY
UT 84098
USA

E-mail
clientservices@goalgroup.com

Signature
Beneficial owner/applicant

*If the claim is made on behalf of the beneficial owner the applicant's power of attorney shall be enclosed*

As documentation is enclosed dividend advice(s), number:    2

*(This documentation is obligatory)*

**Financial Institution**

The amount is requested to be paid to:

Name and address
Goal TaxBack Ltd
NatWest Bank
High Street BranchCroydon

34015159

| Reg. no | Account no | |
|---|---|---|
| NWBKGB2L | | IBAN GB88NWBK60730134015159 |
| SWIFT | BLZ | IBAN |

On reclaim please quote:ACE DK 20

**Certification of the competent authority**

It is hereby certified that the beneficial owner is covered by the Double Taxation Convention concluded between Denmark and                    U.S.A.
........................................................
Date        Official stamp and signature

When signed to be forwarded to:        **Skattecenter Høje-Taastrup**
Postboks 60
DK-2630 Taastrup

2010.07 (jf.nr. U 20cj)

06.003 ENG

SKAT Fredensborg

Bilag nr. 130-16- 9

Confidential Pursuant to Protective Order                    SKAT_MDL_001_00082187



# ED&F MAN

### E D & F MAN CAPITAL MARKETS LIMITED

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom -- confirm, RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN - 5532 Lillehammer Lane, Park City, UT 84098, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Novo Nordisk A/S |
| ISIN: | DK0060534915 |
| SEDOL: | BHC8X90 |
| Ex Date: | 21/03/2014 |
| Record Date: | 25/03/2014 |
| Pay Date: | 26/03/2014 |
| Quantity: | 2,000,000.00 |
| Gross Div Rate: | 4.5 |
| Amount Received: | 6,570,000.00 |
| WHT Suffered: | 2,430,000.00 |
| Currency | DKK |
| WHT %: | 27% |

*9,0* (handwritten)

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*[signature]*

Head of Securities Operations

SKAT Fredensborg

Bilag nr. 130 - 16 - 10

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000

Confidential Pursuant to Protective Order

SKAT_MDL_001_00082188


**ED&F MAN**

**E D & F MAN CAPITAL MARKETS LIMITED**

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN - 5532 Lillehammer Lane, Park City, UT 84098, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Danske Bank A/S |
| ISIN: | DK0010274414 |
| SEDOL: | 4588825 |
| Ex Date: | 19/03/2014 |
| Record Date: | 21/03/2014 |
| Pay Date: | 24/03/2014 |
| Quantity: | 2,000,000.00 |
| Gross Div Rate: | 2 |
| Amount Received: | 2,920,000.00 |
| WHT Suffered: | 1,080,000.00 |
| Currency | DKK |
| WHT %: | 27% |

*4,0*

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*[signature]*

Head of Securities Operations

SKAT Fredensborg

Bilag nr. 130 - 16 - 11

Telephone: +44 (0)20 7089 8000

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No 1292851

Confidential Pursuant to Protective Order

## RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN
5532 LILLEHAMMER LANE – SUITE 103
PARK CITY, UT 84098

### *Power of Attorney*

THIS POWER OF ATTORNEY, made this 25 day of February 2014 by RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN ("the Company") WITNESSETH AS FOLLOWS:-

1. The Company hereby appoints Goal TaxBack, ("GTB") to be the attorney of the Company and in the Company's name and otherwise on the Company's behalf and as the Company's act and deed to sign, seal, execute, deliver, perfect and do all deeds, instruments, acts and things which may be required (or which GTB shall consider requisite) for or in connection with the provision of any tax services provided to the Company from time to time, including the reclaiming from any taxation authority in any jurisdiction (as appropriate) amounts in respect of payments made to the Company, or through GTB on behalf of the Company. The company also authorises GTB to set the procedure to collect the amounts claimed.

2. The Company shall ratify and confirm all transactions entered into, documents executed and things done by GTB or its delegates by virtue of the Power Of Attorney given by Clause 1 of this deed unless it is proved that GTB or its delegates have acted with negligence, willful default or fraud.

3. The Company agrees to indemnify GTB against all costs, liabilities and expenses including (without limitation) any reasonable legal fees and disbursements arising directly or indirectly out of the exercise or purported exercise of GTB's powers under this deed PROVIDED THAT GTB shall not be indemnified against any such liabilities, costs and expenses arising out of GTB or any nominee's or agent's or delegates own willful default, negligence or fraud.

4. The Company declares that any person dealing with GTB shall not be concerned to see or enquire as to the proprietary or expediency of any act, deed, matter or thing which GTB may do or perform in the Company's name by virtue of this deed.

SKAT Fredensborg

Bilag nr. 130 – 16 – 12

Confidential Pursuant to Protective Order

5. This deed shall be revocable on the unilateral act of the Company, provided that GTB is given at least 5 working days notice of such revocation. The provisions of Clauses 2 and 3 shall survive termination of this deed.

6. This deed shall be governed by and construed in accordance with English law, and the Company hereby irrevocable submits to the non-exclusive jurisdiction of the English courts.

IN WITNESS whereof this deed has been executed by the Company and is intended to be and is hereby delivered on the date above written.

Executed as a deed by -

Name of company:

                    **RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN**

Acting by name(s) of:

                    DAVID SCHULMAN, Trustee

Duly authorised
signatory(ies):

SKAT Fredensborg

Bilag nr. 130-16-13

Confidential Pursuant to Protective Order



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255

CERTIFICATION
PROGRAM

Date: March 3, 2014



000127

Taxpayer: RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN
         TIN: 13-3865149
Tax Year: 2014

I certify that, to the best of our knowledge, the above-named entity is
a trust forming part of a pension, profit sharing, or stock bonus plan
qualified under section 401(a) of the U.S. Internal Revenue Code, which
is exempt from U.S. taxation under section 501(a), and is a resident of
the United States of America for purposes of U.S. taxation.

*Nancy J. Aiello*

Nancy J. Aiello
Field Director, Accounts Management

SKAT Fredensborg

Bilag nr. 130-16-14

Form 6166 (Rev. 6-2008)
Catalog Number 43134V

Confidential Pursuant to Protective Order



2 2 APR. 2014

SKAT
P.O. Box 60
2630 Taastrup
DENMARK

**Our Ref:** BACEDK000027
**Tax Ref:** 13-3865149

16 April 2014

Dear Sir or Madam,

<u>**RE: A/C RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN  RIVERS-ASSOC**</u>

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

*NatWest Bank*
*High Street Branch Croydon Surrey*
*BIC  NWBKGB2L*
*IBAN GB88 NWBK 6073 0134 0151 59*

Please quote reference **BACEDK000027**.

Would you please confirm safe receipt of this reclaim by sending an email to
clientservices@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.

Yours faithfully,

Charlotte Benge
Tax Operations Manager

SKAT Fredensborg

Bilag nr. 130 - 16 - 15

GOAL TAXBACK LIMITED    7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG    Registered in England & Wales Reg No. 3701795
t +44 (0)208 760 7130  f +44 (0)208 681 2854    Registered Office 7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG, UK
e info@goalgroup.com    Registered for VAT under number. 744 1757 24

Philadelphia              London              Hong Kong              Melbourne

Confidential Pursuant to Protective Order    SKAT_MDL_001_00082193

# Acknowledgement Copy



SKAT
P.O. Box 60
2630 Taastrup
DENMARK

**Our Ref:** BACEDK000027
**Tax Ref:** 13-3865149

16 April 2014

Dear Sir or Madam,

### RE: A/C RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN  RIVERS-ASSOC

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

*NatWest Bank*
*High Street Branch Croydon Surrey*
*BIC  NWBKGB2L*
*IBAN GB88 NWBK 6073 0134 0151 59*

Please quote reference **BACEDK000027**.

