# Exhibit 27

Message

| | |
|---|---|
| **From**: | Lisbeth Rømer [/O=TOLDSKAT/OU=TOLDSKAT/CN=RECIPIENTS/CN=W04279] |
| **Sent**: | 02-12-2009 12:48:45 |
| **To**: | Bo Daugaard [bo.daugaard@skm.dk]; Lars Nørding [lars.nording@skat.dk] |
| **CC**: | Jette Zester [jette.zester@skat.dk]; Andreas Bo Larsen [abl@skm.dk] |
| **Subject**: | Møde i Intern Revision |
| **Attachments**: | Udbytteskat.doc |

Kære Bo og Lars,
Som oplæg til undersøgelsen af provenuet fra kildebeskatningen af udlændingen – udbytteskat fremsendes vedlagte notat, som forsøger at besvare Intern Revisions spørgsmål.
Laurits Cramer fra Udbytteskat vil også deltage i mødet den 7. ds kl 10.

Med venlig hilsen

Lisbeth Rømer



Regnskab
Regnskab 2
Lautrupvang 1A, 2750 Ballerup

E-mail: lisbeth.roemer@skat.dk
Telefon: (+45) 72 37 48 54

 Pas på miljøet - udskriv kun denne e-mail hvis det er nødvendigt

Confidential Pursuant to Protective Order

Til brug for møde med Intern Revision 7.12.2009

# Udbytteskat – især refusioner

## Et kort rids over udbytteskatteadministrationen

Hjemmel:
Kildeskatteloven §§ 65 – 67 er hjemmelen til indeholdelse af udbytteskat.
Kildeskattebekendtgørelsen kapitel 9 uddyber udbytteskatteadministrationen
Bekendtgørelse om indeholdelse af udbytteskat og royaltyskat (nr 1442 af 20. december 2005), VP ordningen

Valg af udbytteskatteprocent i udbytteangivelsen:
1. Ved udlodninger af udbytte skal der som hovedregel indeholdes 28 % udbytteskat
2. Er udbyttemodtager et selskab skal der indeholdes 16, 5 %, såfremt det er porteføljeaktier
3. Udbytteskat efter dobbeltbeskatningsoverenskomster
4. udlodninger til investeringsforeninger 15 %
5. udbytte til det udloddende selskabs egne aktier 0 %
6. Ligningslovens §§ 16 A eller 16 B 0 %
7. 0 % såfremt det er et moder/datter forhold (kræver 10 % ejerskab), eller skattebegunstigede depoter

Det udloddende selskab skal angive og eventuelt betale i måneden efter vedtagelsen af udbytte, mens indberetning af udbyttemodtagere skal ske senest den 20. januar det efterfølgende år.

Er aktierejer ikke fuldt skattepligtig til Danmark, kan der, hvis der er dobbeltbeskatningsoverenskomst (DBO) med det land, hvortil der er skattepligt, søges om refusion efter den relevante DBO.

I takt med den generelle udbredelse af aktier og globaliseringen er der flere og flere "udlændinge", som ejer danske aktier. Der har derfor været behov for at smidiggøre refusionerne og 11. marts 1992 blev der indgået en aftale med Værdipapircentralen (VP) om at fysiske personer, skattepligtige i 12 lande (Norge, Sverige, Tyskland, Holland, Belgien, Luxembourg, USA, Canada, Irland, Schweiz, Grækenland og Storbritannien), som har danske aktier i dansk depot kan få indeholdt den relevante udbytteskat i forbindelse med udlodningen, så refusion undgås. 28. april 1993 er udsendt et ToldSkat Cirkulære – 1993 -12 herom. Aftalen kaldes populært VP-Ordningen og er en nettoafregning.

Derudover er der internationale entiteter og stater, som er skattefri. I henhold til diverse DBO'er er også nogle pensionsinstitutter skattefri.

