# Exhibit 28

## Revisionsundersøgelse af provenuet fra kildebeskatningen af udlændinge

Tid:        Den 7. december 2009 kl. 10:00

Sted:       Departementet, Vær: Mellemskat
            Nicolai Eigtveds Gade 28
            1402 København K.

Deltagere:  Lisbeth Rømer              Regnskab 2, Midtjylland
            Laurits Cramer
            Lars Nørding               Skattedirektør, Midtjylland

            Bo Daugaard                Intern Revision
            Tina Laustsen
            Jens Lundgaard
            Linda Severinsen

### 1. Indledning

*Revisionens formål, baggrund og tilrettelæggelse*
Intern Revision oplyste indledningsvis, at Intern Revision i forbindelse med notater udarbejdet af Regnskab 2 samt Proces & Digitalisering er blevet anmodet af Peter Loft om at kigge på problematikken omkring provenuet fra kildebeskatningen af udlændinge.

Formålet med undersøgelsen er at vurdere hvilken problematik, der er tale om.

Undersøgelsen gennemføres med kontakt til Regnskab 2 samt til Proces og Digitalisering, som er procesejer på indberetningen af udbytte.

Herudover vil Intern Revision tage kontakt til andre relevante aktører i SKAT.

Undersøgelsen vil blive gennemført ved interviews af de relevante aktører, suppleret med gennemgang af relevant tilgængeligt materiale.

Intern Revision fremsender referat til de interviewede aktører for evt. bemærkninger. Tilsvarende vil udkast til revisionsrapport blive fremsendt med henblik på eventuelle kommentarer, inden endelig rapport fremsendes til Departementschefen samt Rigsrevisionen.

Efter indledningen blev problemstillinger samt processer omkring udbytteskat gennemgået.

## 2. Gennemgang af problemstillinger og processer

Notat fra Regnskab 2, Midtjylland om "Manglende afstemning mellem udbytteangivelse og indberetning af udbyttemodtagere" af 29.09.09 er udarbejdet på baggrund af et forsøg på at opgøre provenuet fra kildebeskatningen af udlændinge.

Regnskab 2 har gennem flere år været frustreret over, at der udbetales en del penge i forbindelse med udbytter uden, at der er en reel mulighed for at kontrollere, at der kun udbetales de korrekte beløb. Det er Regnskab 2's vurdering, at der er et kæmpe hul i forbindelse med udbyttebeskatningen.

Udbytte er ikke en pligt, derfor indberetter selskaber kun oplysninger omkring udbytte, når det er vedtaget, at der skal udloddes udbytte. Såfremt der ikke udloddes udbytte i det enkelte regnskabsår, indberettes dette ikke.

For at kunne forstå, hvor kompliceret udbyttesituationen er, er det vigtigt at forstå selve processen for udbytte.

Lisbeth Rømer og Lars Nørding tegnede på tavlen en tegning over processen vedrørende udbytte. Se særskilt tegning herfor.

Problematikken omkring udbytte gælder for alle selskaber og investeringsforeninger. Problematikken vedrører ikke amba'er eller personlige virksomheder.

Der er følgende problematikker:

- Et selskab kan have både et SE nr. og et CVR nr. Dette kan bevirke, at der indberettes på det ene af numrene og indbetales på det andet. Dette besværliggør en eventuel kontrol.
- Ikke alle selskaber er blevet registreret for selskabsskat i Erhvervs- og selskabsstyrelsen.
- Børsnoterede selskaber (heraf findes ca. 200): Aktierne heri styres via VP. I selskabet vedtages om der skal udloddes udbytte til aktionærerne. Besked herom sendes videre til VP, som finder ud af, hvem, der skal have hvad, samt betale hvad i skat. VP laver herefter en afstemningsliste, som er en liste over summeringer inden for de enkelte områder. Afstemningslisten sendes til selskabet, som anvender denne til at udfylde angivelsesblanket 06.016 til SKAT. Det underliggende beregningsmateriale sendes ikke til selskabet, men fremsendes elektronisk til SKAT den 20. januar året efter. Selskaberne modtager ikke det underliggende beregningsmateriale fra VP. I perioden fra afsendelsen af afstemningslisterne til indsendelsen af beregningsmaterialet den 20. januar, foretager VP diverse korrektioner, som først fremgår af materialet, som sendes til SKAT den 20. januar.
- Unoterede selskaber: Selskabet angiver og indberetter som hovedregel samtlige oplysninger omkring udbytteudbetaling til SKAT den 10. i den efterfølgende måned efter vedtagelsen af udbyttet. Ifølge gældende lovgivning skal selskabet dog først indberette oplysninger omkring modtagers navne mv. den 20. januar året efter, jf. skattekontrollovens § 9.

