# Exhibit 35



Notat

Inddrivelse
Betaling og Regnskab
SAP38 - Taastrup

15. Juli 2014

# Endelig regnskabsgodkendelse - periode 06.2014

SAP38 har i forbindelse med regnskabsafslutningen og i forlængelse af sandsynlighedskontrollen foretaget kontrol med, at aktiver og passiver er regnskabsmæssigt afstemt for firmakode 6112 Udbytte.

- **Status på arbejdsopgaver**

Udbytteskat er ajour med behandlingen af kundehenvendelser via Remedy og mailpostkassen.

- **Manglende udførsel af opgaver**

Udbytteskat er blevet meget sårbar, da driftsenheden har haft meget stor personaleafgang og der er ta medarbejdere tilbage, som er meget specialiseret inden for de enkelte områder.

Det bør overvejes, hvorvidt opgaverne helt eller delvist skal overflyttes til DMO/DMS i Horsens eller Ringkøbing.

- **Indtægter eller udgifter, som skønnes at have væsentlig betydning for om regnskabet er retvisende**

På konto 2236 er der pr 30. juni 2014 udbetalt 4.116.519.370 mia kr i refusion til udenlandske aktionærer, hvilket sammenlignet med totaltallet for 2013 2.851.494.605 mia kr betyder en stigning på 1.265.024.765 mia kr midtvejs i 2014.

En årsag hertil kan være, at flere amerikanske pensionskasser foretager opkøb i danske virksomheder.

De amerikanske pensionskasser skal ikke betale dansk skat, så derfor de meget store tilbagebetalinger.

Confidential Pursuant to Protective Order                                           SKAT_MDL_001_00278619

- **Hvorvidt der i perioden er konstateret væsentlige fejl og mangler, herunder hvornår, der er foretaget fejlrettelse med angivelse af bilagsnummer og periode.**

Ingen bemærkninger.

SAP38 har foretaget vurdering af månedens indtægter og udgifter samt aktiver og passiver for firmakode 6112 Udbytteskat og disse anses for at være

DorthePanneru

Confidential Pursuant to Protective Order                                                              SKAT_MDL_001_00278620

AFSTEMNINGSSKEMA

Afstemning af månedsregnskab pr. 03.07.2014 for Udbytte m.v.

PERIODE: 2014 Juni

| NAVN | BELØB |
|---|---:|
| AKTIVER I ALT | 717.501,20 |
| PASSIVER I ALT | -5.343.195.824,01 |
| § 38 I ALT | 5.342.473.842,94 |
| § 9 I ALT | 4.479,87 |
| * RESULTAT | 0,00 |

AFSTEMNING FORETAGET DEN  15/07 - 2014  *[signature]*

UNDERSKRIFT

Confidential Pursuant to Protective Order

SKAT_MDL_001_00278621

```
Firmakoder: 6112                    KOMPRIMERET MÅ?EOSREGNSKAB           Dato: 03.07.2014 KL.10:57:52
Udbytte m.v.                                                              BrugerIO: W03504
                                                                          Rap.Grp: FA1S Rap: TS14A


SELEKTIO1'ER:

Periode: Juni
Regnskab!år: 2014
Ledger: TS
Recordart: 0
Bibliotek: TSS
Klient: 238
Rap. sidstændret: 15.03.2006
```

| | | | | | | |
|---|---|---|---|---|---|---|
| Firmakode: 6112 | | Komprimeret månedsrapport | | Dato: 03.07.2014 Tid: 10:57:52 | | Side 2 |
| Udbytte m.v. | | Juni | | BrugerID: W03504 | | |
| | | 2014 | | Rap.grp: FA15 Rap: TS14A | | |

