# Exhibit 43

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

MASTER DOCKET 18-MD-2865(LAK)

_____
                                        )
IN RE:                                  )
                                        )
CUSTOMS AND TAX ADMINISTRATION OF       )
THE KINGDOM OF DENMARK                  )
(SKATTEFORVALTNINGEN) TAX REFUND        )
SCHEME LITIGATION                       )
                                        )
                                        )
_____)


C O N F I D E N T I A L



VIDEO DEPOSITION OF
JETTE ZESTER
Copenhagen, Denmark
Wednesday, September 22, 2021
12:02 p.m. (CEST)



Reported by: CHRISTINE MYERLY

CONFIDENTIAL
Jette Zester - September 22, 2021

Page 94

1    Q       Do you understand what that means?
2    A       This is what I was highlighting in
3    the problem catalog.
4    Q       Is -- does this have to do with
5    the channeling of dividends that you talked about in
6    the problem catalog?
7    A       Yes.
8    Q       Did you have any understanding of
9    why there was a suspicion about people speculating
10   that Danish shares were registered in France or
11   Switzerland?
12   A       Because France was a zero taxation
13   company (sic) under the double taxation scheme.
14   Q       What was Switzerland's tax
15   agreement with Denmark?
16   THE WITNESS:  I don't know.  I don't
17   remember.
18   Q       Why did the fact that France was
19   zero taxation country under the treaty lead to the
20   speculation being discussed in this e-mail?
21   MR. WEINSTEIN:  Objection to form.
22   A       It is an advantage.  It is a way
23   to avoid taxation.
24   BY MR. DAVIDSON:
25   Q       Did SKAT have any controls in

Page 95

1    place to address that?
2    MR. WEINSTEIN:  Objection to form.
3    A       Well, this is nominee accounts,
4    and there is no transparency, as we discussed
5    previously.  This is maybe share -- stock lending,
6    how do I know.
7    Q       Were you concerned about the
8    suspicion that Mr. Jeppesen talks about in this
9    e-mail?
10   A       I was worried about nominee
11   accounts, and I was worried about stock lending.
12   Q       Did you have a concern that those
13   issues would result in loss of tax revenue to SKAT?
14   A       Yes.  Because it was already
15   mentioned in the problem catalog.  I wrote it in the
16   problem catalog.
17   Q       If you turn to the next page,
18   there is a note that appears to be dated October 11,
19   2006, is that right?
20   A       Yes.
21   Q       Do you recognize the handwriting
22   at the top of the page?
23   A       Not specifically, no.
24   Q       Can you read what it says?
25   A       It says, "Thank you for the

Page 96

1    information.  Give Leif a copy, as well as
2    Tage/Susanne."  And then Indsats in brackets.
3    Q       Does the name underneath that text
4    appear to you to say Lisbeth R?
5    A       Yes.
6    Q       If you look at the main text of
7    this document, do you see a place where it says that
8    Ballerup finds that many reimbursements are made on
9    a false basis?
10   A       Yes, that is what it says.
11   Q       What was your understanding of
12   what that meant?
13   A       Well, this is not a document that
14   I received.  I don't know what Finn thought about
15   this.
16   Q       Did you ever speak with Lisbeth
17   R□mer about any concerns regarding reimbursements
18   made on a false basis?
19   A       No.
20   Q       The document we are looking at
21   appears to be attached to an e-mail on the previous
22   page that we just looked at, is that correct?
23   A       I don't know.  I can't tell.
24   Q       The e-mail that we looked at is
25   addressed to you, right, or rather you are copied on

Page 97

1    the e-mail, correct?
2    A       Yes.
3    Q       Was it your practice when you were
4    at SKAT to read the e-mails you received?
5    A       Yes, but not always if I was
6    cc-ed.  Then it was not of a great significance for
7    me.  I got many, many, many e-mails every day.
8    Q       If you turn one more page from
9    where we were on that note, there is another memo,
10   this appears to be addressed to the executive board,
11   do you see that?
12   A       Yes.
13   Q       Who is the executive board?
14   A       I assume the management of SKAT.
15   Q       Did you ever write memos to the
16   executive board?
17   A       Yes.
18   Q       Who -- rather, what positions were
19   represented on the executive board?
20   THE INTERPRETER:  What positions, what job
21   titles?
22   Q       Yes.
23   A       Don't ask me that.  I just did my
24   job.
25   Q       Is your testimony that you don't

