# Exhibit 49

CONFIDENTIAL
Anne Munksgaard - June 9, 2021

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
MASTER DOCKET 18-MD-2865(LAK)
CASE NO. 18-CV-09797

---------------------------------------
                                        )
IN RE:                                  )
                                        )
CUSTOMS AND TAX ADMINISTRATION OF       )
THE KINGDOM OF DENMARK                  )
(SKATTEFORVALTNINGEN) TAX REFUND        )
SCHEME LITIGATION                       )
                                        )
----------------------------------------)


```
**************************************
*                                    *
*            CONFIDENTIAL            *
*                                    *
**************************************
```

VIDEO DEPOSITION OF
ANNE MUNKSGAARD
Copenhagen, Denmark
Wednesday, June 9, 2021
12:02 p.m. (CEST)



Reported by: CHRISTINE MYERLY

Page 118

1  scheme was illegal, is that right?
2          MR. OXFORD:  Object to the form.
3          A       So, I did not personally find out,
4  no, but it did stop immediately thereafter.
5          Q       SKAT stopped the spreadsheet
6  scheme of processing withholding tax because it
7  determined that that means of paying out dividend
8  withholding tax was illegal, correct?
9          MR. OXFORD:  Object to the form.
10         A       I can't remember.  What I do
11 remember is that the scheme was stopped because of
12 related uncertainties.
13         Q       You understand the reclaim
14 applications in this case were made using the form
15 scheme and not the spreadsheet scheme, correct?
16         A       That is correct.
17         Q       With respect to the form scheme,
18 you learned that SKAT approved reclaims as long as
19 the information on the form was properly filled out,
20 right?
21         MR. OXFORD:  Object to the form.  Asked
22 and answered.
23         A       That is how it has been most of
24 the time, yes.
25         Q       You learned that SKAT had

Page 119

1  warned -- had been warned repeatedly of the
2  possibility that it could pay refunds to applicants
3  who SKAT did not believe were entitled to receive
4  them, correct?
5          MR. OXFORD:  Object to the form.
6          (Court reporter clarification.)
7          A       I was not warned about anything, I
8  am not sure I understand the question.
9          Q       Sorry.  You learned that SKAT had
10 been warned of the possibility that it could be
11 paying out erroneous refunds before 2015, correct?
12         MR. OXFORD:  Objection to form.
13         A       Are you still referring to the SIR
14 reports?
15 BY MR. DULBERG:
16         Q       The SIR reports, other warnings,
17 yes.
18         A       So, we are not talking about
19 pressing the big warning button or anything like
20 this.  As I remember it, it was about a -- maybe a
21 lack of control or that our routines were somewhat
22 lacking.  It wasn't like a general thing.
23         Q       The dividend withholding tax
24 administration was characterized by a lack of
25 controls, true?

Page 120

1          MR. OXFORD:  Objection to form.
2          A       Again, you are asking me questions
3  that is outside the parameters of my job.
4  BY MR. DULBERG:
5          Q       Do you agree with my statement?
6          MR. OXFORD:  Object to the form.
7          A       It has nothing to do with my job.
8  So I don't think it is appropriate to ask.
9  BY MR. DULBERG:
10         Q       I am asking, and you have to give
11 me your best answer.
12         MR. OXFORD:  Object to the form.  You can
13 answer the question to the extent you understand it
14 and feel like you have a basis to answer.
15         A       I don't feel that I have a basis
16 from which to answer.
17         Q       Do you understand that
18 Rigsrevisionen has concluded that SKAT had
19 significant control deficiencies before 2015?
20         MR. OXFORD:  Object to the form.
21         THE INTERPRETER:  I'm sorry, did you ask
22 her whether she understood or agreed?
23         MR. DULBERG:  Yes, I said do you
24 understand that Rigsrevisionen has concluded that
25 SKAT had significant control deficiencies before

Page 121

1  2015.
2          A       Are you asking me whether I
3  understand because it is written that this is their
4  conclusion or whether this is my opinion?
5          Q       Right now I am just asking if you
6  are aware of their conclusion which they drew in
7  2016.
8          MR. OXFORD:  Objection to form.
9          A       I am familiar with their
10 conclusion, yes.
11 BY MR. DULBERG:
12         Q       And now I am asking whether you
13 have any basis to disagree with that conclusion.
14         MR. OXFORD:  Objection to form.  Asked and
15 answered.  You can answer it again if you have the
16 basis to do so.
17         A       I don't feel I have a basis from
18 which to answer.
19 BY MR. DULBERG:
20         Q       So you don't agree or disagree
21 with the conclusion of the national audit office,
22 right?
23         MR. OXFORD:  Objection.  Asked and
24 answered.
25         A       I really don't have an answer to