# Exhibit 53

**INTERNAL REVENUE SERVICE**  **IRS**

# FAX TRANSMISSION
## Cover Sheet

Date: May 22, 2018

**To:** AMY NULL

Address/Organization: _____

Fax Number: (617) 526-5000            Office Number: _____

**From:** SHARON PETSHAFT

Address/Organization: TE/GE: EP 7612

Fax Number: (855) 256-3264            Office Number: 203.492.8622

Number of pages: 4   *Including cover page*

Subject: Retirement plan exam - request for documents

TO: AMY NULL

You should receive 4 total pages (this cover, cover letter and two-page document request).

Please confirm receipt of this fax. Feel free to contact me with any questions.

Thank you, Sharon

Sharon Petshaft, Employee Plans Specialist
Internal Revenue Service, Tax Exempt/Government Entities Division
150 Court St | 5th Floor | EP 7612 | New Haven, CT 06510 |
TEL: 203.492.8622 | FAX: 855.256.3264 |

This communication is intended for the sole use of the individual to whom it is addressed and may contain confidential information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited by the provisions of the Internal Revenue code. If you have received this communication in error, please contact the sender immediately by telephone. Thank you.



| | |
|---|---|
| **INTERNAL REVENUE SERVICE**<br>**TE/GE EMPLOYEE PLANS**<br>150 Court Street; 5th Floor<br>New Haven, CT 06510 | **DEPARTMENT OF THE TREASURY** |

Date: May 22, 2018

Amy A. Null, Esq.
WilmerHale
60 State Street
Boston, MA 02109

| | |
|---|---|
| Plan Name: | RJM Capital Pension Plan<br>Plan 001 |
| Plan Year Ending: | December 31, 2016 |
| Form: | 5500-EZ |
| Person to Contact / ID Number: | Sharon Petshaft / 06-03467 |
| Contact Telephone / Fax Number: | 203.492-8622 / 855.256-3264 |
| E-mail: | Sharon.L.Petshaft @irs.gov |

Dear Ms. Null,

Pursuant to our examination of the retirement plan for the above year, we find we need additional information. The information needed is shown on the enclosed form. You may also furnish any other documents or explanatory material that you believe will be helpful for our review.

If you have any questions, please contact the person whose name and telephone number are shown in the heading of this letter. When you send any requested information or write to us with questions about this letter, please provide your telephone number and the most convenient time for us to call if we need more information. Thank you for your cooperation.

Please send this information within 21 days from the date of this letter.

Sincerely yours,

*Sharon Petshaft*

Sharon Petshaft
Employee Plans Specialist

Enclosure

1

CONFIDENTIAL                                                   WH_MDL_00356592

REQUEST FOR ADDITIONAL INFORMATION

Please submit the following information by June 12, 2018 to:
Sharon Petshaft            Tel  203-492-8622
Internal Revenue Service   Fax  203-492-8649
150 Court Street; 5th Floor
New Haven, CT 06510        E-mail: Sharon.L.Petshaft @irs.gov

1. There is no record of a 2016 filing for the Routt Capital Trust Form 5500 series return.

   a) Please provide a copy of the 2015 Form 5500, plan document, adoption agreement, amendments, and determination and/or opinion letters.
   b) Has this plan been terminated?
   c) When was the last employer contribution to the plan?
   d) Please provide trust statements indicating sources of all funds, contributions, rollovers, distributions, and investments for plan years 2014, 2015 and 2016.

2. For [Redacted - Relevance] and Calypso Investments LLC Pension Plan, please provide trust statements for plan years 2014, 2015 and 2016 that show:

   a) sources of all funds,
   b) contributions,
   c) rollovers,
   d) distributions, and
   e) investments.

3. For the following entities: [Redacted - Relevance] Calypso Investments LLC, Routt Capital LLC, [Redacted - Relevance] Batavia Capital LLC, Avanix Management LLC, Cavus Systems LLC, Hadron Industries LLC, [Redacted - Relevance] [Redacted - Relevance] and ARGRE Management LLC:

   a) What is the nature of the business activities for each?
   b) When did the business commence and, if applicable, terminate?
   c) Submit a copy of 2016 Form 5500-series return for all plans maintained by all entities.
   d) For all plans, maintained by entities related to Richard J. Markowitz and all plans in which Richard J. Markowitz or Jocelyn H. Markowitz participate, that received a rollover: please show evidence for the transfer out, the receipt, and the name of the plan from which it was rolled over.
   e) Submit a copy of the 2016 federal tax return and 2016 Forms 941.

CONFIDENTIAL                                                WH_MDL_00356593

4. On the February 2016 checking statement from First Republic Bank (account ending in 5793), the ending balance is $230,403.72 on 2/29/2016. On the December 2016 checking statement from First Republic Bank (account ending in 5793), the ending balance is $15,405.02. Please provide details to explain the difference in funds.

5. Please describe the nature of the following investments:

> Redacted - Relevance

In addition, provide a detailed explanation as to whether each of these investments constitute prohibited transactions (IRC § 4975) or unrelated business income (IRC § 513).

END

3

CONFIDENTIAL                                                                WH_MDL_00356594