# Exhibit 63



27 Old Gloucester Street,
London
WC1N 3AX

The Proper Pacific LLC 401k Plan
31W 21st Street, Apt. 2N, New York, NY 10010, United States of America

Quarter 2 - 2015

Invoice Breakdown - PPL01/Q2/2015

| | |
|---|---|
| Clearing and Custody Fee | USD 33,353.00 |
| **Total Amount Due** | **USD 33,353.00** |

Please see the below payment instructions:

| | | |
|---|---|---|
| Barclays Bank Plc, | Currency: | USD |
| 260/262 Chingford Mount Road, | Account No: | 55711944 |
| South Chingford, | Sort Code: | 20-76-90 |
| London, | IBAN: | GB50 BARC 2076 9055 7119 44 |
| E4 8JN | BIC Code: | BARCGB22 |

***PLEASE NOTE:*** *If you would like to pay this invoice in a currency other than USD please contact Telesto Markets LLP to receive Euro or GBP account details. If a different currency is paid into any of the accounts, you will be held liable to pay the difference.*

Telesto Markets LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 27 Old Gloucester Street, London WC1N 3AX
(FCA Registration Number 609226; Company Number OC388442)



27 Old Gloucester Street,
London
WC1N 3AX

# Trade Breakdown
## Belgium
## Equity

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Settle Date |
|---|---|---|---|---|---|---|---|---|---|
| Buy | PROX | Proximus | BAS01 | EUR | 34.2950 | 141,362 | 4,848,009.79 | 21 April 2015 | 24 April 2015 |
| Buy | UMI | UMICORE | SUN01 | EUR | 44.8900 | 87,821 | 3,942,284.69 | 29 April 2015 | 05 May 2015 |
| Buy | UCB | UCB SA | BAS01 | EUR | 64.3200 | 126,393 | 8,129,597.76 | 30 April 2015 | 06 May 2015 |
| Buy | ABI | ANHEUSER-BUSCH INBEV NV | SUN01 | EUR | 108.9000 | 459,136 | 84,700,024.20 | 30 April 2015 | 06 May 2015 |
| Buy | ABI | ANHEUSER-BUSCH INBEV NV | SUN01 | EUR | 108.9000 | 318,642 | 84,700,024.20 | 30 April 2015 | 06 May 2015 |
| Buy | GBLB | GROUPE BRUXELLES LAMBERT SA | SUN01 | EUR | 78.1100 | 69,543 | 5,432,003.73 | 04 May 2015 | 07 May 2015 |
| Buy | BEFB | BEFIMMO S.C.A. | SUN01 | EUR | 60.4500 | 17,601 | 1,063,980.45 | 05 May 2015 | 08 May 2015 |
| Buy | AGS | AGEAS | TJM01 | EUR | 32.7900 | 205,945 | 6,752,936.55 | 05 May 2015 | 08 May 2015 |
| Buy | KBC | KBC GROEP NV | BAS01 | EUR | 58.7600 | 285,596 | 16,781,620.96 | 08 May 2015 | 13 May 2015 |
| Buy | BEKB | BEKAERT NV | SUN01 | EUR | 27.3400 | 33,581 | 918,104.54 | 14 May 2015 | 19 May 2015 |
| Buy | SOLB | SOLVAY SA | SUN01 | EUR | 126.6500 | 56,079 | 7,102,405.35 | 14 May 2015 | 19 May 2015 |

Telesto Markets LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 27 Old Gloucester Street, London WC1N 3AX
(FCA Registration Number 609226; Company Number OC388442)

