# Exhibit 85

# ACCOUNT STATEMENT

**FIRST REPUBLIC BANK**
It's a privilege to serve you ®

## SIMPLIFIED BUSINESS CHECKING

**Statement Period:**
December 01, 2013 -
December 31, 2013

**Account Number:**
XXX-XXX█████

000000–
00151-002

RJM CAPITAL PENSION PLAN TRUST
1010 FIFTH AVENUE SUITE 1D
NEW YORK, NY 10028

**At Your Service:**
24-Hour Automated Banking System
**(800) 392-1407**

Page 1 of 4

## NEWS FROM FIRST REPUBLIC

Please see our new competitive deposit interest rates. We reward our clients with special CD interest offers. To learn more, contact your banker or our Customer Care Center at (888) 408-0288, or visit our website at www.firstrepublic.com.

## ACCOUNT SUMMARY                    XXX-XXX█████

| | | |
|---|---|---|
| Beginning Balance | Average Daily Balance | |
| Total Deposits and Credits | Minimum Balance | |
| Total Withdrawals and Debits | Service Charges | |
| Total Checks Paid | Interest Earned This Period | |
| **Ending Balance** | Interest Year to Date | |

## ACCOUNT ACTIVITY

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | **Deposits and Credits** | |
| 12/18 | INTERNET TRANSFER FROM ██████ ON 12/18 AT 12.28 | |
| 12/18 | INTERNET TRANSFER FROM ██████ ON 12/18 AT 12.29 | |
| 12/20 | DEPOSIT-WIRED FUNDS ██████████████ | |
| | **Total Deposits and Credits** | |
| | **Withdrawals and Debits** | |
| 12/04 | INTERNET TRANSFER TO ██████ ON 12/04 AT 11.14 | |
| 12/04 | DOMESTIC WIRE FUNDS-DEBIT SOLO CAPITAL PARTNERS LLP | $60,000.00- |
| 12/04 | WIRE TRANSFER FEE | $12.00- |
| 12/04 | INTERNET TRANSFER TO ██████ ON 12/04 AT 11.44 | |
| 12/12 | DOMESTIC WIRE FUNDS-DEBIT NOVUS CAPITAL MARKETS LTD | $84.04- |
| 12/12 | WIRE TRANSFER FEE | $12.00- |



CONFIDENTIAL

WH_MDL_00002401

Page 2 of 4

# TO BALANCE YOUR ACCOUNT

1. Go through your register and mark each check, withdrawal, ATM card transaction, payment, deposit, or other credit listed on this statement. Be sure your register shows any interest paid into your account and any service charges, automatic payments or transfers withdrawn from your account during this statement period.

2. Using the chart below, list any outstanding checks, ATM withdrawals, purchases made with your ATM card, or any other withdrawals (including any from previous months) which are listed on your register but are not shown on this statement.

3. Balance your account by filling in the spaces below.

| ITEMS OUTSTANDING | | |
|---|---|---|
| Check or Transaction No. | Amount | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total | | |

ENTER:
The Ending Balance as shown on this Statement                                                      $ _____

ADD:
Any deposits listed          $ _____
in your register or          $ _____
transfers into your          $ _____
account which are not        $ _____
shown on this statement      $ _____
                                                TOTAL +   $ _____

CALCULATE THE SUBTOTAL                                     $ _____

SUBTRACT:
The total outstanding checks and
withdrawals from the chart at left        —  $ _____

CALCULATE THE CURRENT BALANCE
This amount should be the same as the
current balance shown in your check register        $ _____

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Please telephone us at 1-415-392-1400 or write us at First Republic, 111 Pine Street, San Francisco, CA 94111 immediately if you believe there is an error on your statement or transaction receipt, or if you need more information about an electronic transaction. When you write or call us:

1. Tell us your name and account number or ATM card number.

2. As clearly as you can, describe the error or the transaction you are unsure about, and explain why you believe there is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

You must report the suspected error to us no later than 60 days after we send you the FIRST statement on which the problem appeared. We will investigate your questions and will correct any error promptly. If our investigation takes longer than 10 business days (or 20 days in the case of electronic purchases), we will temporarily credit your account for the amount you believe is in error, so that you will have use of the money until our investigation is completed.

