**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

CUSTOMS AND TAX ADMINISTRATION
OF THE KINGDOM OF DENMARK
(SKATTEFORVALTNINGEN) TAX
REFUND LITIGATION

Pertains to case numbers:

18-cv-5053, 18-cv-5374, 18-cv-8655,
18-cv-9797, 18-cv-9836, 18-cv-9837,
18-cv-9838, 18-cv-9839, 18-cv-9840,
18-cv-9841, 18-cv-10100

Case No. 1:18-md-02865 (LAK)

<u>**NOTICE OF WITHDRAWAL OF COUNSEL AND [PROPOSED] ORDER**</u>

PLEASE TAKE NOTICE that I, Gregory Charles Pruden, of the law firm Binder &

Schwartz LLP, hereby withdraw as counsel for Third-Party Defendant MCML Limited f/k/a

ED&F Man Capital Markets Limited ("ED&F"), in the above-captioned matters. As of July 1,

2024, I will no longer be employed by Binder & Schwartz and will no longer have any role in the

above-captioned matters. Binder & Schwartz will continue as counsel of record for ED&F.

Dated: June 26, 2024
      New York, New York

Respectfully submitted,


 /s/ Gregory C. Pruden
Gregory C. Pruden
**BINDER & SCHWARTZ LLP**
675 Third Avenue, 26th Floor
New York, NY 10017
Tel: 212.510.7008
Fax: 212.510.7299
gpruden@binderschwartz.com

*Counsel for MCML Limited*

IT IS SO ORDERED.


Dated: _____, 2024

                                                                _____
Hon. Lewis A. Kaplan
United States District Judge