Would you please confirm safe receipt of this reclaim by sending an email to clientservices@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.

Yours faithfully,

Charlotte Benge
Tax Operations Manager

## Please sign below and return to acknowledge receipt

**Signed**                                        **Dated**

SKAT Fredensborg

Bilag nr. 130-16-16

GOAL TAXBACK LIMITED    7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG    Registered in England & Wales Reg No  3701795
t +44 (0)208 760 7130   f +44 (0)208 681 2854    Registered Office: 7th Floor, 69 Park Lane, Croydon, CR9 1BG, UK
e info@goalgroup.com    Registered for VAT under number: 744 1757 24

Philadelphia            London            Hong Kong            Melbourne

Confidential Pursuant to Protective Order                    SKAT_MDL_001_00082194


SKAT

Claim to Relief from Danish Dividend Tax

▪▪ In my capacity as beneficial owner        ✗ On behalf of the beneficial owner

Claim is made for refund of Danish dividend tax, in total DKK:    1275750.00

**Beneficial Owner**

Full name
RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN

Full address
5532 LILLEHAMMER LANE, SUITE 103
PARK CITY
UT 84098
USA

E-mail
clientservices@goalgroup.com

Signature
Beneficial owner/applicant

*If the claim is made on behalf of the beneficial owner the applicant's power of attorney shall be enclosed*

As documentation is enclosed dividend advice(s), number:    1

*(This documentation is obligatory)*

**Financial Institution**

The amount is requested to be paid to:

Name and address
Goal TaxBack Ltd
NatWest Bank
High Street BranchCroydon

34015159

| Reg. no | Account no | |
|---------|------------|---|
|         | NWBKGB2L   | IBAN GB88NWBK60730134015159 |
| SWIFT   | BLZ        | IBAN |

On reclaim please quote: ACE DK 27

**Certification of the competent authority**

It is hereby certified that the beneficial owner is covered by the Double Taxation Convention concluded between Denmark and ............................ U.S.A.

                              Date        Official stamp and signature

When signed to be forwarded to:        **Skattecenter Høje-Taastrup**
                                        Postboks 60
                                        DK-2630 Taastrup

2010.07 (gf.nr. U 20x)
06.003 ENG

SKAT Fredensborg

Bilag nr. 130 - 16 - 17

Confidential Pursuant to Protective Order



**ED&F MAN**

## E D & F MAN CAPITAL MARKETS LIMITED

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN - 5532 Lillehammer Lane, Suite 103, Park City, UT 84098, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Tryg A/S |
| ISIN: | DK0060013274 |
| SEDOL: | B0LL2W7 |
| Ex Date: | 04/04/2014 |
| Record Date: | 08/04/2014 |
| Pay Date: | 09/04/2014 |
| Quantity: | 175,000.00 |
| Gross Div Rate: | 27 |
| Amount Received: | 3,449,250.00 |
| WHT Suffered: | 1,275,750.00 |
| Currency | DKK |
| WHT %: | 27% |

*4,725*

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*[signature]*

Head of Securities Operations

SKAT Fredensborg

Bilag nr. 130 - 16 - 18

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000

Confidential Pursuant to Protective Order

# RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN
### 5532 LILLEHAMMER LANE – SUITE 103
### PARK CITY, UT 84098

### *Power of Attorney*

THIS POWER OF ATTORNEY, made this 25 day of February 2014 by RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN ("the Company") WITNESSETH AS FOLLOWS:-

1. The Company hereby appoints Goal TaxBack, ("GTB") to be the attorney of the Company and in the Company's name and otherwise on the Company's behalf and as the Company's act and deed to sign, seal, execute, deliver, perfect and do all deeds, instruments, acts and things which may be required (or which GTB shall consider requisite) for or in connection with the provision of any tax services provided to the Company from time to time, including the reclaiming from any taxation authority in any jurisdiction (as appropriate) amounts in respect of payments made to the Company, or through GTB on behalf of the Company. The company also authorises GTB to set the procedure to collect the amounts claimed.

2. The Company shall ratify and confirm all transactions entered into, documents executed and things done by GTB or its delegates by virtue of the Power Of Attorney given by Clause 1 of this deed unless it is proved that GTB or its delegates have acted with negligence, willful default or fraud.

3. The Company agrees to indemnify GTB against all costs, liabilities and expenses including (without limitation) any reasonable legal fees and disbursements arising directly or indirectly out of the exercise or purported exercise of GTB's powers under this deed PROVIDED THAT GTB shall not be indemnified against any such liabilities, costs and expenses arising out of GTB or any nominee's or agent's or delegates own willful default, negligence or fraud.

4. The Company declares that any person dealing with GTB shall not be concerned to see or enquire as to the proprietary or expediency of any act, deed, matter or thing which GTB may do or perform in the Company's name by virtue of this deed.

SKAT Fredensborg

Bilag nr. 130 – 16 – 19

Confidential Pursuant to Protective Order

5. This deed shall be revocable on the unilateral act of the Company, provided that GTB is given at least 5 working days notice of such revocation. The provisions of Clauses 2 and 3 shall survive termination of this deed.

6. This deed shall be governed by and construed in accordance with English law, and the Company hereby irrevocable submits to the non-exclusive jurisdiction of the English courts.

IN WITNESS whereof this deed has been executed by the Company and is intended to be and is hereby delivered on the date above written.

Executed as a deed by -

Name of company:

RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN

Acting by name(s) of:

DAVID SCHULMAN, Trustee

Duly authorised
signatory(ies):

SKAT Fredensborg

Bilag nr. 130 – 16 – 20

Confidential Pursuant to Protective Order



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255

CERTIFICATION
PROGRAM

Date: March 3, 2014

0127

Taxpayer: RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN
         TIN: 13-3865149
Tax Year: 2014

I certify that, to the best of our knowledge, the above-named entity is
a trust forming part of a pension, profit sharing, or stock bonus plan
qualified under section 401(a) of the U.S. Internal Revenue Code, which
is exempt from U.S. taxation under section 501(a), and is a resident of
the United States of America for purposes of U.S. taxation.

*Nancy J. Aiello*

Nancy J. Aiello
Field Director, Accounts Management

Form 6166 (Rev. 6-2008)
Catalog Number 43134V

SKAT Fredensborg

Bilag nr. 130 - 16 - 21

Confidential Pursuant to Protective Order                    SKAT_MDL_001_00082199

372.14



SKAT
P.O. Box 60
2630 Taastrup
DENMARK

**Our Ref:** BACEDK000030
**Tax Ref:** 13-3865149

06 May 2014

Dear Sir or Madam,

### RE: A/C RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN  RIVERS-ASSOC

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

**NatWest Bank**
**High Street Branch Croydon Surrey**
**BIC  NWBKGB2L**
**IBAN GB88 NWBK 6073 0134 0151 59**

Please quote reference **BACEDK000030**.

Would you please confirm safe receipt of this reclaim by sending an email to clientservices@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.