[PAGE ]

Da mængden af refusioner har været voldsomt stigende fra begyndelsen af 2000 til 2006, er der indgået aftale med de kontoførende institutter om, at de indsender regneark på refusioner, hvor de indestår for skattekravets dokumentation.

| Kalenderår | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|
| Udbytteskatteindbetalinger | **11.184.945.672** | **14.243.623.068** | **15.246.766.968** | **16.037.813.209** |
| Refusioner* | 1.154.705.678 | 1.873.809.356 | 1.071.093.076 | 754.334.603 |

*Refusionerne omfatter ikke danske skattepligtige fonde og foreninger.

At refusionerne er faldende bortset fra i 2006, skyldes øget anvendelse af nettoafregning, hvilket var hensigten ved at udfærdige bekendtgørelse 1442, af 20. dec. 2005, idet indholdet i forvejen havde været i Kildeskattebekendtgørelsen.
Stigningen af refusioner i 2006 skyldes ekstraordinært store udlodninger hos TDC, ØK og NKT.

## Overblik over udbytteskatteadministrationen.

### Hvilke oplysninger om udbytter indberettes til SKAT?
Gennem det udloddende selskabs udbytteangivelse, blanket 06.016 modtages oplysning om hvilke modtagere med forskellige udbytteskat, der er aktionærer. Det er tale om totaler, og den efterfølgende indberetning af udbyttemodtagere går på den enkelte aktionær.

Der er i systemet ikke mulighed for at afstemme udbytteangivelse med indberetningen af udbyttemodtagere. Der gennemføres årligt en udbyttekontrol, hvor det udloddende selskabs selvangivelses felt 37 (udloddet udbytte ifølge regnskabet) afstemmes med de indgivne udbytteangivelser. For 2008 udbyttekørslen var start differencen 34 milliarder, hvor størstedelen formentlig er udlodninger datter/moderselskaber og fejlagtigt indkomstår i TastSelv.

Der er intet kendskab til manglende indberetninger, eller selvangivne indberetninger, som derfor kan divergere fra udbytteangivelsen på alle mulige måder.

I 2008 er oplysninger om udbytter og udbytteskat blevet tilgængelige via Business Object, men de er ikke anvendt til at udsøge manglende indberetninger eller det omvendte, da indsendelsesfristen den 20. januar umuliggør dette. Det er ved at blive ændret.

Indberetning af udbyttemodtagere sker på blanket 06.023 (personer med CPR) og 06.024 (selskaber med CVR og udlændingen uden CPR eller CVR).
For børsnoterede er det kontoførende institut (VP), der indberetter, men det for andre selskaber er selskabet selv.

Efter Skattekontrolloven § indberettes udbytte til aktier i skattebegunstigede ordninger ikke, ligesom SKAT først for meget nyligt har modtaget indberetning af udlændinge, dog at VP ordningens modtagere (nettoafregning) er indberettet løbende til 3 S.

[PAGE ]

**IT understøttelse af opgaven.**
Blanketter tastes i 3 S. Derudover kan TastSelv anvendes. Indtastninger herfra går i 3 S.
I 2002 blev et specielt modul i 3 S udviklet til udbytteskatteadministrationen. I forbindelse med ændringer i denne fra 1. januar 2004, blev det i HC besluttet ikke mere at anvende 3 S, således at angivelser herefter skulle i SAP og indberetninger i RKO (hvilket er baggrund for fristen den 20. januar), som er vanskelig at forstå, fordi det ikke er muligt at udfærdige angivelsen uden at kende udbyttemodtagerne på grund af de forskellige skattesatser.
HC omgjorde afgørelsen i 2005 og fra 1. januar 2006 er 3 S igen i brug. Indberetninger om udbyttemodtagere, hvor der er indeholdt udbytteskat, fra børsnoterede selskaber er hele tiden gået i RKO.