Refusion:

- Aktionærer som ikke er skattepligtige og som ejer aktier i danske selskaber, ejer som hovedregel aktier i børsnoterede selskaber. Så snart en aktionær har modtaget en udbyttenota, kan aktionæren anmode om refusion. Udbyttenota sendes til aktionæren få dage efter det er vedtaget, at der skal udbetales udbytte. Aktionæren skal indsende blanket 06.003 i forbindelse med ønske om refusion. Denne blanket skal være stemplet af den udenlandske skattemyndighed i det land aktionæren er skattepligtig til. Kopi af udbyttenotaen vedlægges blanketten. Ved modtagelse hos Regnskab 2 tastes blanketten i 3 S på de relevante år. Det samlede beløb for udbetaling føres automatisk fra 3S over i SAP38.

- Grundet den tidsmæssige forskel mellem angivelse og indberetning kan det dels være svært at afstemme tallene, og dels være svært at se, om personen allerede en gang før har fået den pågældende refusion. Der laves ikke en kontrol af, om den pågældende person reelt er aktionær i det pågældende selskab, eller om den pågældende person reelt er skattepligtig til det pågældende udland. Blanketten gennemses om alle oplysninger er med. Herefter udbetales refusionen til personen. Blanketten arkiveres i Regnskab 2 fysiske arkiv. Der oprettes ingen journalsager.

- Til dags dato har Regnskab 2 ikke oplevet, at der er udbetalt mere refusion, end der er indberettet. Regnskab 2 anser det derfor ikke som sandsynligt, at der kan opstå et negativt provenu. Allerede ved tastningen af blanketten vil systemet gøre opmærksom på, at der er noget galt, såfremt denne udbetaling bevirker, at udbetalingerne overstiger indberetninger. Derfor vil udbetalingen ikke blive gennemført før en dybere undersøgelse har været foretaget.

Regnskab 2's arbejdsopgave er udelukkende af administrativ karakter. Der udføres ingen egentlig kontrol omkring udbytteindberetninger eller betalinger. Dog føres der kontrol med, at der er angivet det udbytte, som er vedtaget i det enkelte selskab. Al anden form for kontrol omkring udbyttebeskatning ligger i Indsats.

I forbindelse med Forårspakken 2.0 bliver der mulighed for at skatteministeren kan beslutte, at selskaber skal angive og indberette samtlige oplysninger omkring udbytteudbetaling på samme tidspunkt. Møder mellem Regnskab 2 og bankerne har dog vist, at bankerne mener, der kan være et problem med at indsende oplysninger inden 20. januar, idet bankerne altid foretager korrektioner, hvorfor alle oplysninger ikke er korrekte før 20. januar. Ændringerne i forbindelse med forårspakken får først virkning fra 1. januar 2011.

I sommers fik Regnskab 2 følgende procesejere:

- Jette Zester; procesejer vedrørende indberetning
- Vibeke Varnes, procesejer på angivelse

Regnskab 2 har en ordning med en række banker benævnt "Regnearksordningen". Gennem denne ordning udfylder banken et regneark med refusioner til dem af deres kunder, som skal have

refunderet udbytteskat. SKAT modtager regnearket med totaloplysninger og afregner med banken som efterfølgende afregner med de enkelte aktionærer. SKAT bliver på denne måde befriet for en hel del arbejde. Refusionerne indtastes ikke i 3S .