| Akt.iver og passiver | Primosaldo | Debet. Gwi | Kredit Jw i | Netto Jtni | Ultimo Jwi | Ændring |
|---|---|---|---|---|---|---|
| Beholdninger | | | | | | |
| Aktiver | | | | | | |
| Debitorer | | | | | | |
| Debitorer | 766.507,98 | 84.937.041,30 | -84.986.046,08 | 49.006,78 | 717.501,20 | 6,4 |
| Bankkonti | | | | | | |
| Bankkonti | 0,00 | 3.786.148.940,09 | -3.786.148.940,09 | 0,00 | 0,00 | 0,0 |
| Aktiver | 766.507,98 | 3.871.085.981,39 | -3.871.134.988,17 | 49.006,78 | 717.501,20 | 6,4 |
| Passiver | | | | | | |
| Interimskonti (versur i DCB) | | | | | | |
| Interimskonti (versur i DCB) | 54.642.791.130,18 | 2.407.801,79 | -1.754.243.804,87 | -1.751.836.003,08 | 52.890.955.127,10 | -3,2 |
| Mellemregninger | | | | | | |
| Mellemregninger | -1.067.043.690,26 | 0,00 | -90.276.937,30 | -90.276.937,30 | -1.157.320.627,56 | 8,5 |
| Tekniske konti | | | | | | |
| Tekniske konti | 0,00 | 84.901.221,28 | 84.901.221,28 | 0,00 | 0,00 | 0,0 |
| Egenkapital - efterpost. | | | | | | |
| Egenkapital - efterpost. | -57.076.830.323,55 | 0 | 0,00 | 0,00 | -57.076.830.323,55 | 0,0 |
| Passiver | -3.501.082.883,63 | 87.309.023,07 | -1.929.421.963,45 | 1.842.112.940,38 | -5.343.195.824,01 | 52,6 |
| Beholdninger | -3.500.316.375,65 | 3.958.395.004,46 | -5.800.556.951,62 | -1.842.161.947,16 | -5.342.478.322,81 | 52,6 |

Confidential Pursuant to Protective Order

SKAT_MDL_001_00278623

| | | | | | | |
|---|---|---|---|---|---|---|
| Firmakode: 6112 Udbytte m.v. | | Komprimeret månedsrapport Juni 2014 | | Dato: 03.07.2014 Tid: 10:57:52 BrugerID: W03504 Rap.grp: FAlS Rap: TS14A | | Side 3 |

| Finanslovsstruktur | Primosaldo | Debet Jni | Kredit Jni | Netto Jni | Ultimo Jini | Ændring |
|---|---|---|---|---|---|---|
| Alle Finanslovens underkonti | | | | | | |
| § 38 skatter og afgifter | | | | | | |
| 38.11 Personskatter | | | | | | |
| 38.11.01 Personskatter | | | | | | |
| 38.11.01 Personskatter | 2.214.826.044,62 | 1.844.680.944,40 | -2.521.799,08 | 1.842.159.145,32 | 4.056.985.189,94 | 83,3 |
| 38.11 Personskatter | 2.214.826.044,62 | 1.844.680.944,40 | -2.521.799,08 | 1.842.159.145,32 | 4.056.985.189,94 | 83,2 |
| 38.13 Selskabsskatter m.v. | | | | | | |
| 38.13.01 Indkomst.skat selskaber | | | | | | |
| 38.13.01 Indkomstskat selskaber | 795.511.150,00 | 0,00 | 0,00 | 0,00 | 795.511.150,00 | 0,0 |
| 38.13 Selskabsskatter m.v. | 795.511.150,00 | 0,00 | 0,00 | 0,00 | 795.511.150,00 | 0,0 |
| 38.61 Renteindtægter m.v. | | | | | | |
| 38.61.01 Renteindtægter m.v. | | | | | | |
| 38.61.01 Renteindtægter m.v. | 489.977.503,00 | 0,00 | 0,00 | 0,00 | 489.977.503,00 | 0,0 |
| 38.61 Renteindtægter m.v. | 489.977.503,00 | 0,00 | 0,00 | 0,00 | 489.977.503,00 | 0,0 |
| § 38 Skatter og afgifter | 3.500.314.697,62 | 1.844.680.944,40 | -2.521.799,08 | 1.842.159.145,32 | 5.342.473.842,94 | 52,6 |
| § 9 Skatteministeriet | | | | | | |
| 09.21 Skatte- og afgiftsforvaltning | | | | | | |
| 09.21 63 Gebyrer, retsafgifter m.v. | | | | | | |
| 09.21 63 Gebyrer, retsafgifter m.v. | 1.678,03 | 2.801,84 | 0 | 2.801,84 | 4.479,87 | 167,0 |
| 09.21 Skatte- og afgiftsforvaltning | 1.678,03 | 2.801,84 | 0 | 2.801,84 | 4.479,87 | 167,0 |
| § 9 Skatteministeriet | 1.678,03 | 2.801,84 | 0 | 2.801,84 | 4.479,87 | 167,0 |
| Alle Finanslovens underkonti | 3.500.316.375,65 | 1.844.683.746,24 | -2.521.799,08 | 1.842.161.947,16 | 5.342.478.322,81 | 52,6 |