Page 110

1    A    Yes.
2    Q    Who is Jenette Christensen?
3    A    She was my colleague.
4    Q    The date of that e-mail appears to
5    be October 18, 2012, is that correct?
6    A    Yes.
7    Q    Do you see in the e-mail where you
8    say, "Today the dividend administration is paying
9    out blindly"?
10   A    Yes.
11   Q    What do you mean by that?
12   A    By that, I mean that we do not get
13   reporting on these individuals until one year after
14   the distribution has taken place, which means that
15   we are unable to support the administrative measures
16   in connection with refunds to the extent that we are
17   possible — that we are able.
18   Q    Who are the individuals you are
19   referring to when you say that you did not get
20   reporting on them?
21   A    Nominee accounts, we are never
22   able to really get to the bottom of those. But we
23   are able to support the Danish side of things. So
24   the reporting happens as at December 31st with
25   identification of the country code of the individual

Page 111

1    in question at the time in question.
2        (Danish clarification.)
3        MS. EGHOLM: Should she read out loud what
4    she has and then she translates it again? Or do we
5    have any preference?
6        THE INTERPRETER: You want me to make a
7    change, and I can't do the change without having the
8    question again.
9        MS. EGHOLM: We will fix it with the
10   transcript.
11       MR. WEINSTEIN: I am a little concerned
12   because she also didn't finish her answer. I kind
13   of want the witness to get out the rest of her
14   answer first.
15       MS. EGHOLM: Can you read back to the
16   witness what she has on the record?
17       A    So, the mandatory reporting on the
18   dividend recipient was received as at
19   December 31st with identifiers regarding address and
20   country code at the time in question. However, that
21   might have been something else completely at the
22   time of distribution.
23   BY MR. DAVIDSON:
24       Q    How would that have led to a blind
25   payment by the dividend administration?

Page 112

1        THE INTERPRETER: Sorry, can I ask you to
2    say that again?
3        Q    Sure. How would the issue you
4    just described lead to the dividend administration
5    paying out blindly?
6        MR. WEINSTEIN: Objection to form.
7        A    As I just said, we were unable to
8    support the reclaims.
9    BY MR. DAVIDSON:
10       Q    What do you mean by support?
11       A    So, that they didn't have a
12   reporting about the recipient in the sense that I
13   have now received an application, what is the
14   reporting on this individual, and is it able to have
15   a match between the two. Is it possible to have a
16   match between the two, sorry.
17       Q    Did the issue of nominee accounts
18   that you describe in the problem catalog lead to the
19   possibility that SKAT would pay refunds blindly?
20       MR. WEINSTEIN: Objection to form.
21       A    You would have to trust the
22   application that you have received. You have no way
23   to support the correctness of what you have received
24   other than the documentation enclosed that there is
25   a — a distribution note enclosed.

Page 113

1        MS. EGHOLM: Dividend credit advice.
2        THE INTERPRETER: Dividend credit advice.
3    BY MR. DAVIDSON:
4        Q    So, is it correct to say that SKAT
5    had to — let me rephrase that. Is it correct that
6    SKAT only looked to the face of the documents, such
7    as the dividend credit advice, when determining
8    whether or not to pay a refund?
9        MR. WEINSTEIN: Objection to form.
10       A    I have no foundation when it comes
11   to answering a question like that. This is
12   something in Lisbeth's office.
13   BY MR. DAVIDSON:
14       Q    You just testified that you have
15   no way to support the correctness of what you have
16   received, correct?
17       THE WITNESS: Yes, for me they —
18       A    Yes, from my part, RKO, which was
19   now E Capital, you have — you have mandatory
20   reporting, both for shareholders and investment
21   associations. And I was unable to provide that
22   information if it was needed until after one year
23   later.
24       Q    Did changes to the mandatory
25   reporting timeline have any impact on SKAT's ability