PROPPACIF00000099



27 Old Gloucester Street,
London
WC1N 3AX

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Settle Date |
|---|---|---|---|---|---|---|---|---|---|
| Buy | BPOST | bpost SA | SUN01 | EUR | 25.1300 | 100,379 | 2,522,524.27 | 15 May 2015 | 20 May 2015 |
| Buy | ELI | ELIA SYSTEM OPERATOR SA/NV | BAS01 | EUR | 39.4850 | 29,162 | 1,151,461.57 | 29 May 2015 | 03 June 2015 |
| Buy | ACKB | ACKERMANS & VAN HAAREN | BAS01 | EUR | 124.4000 | 22,428 | 2,790,043.20 | 29 May 2015 | 03 June 2015 |
| Buy | DELB | DELHAIZE GROUP | BAS01 | EUR | 81.2400 | 106,405 | 8,644,342.20 | 01 June 2015 | 04 June 2015 |
| Buy | DIE | D'IETEREN SA/NV | SUN01 | EUR | 36.1300 | 19,212 | 694,129.56 | 01 June 2015 | 04 June 2015 |
| Sell | BEFB | BEFIMMO S.C.A. | TJM01 | EUR | 54.0300 | 17,601 | 950,982.03 | 19 June 2015 | 23 June 2015 |
| Sell | BEKB | BEKAERT NV | TJM01 | EUR | 25.5850 | 33,581 | 859,169.88 | 19 June 2015 | 23 June 2015 |
| Sell | UCB | UCB SA | TJM01 | EUR | 63.4200 | 126,393 | 8,015,844.06 | 19 June 2015 | 23 June 2015 |
| Sell | UMI | UMICORE | TJM01 | EUR | 42.8150 | 87,821 | 3,760,056.12 | 19 June 2015 | 23 June 2015 |
| Sell | SOLB | SOLVAY SA | TJM01 | EUR | 126.1500 | 56,079 | 7,074,365.85 | 19 June 2015 | 23 June 2015 |
| Sell | DELB | DELHAIZE GROUP | TJM01 | EUR | 79.4000 | 106,405 | 8,448,557.00 | 19 June 2015 | 23 June 2015 |

## Forward

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Expiry Date |
|---|---|---|---|---|---|---|---|---|---|
| Sell | PROX | Proximus | ALL01 | EUR | 33.5516 | 141,362 | 4,742,921.28 | 21 April 2015 | 18 September 2015 |

Telesto Markets LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 27 Old Gloucester Street, London WC1N 3AX
(FCA Registration Number 609226; Company Number OC388442)



TELESTO

27 Old Gloucester Street,
London
WC1N 3AX

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Expiry Date |
|---|---|---|---|---|---|---|---|---|---|
| Sell | UMI | UMICORE | LCL01 | EUR | 44.5210 | 87,821 | 3,909,878.74 | 29 April 2015 | 18 September 2015 |
| Sell | UCB | UCB SA | CON01 | EUR | 63.5337 | 126,393 | 8,030,214.94 | 30 April 2015 | 18 September 2015 |
| Sell | ABI | ANHEUSER-BUSCH INBEV NV | LCL01 | EUR | 107.4147 | 777,778 | 83,544,790.54 | 30 April 2015 | 18 September 2015 |
| Sell | GBLB | GROUPE BRUXELLES LAMBERT SA | ALL01 | EUR | 76.0265 | 69,543 | 5,287,110.89 | 04 May 2015 | 18 September 2015 |
| Sell | AGS | AGEAS | ALL01 | EUR | 31.6309 | 205,945 | 6,514,225.70 | 05 May 2015 | 18 September 2015 |
| Sell | BEFB | BEFIMMO S.C.A. | ALL01 | EUR | 59.8114 | 17,601 | 1,052,740.45 | 05 May 2015 | 18 September 2015 |
| Sell | KBC | KBC GROEP NV | ALL01 | EUR | 57.2653 | 285,596 | 16,354,740.62 | 08 May 2015 | 18 September 2015 |
| Sell | SOLB | SOLVAY SA | GGL01 | EUR | 125.1087 | 56,079 | 7,015,970.79 | 14 May 2015 | 18 September 2015 |
| Sell | BEKB | BEKAERT NV | CON01 | EUR | 26.7044 | 33,581 | 896,760.46 | 14 May 2015 | 18 September 2015 |
| Sell | BPOST | bpost SA | ALL01 | EUR | 24.9666 | 100,379 | 2,506,122.34 | 15 May 2015 | 18 September 2015 |
| Sell | ACKB | ACKERMANS & VAN HAAREN | CON01 | EUR | 123.0365 | 22,428 | 2,759,462.62 | 29 May 2015 | 18 September 2015 |
| Sell | ELI | ELIA SYSTEM OPERATOR SA/NV | ALL01 | EUR | 38.3305 | 29,162 | 1,117,794.04 | 29 May 2015 | 18 September 2015 |
| Sell | DELB | DELHAIZE GROUP | GGL01 | EUR | 80.0403 | 106,405 | 8,516,688.12 | 01 June 2015 | 18 September 2015 |
| Sell | DIE | D'IETEREN SA/NV | LCL01 | EUR | 35.5301 | 19,212 | 682,604.28 | 01 June 2015 | 18 September 2015 |