**For First Republic's 24-hour Automated Banking System, please call 1-800-392-1407.**

CONFIDENTIAL                                                                                     WH_MDL_00002402

# ACCOUNT STATEMENT

## FIRST REPUBLIC BANK
It's a privilege to serve you ®

## SIMPLIFIED BUSINESS CHECKING

**Statement Period:**
December 01, 2013 -
December 31, 2013

**Account Number:**
XXX-XXX

RJM CAPITAL PENSION PLAN TRUST

Page **3** of **4**

## ACCOUNT ACTIVITY

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | **Withdrawals and Debits (continued)** | |
| 12/12 | DOMESTIC WIRE FUNDS-DEBIT WEST POINT DERIVATIVES LTD | |
| 12/12 | WIRE TRANSFER FEE | |
| 12/12 | DOMESTIC WIRE FUNDS-DEBIT FGC SECURITIES LLC | $576.34- |
| 12/12 | WIRE TRANSFER FEE | $12.00- |
| 12/12 | DOMESTIC WIRE FUNDS-DEBIT FGC SECURITIES LLC | $722.82- |
| 12/12 | WIRE TRANSFER FEE | $12.00- |
| 12/18 | INTERNET TRANSFER TO ___ ON 12/18 AT 12.37 | |
| 12/18 | INTERNET TRANSFER TO ___ ON 12/18 AT 12.41 | |
| 12/19 | INTERNET TRANSFER TO ___ ON 12/19 AT 14.36 | |
| 12/19 | INTERNET TRANSFER TO ___ ON 12/19 AT 14.39 | |
| 12/20 | INTERNET TRANSFER TO ___ ON 12/20 AT 15.52 | |
| 12/20 | INTERNET TRANSFER TO ___ ON 12/20 AT 15.53 | |
| 12/20 | INTERNET TRANSFER TO ___ ON 12/20 AT 15.57 | |
| 12/20 | INTERNET TRANSFER TO ___ ON 12/20 AT 15.59 | |
| 12/23 | INTERNET TRANSFER TO ___ ON 12/23 AT 12.08 | |
| 12/23 | DOMESTIC WIRE FUNDS-DEBIT | |

111 PINE STREET, SAN FRANCISCO, CALIFORNIA 94111, TEL (415) 392-1400 OR 1-800-392-1400
24 HOUR AUTOMATED BANKING SYSTEM 1-800-392-1407
www.firstrepublic.com · MEMBER FDIC

FRB 308 - 5/10

CONFIDENTIAL

WH_MDL_00002403

ACCOUNT STATEMENT

**FIRST REPUBLIC BANK**
It's a privilege to serve you ®

## SIMPLIFIED BUSINESS CHECKING

**Statement Period:**
December 01, 2013 -
December 31, 2013

**Account Number:**
 XXX-XX█████

R,JM CAPITAL PENSION PLAN TRUST

**Page 4 of 4**

## ACCOUNT ACTIVITY

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | **Withdrawals and Debits (continued)** | |
| 12/23 | WIRE TRANSFER FEE | $12.00- |
| 12/31 | DOMESTIC WIRE FUNDS-DEBIT | ██████ |
| | RJM CAPITAL PENSION PLAN TRUST | |
| 12/31 | WIRE TRANSFER FEE | $12.00- |
| | *Total Withdrawals and Debits* | ██████ |

000000--00151-002

00C000

111 PINE STREET, SAN FRANCISCO, CALIFORNIA 94111, TEL (415) 392-1400 OR 1-800-392-1400
24 HOUR AUTOMATED BANKING SYSTEM 1-800-392-1407
www.firstrepublic.com · MEMBER FDIC

FRB 308 - 5/10

CONFIDENTIAL

WH_MDL_00002404