Yours faithfully,

Charlotte Benge
Tax Operations Manager

SKAT Fredensborg

Bilag nr. 130 - 16 - 22

GOAL TAXBACK LIMITED    7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG    Registered in England & Wales Reg No. 3701795
t +44 (0)208 760 7130  f +44 (0)208 681 2854    Registered Office, 7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG, UK
e info@goalgroup.com    Registered for VAT under number, 744 1757 24

Philadelphia    London    Hong Kong    Melbourne

Confidential Pursuant to Protective Order    SKAT_MDL_001_00082200

ccc



**E D & F MAN CAPITAL MARKETS LIMITED**

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN - 5532 Lillehammer Lane, Suite 103, Park City, UT 84098, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | D/S Norden A/S |
| ISIN: | DK0060083210 |
| SEDOL: | B1WP656 |
| Ex Date: | 24/04/2014 |
| Record Date: | 28/04/2014 |
| Pay Date: | 29/04/2014 |
| Quantity: | 322,500.00 |
| Gross Div Rate: | 5 |
| Amount Received: | 1,177,125.00 |
| WHT Suffered: | 435,375.00 |
| Currency: | DKK |
| WHT %: | 27% |

*1.612.500*

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*Mackinn*

Head of Securities Operations

SKAT Fredensborg

Bilag nr. 130 - 16 - 24

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000

Confidential Pursuant to Protective Order

# RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN
### 5532 LILLEHAMMER LANE – SUITE 103
### PARK CITY, UT 84098

### *Power of Attorney*

THIS POWER OF ATTORNEY, made this 25 day of February 2014 by RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN ("the Company") WITNESSETH AS FOLLOWS:-

1.  The Company hereby appoints Goal TaxBack,  ("GTB") to be the attorney of the Company and in the Company's name and otherwise on the Company's behalf and as the Company's act and deed to sign, seal, execute, deliver, perfect and do all deeds, instruments, acts and things which may be required (or which GTB shall consider requisite) for or in connection with the provision of any tax services provided to the Company from time to time, including  the reclaiming from any taxation authority in any jurisdiction (as appropriate) amounts in respect of payments made to the Company, or through GTB on behalf of the Company. The company also authorises GTB to set the procedure to collect the amounts claimed.

2.  The Company shall ratify and confirm all transactions entered into, documents executed and things done by GTB or its delegates by virtue of the Power Of Attorney given by Clause 1 of this deed unless it is proved that GTB or its delegates have acted with negligence, willful default or fraud.

3.  The Company agrees to indemnify GTB against all costs, liabilities and expenses including (without limitation) any reasonable legal fees and disbursements arising directly or indirectly out of the exercise or purported exercise of GTB's powers under this deed PROVIDED THAT GTB shall not be indemnified against any such liabilities, costs and expenses arising out of GTB or any nominee's or agent's or delegates own willful default, negligence or fraud.

4.  The Company declares that any person dealing with GTB shall not be concerned to see or enquire as to the proprietary or expediency of any act, deed, matter or thing which GTB may do or perform in the Company's name by virtue of this deed.

SKAT Fredensborg

Bilag nr. 130 – 16 – 25

Confidential Pursuant to Protective Order

5. This deed shall be revocable on the unilateral act of the Company, provided that GTB is given at least 5 working days notice of such revocation. The provisions of Clauses 2 and 3 shall survive termination of this deed.

6. This deed shall be governed by and construed in accordance with English law, and the Company hereby irrevocable submits to the non-exclusive jurisdiction of the English courts.

IN WITNESS whereof this deed has been executed by the Company and is intended to be and is hereby delivered on the date above written.

Executed as a deed by -

Name of company:

RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN

Acting by name(s) of:

DAVID SCHULMAN, Trustee

Duly authorised
signatory(ies):

SKAT Fredensborg

Bilag nr. 130-16-26



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255

CERTIFICATION
PROGRAM

Date: March 3, 2014

0127

Taxpayer: RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN
TIN: 13-3865149
Tax Year: 2014

I certify that, to the best of our knowledge, the above-named entity is
a trust forming part of a pension, profit sharing, or stock bonus plan
qualified under section 401(a) of the U.S. Internal Revenue Code, which
is exempt from U.S. taxation under section 501(a), and is a resident of
the United States of America for purposes of U.S. taxation.

Nancy J. Aiello
Nancy J. Aiello
Field Director, Accounts Management

Form 6166 (Rev. 6-2008)
Catalog Number 43134V

SKAT Fredensborg

Bilag nr. 130 - 16 - 27

Confidential Pursuant to Protective Order

SKAT_MDL_001_00082205



SKAT
P.O. Box 60
2630 Taastrup
DENMARK

**Our Ref:** BACEDK000034
**Tax Ref:** 13-3865149

28 May 2014

Dear Sir or Madam,

<u>RE: A/C RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN  RIVERS-ASSOC</u>

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

*NatWest Bank*
*High Street Branch Croydon Surrey*
*BIC  NWBKGB2L*
*IBAN GB88 NWBK 6073 0134 0151 59*

Please quote reference **BACEDK000034**.

Would you please confirm safe receipt of this reclaim by sending an email to clientservices@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.

Yours faithfully,

Charlotte Benge
Tax Operations Manager

SKAT Fredensborg

Bilag nr. 130 - 16 - 28

---

GOAL TAXBACK LIMITED    7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG    Registered in England & Wales Reg No. 3701795
t +44 (0)208 760 7130  f +44 (0)208 681 2854    Registered Office: 7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG, UK
e info@goalgroup.com    Registered for VAT under number: 744 1757 24

Philadelphia    London    Hong Kong    Melbourne

Confidential Pursuant to Protective Order    SKAT_MDL_001_00082206



**SKAT**

Claim to Relief from Danish Dividend Tax

⠒ In my capacity as beneficial owner    ✗ On behalf of the beneficial owner

Claim is made for refund of Danish dividend tax, in total DKK:    918000.00

**Beneficial Owner**

Full name
RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN

Full address
5532 LILLEHAMMER LANE, SUITE 103
PARK CITY
UT 84098
USA

E-mail
clientservices@goalgroup.com

Signature
Beneficial owner/applicant

*If the claim is made on behalf of the beneficial owner the applicant's power of attorney shall be enclosed*

As documentation is enclosed dividend advice(s), number.    1

*(This documentation is obligatory)*

**Financial Institution**

The amount is requested to be paid to:

Name and address
Goal TaxBack Ltd
NatWest Bank
High Street BranchCroydon

34015159

Reg. no    Account no

NWBKGB2L    IBAN GB88NWBK60730134015159

SWIFT    BLZ    IBAN

On reclaim please quote:ACE DK 34

**Certification of the competent authority**

It is hereby certified that the beneficial owner is covered by the Double Taxation Convention concluded between Denmark and    U.S.A.