**Ansvarsfordeling, daglige rutiner, sagsbehandling, metoder, procedurer og vejledninger**
Udbytteskatteadministrationen er vokset stærkt i 2000 tallet. Opgaven består af tastning af alle udbytteangivelser og indberetning af udbyttemodtagere fra unoterede selskaber, de tidligere nævnte blanketter 06.16, 023 og 024. Der modtages årligt op til 150.000 stk.blanketter.
TastSelv blev indført 1. januar 2004 og brugen heraf er kun langsomt blevet forøget, der er pt ca 20 % af udlodderne, som anvender TastSelv.
Arbejdet er meget sæsonbestemt, da selskaberne skal holde generalforsamling senest 5 måneder efter regnskabsårets afslutning, så april, maj og juni modtages størstedelen af blanketterne. Vi har trods reglerne opfordret de unoterede selskaber til at indsende indberetning af udbyttemodtagere sammen med angivelsen – så skal selskabet ikke en gang til have fat på materialet.
Medarbejderne i Regnskab 2:
1 er ansvarlig for refusioner, med ad hoc hjælp fra andre når påkrævet. Har siddet med opgaven i mange år.
3 varetager bogholderiopgaven. Da udbytteskatteadministrationen siden sin "fødsel" har været landsdækkende, har interessen for området i generelt været ringe. Alle konteringer af indbetalinger skal føres manuelt. Der foretages afstemninger og der rykkes.
5 varetager tastningen af blanketter og hjælper, efter behov.
2 forestår sagsbehandlingen, den ene har været med fra begyndelsen.
3 attesterer skattepligt for danskere med udenlandske aktier. Der er desværre ikke noget system som støtter denne opgave, da attestationen kunne linkes til den almindelige skattepligt. Nu ved Skat ikke, om attestationen, som gives under forudsætning af skattepligt, fører til beskatning af udbyttet i udlandet.
1 afdelingsleder, som deltager i det hele.

Der er vejledninger på alle blanketter, som vedligeholdes i HC.
Der er vejledning til TastSelv, som ikke er optimalt, idet de kontroller som findes i 3 S ikke er overført til TastSelv, så der er mange fejl, f. eks med indkomstår. Konsekvensen er at udbyttekontrollen giver flere fejl end nødvendigt. Selskaberne får rykkere, selvom forholdet er i orden.

Udtræk og statistikker fra systemerne.
I 2008 blev der etableret udsøgningsmulighed i Business Object. Der kan ikke søges på tværs.
Til statistisk brug er det fortrinligt, men det er min opfattelse, at kontrollen med om angivelsen opsummerer indberetningen af udnyttemodtagerne skal sikres på tastningstidspunktet.

I 3 S har det været udtræksmuligheder for antal transaktioner osv.

[PAGE ]

**Refusioner i dag.**
En ikke skattepligtig til Danmark, som ejer danske aktier, kan få refunderet udbytteskat, hvis der er en relevant DBO.
Da SKAT ikke har kendskab til modtagerne af udbytteskat før den 20. januar det efterfølgende år, sker refusioner ved brug af en blanket (06.03) og fremsendelse af udbyttenota. Der er ikke mulighed for at sikre sig rigtigheden af tilbagesøgningen andre steder. De danske pengeinstitutter påberåber sig, at de ikke som foreslået kan indberette samtidigt med angivelse fordi der er så mange korrektioner. Det har vi aldrig set noget til. Og det må betyde, at der er flere udbyttenotaer på samme udbytte, og så er vi lige vidt.
Efter rentecirkulæret skal vi tilbagebetale inden 1 måned efter kravets fremsættelse. Da en generalforsamling i et børsnoteret selskab – og det er sådanne aktier som er mest udbredt i udlandet – der foregår i begyndelsen af måneden medfører betaling af udbytteskatten den sidste bankdag i den efterfølgende måned medfører reglerne at vi skal refundere inden udbytteskatten er betalt.
Så problemet er at der kan anmodes om refusion flere gange for samme udlodning og før der er betalt udbytteskat.