VP ordningen er en ordning, som vedrører danske noterede aktier med udenlandske aktionærer. Det er en mere sikker ordning end refusionsordningen. Ordningen omhandler 12 lande. På nuværende tidspunkt er der et forsøg i gang, for at få udvidet ordningen til at omhandle alle lande samt unoterede aktier. Ifølge bankerne er omnibusdepoterne problemet med at udvide ordningen, da der sker en samlet opgørelse, hvorfor det er svært at se hvem, den egentlige aktionær er. Det vides derfor ikke, om eller hvornår det er muligt at udvide ordningen.

Hos en del banker er der sket en outsourcing af depoter (omnibus) f.eks. til JP Morgan. Dette bevirker, at det eksempelvis er JP Morgan, som står som ejer af aktierne.

Løsningen på mange af problemstillingerne ved udbytteskat er ifølge Regnskab 2, at indberetning og angivelse skal ske samme dato.

Regnskab 2 anførte, at tallene i notaterne er behæftet med stor usikkerhed, da man sammenligner "æbler med pærer". Herudover mener Regnskab 2, at provenuet aldrig kan ende med at være negativt. Det er desuden vigtigt at holde sig for øje, at BO kun er et statistik system.

### 3. Eventuelt

Det blev aftalt, at Lisbeth Rømer fremsender et notat til Intern Revision vedrørende eventuel løsning på problemstillingerne samt eventuelle lovmæssige mangler.

Confidential Pursuant to Protective Order

# Audit study of the proceeds of the source taxation of foreigners

| | |
|---|---|
| Participants: Lisbeth Rømer | Accounting 2, Central Jutland |
| Laurits Cramer | |
| Lars Nerding | Tax Director, Central Jutland |
| | |
| Bo Daugaard | Internal Audit |
| Tina Laustsen Jens | |
| Lundgaard Linda | |
| Severinsen | |

Time:   On 7 May 2005, the Commission December 2009 at 11:00 AM 10:00

Place:   Department, Be: Middle tax
28 Nicolai Eigtveds Street
1402 Copenhagen K.

1, Introduction

*Objectives, background and presentation of the audit*

Internal Audit stated at the outset that internal audits in connection with notes prepared by the
Accounting 2 and Process &Digitization have been requested by Peter Loft to look at the problem of the proceeds from the withholding tax on foreigners.

The purpose of the study is to assess the problems involved.

The survey is carried out with contact with Regnskab 2 as well as with Proces og Digitalisering, who is the process owner on the reporting of dividends.

In addition, Intern Revision will contact other relevant players in SKAT.

The survey will be carried out through interviews of the relevant actors, supplemented by a review of relevant available material.

Internal Audit shall forward minutes to the interviewees for any information they have received. Comments, Similarly, draft audit report will be submitted for possible comments before final report is sent to the Head of Department and the National Audit Office.

After the introduction, issues as well as processes around dividend tax were reviewed.

2. Review of issues and processes

Note from Regnskab 2, Midtjylland on the "Non-reconciliation between dividend declaration and reporting of dividend recipients" of 29.09.09 has been prepared on the basis of an attempt to calculate the proceeds from the withholding tax on foreigners.

Accounting 2 has been frustrated for several years by the fact that a great deal of money is paid out in connection with dividends without there being a real possibility of checking that only the correct amounts are paid out. It is Regnskab 2's assessment that there is a huge gap in dividend taxation.

Dividends are not an obligation, therefore companies only report information about dividends once it has been agreed that dividends should be distributed. If no dividends are distributed in each financial year, this shall not be reported.

Por to be able to understand how complicated the yield situation is, it is important to understand the process of yield itself.

Lisbeth Rømer and Lars Nørding drew on the board a drawing of the process regarding dividends.
See separate drawing for this.

The problem of dividends applies to all companies and mutual funds. The problem does not concern amba's or personal companies.