Confidential Pursuant to Protective Order

SKAT_MDL_001_00278624

SKAT

LISTE SKAT

LISTE SLUT

Confidential Pursuant to Protective Order

SKAT_MDL_001_00278625

Region Midtjylland  
Regnskab

14-07-2014

**Regnskabsperiode: juni 2014**　　　　　　　　　　　　　　　**FK 6112 Udbytte**

| Pkt. | Kontrolpunkt navn | Dato | Udført af medarbejder | Bemærkninger |
|---|---|---|---|---|
| | **Før lukning af regnskabsperioden** | | | |
| A01 | Batch input | 02-07-2014 | w03651 | Gennemgang af kontrolpkt. - ingen bemærkninger til §38 kontoret |
| A02 | Kontrol af betalinger i SAP38 og Danske Bank | 02-07-2014 | w03651 | Gennemgang af kontrolpkt. - ingen bemærkninger til §38 kontoret |
| A06 | Tekniske debitorer og ukendte debitorer fra DR rt:isegods i og udenfor EU | 02-07-2017 | w03651 | Gennemgang af kontrolpkt. - ingen bemærkninger til §38 kontoret |
| A07 | Gennemgå debitorkontiene 3000-3006 | 02-07-2014 | w03651 | Gennemgang af kontrolpkt. - ingen bemærkninger til §38 kontoret |
| A14 | Afstemning og udligning af hovedbogskonti | 02-07-2014 | w03651 | Gennemgang af kontrolpkt. - ingen bemærkninger til §38 kontoret |
| A19 | Afstemning af interimskonto 4100 - 4106 | 02-07-2014 | w03651 | Gennemgang af kontrolpkt. - ingen bemærkninger til §38 kontoret |
| A20 | Afstemning af artskonto 3885 (indbetalinger i afvigende perioder) | 02-07-2014 | w03651 | Gennemgang af kontrolpkt. - ingen bemærkninger til §38 kontoret |
| A22 | Afstemning af konto 4118 SKB mellemregning (FFI konti med kontoudtog) samt afstemning af konto 3636 SKB FFI | 02-07-2014 | w03651 | Gennemgang af kontrolpkt. - ingen bemærkninger til §38 kontoret |
| A24 | Kontrol af indtægtskonti - udgiftskonti | 02-07-2014 | w03651 | Gennemgang af kontrolpkt. - ingen bemærkninger til §38 kontoret |
| A50 | Kontrol af konto 1227 uanbringelige ind- og udbetalinger og 1225 ej effektueret TURS | 02-07-2014 | w03651 | Gennemgang af kontrolpkt. - ingen bemærkninger til §38 kontoret |
| | **Efter lukning af regnskabsperioden (hver måned)** | | | |
| B02 | Bogførte poster mellem "foreløbig" og endelig regnskabsrapport | | | |
| B03 | Ad Hoc undersøgelse på baggrund af henvendelse fra regnskab 1 | | | |
| B04 | Kontrol og afstemning af kvittering for regnskabsrapport, det endelige- og komprimerede regnskab | 15-07-2014 | w03504 | Afstemt og afleveret til underskrift |
| | **Kvartalsvis før lukning af regnskabsperioden** | | | |
| Q02 | Ikke placerede indbetalinger på artskonto 4100 (interimskonto) | | | |
| Y01 | Supplementsperioder | | | |
| | **Ved regnskabsårets udgang** | | | |
| Y02 | Årsafslutning | | | |

Confidential Pursuant to Protective Order

(+) Tax

Note

Recovery Payment and Accounting SAP38 - Taastrup

15. July 2014

# Final accounting approval - period 06.2014

Sap38 has checked, in connection with the clearance of accounts and in the context of the probability check, that assets and liabilities are accountingly aligned with company code 6112 Dividends.

- **Status of work tasks**

Dividend tax is up to date with the processing of customer inquiries via Remedy and the mail mailbox.

- **Failure to perform tasks**

Dividend tax has become very vulnerable as the operating unit has had very large staff departures and there are a number of employees who are very specialized in the individual areas.

Consideration should be given to whether the tasks should be transferred in whole or in part to DMO/DMS in Horsens or Ringkøbing.

- **Revenue or expenditure deemed to have a significant impact on the true and fair est of the accounts**

Item 2236 is available on 30 June 2005. The total for 2013 was DKK 2,851,494,605 billion, which compared to the total for 2013 was DKK 2,851,494,605 billion, an increase of DKK 1,265,024,765 billion midway through 2014.

One reason for this may be that several American pension funds make purchases in Danish companies.

The American pension funds do not have to pay Danish tax, so therefore the very large repayments.

Confidential Pursuant to Protective Order    SKAT_MDL_001_00278619_T

- **Whether significant deficiencies have been identified during the period, including when corrections have been made, indicating the document number and period.**

    No comment.