Page 122

1  the administrator.  That was the whole challenge
2  that we were facing here.
3          Q        So when a shareholder in an
4  omnibus account applied for a dividend withholding
5  tax refund, was SKAT able to determine that they
6  were in fact the beneficial owner of the shares?
7          MR. WEINSTEIN:  Objection to form.
8          A        You just asked me that question.
9  BY MR. DAVIDSON:
10         Q        Is it correct that the answer is
11 no, that SKAT did not have that information?
12         MR. WEINSTEIN:  Objection to form.
13         A        So, in my reporting, in the
14 mandatory reporting, I had no way of supporting who
15 the beneficial owner was.
16 BY MR. DAVIDSON:
17         Q        Were there any other units within
18 SKAT that did have that information about the
19 beneficial owner?
20         A        I am loathe to answer that
21 question.  I do not work for all divisions of SKAT.
22 But I don't think so electronically.
23         Q        Could you please turn in the same
24 exhibit to page 25.  Do you see in the middle of
25 that page, there is a row, it is the fifth row down

Page 123

1  under "Speaker," where your name appears?
2          A        Yes.
3          Q        Are you saying there that when you
4  heard about the case, you were not surprised?
5          A        Yes.
6          Q        What case are you referring to?
7          A        The case where Denmark was
8  defrauded and lost 12-point something or other
9  billion.
10         Q        Why were you not surprised?
11         A        Because this was the issue that I
12 had described.
13         Q        What issue was that?
14         A        The fact that you did not know the
15 beneficial recipient of the dividend in certain
16 cases.
17         Q        And was that an issue that you had
18 previously identified while you were at SKAT?
19         A        Yes, this was the nominee.
20         Q        That was the issue -- that was one
21 of the issues that you wrote about in the problem
22 catalog, correct?
23         A        Correct.
24         Q        Did the case that you are
25 referring to here involve refunds of dividend

Page 124

1  withholding tax?
2          A        Well, yes, there were reclaims
3  that people had made to which they were not
4  entitled.
5          Q        Are you aware of any facts that
6  support a conclusion that Denmark was defrauded by a
7  U.S. pension plan?
8          THE INTERPRETER:  Did you say American
9  pension plan?
10         Q        Correct.  U.S.
11         MR. WEINSTEIN:  Objection to form.
12         A        No.  Only from newspapers.
13 BY MR. DAVIDSON:
14         Q        In the place where we were just
15 looking, do you say that there was a loophole that
16 pretty much everyone knew was there but no one had
17 the courage to close?
18         A        It just -- it took so long before
19 we were able to introduce the ongoing reporting so
20 that we could settle correctly with the yearly
21 statements, and also to solve on a global level the
22 issues we were facing with nominee accounts.
23         Q        Why did it take so long?
24         A        I think I have said this earlier.
25 It was a global issue.  All countries had to be

Page 125

1  ready to report their shareholders and dividend
2  recipients.
3          Q        Is it correct that in this
4  statement you were saying no one had the courage to
5  solve that problem?
6          A        It is a -- it is a figure of
7  speech.
8          Q        What does that figure of speech
9  mean?
10         A        So, both the financial industry
11 and those doing the reporting knew that there was a
12 problem in getting the correct information about the
13 beneficial owner, and they -- and they were lacking
14 in the -- the reporting done was lacking, and the
15 duty could not be imposed upon, for example, foreign
16 pension plans.
17         (Danish clarification.)
18         A        And some were exempt of reporting
19 when shareholders had been given dividends.
20         Q        Was SKAT aware of the issues you
21 just described in the financial industry?
22         MR. WEINSTEIN:  Objection to form.
23         A        What do you mean?
24 BY MR. DAVIDSON:
25         Q        Well, you just described that the