Telesto Markets LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 27 Old Gloucester Street, London WC1N 3AX
(FCA Registration Number 609226; Company Number OC388442)

PROPPACIF00000101



TELESTO

27 Old Gloucester Street,
London
WC1N 3AX

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Expiry Date |
|---|---|---|---|---|---|---|---|---|---|
| Buy | DELB | DELHAIZE GROUP | GGL01 | EUR | 79.3976 | 106,405 | 8,448,301.63 | 19 June 2015 | 18 September 2015 |
| Buy | UCB | UCB SA | CON01 | EUR | 63.4181 | 126,393 | 8,015,603.91 | 19 June 2015 | 18 September 2015 |
| Buy | UMI | UMICORE | LCL01 | EUR | 42.8137 | 87,821 | 3,759,941.95 | 19 June 2015 | 18 September 2015 |
| Buy | SOLB | SOLVAY SA | GGL01 | EUR | 126.1462 | 56,079 | 7,074,152.75 | 19 June 2015 | 18 September 2015 |
| Buy | BEFB | BEFIMMO S.C.A. | ALL01 | EUR | 54.0284 | 17,601 | 950,953.87 | 19 June 2015 | 18 September 2015 |
| Buy | BEKB | BEKAERT NV | CON01 | EUR | 25.5842 | 33,581 | 859,143.02 | 19 June 2015 | 18 September 2015 |

## Stock Loan

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Settle Date | Description | Cash Pool Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lend | PROX | Proximus | TRE01 | EUR | 34.2950 | 141,362 | 4,848,009.79 | 23 April 2015 | 24 April 2015 | Fee Rate = 65.31, Interest rate = 70.00, Fixed | Fixed |
| Lend | UMI | UMICORE | TRS01 | EUR | 44.8900 | 87,821 | 3,942,284.69 | 04 May 2015 | 05 May 2015 | Fee Rate = 66.55, Interest rate = 70.00, Fixed | Fixed |
| Lend | ABI | ANHEUSER-BUSCH INBEV NV | EQU01 | EUR | 108.9000 | 777,778 | 84,700,024.20 | 05 May 2015 | 06 May 2015 | Fee Rate = 66.45, Interest rate = 70.00, Fixed | Fixed |
| Lend | UCB | UCB SA | DIV01 | EUR | 64.3200 | 126,393 | 8,129,597.76 | 05 May 2015 | 06 May 2015 | Fee Rate = 66.45, Interest rate = 70.00, Fixed | Fixed |
| Lend | GBLB | GROUPE BRUXELLES LAMBERT SA | EQU01 | EUR | 78.1100 | 69,543 | 5,432,003.73 | 06 May 2015 | 07 May 2015 | Fee Rate = 66.92, Interest rate = 70.00, Fixed | Fixed |
| Lend | AGS | AGEAS | TRE01 | EUR | 32.7900 | 205,945 | 6,752,936.55 | 07 May 2015 | 08 May 2015 | Fee Rate = 67.20, Interest rate = 70.00, Fixed | Fixed |
| Lend | BEFB | BEFIMMO S.C.A. | NEO01 | EUR | 60.4500 | 17,601 | 1,063,980.45 | 07 May 2015 | 08 May 2015 | Fee Rate = 67.20, Interest rate = 70.00, Fixed | Fixed |
| Lend | KBC | KBC GROEP NV | PML01 | EUR | 58.7600 | 285,596 | 16,781,620.96 | 12 May 2015 | 13 May 2015 | Fee Rate = 67.48, Interest rate = 70.00, Fixed | Fixed |