Date    Official stamp and signature

When signed to be forwarded to:    **Skattecenter Høje-Taastrup**
Postboks 60
DK-2630 Taastrup

2010.07 (gl.nr. U 20x)

06.003 ENG

SKAT Fredensborg

Bilag nr. 130 - 16 - 29

Confidential Pursuant to Protective Order

SKAT_MDL_001_00082207



# ED&F MAN

### E D & F MAN CAPITAL MARKETS LIMITED

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN - 5532 Lillehammer Lane, Suite 103, Park City, UT 84098, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Coloplast A/S |
| ISIN: | DK0060448595 |
| SEDOL: | B8FMRX8 |
| Ex Date: | 09/05/2014 |
| Record Date: | 13/05/2014 |
| Pay Date: | 14/05/2014 |
| Quantity: | 850,000.00 |
| Gross Div Rate: | 4 |
| Amount Received: | 2,482,000.00 |
| WHT Suffered: | 918,000.00 |
| Currency | DKK |
| WHT %: | 27% |

*3, 4* (handwritten)

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED  SIGNATORY

Christina MacKinnon

Head of Securities Operations

SKAT Fredensborg

Bilag nr. 130 - 16 - 30

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No 1292851

Telephone: +44 (0)20 7089 8000

Confidential Pursuant to Protective Order

SKAT_MDL_001_00082208

# RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN
5532 LILLEHAMMER LANE – SUITE 103
PARK CITY, UT 84098

### *Power of Attorney*

THIS POWER OF ATTORNEY, made this 25 day of February 2014 by RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN ("the Company") WITNESSETH AS FOLLOWS:-

1.  The Company hereby appoints Goal TaxBack, ("GTB") to be the attorney of the Company and in the Company's name and otherwise on the Company's behalf and as the Company's act and deed to sign, seal, execute, deliver, perfect and do all deeds, instruments, acts and things which may be required (or which GTB shall consider requisite) for or in connection with the provision of any tax services provided to the Company from time to time, including the reclaiming from any taxation authority in any jurisdiction (as appropriate) amounts in respect of payments made to the Company, or through GTB on behalf of the Company. The company also authorises GTB to set the procedure to collect the amounts claimed.

2.  The Company shall ratify and confirm all transactions entered into, documents executed and things done by GTB or its delegates by virtue of the Power Of Attorney given by Clause 1 of this deed unless it is proved that GTB or its delegates have acted with negligence, willful default or fraud.

3.  The Company agrees to indemnify GTB against all costs, liabilities and expenses including (without limitation) any reasonable legal fees and disbursements arising directly or indirectly out of the exercise or purported exercise of GTB's powers under this deed PROVIDED THAT GTB shall not be indemnified against any such liabilities, costs and expenses arising out of GTB or any nominee's or agent's or delegates own willful default, negligence or fraud.

4.  The Company declares that any person dealing with GTB shall not be concerned to see or enquire as to the proprietary or expediency of any act, deed, matter or thing which GTB may do or perform in the Company's name by virtue of this deed.

SKAT Fredensborg

Bilag nr. 130 - 16 - 31

Confidential Pursuant to Protective Order

5.  This deed shall be revocable on the unilateral act of the Company, provided that
    GTB is given at least 5 working days notice of such revocation. The provisions of
    Clauses 2 and 3 shall survive termination of this deed.

6.  This deed shall be governed by and construed in accordance with English law,
    and the Company hereby irrevocable submits to the non-exclusive jurisdiction of
    the English courts.

IN WITNESS whereof this deed has been executed by the Company and is intended
to be and is hereby delivered on the date above written.

*Executed as a deed by -*

*Name of company:*

> RIVERSIDE ASSOCIATES DEFINED BENEFIT
> PLAN

*Acting by name(s) of:*

> DAVID SCHULMAN, Trustee

*Duly authorised
signatory(ies):*

SKAT Fredensborg

Bilag nr. 130 - 16 - 32



CERTIFICATION
PROGRAM

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255

Date: March 3, 2014

0127

Taxpayer: RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN
      TIN: 13-3865149
Tax Year: 2014

I certify that, to the best of our knowledge, the above-named entity is
a trust forming part of a pension, profit sharing, or stock bonus plan
qualified under section 401(a) of the U.S. Internal Revenue Code, which
is exempt from U.S. taxation under section 501(a), and is a resident of
the United States of America for purposes of U.S. taxation.

*Nancy J. Aiello*

Nancy J. Aiello
Field Director, Accounts Management

SKAT Fredensborg

Bilag nr. 130-16-33

Form 6166 (Rev. 8-2008)
Catalog Number 43134V

Confidential Pursuant to Protective Order



CONFIDENTIAL

SKAT
P.O. Box 60
2630 Taastrup
DENMARK

**Our Ref:** BACEDK000050
**Tax Ref:** 13-3865149

13 March 2015

Dear Sir or Madam,

### RE: A/C RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN  RIVERS-ASSOC

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

**NatWest Bank**
**High Street Branch Croydon Surrey**
**BIC  NWBKGB2L**
**IBAN GB88 NWBK 6073 0134 0151 59**

Please quote reference **BACEDK000050**.

Would you please confirm safe receipt of this reclaim by sending an email to clientservices@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.

Yours faithfully,

Rodrigues

Melissa-Anne Rodrigues
Operations Manager

SKAT Fredensborg

Bilag nr. 130 - 16 - 34

GOAL TAXBACK LIMITED    7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG    Registered in England & Wales Reg No. 3701795
t +44 (0)208 760 7130   f +44 (0)208 681 2854      Registered Office: 7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG, UK
e info@goalgroup.com                                Registered for VAT under number: 744 1757 24

Confidential Pursuant to Protective Order

SKAT_MDL_001_00082212

# Acknowledgement Copy



SKAT
P.O. Box 60
2630 Taastrup
DENMARK

**Our Ref:** BACEDK000050
**Tax Ref:** 13-3865149

13 March 2015

Dear Sir or Madam,

### RE: A/C RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN  RIVERS-ASSOC

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

*NatWest Bank*
*High Street Branch Croydon Surrey*
*BIC  NWBKGB2L*
*IBAN GB88 NWBK 6073 0134 0151 59*

Please quote reference **BACEDK000050.**

Would you please confirm safe receipt of this reclaim by sending an email to
clientservices@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.

Yours faithfully,

*Rodrigues*

Melissa-Anne Rodrigues
Operations Manager

## Please sign below and return to acknowledge receipt
## Signed                                    Dated

SKAT Fredensborg

Bilag nr. 130 - 16 - 35

GOAL TAXBACK LIMITED    7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG.
t +44 (0)208 760 7130   f +44 (0)208 681 2854
e info@goalgroup.com

Registered in England & Wales Reg No. 3701795
Registered Office: 7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG, UK
Registered for VAT under number: 744 1757 24

Confidential Pursuant to Protective Order



**SKAT**

Claim to Relief from Danish Dividend Tax

:: In my capacity as beneficial owner    ✗ On behalf of the beneficial owner

Claim is made for refund of Danish dividend tax, in total DKK:    540000.00

**Beneficial Owner**

Full name
RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN

Full address
5532 LILLEHAMMER LANE, SUITE 103
PARK CITY
UT 84098
USA

E-mail
clientservices@goalgroup.com

Signature
Beneficial owner/applicant

*MRoodngies*

*If the claim is made on behalf of the beneficial owner the applicant's power of attorney shall be enclosed*

As documentation is enclosed dividend advice(s), number:    1

*(This documentation is obligatory)*

**Financial Institution**

The amount is requested to be paid to:

Name and address
Goal TaxBack Ltd
NatWest Bank
High Street BranchCroydon

| | 34015159 | |
|---|---|---|
| Reg. no | Account no | |
| NWBKGB2L | | IBAN GB88NWBK60730134015159 |
| SWIFT | BLZ | IBAN |

On reclaim please quote:-ACE DK 50

**Certification of the competent authority**

It is hereby certified that the beneficial owner is covered by the Double Taxation Convention concluded between Denmark and    U.S.A.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Date    Official stamp and signature

When signed to be forwarded to:    **Skattecenter Høje-Taastrup**
Postboks 60
DK-2630 Taastrup

2010.07 (g/.nr. U 20x)