**VP ordningen**
VP ordningen er en nettoafregningsordning. Den dækker danske aktier i depot i Danmark, ejet af fysiske personer med bopæl i 12 lande ((Norge, Sverige, Tyskland, Holland, Belgien, Luxembourg, USA, Canada, Irland, Schweiz, Grækenland og Storbritannien). Når der er udbetalt udbytte med netto træk skal der ikke anmodes om refusion. DVS der er "kun" refusion 1 gang pr aktie, aktionæren bliver fri for tilbagesøgning, hvilket kan gøre danske aktier mere attraktive internationalt. Der de seneste år arbejdet på at udvide ordningen, således at den dækker alle lande Danmark har en DBO med, og såvel fysiske som juridiske personer.
Den internationale udvikling har ikke gjort udbytteadministrationen nemmere, idet brugen af omnibusdepoter er vidt udbredt i hele verden og ikke i overensstemmelse med "vores" VP ordning. Problemerne kan løses ved at indføre et kaskade ansvar, fra den danske depotbank til bankens kunde (en bank) i udlandet og videre – måske gennem flere led - til beneficial owner, den endelige ejer og udbyttemodtager. Et sådant ansvar kendes allerede, når pengeinstitutterne får tilladelse til regnearksrefusioner.

**Udbytteskats ønsker for fremtiden.**
A. Samme frist for angivelse, betaling og indberetning af udbyttemodtagere
Det har været uforståeligt, at indberetninger af udbyttemodtagere ikke skulle indsendes sammen med udbytteangivelse, da kendskab til udbyttemodtager er en forudsætning for at udfylde udbytteangivelsen korrekt. I Forårspakke 02 har skatteministeren fået bemyndigelse til at ændre fristen for indberetning af udbyttemodtagere. Der er forslag til en ny indberetningsbekendtgørelse, som ændrer fristen, så fristen for angivelse og betaling og indberetning af udbyttemodtagere bliver identisk (ændring af Skattekontrolloven § 9 A, 9B stk 1 og stk 2).
Med samme frist vil man kunne indberette udbyttemodtagerne og danne angivelsen samtidig og derved sikre overensstemmelse med angivelse og betaling og indberetning, således at de nuværende fejlkilder bortfalder.

B. Tvungen TastSelv - Digitalisering
Udbytteskatteadministrationen har foreslået, at dette område, som er rimeligt begrænset, gøres digitalt snarest muligt, dvs med tvungen brug af TastSelv. Det forudsætter at TastSelv får den kvalitet, som er nødvendig for korrekte data. Det vanskelige består i at der bruges udlodders

[PAGE  ]

indkomstår som udgangspunkt, f. eks indkomståret 2008, hvor udbyttet udloddes det efterfølgende år - i 2009 - og udbyttemodtager er således skattepligtig af udlodningen i 2009. Det volder store problemer i Tast Selv, fordi indtastningen først foregår i 2009.

C. Udvidelse af VP ordningen
Som ovenfor nævnt vil en udvidelse af VP ordningen fjerne en stor usikkerhed ved de nuværende refusioner. Problemerne med omnibusdepoter må løses med samme ansvarskaskademodel, om i dag anvendes ved regnearksordningen.


Det kan oplyses, at revisionsrapporten efter revision i udbytteskat november 2005 omhandler de problemer, som udbytteskatteadministrationen havde på det tidspunkt og desværre stadig har.