The problems are as follows:

- A company 'may have both an SE No 1000000000000000000000 and a C VR No. -This may result in the reporting of one of the numbers and the deposit on the other. This complicates any checks.
- Not all companies have been registered for corporation tax in the Danish Business and Companies Authority.
- Listed companies (of which there are approximately 1000000000000000 200): The shares herein are managed via VP. In the company decides whether to distribute dividends to shareholders, Notice is forwarded to vp, who finds out who should have what, and pay what in taxes, VP then makes a voting list, which is a list of summaries within the individual areas.
  The voting list is sent to the company, which uses it to fill in the declaration form 06.016 to SKAT. The underlying calculation material will not be sent to the Company, but will be sent electronically to skat on 20. They shall forth be Companies do not receive the underlying
  whereas, for the submission of the calculation material on 20 November 1995, the commission of the european Agricultural Fund (1995- On 20 January, VP makes various corrections, which are not shown in the material, which will be sent to skat on 20 January. January.
- Unlisted companies: As a general rule, the Company shall provide and report all information about dividend payments to skat on 10 December 2010. *the following month after the adoption of the dividends.* However, according to current law, the company must first report information about the recipient's names, etc. 20 March 2005 They shall forth inform the Commission thereof. Section 9 of the Tax Control Act.

    Refund:

- Shareholders who are not taxable and who q are shares in Danish companies generally own shares in listed companies. As soon as a shareholder has received a dividend note, the shareholder may request a refund. Dividend notes shall be sent to the shareholder within days of the decision to pay dividends. The shareholder must submit form 06.003 in connection with a request for reimbursement. This form must be stamped by the foreign tax authority of the country for which the shareholder is liable to tax. A copy of the dividend note shall be attached to the form. Upon receipt from Regnskab 2, the form in 3 S is entered in the relevant years. The total amount of disbursement is automatically transferred from 3S to SAP38.

- Due to the time difference between declaration and reporting, it can be difficult to reconcile the figures on the one hand and to see whether the person has already received the reimbursement in question once before. There is no check as to whether the person concerned is actually a shareholder in the company in question or whether the person concerned is actually liable to tax to the foreign country concerned. The form is reviewed if all information is included. The refund is then paid to the person. -The form is filed in Accounting 2 physical archives. 'A number of cases are being set up.

- To date, Company 2 has not experienced that more refunds have been paid than have been reported, 'Accounting: 2 therefore considers that it is unlikely that a negati vt proceeds may arise- Already- when entering the form, the system will point out that something is wrong if this payment causes the payments to exceed the reports. Therefore, the payment will not be made until a deeper investigation has been carried out.

The task of account 2 is purely administrative in nature. No proper checks are carried out on dividend reports or payments. However, it shall be verified that the dividends adopted by each company have been declared. All other controls on dividend taxation lie in

In connection with the Spring Package 2.0, it will be possible for the Minister of Taxation to decide that companies must provide and report all information about dividend payments at the same time. However, meetings between Accounting 2 and the banks have shown that banks believe there may be a problem with submitting information before 2Q. All information will therefore be correct before 20 January 2006. January. The changes to the spring package will not take effect until 1 January 2011.

This summer, Accounting 2 got the following process owners:

- Jette Residues; reporting process owner
- Vibeke Varnes, litigian is on view

Accounting 2 has a system of a number of banks called the "Spreadsheet Scheme". Through this scheme, the bank fills out a spreadsheet of refunds-to those of their customers who must have

refunded dividend tax. S KAT receives the spreadsheet with total information and signs with the bank which subsequently settles with the individual shareholders. In this way, SKAT is freed from an all-out job. The refunds are not entered in 3 S ,

The VP scheme is a scheme that relates to Danish listed shares with foreign shareholders. It is a safer arrangement than the reimbursement scheme. The scheme covers 12 countries. At present, an attempt is under way to extend the scheme to all countries as well as unlisted shares. According to the banks, the omnibus depots are the problem of extending the scheme, as there is an overall inventory, which is why it is difficult to see who the actual shareholder is. It is therefore not known whether or when it is possible to extend the scheme.

At some banks, there has been an outsourcing of depots (omnibus) for example. to JP Morgan. This means, for example, that JP Morgan is the owner of the shares.

According to 'Accounting 2, the solution to many of the problems with dividend tax is that reporting' and declaration must be made on the same date.   Ft

Accounting 2 stated that the figures in the notes are subject to considerable uncertainty as comparing "apples with pears". In addition, Accounting 2 believes that the proceeds can never end up being negative. It is also important to bear in mind that BO is only a statistics system.

3. Possibly

It was agreed that Lisbeth Rømer will send a note to Internal Audit regarding possible solutions to the problems as well as any legal shortcomings.