SAP38 has assessed the revenue and expenditure of the month, as well as assets and liabilities of company code 6112 Dividend tax and these are considered to be

DorthePanneru

Page 2 / 2

Confidential Pursuant to Protective Order                                                                                                                SKAT_MDL_001_00278619_T

RECONCILIATION
SCHEDULE

Reconciliation of monthly accounts by 03.07.2014 for Dividends etc.

Period: 2014 June

| NA VN | Amount |
|---|---|
| TOTAL ASSETS | 717.501,20 |
| TOTAL LIABILITIES | -5.343.195.824,01 |
| TOTAL § 38 | 5.342.473.842,94 |
| § 9 TOTAL | 4.479,87 |
| * Result | 0,00 |

VOTE TAKEN ON    15/07 - 2014    [signature]

Signature

```
Company codes: 6112 Yields        COMPRESSED DO? EOS FINANCIAL      Date: 03.07.2014 KL. 10:57:52
etc.                              STATEMENTS                         UserIO: W03504
                                                                     Rap.Grp: FAlS Rap:
                                                                     TS14A

SELECTIONS:

Period: June
Company!year: 2014
Ledger: Ts
Recordart: o
Library: Tss
Client: 238
Rap. last modified: 15.03.2006
```

Confidential Pursuant to Protective Order                           SKAT_MDL_001_00278619_T

| Company code: 6112 Yields etc. | | Compressed Monthly Report June 2014 | | | Date: 03.07.2014 Time: 10:57:52 Userid: W03504 Rap.grp; FA15 Rap: TS14A | Page 2 |
|---|---|---|---|---|---|---|
| Act.iver and liabilities | | Opening balance | Debit. Jwi | Kred it J w | Net Jtni | Ultimo Jwi | Change |
| On-Hand Assets Accounts receivables Customers | | 766.507,98 | 84.937.041,30 | -84.986.048,08 | 49.006,78 | 717.501,20 | 6,4 |
| Bank accounts | | 0,00 | 3.786.148.940,09 | -3.786.148.940,09 | 0,00 | 0,00 | 0,0 |
| Bank accounts | | 766.507,98 | 3.871.085.981,39 | -3.871.134.988,17 | 49.006,78 | 717.501,20 | 6,4 |
| Assets | | 54.642.791.130,18 | 2.407.801,79 | *1.754.243.804,87 | -1.751.836.003,08 | 52.890.955.127,10 | 3,2 |
| **Liabilities** | | | | | | | |
| Interim accounts (versur in DCB) Interim accounts | | -1.067.043.690,26 | 0,00 | *90.276.937,30 | *90.276.937,30 | *1,157.320.627,56 | 8,5 |
| (versur in DCB) Intermediate accounts | | 0,00 | 84.901.221,28 | 84.901.221,28 | 0,00 | 0,00 | 0.0 |
| Technical accounts | | -57.076.830.323,55 | 0 | 0,00 | 0,00 | 57.076.830.323,55 | 0,0 |
| Technical accounts | | -3.501.082.883,63 | 87.309.023,07 | *1.929.421.963,45 | 1.842.112.940,38 | *5.343.195.824,01 | 52,6 |
| Equity - afterpost. | | 3.500.316.375,65 | 3.958.395.004,46 | 5.800.556.951,62 | *1.842.161.947,16 | -5.342.478.322,81 | 52,6 |