Telesto Markets LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 27 Old Gloucester Street, London WC1N 3AX
(FCA Registration Number 609226; Company Number OC388442)



27 Old Gloucester Street,
London
WC1N 3AX

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Settle Date | Description | Cash Pool Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lend | BEKB | BEKAERT NV | NEO01 | EUR | 27.3400 | 33,581 | 918,104.54 | 18 May 2015 | 19 May 2015 | Fee Rate = 68.02, Interest rate = 70.00, Fixed | Fixed |
| Lend | SOLB | SOLVAY SA | TRS01 | EUR | 126.6500 | 56,079 | 7,102,405.35 | 18 May 2015 | 19 May 2015 | Fee Rate = 68.02, Interest rate = 70.00, Fixed | Fixed |
| Lend | BPOST | bpost SA | PML01 | EUR | 25.1300 | 100,379 | 2,522,524.27 | 19 May 2015 | 20 May 2015 | Fee Rate = 68.19, Interest rate = 70.00, Fixed | Fixed |
| Lend | ELI | ELIA SYSTEM OPERATOR SA/NV | TRS01 | EUR | 39.4850 | 29,162 | 1,151,461.57 | 02 June 2015 | 03 June 2015 | Fee Rate = 69.61, Interest rate = 70.00, Fixed | Fixed |
| Lend | ACKB | ACKERMANS & VAN HAAREN | TRE01 | EUR | 124.4000 | 22,428 | 2,790,043.20 | 02 June 2015 | 03 June 2015 | Fee Rate = 69.61, Interest rate = 70.00, Fixed | Fixed |
| Lend | DELB | DELHAIZE GROUP | PML01 | EUR | 81.2400 | 106,405 | 8,644,342.20 | 03 June 2015 | 04 June 2015 | Fee Rate = 69.87, Interest rate = 70.00, Fixed | Fixed |
| Lend | DIE | D'IETEREN SA/NV | PSL01 | EUR | 36.1300 | 19,212 | 694,129.56 | 03 June 2015 | 04 June 2015 | Fee Rate = 69.87, Interest rate = 70.00, Fixed | Fixed |
| Recall | BEKB | BEKAERT NV | NEO01 | EUR | 25.5850 | 33,581 | 859,169.88 | 19 June 2015 | 23 June 2015 | | No text |
| Recall | UMI | UMICORE | TRS01 | EUR | 42.8150 | 87,821 | 3,760,056.12 | 19 June 2015 | 23 June 2015 | | No text |
| Recall | UCB | UCB SA | DIV01 | EUR | 63.4200 | 126,393 | 8,015,844.06 | 19 June 2015 | 23 June 2015 | | No text |
| Recall | DELB | DELHAIZE GROUP | PML01 | EUR | 79.4000 | 106,405 | 8,448,557.00 | 19 June 2015 | 23 June 2015 | | No text |
| Recall | SOLB | SOLVAY SA | TRS01 | EUR | 126.1500 | 56,079 | 7,074,365.85 | 19 June 2015 | 23 June 2015 | | No text |
| Recall | BEFB | BEFIMMO S.C.A. | NEO01 | EUR | 54.0300 | 17,601 | 950,982.03 | 19 June 2015 | 23 June 2015 | | No text |