06.003 ENG

SKAT Fredensborg

Bilag nr. 130 - 16 - 36

Confidential Pursuant to Protective Order    SKAT_MDL_001_00082214



# ED&F MAN

### E D & F MAN CAPITAL MARKETS LIMITED

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN - 5532 Lillehammer Lane, Suite 103, Park City, Utah, 84098, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | TDC A/S |
| ISIN: | DK0060228559 |
| SEDOL: | 5698790 |
| Ex Date: | 06/03/2015 |
| Record Date: | 09/03/2015 |
| Pay Date: | 10/03/2015 |
| Quantity: | 2,000,000.00 |
| Gross Div Rate: | 1 |
| Amount Received: | 1,460,000.00 |
| WHT Suffered: | 540,000.00 |
| Currency: | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*[signature]*

Head of Securities Operations

SKAT Fredensborg

Bilag nr. 130 - 16 - 37

Telephone: +44 (0)20 7089 8000

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No 1292851

Confidential Pursuant to Protective Order

## RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN
5532 LILLEHAMMER LANE – SUITE 103
PARK CITY, UT 84098

### *Power of Attorney*

THIS POWER OF ATTORNEY, made this 25 day of February 2014 by RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN ("the Company") WITNESSETH AS FOLLOWS:-

1.  The Company hereby appoints Goal TaxBack, ("GTB") to be the attorney of the Company and in the Company's name and otherwise on the Company's behalf and as the Company's act and deed to sign, seal, execute, deliver, perfect and do all deeds, instruments, acts and things which may be required (or which GTB shall consider requisite) for or in connection with the provision of any tax services provided to the Company from time to time, including the reclaiming from any taxation authority in any jurisdiction (as appropriate) amounts in respect of payments made to the Company, or through GTB on behalf of the Company. The company also authorises GTB to set the procedure to collect the amounts claimed.

2.  The Company shall ratify and confirm all transactions entered into, documents executed and things done by GTB or its delegates by virtue of the Power Of Attorney given by Clause 1 of this deed unless it is proved that GTB or its delegates have acted with negligence, willful default or fraud.

3.  The Company agrees to indemnify GTB against all costs, liabilities and expenses including (without limitation) any reasonable legal fees and disbursements arising directly or indirectly out of the exercise or purported exercise of GTB's powers under this deed PROVIDED THAT GTB shall not be indemnified against any such liabilities, costs and expenses arising out of GTB or any nominee's or agent's or delegates own willful default, negligence or fraud.

4.  The Company declares that any person dealing with GTB shall not be concerned to see or enquire as to the proprietary or expediency of any act, deed, matter or thing which GTB may do or perform in the Company's name by virtue of this deed.

SKAT Fredensborg

Bilag nr. 130 - 16 - 38

5. This deed shall be revocable on the unilateral act of the Company, provided that GTB is given at least 5 working days notice of such revocation. The provisions of Clauses 2 and 3 shall survive termination of this deed.

6. This deed shall be governed by and construed in accordance with English law, and the Company hereby irrevocable submits to the non-exclusive jurisdiction of the English courts.

IN WITNESS whereof this deed has been executed by the Company and is intended to be and is hereby delivered on the date above written.

Executed as a deed by -

Name of company:

**RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN**

Acting by name(s) of:

DAVID SCHULMAN, Trustee

Duly authorised
signatory(ies):

SKAT Fredensborg

Bilag nr. 130 - 16 - 39

Confidential Pursuant to Protective Order

SKAT_MDL_001_00082217



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255

CERTIFICATION
PROGRAM

Date: January 22, 2015

Taxpayer: RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN
        TIN: 13-3865149
Tax Year: 2015

I certify that, to the best of our knowledge, the above-named entity is
a trust forming part of a pension, profit sharing, or stock bonus plan
qualified under section 401(a) of the U.S. Internal Revenue Code, which
is exempt from U.S. taxation under section 501(a), and is a resident of
the United States of America for purposes of U.S. taxation.

Nancy J. Aiello
Field Director, Accounts Management

Form 6166 (Rev 6-2008)
Catalog Number 43134V

SKAT Fredensborg

Bilag nr. 130 - 16 - 40

Confidential Pursuant to Protective Order                    SKAT_MDL_001_00082218



goal group
accelerating investor returns

CONFIDENTIAL

SKAT
P.O. Box 60
2630 Taastrup
DENMARK

**Our Ref:** BACEDK000052
**Tax Ref:** 13-3865149

18 March 2015

Dear Sir or Madam,

### RE: A/C RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN  RIVERS-ASSOC

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

*NatWest Bank*
*High Street Branch Croydon Surrey*
*BIC  NWBKGB2L*
*IBAN GB88 NWBK 6073 0134 0151 59*

Please quote reference **BACEDK000052**.

Would you please confirm safe receipt of this reclaim by sending an email to clientservices@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.

Yours faithfully,

Rodrigues

Melissa-Anne Rodrigues
Operations Manager

> SKAT Fredensborg
>
> Bilag nr. 130 - 16 - 41

GOAL TAXBACK LIMITED        7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG        Registered in England & Wales Reg No. 3701795
t +44 (0)208 760 7130  f +44 (0)208 681 2854        Registered Office: 7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG, UK
e info@goalgroup.com        Registered for VAT under number 744 1757 24

Confidential Pursuant to Protective Order

**Acknowledgement Copy**



SKAT
P.O. Box 60
2630 Taastrup
DENMARK

**Our Ref:** BACEDK000052
**Tax Ref:** 13-3865149

18 March 2015

Dear Sir or Madam,

<u>**RE: A/C RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN  RIVERS-ASSOC**</u>

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

*NatWest Bank*
*High Street Branch Croydon Surrey*
*BIC  NWBKGB2L*
*IBAN GB88 NWBK 6073 0134 0151 59*

Please quote reference **BACEDK000052**.

Would you please confirm safe receipt of this reclaim by sending an email to clientservices@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.

Yours faithfully,

*URodergues*

Melissa-Anne Rodrigues
Operations Manager

## Please sign below and return to acknowledge receipt
### Signed                                              Dated

SKAT Fredensborg

Bilag nr. 130 - 16 - 42

GOAL TAXBACK LIMITED    7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG    Registered in England & Wales Reg No. 3701795
t +44 (0)208 760 7130  f +44 (0)208 681 2854    Registered Office: 7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG, UK
e info@goalgroup.com    Registered for VAT under number: 744 1757 24



**SKAT**

Claim to Relief from Danish Dividend Tax

⠅⠅ In my capacity as beneficial owner        ☒ On behalf of the beneficial owner

Claim is made for refund of Danish dividend tax, in total DKK:    367200.00

**Beneficial Owner**

Full name
RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN

Full address
5532 LILLEHAMMER LANE, SUITE 103
PARK CITY
UT 84098
USA

E-mail
clientservices@goalgroup.com

Signature
Beneficial owner/applicant

*MRodriguez*                                                 goal

*If the claim is made on behalf of the beneficial owner the applicant's power of attorney shall be enclosed*

As documentation is enclosed dividend advice(s), number:    1

*(This documentation is obligatory)*

**Financial institution**

The amount is requested to be paid to:

Name and address
Goal TaxBack Ltd
NatWest Bank
High Street BranchCroydon

                34015159

Reg. no              Account no

                NWBKGB2L              IBAN GB88NWBK60730134015159

SWIFT              BLZ                          IBAN

On reclaim please quote: ACE DK 52

**Certification of the competent authority**

It is hereby certified that the beneficial owner is covered by the Double Taxation Convention concluded between Denmark and              U.S.A.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