Lisbeth Rømer
2.12.2009

[PAGE ]

Confidential Pursuant to Protective Order
SKAT_MDL_001_00524604

| | |
|---|---|
| **From:** | Lisbeth Rømer |
| **Late hour:** | 12/02/2009 12:48:45 PM |
| **Two:** | Bo Daugaard <bo.daugaard@skm.dk>; Lars Nerdy <lars.nording@skat.dk> |
| **Cc:** | Jette Zester <jette.zester@skat.dk>; Andreas Bo Larsen <abl@skm.dk> |
| **Subject:** | Internal Audit Meeting |
| **Attachments:** | Dividend tax.doc |

Dear Bo and Lars,
As a basis for the investigation of the proceeds from the withholding tax on the alien – dividend tax is sent the attached note, which attempts to answer Internal Audit's questions.
Laurits Cramer of Dividend Tax will also attend the meeting on 7 May. ds at 10.

Yours sincerely

Lisbeth Rømer



Accounts
Company 2
Lautrupvang 1A, 2750 Ballerup

E-mail: lisbeth.roemer@skat.dk
Phone: (+45) 72 37 48 54

 Take care of the environment - print this email only if necessary

For meeting with Internal Audit 7.12.2009

# Dividend tax - especially refunds

**A brief outline of the dividend tax administration**

Legal basis:
The Withholding Tax Act §§ 65 - 67 is the legal basis for withholding dividend tax.
The Withholding Tax Order Chapter 9 elaborates on dividend tax administration
Order on the deduction of dividend tax and royalty tax (No 1442 of 20 December 1979) December 2005), VP scheme

Choice of dividend tax rate in dividend declaration:
1. As a general rule, dividend distributions shall include a 28 % dividend tax
2. If the dividend recipient is a company, 16.5 % shall be included if they are portfolio shares;
3. Dividend tax under double taxation conventions
4. distributions to unit trusts 15 %
5. dividends to the distributing company's own shares 0 %
6. Section 16A or 16B 0 % of the Danish Equation Act
7. 0% if it is a mother-daughter relationship (requires 10% ownership), or qualifying deposits

The distributing company shall declare and, where appropriate, pay in the month following the adoption of dividends, while the reporting of dividend recipients shall be made by 20 June 2006 at the latest. They shall forthththt be able to take part in the work of the

If the owner of the shares is not fully liable to tax in Denmark, if there is a double taxation convention (DBO) with the country with which there is a tax liability, reimbursement may be sought according to the relevant DBO.

In line with the general spread of shares and globalisation, more and more "foreigners" own Danish shares. There has therefore been a need to make reimbursements more flexible and 11. On 12 March 1992, an agreement was concluded with the Securities Exchange (VP) that natural persons liable to tax in 12 countries (Norway, Sweden, Germany, the Netherlands, Belgium, Luxembourg, the United States, Canada, Ireland, Switzerland, Greece and the United Kingdom) who have Danish shares in the Danish depository may receive the relevant dividend tax in connection with the distribution in order to avoid reimbursement. 28. A Customs Tax Circular was issued on 1 April 1993. The agreement is popularly known as the VP Scheme and is a net settlement.

In addition, there are international entities and states that are tax-free. According to various DBO's, some pension institutions are also tax-free.

1

As the volume of reimbursements has increased dramatically from the beginning of 2000 to 2006, it has been agreed with the account-holding institutions that they submit spreadsheets on refunds where they provide the tax claim documentation.

| Calendar | 2005 | 2006 | 2007 | 2008 |
|---|---|---|---|---|
| Dividend tax payments | **11.184.945.672** | **14.243.623.068** | **15.246.766.968** | **16.037.813.209** |
| Refunds* | 1.154.705.678 | 1.873.809.356 | 1.071.093.076 | 754.334.603 |

*Reimbursements do not include Danish taxable foundations and associations.

The fact that reimbursements are decreasing, except in 2006, is due to increased use of net settlement, which was intended by the drafting of Decree 1442, of 20 December 2006. Dec. 2005, as the content had already been in the Withholding Tax Order.
The increase in reimbursements in 2006 is due to extraordinarily large distributions at TDC, EAC and NKT.