Confidential Pursuant to Protective Order

SKAT_MDL_001_00278619_T

| Company code:<br>6112 Yields<br>etc. | | Compressed Monthly Report<br>June<br>2014 | | | Date: 03.07.2014 Time: 10:57:52<br>Userid: W03504 Rap.grp:<br>FA1S Rap: TS14A | | Page 3 |
|---|---|---|---|---|---|---|---|
| Budget structure | Opening balance | Debet Jmi | Credit Jmi | Net Jlni | Ultimo Jini | Change |
| All the accounts of the Finance Act | | | | | | |
| § 38 taxes | | | | | | |
| 38.11 Personal taxes | | | | | | |
| 38.11.01 Personal taxes | | | | | | |
| 38.11.01 Personal taxes | 2.214.826.044,62 | 1.844.680.944,40 | -2.521.799,08 | 1.842.159.145,32 | 4.056.985.189,94 | 83,2 |
| 38.11 Personal taxes | 2.214.826.044,62 | 1.844.680.944,40 | -2.521.799,08 | 1.842.159.145,32 | 4.056.985.189,94 | 83,2 |
| 38.13 Corporate taxes, etc. | | | | | | |
| 38.13.01 Income tax corporations | | | | | | |
| 38.13.01 Income tax corporations | 795.511.150,00 | 0,00 | 0,00 | 0,00 | 795.511.150,00 | 0,0 |
| 38.13 Corporate taxes, etc. | 795.511.150,00 | 0,00 | 0,00 | 0,00 | 795.511.150,00 | 0,0 |
| 38.61 Interest income, etc. | | | | | | |
| 38.61.01 Interest income, etc. | | | | | | |
| 38.61.01 Interest income, etc. | 499.977.503,00 | 0,00 | 0,00 | 0,00 | 489.977.503,00 | 0,0 |
| 38.61 Interest income, etc. | 489.977.503,0 | 0,00 | 0,00 | 0,00 | 489.977.503,00 | 0,0 |
| § 38 Taxes and charges | 3.500.314.697,62 | 1.844.680.944,40 | -2.521.799,08 | 1.842.159.145,32 | 5.342.473.842,94 | '32,6 |
| § 9 Ministry of Taxation | | | | | | |
| 09.21 Tax evasion | | | | | | |
| 09.21 03 Fees, court fees, etc. | | | | | | |
| 09.21 03 Fees, court fees, etc. | 1.678,03 | 2.801,84 | 0 | 2.801,84 | 4.479,87 | 167,0 |
| 09.21 tax administration | 1.678,03 | 2.801,84 | 0 | 2.801,84 | 4.479,87 | 167,0 |
| § 9 Ministry of Taxation | 1.678,03 | 2.801,84 | 0 | 2.B01 | 4.479,87 | 167,0 |
| All the accounts of the Finance Act | 3.500.316.375,65 | 1.844.683.746,24 | -2.521.799,08 | 1.842.161.947,16 | 5.342.478.322,81 | 52,6 |

u,

Ae.

Confidential Pursuant to Protective Order

SKAT_MDL_001_00278619_T

Tax

LISTE SLUT

LISTE SLUT

Region Midtjylland  
Accounting

14-07-2014

**Accounting period: June 2014**              **FK 6112 Dividend**

| Point. | Checkpoint name | Date | Done by Employee | Comments |
|---|---|---|---|---|
|  | **Before closing the fiscal period** |  |  |  |
| A0i | Batch input | 02-07-2014 | w03651 | Review of control point 100000000000000 - no comments to the §38 Office |
| A02 | Control payments in SAP38 and Danske Bank | 02-07-2014 | w03651 | Review of control point 100000000000000 - no comments to the §38 Office |
| A06 | Technical customers and unknown customers from | 02-07-2017 | w03651 | Review of control point 100000000000000 - No comments on the §38 office Review of inspection points. - no comments to the §38 |
| A07 | DR rt:isegods inside and outside the EU Review debtor accounts 3000-3006 | 02-07-2014 | w03651 |  |
| A14 | Reconciliation and settlement of ledger | 02-07-2014 | w03651 | Review of control point 100000000000000 - no comments to the |
| A19 | Reconciliation of interim account 4100 - 4106 | 02-07-2014 | w03651 | Review of control point 100000000000000 - no comments to the |
| A20 | Reconciliation of category account 3885 (deposits in deviant periods) | 02-07-2014 | w03651 | Review of control point 100000000000000 - no comments to the §38 Office |
| A22 | Reconciliation of item 4118 SKB intercompany (FFI accounts with bank statements) and reconciliation of account 3636 SKB FFI | 02-07-2014 | w03651 | Review of control point 100000000000000 - no comments to the §38 Office |
| A24 | Control of revenue accounts - expense accounts | 02-07-2014 | w03651 | Review of control point 100000000000000 - no comments to the §38 Office |
| A50 | Checking item 1227 disbursements and I225 not effected TURS | 02-07-2014 | w03651 | Review of control point 100000000000000 - no comments to the §38 Office |
|  | **After the closure of the accounting period (each month)** |  |  |  |
| B02 | Posted entries between "provisional" and final financial report |  |  |  |
| B03 | Ad Hoc study based on inquiries from financial statements1 |  |  |  |
| B04 | Checking and reconciliation of receipt for financial report, the final and compressed company accounts | 15-07-2014 | w03504 | Reconciled and delivered for signature |
|  | **Quarterly before closing the fiscal period** |  |  |  |
| Q02 | Unplaced deposits in category account 4100 (interim account) |  |  |  |
|  | YOI Supplement Periods |  |  |  |

**At the end of the financial year**

Y02 Year-end

Confidential Pursuant to Protective Order

SKAT_MDL_001_00278619_T