## Denmark
### Equity

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Settle Date |
|---|---|---|---|---|---|---|---|---|---|
| Buy | COLOB | COLOPLAST-B | SUN01 | DKK | 510.0000 | 294,370 | 150,128,700.00 | 06 May 2015 | 11 May 2015 |

Telesto Markets LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 27 Old Gloucester Street, London WC1N 3AX
(FCA Registration Number 609226; Company Number OC388442)



27 Old Gloucester Street,
London
WC1N 3AX

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Settle Date |
|---|---|---|---|---|---|---|---|---|---|
| Sell | TDC | TDC A/S | BAS01 | DKK | 48.8900 | 3,293,727 | 161,030,313.03 | 27 May 2015 | 29 May 2015 |
| Sell | NZYMB | NOVOZYMES A/S-B | TJM01 | DKK | 328.5000 | 683,931 | 224,671,333.50 | 28 May 2015 | 01 June 2015 |
| Sell | DSV | DSV A/S | SUN01 | DKK | 236.3000 | 692,422 | 163,619,318.60 | 03 June 2015 | 08 June 2015 |
| Sell | NOVOB | NOVO NORDISK A/S-B | SUN01 | DKK | 382.5000 | 698,629 | 2,537,796,847.50 | 03 June 2015 | 08 June 2015 |
| Sell | NOVOB | NOVO NORDISK A/S-B | SUN01 | DKK | 382.5000 | 767,122 | 2,537,796,847.50 | 03 June 2015 | 08 June 2015 |
| Sell | NOVOB | NOVO NORDISK A/S-B | SUN01 | DKK | 382.5000 | 787,670 | 2,537,796,847.50 | 03 June 2015 | 08 June 2015 |
| Sell | NOVOB | NOVO NORDISK A/S-B | SUN01 | DKK | 382.5000 | 773,972 | 2,537,796,847.50 | 03 June 2015 | 08 June 2015 |
| Sell | NOVOB | NOVO NORDISK A/S-B | SUN01 | DKK | 382.5000 | 815,067 | 2,537,796,847.50 | 03 June 2015 | 08 June 2015 |
| Sell | NOVOB | NOVO NORDISK A/S-B | SUN01 | DKK | 382.5000 | 657,533 | 2,537,796,847.50 | 03 June 2015 | 08 June 2015 |
| Sell | NOVOB | NOVO NORDISK A/S-B | SUN01 | DKK | 382.5000 | 121,074 | 2,537,796,847.50 | 03 June 2015 | 08 June 2015 |
| Sell | NOVOB | NOVO NORDISK A/S-B | SUN01 | DKK | 382.5000 | 753,424 | 2,537,796,847.50 | 03 June 2015 | 08 June 2015 |
| Sell | NOVOB | NOVO NORDISK A/S-B | SUN01 | DKK | 382.5000 | 561,643 | 2,537,796,847.50 | 03 June 2015 | 08 June 2015 |
| Sell | NOVOB | NOVO NORDISK A/S-B | SUN01 | DKK | 382.5000 | 698,629 | 2,537,796,847.50 | 03 June 2015 | 08 June 2015 |
| Sell | GN D | GN STORE NORD A/S | SUN01 | DKK | 140.1000 | 622,804 | 87,254,840.40 | 03 June 2015 | 08 June 2015 |

Telesto Markets LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 27 Old Gloucester Street, London WC1N 3AX
(FCA Registration Number 609226; Company Number OC388442)