                          Date              Official stamp and signature

When signed to be forwarded to:        **Skattecenter Høje-Taastrup**
                                        Postboks 60
                                        DK-2630 Taastrup

2010.07 (gl.nr. U 20x)

**06.003 ENG**

SKAT Fredensborg

Bilag nr. 130 - 16 - 43

Confidential Pursuant to Protective Order



**ED&F MAN**

E D & F MAN CAPITAL MARKETS LIMITED

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN – 5532 Lillehammer Lane, Suite 103, Park City, Utah, 84098, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | DSV A/S |
| ISIN: | DK0060079531 |
| SEDOL: | B1WT5G2 |
| Ex Date: | 13/03/2015 |
| Record Date: | 16/03/2015 |
| Pay Date: | 17/03/2015 |
| Quantity: | 850,000.00 |
| Gross Div Rate: | 1.60 |
| Amount Received: | 992,800.00 |
| WHT Suffered: | 367,200.00 |
| Currency: | DKK |
| WHT %: | 27% |

*1.360.000*

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

*Maclum*

Head of Securities Operations

SKAT Fredensborg

Bilag nr. 130 - 16 - 44

Regulated by the Financial Services Authority
Registered in England No 1292851

Telephone: +44 (0)20 7089 8000

Confidential Pursuant to Protective Order

SKAT_MDL_001_00082222

# RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN
### 5532 LILLEHAMMER LANE – SUITE 103
### PARK CITY, UT 84098

### *Power of Attorney*

THIS POWER OF ATTORNEY, made this 25 day of February 2014 by RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN ("the Company") WITNESSETH AS FOLLOWS:-

1.  The Company hereby appoints Goal TaxBack, ("GTB") to be the attorney of the Company and in the Company's name and otherwise on the Company's behalf and as the Company's act and deed to sign, seal, execute, deliver, perfect and do all deeds, instruments, acts and things which may be required (or which GTB shall consider requisite) for or in connection with the provision of any tax services provided to the Company from time to time, including the reclaiming from any taxation authority in any jurisdiction (as appropriate) amounts in respect of payments made to the Company, or through GTB on behalf of the Company. The company also authorises GTB to set the procedure to collect the amounts claimed.

2.  The Company shall ratify and confirm all transactions entered into, documents executed and things done by GTB or its delegates by virtue of the Power Of Attorney given by Clause 1 of this deed unless it is proved that GTB or its delegates have acted with negligence, willful default or fraud.

3.  The Company agrees to indemnify GTB against all costs, liabilities and expenses including (without limitation) any reasonable legal fees and disbursements arising directly or indirectly out of the exercise or purported exercise of GTB's powers under this deed PROVIDED THAT GTB shall not be indemnified against any such liabilities, costs and expenses arising out of GTB or any nominee's or agent's or delegates own willful default, negligence or fraud.

4.  The Company declares that any person dealing with GTB shall not be concerned to see or enquire as to the proprietary or expediency of any act, deed, matter or thing which GTB may do or perform in the Company's name by virtue of this deed.

SKAT Fredensborg

Bilag nr. 130-16- 45

5.  This deed shall be revocable on the unilateral act of the Company, provided that GTB is given at least 5 working days notice of such revocation. The provisions of Clauses 2 and 3 shall survive termination of this deed.

6.  This deed shall be governed by and construed in accordance with English law, and the Company hereby irrevocable submits to the non-exclusive jurisdiction of the English courts.

IN WITNESS whereof this deed has been executed by the Company and is intended to be and is hereby delivered on the date above written.

*Executed as a deed by -*

*Name of company:*

**_RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN_**

*Acting by name(s) of:*

DAVID SCHULMAN, Trustee

*Duly authorised signatory(ies):*

SKAT Fredensborg

Bilag nr. 130 - 16 - 46

Confidential Pursuant to Protective Order                          SKAT_MDL_001_00082224



CERTIFICATION
PROGRAM

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255

Date: January 22, 2015

Taxpayer: RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN
          TIN: 13-3865149
Tax Year: 2015

I certify that, to the best of our knowledge, the above-named entity is
a trust forming part of a pension, profit sharing, or stock bonus plan
qualified under section 401(a) of the U.S. Internal Revenue Code, which
is exempt from U.S. taxation under section 501(a), and is a resident of
the United States of America for purposes of U.S. taxation.

Nancy J. Aiello
Field Director, Accounts Management

Form 6166 (Rev 6-2006)
Catalog Number 43134V

SKAT Fredensborg

Bilag nr. 130-16-47

Confidential Pursuant to Protective Order

314 15



**goal** group
accelerating investor returns

CONFIDENTIAL

SKAT
P.O. Box 60
2630 Taastrup
DENMARK

**Our Ref:** BACEDK000058
**Tax Ref:** 13-3865149

26 March 2015

Dear Sir or Madam,

### RE: A/C RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN  RIVERS-ASSOC

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

*NatWest Bank*
*High Street Branch Croydon Surrey*
*BIC  NWBKGB2L*
*IBAN GB88 NWBK 6073 0134 0151 59*

Please quote reference **BACEDK000058**.

Would you please confirm safe receipt of this reclaim by sending an email to clientservices@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.

Yours faithfully,

Melissa-Anne Rodrigues
Operations Manager

SKAT Fredensborg

Bilag nr. 130 - 16 - 48

GOAL TAXBACK LIMITED    7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG    Registered in England & Wales Reg No. 3701795
t +44 (0)208 760 7130  f +44 (0)208 681 2854    Registered Office: 7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG, UK
e info@goalgroup.com    Registered for VAT under number: 744 1757 24

Confidential Pursuant to Protective Order    SKAT_MDL_001_00082226

## Acknowledgement Copy



SKAT
P.O. Box 60
2630 Taastrup
DENMARK

**Our Ref:** BACEDK000058
**Tax Ref:** 13-3865149

26 March 2015

Dear Sir or Madam,

### RE: A/C RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN  RIVERS-ASSOC

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

*NatWest Bank*
*High Street Branch Croydon Surrey*
*BIC  NWBKGB2L*
*IBAN GB88 NWBK 6073 0134 0151 59*

Please quote reference **BACEDK000058**.

Would you please confirm safe receipt of this reclaim by sending an email to clientservices@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.