## Overview of the dividend tax administration.

**What information about dividends is reported to SKAT?**
The dividend declaration of the distributing company, form 06.016, shall indicate which recipients with different dividend tax are shareholders. These are totals, and the subsequent reporting of dividend recipients goes to the individual shareholder.

The system does not allow dividends to be reconciled with the reporting of dividend recipients. A dividend control is carried out annually in which the tax return of the distributing company's tax return 37 (distributed dividends according to the accounts) is reconciled with the dividend declarations submitted. For the 2008 dividend run, the starting difference was 34 billion, the majority of which are probably distributions daughter/parent companies and erroneous income years in TastSelv.

There is no knowledge of missing reports, or self-reported reports, which can therefore differ from the dividend declaration in all possible ways.

In 2008, information on dividends and dividend tax has become available through Business Object, but it has not been used to seek out missing reports or the reverse, as the submission deadline of 20 June 2008 has not been extended. — (DE) Mr President, commissioner That is being changed.


Reporting of dividend recipients is done on forms 06.023 (persons with CPR) and 06.024 (companies with CVR and the foreigner without CPR or CVR).
For listed companies, the account-holding institution (VP) reports, but for other companies it is the company itself.

Under the Danish Tax Control Act § dividends are reported to shares in qualifying schemes are not reported, just as skat has only very recently received reporting from foreigners, but that the VP scheme's beneficiaries (net settlement) are reported continuously to 3 S.

2

Confidential Pursuant to Protective Order                                          SKAT_MDL_001_00524600_T

**IT support for the task.**
Forms are typed in 3 S. In addition, TastSelv can be used. Entries from here go in 3 S.
In 2002, a special module in 3 S was developed for the dividend tax administration. In the case of amendments to this Agreement from 1 May 2004 to 31 December 2006, the Commission shall: In 2004, HC decided not to use 3 S any more, so that entries would then be made in SAP and reports in RKO (which is the basis for the deadline of 20 January 2004). It is difficult to understand because it is not possible to draw up the declaration without knowing the beneficiaries because of the different tax rates.
The HC reversed the decision in 2005 and from 1 July 2005 to 31 December 2006. On 1 January 2006, 3 S is back in use. Reports of dividend recipients with dividend tax from listed companies have always gone to RKO.

**Division of responsibilities, daily routines, case management, methods, procedures and guides**
The dividend tax administration grew strongly in the 2000s. The task consists of entering all dividend declarations and reporting of dividend recipients from unlisted companies, the forms mentioned earlier 06.16, 023 and 024. Up to 150,000 forms are received annually.
TastSelv was introduced on 1 May 2004. The use of this has only slowly increased, with approximately 20 % of the distributions using TastSelv.
The work is very seasonal, as the companies must hold a general meeting within 5 months of the end of the financial year, so that April, May and June receive the majority of the forms. Despite the rules, we have encouraged the unlisted companies to submit reporting of dividend recipients together with the declaration – so the company does not even need to get hold of the material.
Employees in Accounting 2:
1 is responsible for refunds, with ad hoc help from others when required. Been on the job for many years.
3 is responsible for the accounting task. Since the dividend tax administration has been nationwide since its "birth", interest in the area has generally been low. All transactions of deposits must be kept manually. Votes are taken and moves are moved.
5 takes care of the entry of forms and assists, as necessary.
2 is the case, one of which has been involved from the beginning.
3 certifies tax liability for Danes with foreign shares. Unfortunately, there is no system that supports this task, as the certification could be linked to the general tax liability. Now The Danish Tax Office does not know whether the certificate, which is granted subject to tax liability, leads to taxation of dividends abroad.
1 head of department who participates in it all.

There are instructions on all forms maintained in HC.
There is instructions for Key Self, which is not optimal, since the controls found in 3 S have not been transferred to TastSelv, so there are many errors, f. income years. The consequence is that the yield control gives more errors than necessary. The companies get reminders, even if the relationship is in order.