TELESTO

27 Old Gloucester Street,
London
WC1N 3AX

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Settle Date |
|---|---|---|---|---|---|---|---|---|---|
| Buy | AURIB | Auriga Industries A/S | BAS01 | DKK | 321.0000 | 28,536 | 9,160,056.00 | 11 June 2015 | 16 June 2015 |
| Sell | CARLB | CARLSBERG AS-B | TJM01 | DKK | 611.0000 | 180,313 | 110,171,243.00 | 19 June 2015 | 23 June 2015 |
| Sell | COLOB | COLOPLAST-B | TJM01 | DKK | 446.0000 | 294,370 | 131,289,020.00 | 19 June 2015 | 23 June 2015 |
| Sell | FLS | FLSMIDTH & CO A/S | BAS01 | DKK | 334.2000 | 81,037 | 27,082,565.40 | 19 June 2015 | 23 June 2015 |
| Sell | PNDORA | PANDORA A/S | BAS01 | DKK | 697.0000 | 370,777 | 279,053,708.00 | 19 June 2015 | 23 June 2015 |
| Sell | PNDORA | PANDORA A/S | BAS01 | DKK | 697.0000 | 29,587 | 279,053,708.00 | 19 June 2015 | 23 June 2015 |
| Sell | DANSKE | Danske Bank A/S | BAS01 | DKK | 203.3000 | 1,530,910 | 590,934,549.60 | 22 June 2015 | 24 June 2015 |
| Sell | DANSKE | Danske Bank A/S | BAS01 | DKK | 203.3000 | 1,167,689 | 590,934,549.60 | 22 June 2015 | 24 June 2015 |
| Sell | DANSKE | Danske Bank A/S | BAS01 | DKK | 203.3000 | 208,113 | 590,934,549.60 | 22 June 2015 | 24 June 2015 |
| Sell | TRYG | TRYG A/S | BAS01 | DKK | 139.4000 | 174,065 | 24,264,661.00 | 29 June 2015 | 01 July 2015 |

## Forward

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Expiry Date |
|---|---|---|---|---|---|---|---|---|---|
| Sell | COLOB | COLOPLAST-B | LCL01 | DKK | 506.5282 | 294,370 | 149,106,706.23 | 06 May 2015 | 18 September 2015 |
| Buy | TDC | TDC A/S | GGL01 | DKK | 48.8800 | 3,293,727 | 160,953,898.56 | 27 May 2015 | 19 June 2015 |

Telesto Markets LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 27 Old Gloucester Street, London WC1N 3AX
(FCA Registration Number 609226; Company Number OC388442)

PROPPACIF00000105

27 Old Gloucester Street,
London
WC1N 3AX

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Expiry Date |
|---|---|---|---|---|---|---|---|---|---|
| Buy | NZYMB | NOVOZYMES A/S-B | GGL01 | DKK | 328.4420 | 683,931 | 224,568,265.10 | 28 May 2015 | 19 June 2015 |
| Buy | NOVOB | NOVO NORDISK A/S-B | LCL01 | DKK | 382.4522 | 6,634,763 | 2,537,479,705.83 | 03 June 2015 | 19 June 2015 |
| Buy | DSV | DSV A/S | ALL01 | DKK | 236.2705 | 692,422 | 163,598,892.15 | 03 June 2015 | 19 June 2015 |
| Buy | GN D | GN STORE NORD A/S | LCL01 | DKK | 140.0825 | 622,804 | 87,243,941.33 | 03 June 2015 | 19 June 2015 |
| Sell | AURIB | Auriga Industries A/S | ALL01 | DKK | 85.1733 | 28,536 | 2,430,505.29 | 11 June 2015 | 18 September 2015 |
| Buy | CARLB | CARLSBERG AS-B | CON01 | DKK | 619.4686 | 180,313 | 111,698,241.67 | 16 June 2015 | 19 June 2015 |
| Sell | DANSKE | Danske Bank A/S | ALL01 | DKK | 195.3068 | 2,906,712 | 567,700,619.24 | 16 June 2015 | 18 September 2015 |
| Sell | CARLB | CARLSBERG AS-B | CON01 | DKK | 619.2044 | 180,313 | 111,650,602.98 | 16 June 2015 | 18 September 2015 |
| Buy | VWS | VESTAS WIND SYSTEMS A/S | CON01 | DKK | 323.5836 | 377,809 | 122,252,796.33 | 16 June 2015 | 19 June 2015 |
| Buy | TRYG | TRYG A/S | CON01 | DKK | 136.4931 | 174,065 | 23,758,671.45 | 16 June 2015 | 19 June 2015 |
| Sell | TRYG | TRYG A/S | CON01 | DKK | 136.4349 | 174,065 | 23,748,540.87 | 16 June 2015 | 18 September 2015 |
| Buy | MAERSKA | AP MOELLER-MAERSK A/S-A | LCL01 | DKK | 11,729.4054 | 7,879 | 92,415,985.15 | 16 June 2015 | 19 June 2015 |
| Sell | FLS | FLSMIDTH & CO A/S | ALL01 | DKK | 330.3423 | 81,037 | 26,769,948.97 | 16 June 2015 | 18 September 2015 |
| Sell | MAERSKA | AP MOELLER-MAERSK A/S-A | LCL01 | DKK | 11,724.4027 | 7,879 | 92,376,568.87 | 16 June 2015 | 18 September 2015 |