Yours faithfully,

*Rodrigues*

Melissa-Anne Rodrigues
Operations Manager

## Please sign below and return to acknowledge receipt

**Signed**                                    **Dated**

SKAT Fredensborg

Bilag nr. 130 - 16 - 49

GOAL TAXBACK LIMITED      7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG
t +44 (0)208 760 7130  f +44 (0)208 681 2854
e info@goalgroup.com

Registered in England & Wales Reg No. 3701795
Registered Office: 7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG, UK
Registered for VAT under number: 744 1757 24

Confidential Pursuant to Protective Order



**SKAT**

Claim to Relief from Danish Dividend Tax

| | | |
|---|---|---|
| :: In my capacity as beneficial owner | ✗ On behalf of the beneficial owner | |

Claim is made for refund of Danish dividend tax, in total DKK:     1890000.00

**Beneficial Owner**

Full name
RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN

Full address
5532 LILLEHAMMER LANE, SUITE 103
PARK CITY
UT 84098
USA

E-mail
clientservices@goalgroup.com

Signature
Beneficial owner/applicant

*JRoolngues*

goal

*If the claim is made on behalf of the beneficial owner the applicant's power of attorney shall be enclosed*

As documentation is enclosed dividend advice(s), number:     1

*(This documentation is obligatory)*

**Financial Institution**

The amount is requested to be paid to:

Name and address
Goal TaxBack Ltd
NatWest Bank
High Street BranchCroydon

34015159

| Reg. no | Account no | |
|---|---|---|
| | NWBKGB2L | IBAN GB88NWBK60730134015159 |
| SWIFT | BLZ | IBAN |

On reclaim please quote: ACE DK 58

**Certification of the competent authority**

It is hereby certified that the beneficial owner is covered by the Double Taxation Convention concluded between Denmark and                     U.S.A.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Date          Official stamp and signature

When signed to be forwarded to:     **Skattecenter Høje-Taastrup**
Postboks 60
DK-2630 Taastrup

2010.07 (gl.nr. U 20x)
**06.003 ENG**

SKAT Fredensborg

Bilag nr. 130-16-50



**E D & F MAN CAPITAL MARKETS LIMITED**

# Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN - 5532 Lillehammer Lane, Suite 103, Park City, Utah, 84098, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Novo Nordisk A/S |
| ISIN: | DK0060534915 |
| SEDOL: | BHC8X90 |
| Ex Date: | 20/03/2015 |
| Record Date: | 23/03/2015 |
| Pay Date: | 24/03/2015 |
| Quantity: | 1,400,000.00 |
| Gross Div Rate: | 5 |
| Amount Received: | 5,110,000.00 |
| WHT Suffered: | 1,890,000.00 |
| Currency: | DKK |
| WHT %: | 27% |

*7,0*

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED  SIGNATORY

Christina MacKinnon

*Macienn*

Head of Securities Operations

SKAT Fredensborg

Bilag nr. 130 - 16 - 51

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No 1292851

Telephone: +44 (0)20 7089 8000

Confidential Pursuant to Protective Order

## RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN
5532 LILLEHAMMER LANE – SUITE 103
PARK CITY, UT 84098

*Power of Attorney*

THIS POWER OF ATTORNEY, made this 25 day of February 2014 by RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN ("the Company") WITNESSETH AS FOLLOWS:-

1.  The Company hereby appoints Goal TaxBack,  ("GTB") to be the attorney of the Company and in the Company's name and otherwise on the Company's behalf and as the Company's act and deed to sign, seal, execute, deliver, perfect and do all deeds, instruments, acts and things which may be required (or which GTB shall consider requisite) for or in connection with the provision of any tax services provided to the Company from time to time, including  the reclaiming from any taxation authority in any jurisdiction (as appropriate) amounts in respect of payments made to the Company, or through GTB on behalf of the Company. The company also authorises GTB to set the procedure to collect the amounts claimed.

2.  The Company shall ratify and confirm all transactions entered into, documents executed and things done by GTB or its delegates by virtue of the Power Of Attorney given by Clause 1 of this deed unless it is proved that GTB or its delegates have acted with negligence, willful default or fraud.

3.  The Company agrees to indemnify GTB against all costs, liabilities and expenses including (without limitation) any reasonable legal fees and disbursements arising directly or indirectly out of the exercise or purported exercise of GTB's powers under this deed PROVIDED THAT GTB shall not be indemnified against any such liabilities, costs and expenses arising out of GTB or any nominee's or agent's or delegates own willful default, negligence or fraud.

4.  The Company declares that any person dealing with GTB shall not be concerned to see or enquire as to the proprietary or expediency of any act, deed, matter or thing which GTB may do or perform in the Company's name by virtue of this deed.

SKAT Fredensborg

Bilag nr. 130 - 16 - 52

SKAT_MDL_001_00082230

5. This deed shall be revocable on the unilateral act of the Company, provided that GTB is given at least 5 working days notice of such revocation. The provisions of Clauses 2 and 3 shall survive termination of this deed.

6. This deed shall be governed by and construed in accordance with English law, and the Company hereby irrevocable submits to the non-exclusive jurisdiction of the English courts.

IN WITNESS whereof this deed has been executed by the Company and is intended to be and is hereby delivered on the date above written.

Executed as a deed by -

Name of company:

Acting by name(s) of:

RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN

DAVID SCHULMAN, Trustee

Duly authorised signatory(ies):

SKAT Fredensborg

Bilag nr. 130-16-53



CERTIFICATION
PROGRAM

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255

Date: January 22, 2015

Taxpayer: RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN
     TIN: 13-3865149
Tax Year: 2015

I certify that, to the best of our knowledge, the above-named entity is
a trust forming part of a pension, profit sharing, or stock bonus plan
qualified under section 401(a) of the U.S. Internal Revenue Code, which
is exempt from U.S. taxation under section 501(a), and is a resident of
the United States of America for purposes of U.S. taxation.

Nancy J. Aiello
Field Director, Accounts Management

Form 6166 (Rev 6-2008)
Catalog Number 43134V

SKAT Fredensborg

Bilag nr. 130 - 16 - 54

Confidential Pursuant to Protective Order



CONFIDENTIAL

SKAT
P.O. Box 60
2630 Taastrup
DENMARK

**Our Ref:** BACEDK000055
**Tax Ref:** 13-3865149

26 March 2015

Dear Sir or Madam,

### RE: A/C RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN  RIVERS-ASSOC

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

*NatWest Bank*
*High Street Branch Croydon Surrey*
*BIC  NWBKGB2L*
*IBAN GB88 NWBK 6073 0134 0151 59*

Please quote reference **BACEDK000055.**

Would you please confirm safe receipt of this reclaim by sending an email to clientservices@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.

Yours faithfully,

*Rodrigues*

Melissa-Anne Rodrigues
Operations Manager

SKAT Fredensborg

Bilag nr. 130 - 16 - 55

GOAL TAXBACK LIMITED    7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG    Registered in England & Wales Reg No. 3701795
t +44 (0)208 760 7130   f +44 (0)208 681 2854    Registered Office: 7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG, UK
e info@goalgroup.com    Registered for VAT under number: 744 1757 24

Confidential Pursuant to Protective Order    SKAT_MDL_001_00082233

## Acknowledgement Copy



SKAT
P.O. Box 60
2630 Taastrup
DENMARK

**Our Ref:** BACEDK000055
**Tax Ref:** 13-3865149

26 March 2015

Dear Sir or Madam,

### RE: A/C RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN  RIVERS-ASSOC

Please find enclosed a tax reclaim form, together with evidence of payment and tax deduction paid on the above client's securities.

Kindly arrange for the reclaim payment to be credited to the account of Goal TaxBack Limited, details as follows:

*NatWest Bank*
*High Street Branch Croydon Surrey*
*BIC  NWBKGB2L*
*IBAN GB88 NWBK 6073 0134 0151 59*

Please quote reference **BACEDK000055**.

Would you please confirm safe receipt of this reclaim by sending an email to clientservices@goalgroup.com or by signing the attached copy of this letter and returning to the address shown below.