Extracts and statistics from the systems.
In 2008, Business Object established search capability. Cannot search across.

3

For statistical purposes, this is excellent, but I believe that the control of whether the declaration sums up the reporting of the exploiters must be ensured at the time of entry.

In 3 S it has been extraction possibilities for the number of transactions, etc.

**Refunds today.**
A non-taxable person to Denmark who owns Danish shares can be reimbursed dividend tax if there is a relevant DBO.
As SKAT is not aware of the recipients of dividend tax until 20 December 2010, the tax will be paid to the recipients of dividend tax until 20 September 2007. Refunds are made using a form (06.03) and the transmission of dividend notes. There is no way to ensure the accuracy of the recovery elsewhere. The Danish financial institutions claim that they cannot report at the same time as proposed because there are so many corrections. We've never seen anything like it. And that must mean that there are more dividend notes on the same yield, and then we are even far.
After the interest circular, we must repay within 1 month of the claim being made. Since a general meeting of a listed company – and it is such shares that are most widely used abroad – that takes place at the beginning of the month entails payment of the dividend tax on the last business day of the following month, the rules mean that we must refund before the dividend tax is paid.
So the problem is that refunds can be requested several times for the same distribution and before dividend tax has been paid.

**VP scheme**
The VP scheme is a net settlement scheme. It covers Danish shares in deposits in Denmark owned by natural persons residing in 12 countries ((Norway, Sweden, Germany, Netherlands, Belgium, Luxembourg, USA, Canada, Ireland, Switzerland, Greece and the United Kingdom). Where net drawing dividends have been paid, no refund shall be requested. DVS there is "only" refund 1 time per share, the shareholder becomes free from recovery, which can make Danish shares more attractive internationally. In recent years, efforts have been made to extend the scheme to cover all countries Denmark has a DBO with, as well as natural and legal persons.
International developments have not made profit management any easier, as the use of omnibus depots is widely used worldwide and not in accordance with the "our" VP scheme. The problems can be solved by introducing a cascade of liability, from the Danish custodian bank to the bank's customer (a bank) abroad and further – perhaps through several stages – to beneficial owner, the final owner and dividend recipient. Such liability is already known when financial institutions are allowed to refund spreadsheets.

**Dividend tax wishes for the future.**
A. Same time limit for the declaration, payment and reporting of dividend recipients
It has been incomprehensible that reports of dividend recipients should not be submitted together with dividend declarations, as knowledge of the dividend recipient is a prerequisite for filling in the dividend declaration correctly. In Spring Package 02, the Minister for Taxation has been given the power to change the deadline for reporting dividend recipients. There are proposals for a new reporting order, which changes the deadline so that the deadline for the declaration and payment and reporting of dividend recipients becomes identical (amendment of Section 9A, 9B(1) and (2) of the Danish Tax Control Act).
With the same time limit, it will be possible to report the dividend recipients and form the declaration at the same time, thereby ensuring compliance with the declaration and payment and reporting, so as to eliminate the current sources of error.

4

B. Forced Key Self - Digitization
The dividend tax administration has proposed that this area, which is reasonably limited, be done digitally as soon as possible, i.e. with the forced use of TastSelv. This assumes that TastSelv gets the quality necessary for correct data. The difficulty is that the income years of distributions are used as a starting point, f. the income year 2008, when the dividends were distributed the following year - in 2009 - and the dividend recipient is thus liable to tax on the distribution in 2009. This causes major problems in Key Yourself, because the entry will not take place until 2009.

C. Extension of the VP scheme
As mentioned above, an extension of the VP scheme will remove a great deal of uncertainty about the current refunds. The problems of omnibus deposits must be solved with the same liability damage model, whether today is used in the spreadsheet system.


It can be stated that the audit report, following an audit of dividend tax in November 2005, addresses the problems that the dividend tax administration had at the time and unfortunately still has.

Lisbeth Rømer
2.12.2009

5