Telesto Markets LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 27 Old Gloucester Street, London WC1N 3AX
(FCA Registration Number 609226; Company Number OC388442)



TELESTO

27 Old Gloucester Street,
London
WC1N 3AX

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Expiry Date |
|---|---|---|---|---|---|---|---|---|---|
| Sell | VWS | VESTAS WIND SYSTEMS A/S | CON01 | DKK | 323.4456 | 377,809 | 122,200,658.69 | 16 June 2015 | 18 September 2015 |
| Sell | MAERSKB | AP MOELLER-MAERSK A/S-B | GGL01 | DKK | 12,064.2405 | 8,083 | 97,515,255.96 | 16 June 2015 | 18 September 2015 |
| Buy | FLS | FLSMIDTH & CO A/S | ALL01 | DKK | 330.4832 | 81,037 | 26,781,367.08 | 16 June 2015 | 19 June 2015 |
| Buy | DANSKE | Danske Bank A/S | ALL01 | DKK | 195.3901 | 2,906,712 | 567,942,748.35 | 16 June 2015 | 19 June 2015 |
| Sell | PNDORA | PANDORA A/S | ALL01 | DKK | 691.6698 | 400,364 | 276,919,687.81 | 16 June 2015 | 18 September 2015 |
| Buy | MAERSKB | AP MOELLER-MAERSK A/S-B | GGL01 | DKK | 12,069.3881 | 8,083 | 97,556,864.01 | 16 June 2015 | 19 June 2015 |
| Buy | PNDORA | PANDORA A/S | ALL01 | DKK | 691.9649 | 400,364 | 277,037,835.22 | 16 June 2015 | 19 June 2015 |
| Buy | PNDORA | PANDORA A/S | ALL01 | DKK | 696.6685 | 400,364 | 278,920,987.33 | 19 June 2015 | 18 September 2015 |
| Buy | CARLB | CARLSBERG AS-B | CON01 | DKK | 610.7094 | 180,313 | 110,118,844.04 | 19 June 2015 | 18 September 2015 |
| Buy | COLOB | COLOPLAST-B | LCL01 | DKK | 445.7879 | 294,370 | 131,226,584.12 | 19 June 2015 | 18 September 2015 |
| Buy | FLS | FLSMIDTH & CO A/S | ALL01 | DKK | 334.0410 | 81,037 | 27,069,680.52 | 19 June 2015 | 18 September 2015 |
| Buy | DANSKE | Danske Bank A/S | ALL01 | DKK | 203.1984 | 2,906,712 | 590,639,227.66 | 22 June 2015 | 18 September 2015 |
| Buy | TRYG | TRYG A/S | CON01 | DKK | 139.3316 | 174,065 | 24,252,754.95 | 29 June 2015 | 18 September 2015 |

## Stock Loan

Telesto Markets LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 27 Old Gloucester Street, London WC1N 3AX
(FCA Registration Number 609226; Company Number OC388442)