Yours faithfully,

*Rodrigues*

Melissa-Anne Rodrigues
Operations Manager

## Please sign below and return to acknowledge receipt
## Signed                                        Dated

SKAT Fredensborg

Bilag nr. 130 - 16 - 56

GOAL TAXBACK LIMITED        7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG        Registered in England & Wales Reg No. 3701795
t +44 (0)208 760 7130  f +44 (0)208 681 2854        Registered Office. 7th Floor, 69 Park Lane, Croydon, Surrey, CR9 1BG, UK
e info@goalgroup.com        Registered for VAT under number 744 1757 24

Confidential Pursuant to Protective Order        SKAT_MDL_001_00082234



SKAT

Claim to Relief from Danish Dividend Tax

☒ In my capacity as beneficial owner    ☒ On behalf of the beneficial owner

Claim is made for refund of Danish dividend tax, in total DKK:    2511000.00

**Beneficial Owner**

Full name
RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN

Full address
5532 LILLEHAMMER LANE, SUITE 103
PARK CITY
UT 84098
USA

E-mail
clientservices@goalgroup.com

Signature
Beneficial owner/applicant

*J.Rodrigues*

*If the claim is made on behalf of the beneficial owner the applicant's power of attorney shall be enclosed*

As documentation is enclosed dividend advice(s), number    2

*(This documentation is obligatory)*

**Financial institution**

The amount is requested to be paid to:

Name and address
Goal TaxBack Ltd
NatWest Bank
High Street BranchCroydon

34015159

| Reg. no | Account no | |
| --- | --- | --- |
| | 34015159 | |
| | NWBKGB2L | IBAN GB88NWBK60730134015159 |
| SWIFT | BLZ | IBAN |

On reclaim please quote: ACE DK 55

**Certification of the competent authority**

It is hereby certified that the beneficial owner is covered by the Double Taxation Convention concluded between Denmark and    U.S.A.

Date    Official stamp and signature

When signed to be forwarded to:    **Skattecenter Høje-Taastrup**
Postboks 60
DK-2630 Taastrup

2010.07 (gl.nr. U 10a)

06.003 ENG

SKAT Fredensborg

Bilag nr. 130 - 16 - 57

Confidential Pursuant to Protective Order

SKAT_MDL_001_00082235



**ED&F MAN**

### E D & F MAN CAPITAL MARKETS LIMITED

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom -- confirm, RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN - 5532 Lillehammer Lane, Suite 103, Park City, Utah, 84098, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Pandora A/S |
| ISIN: | DK0060252690 |
| SEDOL: | B44XTX8 |
| Ex Date: | 19/03/2015 |
| Record Date: | 20/03/2015 |
| Pay Date: | 23/03/2015 |
| Quantity: | 300,000.00 |
| Gross Div Rate: | 9.00 |
| Amount Received: | 1,971,000.00 |
| WHT Suffered: | 729,000.00 |
| Currency | DKK |
| WHT %: | 27% |

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

Head of Securities Operations

SKAT Fredensborg

Bilag nr. 130 - 16 - 58

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No.1292851

Telephone: +44 (0)20 7089 8000

Confidential Pursuant to Protective Order

SKAT_MDL_001_00082236



# ED&F MAN

### E D & F MAN CAPITAL MARKETS LIMITED

## Tax Voucher

We ED&F Man Capital Markets Ltd, based at Cotton's Centre, Hays Lane, London SE1 2QE and registered in the United Kingdom – confirm, RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN - 5532 Lillehammer Lane, Suite 103, Park City, Utah, 84098, USA, was holding the below security over the dividend date.

| | |
|---|---|
| Security Description: | Danske Bank A/S |
| ISIN: | DK0010274414 |
| SEDOL: | 4588825 |
| Ex Date: | 19/03/2015 |
| Record Date: | 20/03/2015 |
| Pay Date: | 23/03/2015 |
| Quantity: | 1,200,000.00 |
| Gross Div Rate: | 5.5 |
| Amount Received: | 4,818,000.00 |
| WHT Suffered: | 1,782,000.00 |
| Currency | DKK |
| WHT %: | 27% |

*6,6*

ED&F Man Capital Markets Limited has no beneficial interest in the holding and will not be reclaiming the tax. The dividends specified on this credit advice were paid net of withholding tax to RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN. If you have any further concerns or issues please do not hesitate to contact us.

AUTHORISED SIGNATORY

Christina MacKinnon

Head of Securities Operations

SKAT Fredensborg

Bilag nr. 130 - 16 - 59

Cottons Centre
Hay's Lane
London SE1 2QE

Regulated by the Financial Services Authority
Registered in England No 1292851

Telephone: +44 (0)20 7089 8000

Confidential Pursuant to Protective Order

## RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN
5532 LILLEHAMMER LANE – SUITE 103
PARK CITY, UT 84098

### *Power of Attorney*

THIS POWER OF ATTORNEY, made this 25 day of February 2014 by RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN ("the Company") WITNESSETH AS FOLLOWS:-

1.  The Company hereby appoints Goal TaxBack, ("GTB") to be the attorney of the Company and in the Company's name and otherwise on the Company's behalf and as the Company's act and deed to sign, seal, execute, deliver, perfect and do all deeds, instruments, acts and things which may be required (or which GTB shall consider requisite) for or in connection with the provision of any tax services provided to the Company from time to time, including the reclaiming from any taxation authority in any jurisdiction (as appropriate) amounts in respect of payments made to the Company, or through GTB on behalf of the Company. The company also authorises GTB to set the procedure to collect the amounts claimed.

2.  The Company shall ratify and confirm all transactions entered into, documents executed and things done by GTB or its delegates by virtue of the Power Of Attorney given by Clause 1 of this deed unless it is proved that GTB or its delegates have acted with negligence, willful default or fraud.

3.  The Company agrees to indemnify GTB against all costs, liabilities and expenses including (without limitation) any reasonable legal fees and disbursements arising directly or indirectly out of the exercise or purported exercise of GTB's powers under this deed PROVIDED THAT GTB shall not be indemnified against any such liabilities, costs and expenses arising out of GTB or any nominee's or agent's or delegates own willful default, negligence or fraud.

4.  The Company declares that any person dealing with GTB shall not be concerned to see or enquire as to the proprietary or expediency of any act, deed, matter or thing which GTB may do or perform in the Company's name by virtue of this deed.

SKAT Fredensborg

Bilag nr. 130 - 16 - 60

5. This deed shall be revocable on the unilateral act of the Company, provided that GTB is given at least 5 working days notice of such revocation. The provisions of Clauses 2 and 3 shall survive termination of this deed.

6. This deed shall be governed by and construed in accordance with English law, and the Company hereby irrevocable submits to the non-exclusive jurisdiction of the English courts.

IN WITNESS whereof this deed has been executed by the Company and is intended to be and is hereby delivered on the date above written.

Executed as a deed by -

Name of company:

Acting by name(s) of:

RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN

DAVID SCHULMAN, Trustee

Duly authorised signatory(ies):

SKAT Fredensborg

Bilag nr. 130 - 16 · 61



DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
PHILADELPHIA, PA 19255

CERTIFICATION
PROGRAM

Date: January 22, 2015

Taxpayer: RIVERSIDE ASSOCIATES DEFINED BENEFIT PLAN
    TIN: 13-3865149
Tax Year: 2015

I certify that, to the best of our knowledge, the above-named entity is
a trust forming part of a pension, profit sharing, or stock bonus plan
qualified under section 401(a) of the U.S. Internal Revenue Code, which
is exempt from U.S. taxation under section 501(a), and is a resident of
the United States of America for purposes of U.S. taxation.

*Nancy J. Aiello*

Nancy J. Aiello
Field Director, Accounts Management

Form 6166 (Rev 6-2008)
Catalog Number 43134V

SKAT Fredensborg

Bilag nr. 130 - 16 - 62

Confidential Pursuant to Protective Order