TELESTO

27 Old Gloucester Street,
London
WC1N 3AX

| Trade Type | Ticker | Underlying Name | Cpty | Ccy | Price | Quantity | Notional | Trade Date | Settle Date | Description | Cash Pool Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Lend | MAERSKB | AP MOELLER-MAERSK A/S-B | TRE01 | DKK | 16,410.0000 | 8,083 | 132,642,030.00 | 01 April 2015 | 07 April 2015 | Fee Rate = 87.60, Interest rate = 70.00, Fixed | Fixed |
| Lend | VWS | VESTAS WIND SYSTEMS A/S | PML01 | DKK | 290.2000 | 377,809 | 109,640,171.80 | 01 April 2015 | 07 April 2015 | Fee Rate = 87.60, Interest rate = 70.00, Fixed | Fixed |
| Lend | MAERSKA | AP MOELLER-MAERSK A/S-A | TRS01 | DKK | 15,810.0000 | 7,879 | 124,566,990.00 | 01 April 2015 | 07 April 2015 | Fee Rate = 87.60, Interest rate = 70.00, Fixed | Fixed |
| Lend | COLOB | COLOPLAST-B | TRE01 | DKK | 510.0000 | 294,370 | 150,128,700.00 | 08 May 2015 | 11 May 2015 | Fee Rate = 79.90, Interest rate = 70.00, Fixed | Fixed |
| Recall | TDC | TDC A/S | TRS01 | DKK | 48.8900 | 3,293,727 | 161,030,313.03 | 27 May 2015 | 29 May 2015 | | No text |
| Recall | NZYMB | NOVOZYMES A/S-B | PSL01 | DKK | 328.5000 | 683,931 | 224,671,333.50 | 28 May 2015 | 01 June 2015 | | No text |
| Recall | GN D | GN STORE NORD A/S | TRS01 | DKK | 140.1000 | 622,804 | 87,254,840.40 | 03 June 2015 | 08 June 2015 | | No text |
| Recall | NOVOB | NOVO NORDISK A/S-B | TRS01 | DKK | 382.5000 | 6,634,763 | 2,537,796,847.50 | 03 June 2015 | 08 June 2015 | | No text |
| Recall | DSV | DSV A/S | TRS01 | DKK | 236.3000 | 692,422 | 163,619,318.60 | 03 June 2015 | 08 June 2015 | | No text |
| Lend | AURIB | Auriga Industries A/S | COL01 | DKK | 321.0000 | 28,536 | 9,160,056.00 | 15 June 2015 | 16 June 2015 | Fee Rate = 85.84, Interest rate = 70.00, Fixed | Fixed |
| Recall | COLOB | COLOPLAST-B | TRE01 | DKK | 446.0000 | 294,370 | 131,289,020.00 | 19 June 2015 | 23 June 2015 | | No text |
| Recall | FLS | FLSMIDTH & CO A/S | TRE01 | DKK | 334.2000 | 81,037 | 27,082,565.40 | 19 June 2015 | 23 June 2015 | | No text |
| Recall | PNDORA | PANDORA A/S | PSL01 | DKK | 697.0000 | 400,364 | 279,053,708.00 | 19 June 2015 | 23 June 2015 | | No text |
| Recall | CARLB | CARLSBERG AS-B | TRE01 | DKK | 611.0000 | 180,313 | 110,171,243.00 | 19 June 2015 | 23 June 2015 | | No text |
| Recall | DANSKE | Danske Bank A/S | PSL01 | DKK | 203.3000 | 2,906,712 | 590,934,549.60 | 22 June 2015 | 24 June 2015 | | No text |
| Recall | TRYG | TRYG A/S | DIV01 | DKK | 139.4000 | 174,065 | 24,264,661.00 | 29 June 2015 | 01 July 2015 | | No text |

Telesto Markets LLP is a limited liability partnership incorporated under the laws of England and Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. Its registered office address is 27 Old Gloucester Street, London WC1N 3AX
(FCA Registration Number 609226; Company Number OC388442)

PROPPACIF00000108